**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.* | **Civil Case No. 2:23-cv-120** |

# Exhibit Index

BLF Certificate of Existence............................................................................................Ex. 1

TTV Business Entity Record TX SOS............................................................................Ex. 2

Fair Fight Agreement......................................................................................................Ex. 3

Cooper Agreement..........................................................................................................Ex. 4

Davis Agreement.............................................................................................................Ex. 5

Engelbrecht Agreement...................................................................................................Ex. 6

Johnson Agreement.........................................................................................................Ex. 7

Somerville Agreement....................................................................................................Ex. 8

Williams Agreement.......................................................................................................Ex. 9

TTV Arizona Authorization..........................................................................................Ex. 10

TTV Harris County Agreement ...................................................................................Ex. 11

TTV Harris County Authorization ...............................................................................Ex. 12

# Exhibit Index (cont'd)

TTV NM Agreement ...........................................................................................Ex. 13

Nevada State Case Agreement .........................................................................Ex. 14

NV State Case Email .........................................................................................Ex. 15

Nevada Federal Case Agreement .....................................................................Ex. 16

TTV August Audit Request ..............................................................................Ex. 17

TTV November Audit Request ........................................................................Ex. 18

TTV VA Intervention Agreement ....................................................................Ex. 19

TTV FEC Complaint Agreement .....................................................................Ex. 20

TTV FEC Complaint Engelbrecht Des of Counsel Bopp ................................Ex. 21

TTV FEC Complaint Engelbrecht Des of Counsel Milbank ...........................Ex. 22

TTV FEC Complaint TTV Des of Counsel Bopp ...........................................Ex. 23

TTV FEC Complaint TTV Des of Counsel Milbank .......................................Ex. 24

TTV VA Federal Agreement ............................................................................Ex. 25

TTV IRS Agreement .........................................................................................Ex. 26

Fair Fight Case Invoice 2023-0206 ................................................................. Ex. 27

Fair Fight Case Invoice 2023-0227 ................................................................. Ex. 28

TTV Arizona Invoice 2022-0928 ..................................................................... Ex. 29

Validate GA Invoice 2021-1129 ...................................................................... Ex. 30

Validate GA Invoice 2022-0107 ...................................................................... Ex. 31

Validate GA Invoice 2022-0705 ...................................................................... Ex. 32

Validate GA Invoice 2022-0729 ...................................................................... Ex. 33

TTV Harris County Invoice 2020-0929 .......................................................... Ex. 34

# Exhibit Index (cont'd)

TTV IV3 Invoice 2022-0825 ................................................................... Ex. 35

TTV IV3 Invoice 2022-0928 ................................................................... Ex. 36

TTV Lawfare Research Invoice 2022-0928 ........................................... Ex. 37

TTV NC Amicus Invoice 2020-1208 .................................................... Ex. 38

TTV NM Litigation Invoice 2020-0404 ................................................ Ex. 39

TTV NM Litigation Invoice 2020-0617 ................................................ Ex. 40

TTV NV State Litigation Invoice 2020-0623 ....................................... Ex. 41

TTV NV State Litigation Invoice 2020-0710 ....................................... Ex. 42

TTV NV Federal Litigation Invoice 2020-0611 0617 ........................... Ex. 43

TTV NV Federal Litigation Invoice 2020-0710 ................................... Ex. 44

TTV NV Federal Litigation Invoice 2020-0728 ................................... Ex. 45

TTV NV Federal Litigation Invoice 2020-0831 ................................... Ex. 46

TTV NV Federal Litigation Invoice 2020-0908 ................................... Ex. 47

TTV NV Federal Litigation Invoice 2020-1103 ................................... Ex. 48

TTV Audits Invoice 2022-0107 ............................................................ Ex. 49

TTV Audits Invoice 2022-0208 ............................................................ Ex. 50

TTV Ranked Choice Voting Invoice 2022-1123 .................................. Ex. 51

TTV TX Litigation Invoice 2020-1210 ................................................. Ex. 52

TTV VA Intervention Invoice 2020-0623 ............................................. Ex. 53

TTV VA Intervention Invoice 2020-0710 ............................................. Ex. 54

TTV VA Intervention Invoice 2020-1103 ............................................. Ex. 55

TTV FEC Complaint Invoice 2022-0527 .............................................. Ex. 56

# Exhibit Index (cont'd)

TTV FEC Complaint Invoice 2022-0928 ................................................................Ex. 57

TTV FEC Complaint Invoice 2022-1020 ................................................................Ex. 58

TTV FEC Complaint Invoice 2022-1123 ................................................................Ex. 59

TTV VA Federal Case Invoice 2020-0710 .............................................................Ex. 60

TTV VA Federal Case Invoice 2020-0728 .............................................................Ex. 61

TTV IRS Invoice 2017-0316 ...................................................................................Ex. 62

TTV IRS Invoice 2017-0418 ...................................................................................Ex. 63

TTV IRS Invoice 2017-0518 ...................................................................................Ex. 64

TTV IRS Invoice 2017-0623 ...................................................................................Ex. 65

TTV IRS Invoice 2017-0721 ...................................................................................Ex. 66

TTV IRS Invoice 2017-0821 ...................................................................................Ex. 67

TTV IRS Invoice 2017-0925 ...................................................................................Ex. 68

TTV IRS Invoice 2017-1026 ...................................................................................Ex. 69

TTV IRS Invoice 2017-1122 ...................................................................................Ex. 70

TTV IRS Invoice 2017-1221 ...................................................................................Ex. 71

TTV IRS Invoice 2018-0119 ...................................................................................Ex. 72

TTV IRS Invoice 2018-0222 ...................................................................................Ex. 73

TTV IRS Invoice 2018-0328 ...................................................................................Ex. 74

TTV IRS Invoice 2018-0502 ...................................................................................Ex. 75

TTV IRS Invoice 2018-0522 ...................................................................................Ex. 76

TTV IRS Invoice 2018-0621 ...................................................................................Ex. 77

TTV IRS Invoice 2018-0920 ...................................................................................Ex. 78

# Exhibit Index (cont'd)

TTV IRS Invoice 2019-0227 ................................................................................................Ex. 79

TTV IRS Invoice 2019-0322 ................................................................................................Ex. 80

TTV IRS Invoice 2019-0501 ................................................................................................Ex. 81

TTV IRS Invoice 2023-0208 ................................................................................................Ex. 82

Claim Total Summary ........................................................................................................Ex. 83