# Exhibit 1
# BLF SOS Entity Details

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
03/15/2023 11:04 PM

## Business Details

| | |
|---|---|
| Business Name: | **THE BOPP LAW FIRM, PC** |
| Entity Type: | **Domestic Professional Corporation** |
| Creation Date: | **04/23/2012** |
| Principal Office Address: | **1 S SIXTH ST, TERRE HAUTE, IN, 47807, USA** |
| Foreign Legal Name: | |
| Jurisdiction of Formation: | |

| | |
|---|---|
| Business ID: | **2012042400279** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **04/30/2024** |

## Governing Person Information

**TITLE**  President
**NAME**  James Bopp, Jr
**ADDRESS**  1 S. 6TH ST., TERRE HAUTE, IN, 47807, USA

## Incorporators Information

**TITLE**  Incorporator
**NAME**
**ADDRESS**  1 S SIXTH ST, TERRE HAUTE, IN, 47807, USA

## Registered Agent Information

Type: **Individual**
Name: **JAMES BOPP, JR.**
Address: **1 S SIXTH ST, TERRE HAUTE, IN, 47807, USA**