# Exhibit 2
# TTV Business Entity Record TX SOS

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801278527 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | June 7, 2010 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32041997118 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | True the Vote, Inc. | | |
| **Address:** | 18720 FM 249 STE A HOUSTON, TX 77070 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | | **Inactive Date** |
| Registered Agents, Inc. | | 5900 Balcones Drive Suite 100 Austin, TX 78731 USA | | | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.