# Exhibit 12
# TTV Harris County Authorization

**Archived:** Tuesday, March 14, 2023 12:33:39 PM
**From:** James Bopp Jr
**Sent:** Monday, February 20, 2023 4:59:09 PM
**To:** Jeffrey Gallant
**Subject:** Fwd: Can we sue Harris County?
**Sensitivity:** Normal

---

From: catherine@truethevote.org
To: jboppjr@aol.com
Sent: 8/27/2020 8:54:16 AM US Eastern Standard Time
Subject: Re: Can we sue Harris County?

Yes, I am 100% authorizing it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Sent from ProtonMail Mobile

On Thu, Aug 27, 2020 at 7:52 AM, James Bopp Jr <jboppjr@aol.com> wrote:

> we will look into this asap if it is authorized by you.  Jim
>
> In a message dated 8/27/2020 8:36:50 AM US Eastern Standard Time, catherine@truethevote.org writes:
>
> Harris County Texas just announced 24-hour voting. Is this something we can sue over? If so, I would like to file as soon as possible. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> 
>
> Sent from ProtonMail Mobile