# Exhibit 15
# Nevada State Case Email

**Archived:** Tuesday, March 14, 2023 10:35:51 AM
**From:** James Bopp Jr
**Sent:** Monday, February 20, 2023 4:30:24 PM
**To:** Jeffrey Gallant
**Subject:** Fwd: NV state case retainer
**Sensitivity:** Normal

---

From: catherine@truethevote.org
To: Cyoungs@bopplaw.com
Cc: jboppjr@aol.com
Sent: 4/23/2020 11:35:36 AM US Eastern Standard Time
Subject: Re: NV state case retainer

Got it!  Thank you!!



Sent with ProtonMail Secure Email.

·]·]·]·]·]·] Original Message ·]·]·]·]·]·]
On Thursday, April 23, 2020 9:27 AM, Corrine Youngs <Cyoungs@bopplaw.com> wrote:

> Good morning Catherine,
>
> Please see the attached retainer for our intervention in the state case in Nevada.
>
> Thank you,
>
> Corrine
>
> ----------------------------------
>
> **Corrine L. Youngs**
>
> *Attorney*
>
> The Bopp Law Firm, PC | www.bopplaw.com
>
> The National Building | 1 South 6th Street | Terre Haute, Indiana  47807
>
> voice: (812) 232-2434, ext. 43 | fax: (812) 235-3685 | Cyoungs@bopplaw.com
>
> *NOTICE AND DISCLAIMERS:*
>
> The preceding message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you believe that this message has been sent to you in error, please (1) do not read it, (2) reply to the sender that you have received the message in error, and (3) erase or destroy the message. To the extent this e-mail message contains legal advice, it is solely for the benefit of the client(s) of The Bopp Law Firm, P.C. represented by the Firm in the particular matter that is the subject of this message and may not be relied upon by any other party.

*Internal Revenue Service regulations require that certain types of written advice include a disclaimer: To the extent the preceding message contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.*