# Exhibit 18
# TTV November Audit Request

**Archived:** Tuesday, March 14, 2023 10:55:50 AM
**From:** Jeffrey Gallant
**Sent:** Wednesday, November 17, 2021 10:56:00 AM
**To:** James Bopp, Jr.
**Subject:** FW: True the Vote (TTV) Legal Confirmation
**Response requested:** No
**Sensitivity:** Normal
**Attachments:**
Legal Confirmation for TTV 2020.pdf ;

---

**From:** Eve Todd [mailto:eve@non-profit-cpa.com]
**Sent:** Wednesday, November 17, 2021 10:44 AM
**To:** Jeffrey Gallant
**Cc:** Cynthia Cox; Catherine Engelbrecht
**Subject:** True the Vote (TTV) Legal Confirmation

Good morning Mr. Gallant,
We are conducting an audit of our mutual client for 2020. Please provide the requested update to legal issues involving our client through the present date. An email reply for expediency is appreciated.

Best regards,

*Eve*

Eve F. Todd, CPA
www.non-profit-cpa.com

*"Many non-profits lack professionally trained accounting staff to ensure their financial statements are complete and accurate. When we work with a non-profit organization, we not only examine your financial statements, we educate your staff."*

Cox and Associates CPAs LLC
*We Help You Build Trust*
21960 State Hwy 242
New Caney, TX  77357

**(281)399-8153** office
**(281) 827-3328** cell
**(888) 310-4269** fax