# Exhibit 23
# TTV FEC Complaint TTV Des of Counsel Bopp



**FEDERAL ELECTION COMMISSION**
1050 First Street, NE
Washington, DC 20463

## STATEMENT OF DESIGNATION OF COUNSEL

Provide one form for each Respondent/Witness

EMAIL cela@fec.gov          FAX 202-219-3923

AR/MUR/RR/P-MUR# __7894__

Name of Counsel: __James Bopp Jr__

Firm: __The Bopp Law Firm, P.C.__

Address: __1 South 6th St.__
__Terre Haute IN 47807__

Office#: __812-232-2434__   Fax#: __812-235-3685__

Mobile#: __812-243-0825__

E-mail: __jboppjr@aol.com__

The above-named individual and/or firm is hereby designated as my counsel and is authorized to receive any notifications and other communications from the Commission and to act on my behalf before the Commission.

__04/10/21__     (Signature)     __President__
Date     (Signature - Respondent/Agent/Treasurer)     Title

__Catherine Engelbrecht__
(Name – Please Print)

**RESPONDENT:** __True the Vote, Inc.__
(Please print Committee Name/ Company Name/Individual Named in Notification Letter)

Mailing Address: __PO Box 3109 #19128__
(Please Print)
__Houston, TX 77253-3109__

Home#: ____   Mobile#: ____

Office#: __713.401.6017__   Fax#: ____

E-mail: __catherine@truethevote.org__

This form relates to a Federal Election Commission matter that is subject to the confidentiality provisions of 52 U.S.C. § 30109(a)(12)(A). This section prohibits making public any notification or investigation conducted by the Federal Election Commission without the express written consent of the person under investigation.

Rev. 2018