# Exhibit 24
# TTV FEC Complaint TTV Des of Counsel Milbank



**FEDERAL ELECTION COMMISSION**
1050 First Street, NE
Washington, DC 20463

# STATEMENT OF DESIGNATION OF COUNSEL

Provide one form for each Respondent/Witness

EMAIL cela@fec.gov         FAX 202-219-3923

AR/MUR/RR/P-MUR# __MUR 7894__

Name of Counsel: __Courtney Turner Milbank__

Firm: __The Bopp Law Firm, PC__

Address: __1 South Sixth Street__

__Terre Haute, IN 47807__

Office#: __812-232-2434__        Fax#: __812-235-3685__

Mobile#: _____

E-mail: __cmilbank@bopplaw.com__

The above-named individual and/or firm is hereby designated as my counsel and is authorized to receive any notifications and other communications from the Commission and to act on my behalf before the Commission.

__04/22/21__        [signature]        __President__
Date        (Signature – Respondent/Agent/Treasurer)        Title

__Catherine Engelbrecht__
(Name – Please Print)

**RESPONDENT**: __True the Vote, Inc.__
(Please print Committee Name/ Company Name/Individual Named in Notification Letter)

Mailing Address: __PO Box 3109 #19128__
(Please Print)
__Houston, TX 77253-3109__

Home#: _____        Mobile#: _____

Office#: __713-401-6017__        Fax#: _____

E-mail: __catherine@truethevote.org__

This form relates to a Federal Election Commission matter that is subject to the confidentiality provisions of 52 U.S.C. § 30109(a)(12)(A). This section prohibits making public any notification or investigation conducted by the Federal Election Commission without the express written consent of the person under investigation.

Rev. 2018