# Exhibit 27
# Fair Fight Case Invoice 2023-0206

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
February 6, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Legal Representation regarding Fair Fight v. TTV

### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2023 MM | Review Module on Vote Dilution | 1.20 265.00/hr | 318.00 |
| 1/4/2023 MM | Review and edit Vote Dilution Module | 1.70 265.00/hr | 450.50 |
| 1/6/2023 JPG | Research questions for supplemental briefing | 1.50 540.00/hr | 810.00 |

True the Vote, Inc.            Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2023 | MS | Phone conference with Jeffrey P. Gallant regarding supplemental Motion for Summary Judgment briefing | 0.30 322.00/hr | 96.60 |
|  | JPG | Phone conference with Melena Siebert regarding supplemental Motion for Summary Judgment briefing | 0.30 540.00/hr | 162.00 |
| 1/8/2023 | JPG | Research question of construction of 11 (b) | 1.10 540.00/hr | 594.00 |
| 1/9/2023 | JPG | Research, drafting module on statutory construction of Section 11 (b) | 7.40 540.00/hr | 3,996.00 |
|  | JPG | Phone conference with Melena Siebert regarding module on frivolousness | 0.40 540.00/hr | 216.00 |
|  | JPG | E-mail exchange with Melena Siebert regarding interpretation of intimidate, threaten, coerce, review previous briefing | 0.30 540.00/hr | 162.00 |
|  | MS | E-mail exchanges with Jeffrey P. Gallant regarding statutory interpretation module | 0.30 322.00/hr | 96.60 |
|  | MS | Draft, edit supplemental brief for Motion for Summary Judgment | 3.60 322.00/hr | 1,159.20 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding supplemental briefing, module on frivolousness | 0.40 322.00/hr | 128.80 |
| 1/10/2023 | JPG | Work on drafting module | 4.80 540.00/hr | 2,592.00 |
|  | JPG | Checking *Virginia v. Black* citations in the 11th Circuit | 0.90 540.00/hr | 486.00 |
|  | JB | Review draft of Supplemental Response; phone conference with Melena Siebert regarding revision | 1.30 850.00/hr | 1,105.00 |

True the Vote, Inc.                                                                                              Page   3

|            |     |                                                                                                           | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------|-------------------|----------|
| 1/10/2023  | JB  | Review Jeffrey P. Gallant module; phone conference with Melena Siebert regarding revision                 | 0.60 850.00/hr    | 510.00   |
|            | MS  | Phone conferences with Jeffrey P. Gallant regarding statutory interpretation module                       | 0.20 322.00/hr    | 64.40    |
|            | JPG | Phone conferences with Melena Siebert regarding statutory interpretation module                           | 0.20 540.00/hr    | 108.00   |
|            | MS  | Phone conferences with James Bopp, Jr. regarding revisions to Motion for Summary Judgment supplemental briefing | 0.60 322.00/hr    | 193.20   |
| 1/11/2023  | JB  | Phone conference with Melena Siebert regarding revision of Supplemental Response                          | 0.40 850.00/hr    | 340.00   |
|            | MS  | Edit supplemental briefing for Motion for Summary Judgment hearing                                        | 2.80 322.00/hr    | 901.60   |
|            | MS  | Phone conference with Jeffrey P. Gallant regarding *Black* module                                         | 0.20 322.00/hr    | 64.40    |
|            | JPG | Phone conferences with Melena Siebert regarding *Virginia v. Black* module                                | 0.20 540.00/hr    | 108.00   |
|            | JPG | Reading 11th Circuit cases, drafting *Virginia v. Black* 11th Circuit module                              | 1.50 540.00/hr    | 810.00   |
|            | MS  | Phone conference with James Bopp, Jr. regarding revision of Supplemental Response                         | 0.40 322.00/hr    | 128.80   |
| 1/12/2023  | JPG | Work on *Black* module                                                                                    | 4.20 540.00/hr    | 2,268.00 |
|            | MS  | Edit supplemental brief                                                                                   | 2.10 322.00/hr    | 676.20   |
| 1/13/2023  | MS  | Edit Motion for Summary Judgment supplemental brief                                                       | 2.50 322.00/hr    | 805.00   |

True the Vote, Inc.                                                                                                                 Page  4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2023 | MS | Phone conference with Jeffrey P. Gallant regarding Motion for Summary Judgment supplemental brief arguments | 0.30<br>322.00/hr | 96.60 |
|  | JPG | E-mail with Melena Siebert regarding work on Supplemental Memo | 0.30<br>540.00/hr | 162.00 |
|  | JPG | Phone conference with Melena Siebert regarding "intimidation" and "true threats" | 0.30<br>540.00/hr | 162.00 |
|  | MS | E-mail with Jeffrey P. Gallant regarding work on Supplemental Memo | 0.30<br>322.00/hr | 96.60 |
| 1/14/2023 | JB | E-mail exchange regarding comment to Amicus Brief | 0.30<br>850.00/hr | 255.00 |
| 1/16/2023 | JPG | Review brief, noting proofing | 0.60<br>540.00/hr | 324.00 |
|  | JPG | Proof and edit supplemental brief; email to Melena Siebert regarding TTV.Fairfight | 2.30<br>540.00/hr | 1,242.00 |
|  | JB | Revise Supplemental Brief; email Melena Siebert regarding revision | 3.20<br>850.00/hr | 2,720.00 |
|  | MS | E-mail from Jeffrey P. Gallant regarding TTV.Fairfight | 0.10<br>322.00/hr | 32.20 |
|  | MS | Review James Bopp, Jr.'s edits to Motion for Summary Judgment supplemental brief, edit same | 2.40<br>322.00/hr | 772.80 |
| 1/17/2023 | MS | Final edits to Motion for Summary Judgment supplemental briefing, file same | 3.70<br>322.00/hr | 1,191.40 |
|  | JB | Review US Supplemental | 0.70<br>850.00/hr | 595.00 |
|  | JB | Review Fair Fight Supplemental | 0.90<br>850.00/hr | 765.00 |

