# Exhibit 30
# Validate GA 2021-1129

JAMES BOPP, JR.
jboppjr@aol.com

THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434 Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 29, 2021

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Validate the Vote GA

**Professional Services**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2021 | MS | Phone conferences with client regarding GBI letter leaked to media, strategy for response to same | 1.80<br>322.00/hr | 579.60 |
| | MS | Draft letter to Kemp regarding GBI letter leaked to media | 1.30<br>322.00/hr | 418.60 |
| 10/22/2021 | MS | Phone conferences with client regarding GBI letter leaked to media, strategy for response to same | 0.60<br>322.00/hr | 193.20 |
| | MS | Edit letter to Kemp regarding GBI letter leaked to media | 0.80<br>322.00/hr | 257.60 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2021 | JB | Review email regarding GA issue; phone conference with Melena Siebert; review email exchange regarding letter to Kemp; review 3 drafts of letters | 0.90<br>850.00/hr | 765.00 |
| | MS | Phone conference with James Bopp, Jr.; review email exchange regarding letter to Kemp | 0.20<br>322.00/hr | 64.40 |
| | | **For professional services rendered** | **5.60** | **$2,278.40** |

**Additional charges:**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 10/25/2021 | Cost advanced for FedEx to deliver to Governor Brian Kemp, Georgia Governor's Office, 206 Washington St., Atlanta, GA 30334 | 1<br>$42.35 | 42.35 |
| 10/26/2021 | Cost advanced for FedEx to deliver to David Shafer, Chairman, Georgia Republican Party, 3110 Maple Dr., N. E., Atlanta, GA 30305 | 1<br>$37.91 | 37.91 |
| | Cost advanced for FedEx to deliver to D. Victor Reynolds, Direct, Georgia Bureau of Investigation, 3121 Panthersville Review draft of., Decatur, GA 30037 | 1<br>$37.91 | 37.91 |
| | Cost advanced for FedEx to deliver to SSA Joe Jensen, Federal Bureau of Investigation, 3000 Flowers Road South, Atlanta, GA 30341 | 1<br>$37.91 | 37.91 |
| | Cost advanced for FedEx to deliver to Sec. Brad Raffensperger, Georgia Secretary of State, 214 State Capitol, Atlanta, GA 30334 | 1<br>$37.91 | 37.91 |
| | Cost advanced for FedEx to deliver to Mark Niesse Greg Bluestein, Atlanta Journal Constitution, 223 Perimeter Center Pkwy, Atlanta, GA 30346 | 1<br>$37.91 | 37.91 |

| | Amount |
|---|---|
| **Total costs** | **$231.90** |
| **Total amount of this bill** | **$2,510.30** |
| **Balance due** | **$2,510.30** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.90 | 850.00 | $765.00 |
| Melena Siebert | 4.70 | 322.00 | $1,513.40 |