# Exhibit 32
# Validate GA 2021-0705

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
July 5, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Validate the Vote GA

### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/24/2022 JB | Phone conference with Catherine regarding opinion letter | 0.30<br>850.00/hr | 255.00 |
|  | **For professional services rendered** | **0.30** | **$255.00** |
|  | **Previous balance** |  | **$8,355.41** |
|  | **Balance due** |  | **$8,610.41** |

True the Vote, Inc.                                                                                              Page  2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.30 | 850.00 | $255.00 |