# Exhibit 33
# Validate GA 2021-0729

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
July 29, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Validate the Vote GA

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2022 | MS | Research Georgia law regarding delivery of and assistance with absentee ballots, email client, James Bopp, Jr. regarding research | 1.30<br>322.00/hr | 418.60 |
| | | **For professional services rendered** | **1.30** | **$418.60** |

True the Vote, Inc.            Page 2

**Additional charges:**

| | Qty/Price | Amount |
|---|---|---|
| 6/6/2022 Cost advanced for WestLaw computer assisted legal research--research law regarding absentee ballot delivery and assistance | 5<br>$3.00 | 15.00 |

| | |
|---|---|
| **Total costs** | **$15.00** |
| **Total amount of this bill** | **$433.60** |
| **Previous balance** | **$8,610.41** |
| **Balance due** | **$9,044.01** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Melena Siebert | 1.30 | 322.00 | $418.60 |