**Exhibit 34**
**TTV Harris County Invoice 2020-0929**

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
September 29, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV.Harris County
Litigation

**Professional Services**

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 8/27/2020 | REC | E-mail from James Bopp, Jr. regarding need to review county action for challenge; respond | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review article regarding Harris County expanded voting plan; research Texas law regarding authority | 1.70<br>530.00/hr | 901.00 |
|  | REC | Legal research in articles regarding issue and Texas statutes | 1.00<br>530.00/hr | 530.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding matter status and needs and theories | 0.20<br>530.00/hr | 106.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/27/2020 | REC | Legal research regarding Texas statutes etc.; audit commissioners court hearing regarding election | 3.00<br>530.00/hr | 1,590.00 |
| | REC | E-mail to James Bopp, Jr. regarding preliminary finding regarding 24-hour poll opening | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mail to Angela Stuedemann regarding research status and needs | 0.20<br>530.00/hr | 106.00 |
| | AS | E-mail to James Bopp, Jr. regarding Harris County | 0.20<br>270.00/hr | 54.00 |
| | AS | Compiling Harris County documents | 1.90<br>270.00/hr | 513.00 |
| | AS | Phone call to Harris County regarding obtaining copy of Commissioner's Court Order | 0.10<br>270.00/hr | 27.00 |
| | AS | E-mails to Harris County Clerks Office regarding obtaining copy of Commissioner's Court Order | 0.10<br>270.00/hr | 27.00 |
| | AS | E-mail James Bopp, Jr. and Richard E. Coleson regarding compiling Harris County documents | 0.10<br>270.00/hr | 27.00 |
| | AS | Phone conferences with James Bopp, Jr. regarding Harris County | 0.20<br>270.00/hr | 54.00 |
| | AS | Work on compiling and review Harris County documents | 0.20<br>270.00/hr | 54.00 |
| | AS | Phone conference with James Bopp, Jr. regarding Harris County | 0.10<br>270.00/hr | 27.00 |
| | AS | E-mails to James Bopp, Jr. regarding Harris County document search | 0.20<br>270.00/hr | 54.00 |
| | AS | Phone conference with Courtney E. Milbank regarding getting Harris County documents | 0.20<br>270.00/hr | 54.00 |

|            |     |                                                                                                  | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------|------------------|--------|
| 8/27/2020  | AS  | Phone call with Harris County Clerk's office regarding obtaining documents                       | 0.10<br>270.00/hr | 27.00  |
|            | JB  | Review articles; email exchange with Catherine; email Angela Stuedemann regarding research       | 0.50<br>630.00/hr | 315.00 |
|            | JB  | Research counsel; phone conference with Brock regarding local counsel                            | 0.70<br>630.00/hr | 441.00 |
|            | JB  | Review video of Harris County Meeting                                                            | 0.50<br>630.00/hr | 315.00 |
|            | JB  | Phone conference with Richard E. Coleson regarding matter status and needs and theories          | 0.20<br>630.00/hr | 126.00 |
|            | JB  | Phone conferences with Angela Stuedemann regarding Harris County                                 | 0.20<br>630.00/hr | 126.00 |
|            | JB  | Phone conference with Angela Stuedemann regarding Harris County                                  | 0.10<br>630.00/hr | 63.00  |
|            | CEM | Phone conference with Angela Stuedemann regarding getting Harris County documents                | 0.20<br>310.00/hr | 62.00  |
| 8/28/2020  | REC | E-mails with Angela Stuedemann regarding Governor's proclamation regarding early voting          | 0.10<br>530.00/hr | 53.00  |
|            | REC | Review early voting proclamation                                                                 | 0.10<br>530.00/hr | 53.00  |
|            | REC | Phone conference with James Bopp, Jr. regarding research status and needs                        | 0.30<br>530.00/hr | 159.00 |
|            | REC | Legal research regarding Texas election system                                                   | 0.40<br>530.00/hr | 212.00 |
|            | REC | E-mails with Angela Stuedemann regarding research question and county plan                       | 0.10<br>530.00/hr | 53.00  |

True the Vote, Inc.     Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/28/2020 | REC | Legal research and review documents regarding possible challenge; prepare and send email to James Bopp, Jr. and Angela Stuedemann regarding 24-hour voting session | 0.60<br>530.00/hr | 318.00 |
| | REC | Review and annotate parts of Texas election law | 0.60<br>530.00/hr | 318.00 |
| | REC | Research clerk notices and review statutes | 2.20<br>530.00/hr | 1,166.00 |
| | REC | Review emails from James Bopp, Jr. and Angela Stuedemann regarding case needs | 0.10<br>530.00/hr | 53.00 |
| | REC | Review Secretary of State's election regulations for any further useful material, especially regarding approval issues | 0.80<br>530.00/hr | 424.00 |
| | REC | Further review of Texas statutory election provisions | 0.50<br>530.00/hr | 265.00 |
| | AS | Phone call to Harris County Clerk's office regarding obtaining documents | 0.40<br>270.00/hr | 108.00 |
| | AS | E-mails to James Bopp, Jr. and Richard E. Coleson regarding obtaining documents | 0.30<br>270.00/hr | 81.00 |
| | AS | Phone call with Harris County Clerk's Office | 0.10<br>270.00/hr | 27.00 |
| | JB | E-mail exchange with Richard E. Coleson regarding proposal | 0.30<br>630.00/hr | 189.00 |
| | JB | Review proposal | 0.50<br>630.00/hr | 315.00 |
| | JB | Phone conference with Richard E. Coleson regarding research status and needs | 0.30<br>630.00/hr | 189.00 |

True the Vote, Inc.                                                              Page  5

|            |     |                                                                                                            | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 8/31/2020  | REC | Review documents regarding proposals by Harris County Clerk and *Bush v. Gore* and consider possible challenges | 1.10<br>530.00/hr | 583.00    |
|            | REC | E-mail to James Bopp, Jr. and Angela Stuedemann regarding case analysis                                    | 0.10<br>530.00/hr | 53.00     |
|            | REC | Second email to James Bopp, Jr. and Angela Stuedemann regarding case analysis                              | 0.10<br>530.00/hr | 53.00     |
|            | REC | E-mails with James Bopp, Jr. regarding case status and needs                                               | 0.10<br>530.00/hr | 53.00     |
|            | REC | Phone conference with James Bopp, Jr. regarding project analysis                                           | 0.20<br>530.00/hr | 106.00    |
|            | REC | Prepare and send e-mail to James Bopp, Jr. regarding research and analysis                                 | 0.20<br>530.00/hr | 106.00    |
|            | JB  | Review emails from Richard E. Coleson; phone conference with Richard E. Coleson regarding no case          | 0.40<br>630.00/hr | 252.00    |

**For professional services rendered**                                  **22.00**     **$10,894.00**

**Balance due**                                                                        **$10,894.00**

### Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount     |
|---------------------|----------|--------|------------|
| Angela Stuedemann   | 4.20     | 270.00 | $1,134.00  |
| Courtney E. Milbank | 0.20     | 310.00 | $62.00     |
| Richard E. Coleson  | 13.90    | 530.00 | $7,367.00  |
| James Bopp, Jr.     | 3.70     | 630.00 | $2,331.00  |