# Exhibit 36
# TTV IV3 Invoice 2022-0928

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
September 28, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Initial research, consultation on new program
TTV.IV3

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2022 | MS | Send email to client summarizing IV3 next steps, recommendations, review response regarding same | 0.90<br>322.00/hr | 289.80 |
| 8/17/2022 | MS | E-mail exchange with client regarding update to challenge process | 0.30<br>322.00/hr | 96.60 |
| | | **For professional services rendered** | **1.20** | **$386.40** |
| | | **Previous balance** | | **$483.00** |

True the Vote, Inc.                      Page 2

**Amount**

**Balance due**        **$869.40**

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Melena Siebert | 1.20 | 322.00 | $386.40 |