# Exhibit 38
# TTV NC Amicus Invoice 2020-1208

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
December 8, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV Amicus Brief in U. S. Supreme Court in NC case

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2020 | REC | Phone conference and email with James Bopp, Jr. regarding doing Amicus Brief in Supreme Court | 0.40 530.00/hr | 212.00 |
|  | REC | E-mail to Courtney E. Milbank and Angela Stuedemann regarding Amicus Brief | 0.20 530.00/hr | 106.00 |
|  | REC | Work on Amicus Brief in Supreme Court regarding Fourth Circuit case | 4.20 530.00/hr | 2,226.00 |

True the Vote, Inc. Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2020 | REC | Work on Amicus Brief in Supreme Court regarding Fourth Circuit case | 1.70 530.00/hr | 901.00 |
| | AS | Research and review SCOTUS rules on Amicus Briefs and write up findings | 2.20 270.00/hr | 594.00 |
| | AS | E-mail findings to Courtney E. Milbank regarding Amicus SCOTUS rules | 0.10 270.00/hr | 27.00 |
| | AS | Phone Conference with Courtney E. Milbank regarding Amicus Brief rules and our strategy therein | 0.50 270.00/hr | 135.00 |
| | CEM | E-mails with Richard E. Coleson and Angela Stuedemann regarding Amicus Brief; texts with Angela Stuedemann regarding next steps and assignment | 0.40 310.00/hr | 124.00 |
| | CEM | Review exemplar and rules for Amicus Briefs supporting application | 0.20 310.00/hr | 62.00 |
| | CEM | Conference with Angela Stuedemann regarding Motion to File Amicus Brief and rules | 0.50 310.00/hr | 155.00 |
| | CEM | E-mail to emergency clerk regarding hard copies of motion | 0.20 310.00/hr | 62.00 |
| | CEM | E-mails with Angela Stuedemann and Richard E. Coleson regarding party consent | 0.20 310.00/hr | 62.00 |
| | JB | E-mail exchange and phone conference with Richard E. Coleson regarding filing Amicus Brief in North Carolina case | 0.40 630.00/hr | 252.00 |
| | JB | Phone conference with Catherine regarding filing Amicus Brief | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page   3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2020 | JB | Review email exchange between Courtney E. Milbank and Richard E. Coleson regarding Amicus Brief | 0.30<br>630.00/hr | 189.00 |
|  | JB | Review email exchange with Supreme Court Clerk | 0.30<br>630.00/hr | 189.00 |
|  | AS | E-mails with Courtney E. Milbank and Richard E. Coleson regarding Amicus Brief; texts with Courtney E. Milbank regarding next steps and assignment | 0.40<br>270.00/hr | 108.00 |
|  | AS | E-mails with Courtney E. Milbank and Richard E. Coleson regarding party consent | 0.20<br>270.00/hr | 54.00 |
|  | REC | E-mails with Courtney E. Milbank and Angela Stuedemann regarding party consent | 0.20<br>530.00/hr | 106.00 |
| 10/22/2020 | AS | Drafting Motion for Leave to File Amicus Brief | 0.70<br>270.00/hr | 189.00 |
|  | AS | Phone conference with Courtney E. Milbank regarding case needs and motion | 0.10<br>270.00/hr | 27.00 |
|  | AS | Edit Richard E. Coleson's Amicus Brief | 0.80<br>270.00/hr | 216.00 |
|  | AS | Texts and emails with Courtney E. Milbank regarding Motion for Leave | 0.30<br>270.00/hr | 81.00 |
|  | AS | Drafting Proof of Service and Notice of Compliance | 0.50<br>270.00/hr | 135.00 |
|  | AS | E-mail to Courtney E. Milbank regarding obtaining consent | 0.10<br>270.00/hr | 27.00 |
|  | AS | Edit documents based on filing and verify compiled emails for opposing counsel | 0.30<br>270.00/hr | 81.00 |

True the Vote, Inc.            Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2020 | AS | E-mail to opposing counsel regarding consent for Amicus Brief | 0.10<br>270.00/hr | 27.00 |
| | REC | E-mails with James Bopp, Jr. regarding case | 0.10<br>530.00/hr | 53.00 |
| | REC | Work on Amicus Brief and send draft to James Bopp, Jr. | 2.70<br>530.00/hr | 1,431.00 |
| | REC | Phone conference with James Bopp, Jr. regarding case status and needs | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mail to James Bopp, Jr. regarding brief draft | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone call from Courtney E. Milbank regarding press release | 0.10<br>530.00/hr | 53.00 |
| | REC | Revise draft press release per Courtney E. Milbank request | 0.50<br>530.00/hr | 265.00 |
| | REC | Phone call from Courtney E. Milbank regarding press release | 0.10<br>530.00/hr | 53.00 |
| | REC | Review and edit current draft of Amicus Brief and Motion | 0.30<br>530.00/hr | 159.00 |
| | REC | E-mail to James Bopp, Jr. regarding briefing status and needs | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mails with Courtney E. Milbank regarding Motion for Leave | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone call from James Bopp, Jr. approving Amicus Brief draft | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mails with Courtney E. Milbank regarding case needs | 0.10<br>530.00/hr | 53.00 |