True the Vote, Inc.                                                                                                                   Page   5

|            |     |                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 1/24/2023  | MS  | Review opposing counsel briefing, gather materials for Motion for Summary Judgment hearing, phone conference with James Bopp, Jr. regarding same; email to James Bopp, Jr. regarding summary of opposing counsel briefing | 1.90 322.00/hr    | 611.80   |
|            | JB  | Phone conference with Melena Siebert regarding materials for Motion for Summary Judgment hearing; review email from Melena Siebert regarding summary of opposing counsel briefing | 0.30 850.00/hr    | 255.00   |
| 1/25/2023  | MS  | E-mail exchange with James Bopp, Jr., Jeffrey P. Gallant regarding arguments made by opposing counsel | 0.60 322.00/hr    | 193.20   |
|            | JB  | E-mail exchange with Melena Siebert, Jeffrey P. Gallant regarding arguments made by opposing counsel | 0.60 850.00/hr    | 510.00   |
|            | JPG | E-mail exchange with James Bopp, Jr. and Melena Siebert regarding counter arguments to Plaintiffs' and DOJ's briefs | 0.30 540.00/hr    | 162.00   |
|            | JB  | Prepare for Hearing; phone conference with Melena Siebert regarding pleading | 2.10 850.00/hr    | 1,785.00 |
|            | JB  | Review Melena Siebert email regarding amended US brief | 0.30 850.00/hr    | 255.00   |
|            | JB  | Review email from Melena Siebert regarding our arguments | 0.30 850.00/hr    | 255.00   |
|            | JB  | Review email exchange regarding "adulterated" argument | 0.30 850.00/hr    | 255.00   |
| 1/26/2023  | JB  | Review pleadings | 1.60 850.00/hr    | 1,360.00 |

True the Vote, Inc.                                                                                           Page  6

|            |    |                                                           | Hrs/Rate         | Amount    |
|------------|----|-----------------------------------------------------------|------------------|-----------|
| 1/27/2023  | JB | Review pleadings                                          | 1.90 850.00/hr   | 1,615.00  |
|            | JB | Review email exchange regarding remote viewing            | 0.30 850.00/hr   | 255.00    |
|            | JB | Review Motion for Recording Hearing                       | 0.20 850.00/hr   | 170.00    |
| 1/28/2023  | JB | E-mail exchange with local counsel regarding Hearing      | 0.30 850.00/hr   | 255.00    |
| 1/29/2023  | JB | Review pleadings                                          | 1.60 850.00/hr   | 1,360.00  |
| 1/30/2023  | JB | Review Court Order regarding Hearing                      | 0.30 850.00/hr   | 255.00    |
|            | JB | Prepare for Oral Argument                                 | 2.50 850.00/hr   | 2,125.00  |
|            | JB | Review Court Order regarding Video equipment              | 0.30 850.00/hr   | 255.00    |
| 1/31/2023  | JB | Prepare for Oral Argument; travel                         | 10.20 850.00/hr  | 8,670.00  |
|            | MS | Draft response to motion for amicus curiae brief          | 1.30 322.00/hr   | 418.60    |
| 2/1/2023   | JB | Prepare for Oral Argument; attend Oral Argument; travel   | 10.50 850.00/hr  | 8,925.00  |

         For professional services rendered                                              94.50      $57,710.50

True the Vote, Inc.                                                                                             Page 7

**Additional charges:**

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 1/31/2023 | Travel expense for James Bopp, Jr. to attend Summary Judgement Argument in Atlanta, GA from Jan. 31--Feb. 01, 2023 | 1 $956.49 | 956.49 |

| | |
|---|---|
| **Total costs** | **$956.49** |
| **Total amount of this bill** | **$58,666.99** |
| **Previous balance** | **$20,080.00** |
| 1/31/2023  Payment - thank you--ACH payment 01-31-23 | ($20,080.00) |
| **Total payments and adjustments** | **($20,080.00)** |
| **Balance due** | **$58,666.99** |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 41.00 | 850.00 | $34,850.00 |
| Jeffrey P. Gallant | 26.60 | 540.00 | $14,364.00 |
| Melena Siebert | 24.00 | 322.00 | $7,728.00 |
| Michael Massie | 2.90 | 265.00 | $768.50 |