True the Vote, Inc.                                                                                       Page  5

|            |     |                                                                                   | Hrs/Rate        | Amount   |
|------------|-----|-----------------------------------------------------------------------------------|-----------------|----------|
| 10/22/2020 | REC | Prepare tables of authorities and contents for Amicus Brief and proof same        | 2.10 530.00/hr  | 1,113.00 |
|            | REC | E-mails with Courtney E. Milbank and Angela Stuedemann regarding matter needs     | 0.40 530.00/hr  | 212.00   |
|            | REC | E-mails with Courtney E. Milbank regarding query from TTV                         | 0.10 530.00/hr  | 53.00    |
|            | REC | Check Supreme Court docket and email to firm attorneys regarding application filing | 0.20 530.00/hr | 106.00   |
|            | REC | Revise our motions and brief in light of filed application for writ of injunction | 0.30 530.00/hr  | 159.00   |
|            | CEM | E-mail from Mara regarding copies to file                                         | 0.10 310.00/hr  | 31.00    |
|            | CEM | Read recent Supreme Court decision *Merrill v. People First of Alabama*           | 0.20 310.00/hr  | 62.00    |
|            | CEM | Phone call to Mara regarding copies to file                                       | 0.10 310.00/hr  | 31.00    |
|            | CEM | E-mails regarding statement of interest and press release                         | 0.30 310.00/hr  | 93.00    |
|            | CEM | Conference with Richard E. Coleson regarding press release                        | 0.10 310.00/hr  | 31.00    |
|            | CEM | Review current Amicus draft                                                       | 0.30 310.00/hr  | 93.00    |
|            | CEM | Conference with Angela Stuedemann regarding motion and case needs                 | 0.10 310.00/hr  | 31.00    |
|            | CEM | Work on press release; conference with Richard E. Coleson regarding the same      | 0.50 310.00/hr  | 155.00   |

True the Vote, Inc.                                                                                          Page  6

|            |     |                                                                                                                                                                    | Hrs/Rate        | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 10/22/2020 | CEM | Review and edit Motion for Leave to File Amicus Brief; emails with Richard E. Coleson regarding the same                                                           | 1.20 310.00/hr  | 372.00  |
|            | CEM | Review edits to press release, send the same to James Bopp, Jr. for review and approval                                                                            | 0.20 310.00/hr  | 62.00   |
|            | CEM | Texts with Angela Stuedemann regarding Certificate of Compliance and Proof of Service                                                                              | 0.20 310.00/hr  | 62.00   |
|            | CEM | E-mails with James Bopp, Jr. regarding press release                                                                                                               | 0.10 310.00/hr  | 31.00   |
|            | CEM | E-mails with James Bopp, Jr. and Richard E. Coleson regarding approval and finalizing document                                                                     | 0.20 310.00/hr  | 62.00   |
|            | CEM | E-mails with Richard E. Coleson and Angela Stuedemann regarding case being docketed, obtaining party consent, and plan for filing; review and edit email to party counsel | 0.70 310.00/hr  | 217.00  |
|            | CEM | Phone conference with Mara regarding filing hard copies                                                                                                            | 0.20 310.00/hr  | 62.00   |
|            | CEM | E-mails with TTV regarding Amicus Brief; email with Richard E. Coleson regarding same                                                                              | 0.30 310.00/hr  | 93.00   |
|            | JB  | E-mail exchange with Catherine and associates regarding TTV                                                                                                        | 0.30 630.00/hr  | 189.00  |
|            | JB  | Revise draft of brief; review email from Richard E. Coleson regarding draft; phone conference with Richard E. Coleson regarding brief                              | 1.20 630.00/hr  | 756.00  |
|            | JB  | Review Supreme Court filing by Trump campaign                                                                                                                      | 0.80 630.00/hr  | 504.00  |

True the Vote, Inc. Page 7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2020 | CEM | E-mails with Richard E. Coleson regarding case needs | 0.10<br>310.00/hr | 31.00 |
| | AS | E-mails with Courtney E. Milbank and Richard E. Coleson regarding matter needs | 0.40<br>270.00/hr | 108.00 |
| | CEM | Texts and emails with Angela Stuedemann regarding Motion for Leave | 0.30<br>310.00/hr | 93.00 |
| | CEM | E-mail from Angela Stuedemann regarding obtaining consent | 0.10<br>310.00/hr | 31.00 |
| | JB | E-mails with Richard E. Coleson regarding case | 0.10<br>630.00/hr | 63.00 |
| | JB | Phone conference with Richard E. Coleson regarding case status and needs | 0.10<br>630.00/hr | 63.00 |
| | JB | E-mail from Richard E. Coleson regarding brief draft | 0.10<br>630.00/hr | 63.00 |
| | AS | Texts with Courtney E. Milbank regarding Certificate of Compliance and Proof of Service | 0.20<br>270.00/hr | 54.00 |
| | JB | E-mails with Courtney E. Milbank regarding press release | 0.10<br>630.00/hr | 63.00 |
| | JB | E-mails with Courtney E. Milbank and Richard E. Coleson regarding approval and finalizing document | 0.20<br>630.00/hr | 126.00 |
| | REC | E-mails with Courtney E. Milbank and James Bopp, Jr. regarding approval and finalizing document | 0.20<br>530.00/hr | 106.00 |
| 10/23/2020 | AS | Review Amicus brief and other documents | 0.70<br>270.00/hr | 189.00 |

True the Vote, Inc.                                                                                                Page  8

|            |     |                                                                                                                                                                         | Hrs/Rate         | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 10/23/2020 | AS  | Texts with Courtney E. Milbank                                                                                                                                          | 0.30<br>270.00/hr | 81.00   |
|            | AS  | Phone conference with Courtney E. Milbank                                                                                                                               | 0.10<br>270.00/hr | 27.00   |
|            | AS  | Prepare and send Amicus documents to printer                                                                                                                            | 0.30<br>270.00/hr | 81.00   |
|            | AS  | Travel to UPS and print documents; travel to SCOTUS and file, and go to post office and mail copies to counsel                                                          | 2.90<br>270.00/hr | 783.00  |
|            | REC | Phone conference with Courtney E. Milbank regarding filing status and needs                                                                                             | 0.20<br>530.00/hr | 106.00  |
|            | REC | Review emails from case counsel and Courtney E. Milbank regarding brief and consent                                                                                     | 0.10<br>530.00/hr | 53.00   |
|            | REC | E-mails with Courtney E. Milbank regarding case needs                                                                                                                   | 0.10<br>530.00/hr | 53.00   |
|            | REC | Check docket at Supreme Court for our filing and for separate application by legislative leaders; download and print both applications for review and email to firm lawyers regarding second application filing and implications | 0.40<br>530.00/hr | 212.00  |
|            | REC | Review and annotate application of legislative representatives in Supreme Court No.20A-71 (Republicans)                                                                 | 0.50<br>530.00/hr | 265.00  |
|            | REC | Review and annotate application of legislative representatives in Supreme Court No.20A-72 (legislative representatives)                                                 | 0.50<br>530.00/hr | 265.00  |
|            | REC | Phone call with James Bopp, Jr. regarding emergency applications                                                                                                        | 0.10<br>530.00/hr | 53.00   |

True the Vote, Inc.                                                                                                   Page   9

|            |     |                                                                                                                                 | Hrs/Rate        | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 10/23/2020 | REC | E-mail from Angela Stuedemann regarding paper filing of motion and brief                                                        | 0.10 530.00/hr  | 53.00      |
|            | REC | Phone call from Courtney E. Milbank regarding question for press release                                                        | 0.10 530.00/hr  | 53.00      |
|            | REC | Phone conference with Courtney E. Milbank regarding press release and review same                                               | 0.20 530.00/hr  | 106.00     |
|            | CEM | Work on finalizing documents for filing, draft Proof of Service, edit all documents                                             | 4.00 310.00/hr  | 1,240.00   |
|            | CEM | E-mail and phone call with James Bopp, Jr. regarding edits to press release; review same; send to Debbie for filing; email to Adam regarding Amicus on website | 0.50 310.00/hr  | 155.00     |
|            | CEM | Texts with Angela Stuedemann regarding filing and mailing hard copies                                                           | 0.30 310.00/hr  | 93.00      |
|            | CEM | E-mail to counsel                                                                                                               | 0.20 310.00/hr  | 62.00      |
|            | CEM | Work with Debbie to finalize press release                                                                                      | 0.30 310.00/hr  | 93.00      |
|            | JB  | Review draft of press release and approve                                                                                       | 0.50 630.00/hr  | NO CHARGE  |
|            | JB  | Review legislature filing in Supreme Court                                                                                      | 0.80 630.00/hr  | 504.00     |
|            | CEM | Phone conference with Angela Stuedemann                                                                                         | 0.10 310.00/hr  | 31.00      |
|            | CEM | Phone conference with Richard E. Coleson regarding filing status and needs                                                      | 0.20 310.00/hr  | 62.00      |

True the Vote, Inc.                                                                                           Page 10

|              |     |                                                                                  | Hrs/Rate       | Amount |
|--------------|-----|----------------------------------------------------------------------------------|----------------|--------|
| 10/23/2020   | CEM | E-mails exchange with Richard E. Coleson and case counsel regarding brief and consent | 0.10<br>310.00/hr | 31.00  |
|              | CEM | E-mails with Richard E. Coleson regarding case needs                             | 0.10<br>310.00/hr | 31.00  |
|              | JB  | Phone call with Richard E. Coleson regarding emergency applications              | 0.10<br>630.00/hr | 63.00  |
|              | AS  | E-mail to Richard E. Coleson regarding paper filing of motion and brief          | 0.10<br>270.00/hr | 27.00  |
|              | CEM | Phone call to Richard E. Coleson regarding question for press release            | 0.10<br>310.00/hr | 31.00  |
|              | CEM | Phone conference with Richard E. Coleson regarding press release                 | 0.10<br>310.00/hr | 31.00  |
|              | JB  | E-mail and phone conference with Courtney E. Milbank regarding press releases    | 0.10<br>630.00/hr | 63.00  |
| 10/26/2020   | CEM | CM/ECF Motion for Leave to File and Brief of District of Columbia                | 0.20<br>310.00/hr | 62.00  |
|              | CEM | CM/ECF Response in Opposition Circosta                                           | 0.20<br>310.00/hr | 62.00  |
|              | CEM | CM/ECF Response in Opposition Intervenor Defendants                              | 0.20<br>310.00/hr | 62.00  |
|              | CEM | CM/ECF Motion for Leave to File Amicus Brief--Democracy North Carolina           | 0.20<br>310.00/hr | 62.00  |
|              | CEM | CM/ECF Reply                                                                     | 0.20<br>310.00/hr | 62.00  |
|              | CEM | E-mail exchange with TTV regarding effect on post-election litigation            | 0.20<br>310.00/hr | 62.00  |

True the Vote, Inc.                                                                                          Page 11

|              |     |                                                                                       | Hrs/Rate        | Amount      |
|--------------|-----|---------------------------------------------------------------------------------------|-----------------|-------------|
| 10/29/2020   | CEM | Order denying application, review dissent and commentary regarding the same          | 0.30 310.00/hr  | 93.00       |
|              | CEM | Read Alito dissent in *Republican Party of Pennsylvania v. Boockvar*                 | 0.20 310.00/hr  | 62.00       |
|              | CEM | E-mails from Debbie and Richard E. Coleson regarding receipt of DC Amicus            | 0.20 310.00/hr  | 62.00       |
|              | REC | E-mails with Courtney E. Milbank and Debbie regarding receipt of DC Amicus           | 0.20 530.00/hr  | 106.00      |

**For professional services rendered**                                        48.60          $19,841.00
**Additional charges:**

|            |                                                                                                   | Qty/Price    |       |
|------------|---------------------------------------------------------------------------------------------------|--------------|-------|
| 10/22/2020 | Cost advanced for WestLaw computer assisted legal research--get*The New Georgia Project v. Raffensperger* | 1 $3.00 | 3.00  |
|            | Cost advanced for WestLaw computer assisted legal research--get *Andino v. Middleton*             | 1 $3.00      | 3.00  |

**Total costs**                                                                                                  $6.00

**Total amount of this bill**                                                                                    $19,847.00

**Balance due**                                                                                                  $19,847.00

### Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount     |
|---------------------|----------|--------|------------|
| Angela Stuedemann   | 11.30    | 270.00 | $3,051.00  |
| Courtney E. Milbank | 14.70    | 310.00 | $4,557.00  |
| Richard E. Coleson  | 16.90    | 530.00 | $8,957.00  |
| James Bopp, Jr.     | 5.20     | 630.00 | $3,276.00  |

True the Vote, Inc.                                                                                     Page 12

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.50 | 0.00 | $0.00 |