# Exhibit 39
# TTV NM Litigation Invoice 2020-0404

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

### INVOICE
April 04, 2020

True the Vote, Inc.
P O Box 131768
Houston, TX 72219-1768
Attn: Catherine Engelbrecht–President

**In Reference To: True the Vote–New Mexico**


| | |
|---|---|
| **Retainer for Legal Services** | **$5,000.00** |
| **Payment –for Retainer** | |
| Wire Transfer–on 04-22-2020 | $ (5,000.00) |


*Thank You*

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

## INVOICE
April 04, 2020

True The Vote, Inc.
P O Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht–President

**In Reference To: True the Vote–New Mexico**

**Retainer for Legal Services**                    **$5,000.00**

*Thank You*

James Bopp, Jr.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
April 30, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

**Professional Services**

|            |    |                                              | Hrs/Rate           | Amount |
|------------|----|----------------------------------------------|--------------------|--------|
| 3/30/2020  | JB | Review email from Catherine                  | 0.30<br>630.00/hr  | 189.00 |
|            | JB | Phone conference with Catherine regarding case | 0.40<br>630.00/hr | 252.00 |
|            | JB | Phone conference with local counsel          | 0.60<br>630.00/hr  | 378.00 |
|            | JB | Review Petition filed                        | 0.70<br>630.00/hr  | 441.00 |

True the Vote, Inc.                                                                          Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2020 JB | | E-mail exchange with local counsel | 0.40<br>630.00/hr | 252.00 |
| 3/31/2020 JB | | Phone conference with Catherine | 0.40<br>630.00/hr | 252.00 |
| | JB | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding case and next steps | 0.60<br>630.00/hr | 378.00 |
| | JB | Phone conference with local counsel | 0.30<br>630.00/hr | 189.00 |
| | JB | Phone conference with Catherine | 0.30<br>630.00/hr | 189.00 |
| | JB | Phone conference with counsel for Intervenors and Political Intervenors | 1.00<br>630.00/hr | 630.00 |
| | AN | Review emails from James Bopp, Jr., skim petition; phone conference with Corrine L. Youngs regarding new case, call with James Bopp, Jr. | 0.50<br>300.00/hr | 150.00 |
| | AN | Phone conference with James Bopp, Jr. and Corrine L. Youngs regarding NM petition; phone conference with Corrine L. Youngs regarding division of tasks | 0.80<br>300.00/hr | 240.00 |
| | AN | Research state primaries postponed; mail in elections and procedures; Ohio's plan and procedures; NM absentee ballot procedures; review Petition and proposed plan for mail election | 2.90<br>300.00/hr | 870.00 |
| | AN | Review draft of letter to TTV; revise | 2.00<br>300.00/hr | 600.00 |
| | AN | Conference with TTV, James Bopp, Jr., local counsel | 1.00<br>300.00/hr | 300.00 |

True the Vote, Inc.                                                                    Page  3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/31/2020 | CLY | E-mails regarding new project | 0.40<br>310.00/hr | 124.00 |
|  | CLY | Phone call with James Bopp, Jr. and Amanda L. Narog regarding background on case | 0.60<br>310.00/hr | 186.00 |
|  | CLY | Phone conference with Amanda L. Narog regarding division of work | 0.40<br>310.00/hr | 124.00 |
|  | CLY | Read petition | 0.50<br>310.00/hr | 155.00 |
|  | CLY | Work on drafting letter to client; phone conference with Amanda L. Narog regarding same and research discoveries | 1.80<br>310.00/hr | 558.00 |
|  | CLY | Begin reading Bush v. Gore with annotations | 0.50<br>310.00/hr | 155.00 |
|  | CLY | Research what other states are doing for primary elections | 0.80<br>310.00/hr | 248.00 |
|  | CLY | Phone conference with clients and allied attorneys | 1.00<br>310.00/hr | 310.00 |
|  | CLY | Phone conference with Amanda L. Narog regarding tasks, theory, etc. | 0.30<br>310.00/hr | 93.00 |
| 4/1/2020 | CLY | E-mails regarding conference | 0.30<br>310.00/hr | 93.00 |
|  | CLY | Begin reading intervener briefing | 0.30<br>310.00/hr | 93.00 |
|  | CLY | Phone conference with James Bopp, Jr. and Amanda L. Narog regarding briefing arguments, etc. | 1.00<br>310.00/hr | 310.00 |

True the Vote, Inc.

Page   4

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2020 CLY | Phone conference with James Bopp, Jr. and Amanda L. Narog, allied attorneys on briefing intervention and merits | | 0.70 310.00/hr | 217.00 |
| CLY | Phone conference with Amanda L. Narog regarding organization of briefing, rules, etc., read motion to intervene, work on substance of intervention; multiple emails regarding same | | 4.00 310.00/hr | 1,240.00 |
| CLY | Work on motion to intervene brief | | 2.00 310.00/hr | 620.00 |
| JB | Review intervention papers by NM GOP | | 1.10 630.00/hr | 693.00 |
| JB | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding drafting pleading | | 1.00 630.00/hr | 630.00 |
| JB | Phone Conference with client, local counsel, Corrine L. Youngs and Amanda L. Narog regarding drafting pleading | | 1.00 630.00/hr | 630.00 |
| JB | Phone Conference with Breitbart | | 1.00 630.00/hr | NO CHARGE |
| JB | E-mail exchange with associates regarding drafting pleading | | 0.50 630.00/hr | 315.00 |
| JB | Phone conference with NM attorney regarding case | | 0.20 630.00/hr | 126.00 |
| JB | Phone conference Catherine and Breitbart reporter | | 1.00 630.00/hr | NO CHARGE |
| AN | Review James Bopp, Jr. email regarding conference call; review pleadings | | 0.70 300.00/hr | 210.00 |
| AN | Phone Conference with Corrine L. Youngs regarding preparation for conference call | | 0.40 300.00/hr | 120.00 |

True the Vote, Inc.                                                                      Page  5

|            |     |                                                                          | Hrs/Rate        | Amount   |
|------------|-----|--------------------------------------------------------------------------|-----------------|----------|
| 4/1/2020   | AN  | Phone Conference with Corrine L. Youngs and James Bopp, Jr. regarding briefing | 1.00<br>300.00/hr | 300.00   |
|            | AN  | Begin drafting motion to intervene                                       | 0.90<br>300.00/hr | 270.00   |
|            | AN  | Video conference call with Melanie, Todd, James Bopp, Jr., and Corrine L. Youngs | 0.60<br>300.00/hr | 180.00   |
|            | AN  | Phone Conference with Corrine L. Youngs regarding plan, work to be completed | 0.20<br>300.00/hr | 60.00    |
|            | AN  | Research rules for filing briefs, motion to SC                          | 0.60<br>300.00/hr | 180.00   |
|            | AN  | Final draft motion                                                       | 0.50<br>300.00/hr | 150.00   |
|            | AN  | Work on draft of Brief for intervention                                 | 6.20<br>300.00/hr | 1,860.00 |
|            | AN  | E-mail James Bopp, Jr. Motion, brief to follow                          | 0.30<br>300.00/hr | 90.00    |
|            | JB  | Review final draft of motion                                            | 0.50<br>630.00/hr | 315.00   |
| 4/2/2020   | CEM | Phone conference with James Bopp, Jr. regarding corruption section for NM brief | 0.10<br>310.00/hr | 31.00    |
|            | CEM | E-mails from James Bopp, Jr. and Corrine L. Youngs regarding corruption section for NM brief | 0.20<br>310.00/hr | 62.00    |
|            | CLY | Work on intervention brief, make edits, add in intervenors              | 1.00<br>310.00/hr | 310.00   |
|            | CLY | Make list of action items before filing                                 | 0.20<br>310.00/hr | 62.00    |

True the Vote, Inc.                                                                                        Page   6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2020 | CLY | E-mail Jeffrey P. Gallant regarding retainer agreements; phone call with Jeffrey P. Gallant regarding agreements | 0.40 310.00/hr | NO CHARGE |
|  | CLY | Review rules; email local counsel; email from James Bopp, Jr. regarding procedural questions; edit motion with intervenors | 0.90 310.00/hr | 279.00 |
|  | CLY | Work on retainer agreements | 0.80 310.00/hr | NO CHARGE |
|  | CLY | Multiple phone conferences with Amanda L. Narog regarding brief; pull Lexis case | 0.50 310.00/hr | 155.00 |
|  | CLY | E-mail James Bopp, Jr. retainer agreements | 0.20 310.00/hr | NO CHARGE |
|  | CLY | Work on press release | 1.00 310.00/hr | NO CHARGE |
|  | CLY | E-mail from Melanie regarding rules | 0.20 310.00/hr | 62.00 |
|  | CLY | Phone conference with James Bopp, Jr. regarding brief; next steps | 0.30 310.00/hr | 93.00 |
|  | CLY | E-mail from James Bopp, Jr. regarding Courtney E. Milbank adding section in merits brief | 0.20 310.00/hr | 62.00 |
|  | CLY | Draft emails | 0.70 310.00/hr | 217.00 |
|  | CLY | Research filing in NM Supreme Court; email James Bopp, Jr. regarding pro hac vice; review rules | 1.00 310.00/hr | 310.00 |
|  | CLY | Review/edit final brief | 0.50 310.00/hr | 155.00 |

True the Vote, Inc.                                                                    Page 7

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/2/2020 | CLY | Finalize email to voters; send retainer to Jeffrey P. Gallant for file | 0.30 310.00/hr | 93.00 |
|  | CLY | Work on finalizing to file; emails with Melanie | 0.40 310.00/hr | 124.00 |
|  | CLY | E-mails with filed brief; send link to Catherine for press release | 0.20 310.00/hr | 62.00 |
|  | JB | E-mail exchange with associates regarding drafting pleading | 0.40 630.00/hr | 252.00 |
|  | JB | Revise retainer agreement | 0.30 630.00/hr | NO CHARGE |
|  | JB | Revise Brief in Statement of Motion to Intervene | 1.10 630.00/hr | 693.00 |
|  | JB | Revise Motion | 0.40 630.00/hr | 252.00 |
|  | JB | Revise Press Release | 0.50 630.00/hr | NO CHARGE |
|  | JB | Phone conference with Courtney E. Milbank and email exchange regarding Courtney E. Milbank doing section of brief on NM corruption | 0.40 630.00/hr | 252.00 |
|  | JB | Review email exchange regarding pro hac vice | 0.30 630.00/hr | 189.00 |
|  | JB | Review Wisconsin District Court opinion for use in NM | 0.30 630.00/hr | 189.00 |
|  | JB | E-mail exchange with Catherine regarding next steps | 0.20 630.00/hr | 126.00 |

True the Vote, Inc.                                                                                    Page  8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2020 | JB | Review new motion to Intervene by legislative articles | 0.40 630.00/hr | 252.00 |
| | JB | Review corrected brief | 0.50 630.00/hr | 315.00 |
| | AN | Review emails from local counsel and James Bopp, Jr. regarding filing | 0.60 300.00/hr | 180.00 |
| | AN | Continue drafting brief; email James Bopp, Jr. regarding when to expect brief | 4.80 300.00/hr | 1,440.00 |
| | AN | E-mail Melanie regarding rule requiring response filed with motion | 0.30 300.00/hr | 90.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding sent brief for review, tasks to complete | 0.60 300.00/hr | 180.00 |
| | AN | Review email from James Bopp, Jr., begin finalizing brief | 3.20 300.00/hr | 960.00 |
| | AN | E-mail Motion to Corrine L. Youngs to review; finalize for filing | 0.70 300.00/hr | 210.00 |
| | AN | Proof email to Voters for Corrine L. Youngs; reply | 0.30 300.00/hr | ` 90.00 |
| | AN | Finalize documents for filing and email to Melanie | 0.80 300.00/hr | 240.00 |
| | AN | E-mail of filings from  Melanie | 0.20 300.00/hr | 60.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding filing sent for filing | 0.20 300.00/hr | 60.00 |
| 4/3/2020 | REC | E-mail from James Bopp, Jr. regarding involvement in briefing; review firm's electronic file on this matter; emails with | 1.50 530.00/hr | 795.00 |

True the Vote, Inc.                                                                                Page  9

|            |     |                                                                                                                                                                             | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|            |     | Corrine L. Youngs et al regarding brief status and needs                                                                                                                     |                   |          |
| 4/3/2020   | REC | Phone conference with James Bopp, Jr. regarding briefing status, need, and arguments                                                                                         | 0.30 530.00/hr    | 159.00   |
|            | REC | Legal research; review and annotate western district of Wisconsin opinion; make briefing notes                                                                               | 0.70 530.00/hr    | 371.00   |
|            | REC | E-mails with Corrine L. Youngs regarding briefing needs                                                                                                                      | 0.10 530.00/hr    | 53.00    |
|            | REC | E-mails with James Bopp, Jr. regarding appeal of Wisconsin case and consulting appeal brief                                                                                  | 0.10 530.00/hr    | 53.00    |
|            | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding case status, needs, and arguments                                                                      | 0.70 530.00/hr    | 371.00   |
|            | REC | Create shell for brief; review and annotate briefing in Wisconsin case and make briefing notes; survey material on mail vote problems in Albuquerque; work on my argument; emails with Corrine L. Youngs and Amanda L. Narog | 3.70 530.00/hr    | 1,961.00 |
|            | CEM | E-mails from James Bopp, Jr., Richard E. Coleson, Corrine L. Youngs, and Amanda L. Narog regarding brief                                                                     | 0.30 310.00/hr    | 93.00    |
|            | CEM | Work on corruption section of brief; review motion to intervene                                                                                                              | 1.00 310.00/hr    | 310.00   |
|            | CLY | E-mail from James Bopp, Jr. regarding next steps                                                                                                                             | 0.20 310.00/hr    | 62.00    |
|            | CLY | E-mail Richard E. Coleson regarding drafting section of the brief                                                                                                            | 0.20 310.00/hr    | 62.00    |

True the Vote, Inc.                                                    Page 10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2020 | CLY | Phone conference with James Bopp, Jr. regarding Richard E. Coleson drafting a section and focus for the brief | 0.20 310.00/hr | 62.00 |
|  | CLY | Respond to email from Richard E. Coleson | 0.20 310.00/hr | 62.00 |
|  | CLY | E-mail to intervenors with filed briefs | 0.30 310.00/hr | 93.00 |
|  | CLY | Conference with Amanda L. Narog regarding brief | 0.40 310.00/hr | 124.00 |
|  | CLY | Review notes and work on outline | 0.50 310.00/hr | 155.00 |
|  | CLY | Conference with Amanda L. Narog regarding outline, organization, and public health emergency response act | 0.50 310.00/hr | 155.00 |
|  | CLY | Phone call with James Bopp, Jr. regarding updated on outline | 0.20 310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog and Richard E. Coleson regarding procedure; organization, rules, etc. | 0.70 310.00/hr | 217.00 |
|  | CLY | Conference with Amanda L. Narog regarding arguments brief, pro hac vice, etc. | 1.00 310.00/hr | 310.00 |
|  | CLY | Gather APS materials via email; email Richard E. Coleson regarding same | 0.30 310.00/hr | 93.00 |
|  | CLY | Conference with James Bopp, Jr. regarding outline; revise outline | 0.50 310.00/hr | 155.00 |
|  | JB | E-mail to Richard E. Coleson regarding drafting section of brief; phone conference with Richard E. Coleson regarding drafting section of brief | 0.50 630.00/hr | 315.00 |

True the Vote, Inc.                                                                              Page 11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2020 | JB | Final approval of press release | 0.20 630.00/hr | NO CHARGE |
|  | JB | Review draft outline for brief; phone conference with Corrine L. Youngs and Amanda L. Narog regarding outline revision; revise second draft of outline | 0.70 630.00/hr | 441.00 |
|  | JB | Review 7th Circuit Order | 0.30 630.00/hr | 189.00 |
|  | JB | E-mail exchange with Amanda L. Narog regarding NM Supreme Court's Writ power | 0.40 630.00/hr | 252.00 |
|  | AN | Read email from James Bopp, Jr. regarding outline | 0.20 300.00/hr | 60.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding outline for the brief; review outline and make changes | 0.60 300.00/hr | 180.00 |
|  | AN | Multiple emails regarding Richard E. Coleson and drafting section of brief | 0.50 300.00/hr | 150.00 |
|  | AN | Review Corrine L. Youngs email to Voter clients | 0.20 300.00/hr | 60.00 |
|  | AN | Research state rules on briefing and limits; pull relevant rules and email to Richard E. Coleson and Corrine L. Youngs | 0.70 300.00/hr | 210.00 |
|  | AN | Download and save filing sent by Melanie to file | 0.40 300.00/hr | NO CHARGE |
|  | AN | Phone conference with Richard E. Coleson, James Bopp, Jr., Corrine L. Youngs regarding briefing | 0.70 300.00/hr | 210.00 |

True the Vote, Inc.                                                                                      Page 12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2020 | AN | Phone Conference with Corrine L. Youngs regarding tasks, division of labor; research issues; phone conference with James Bopp, Jr. and Corrine L. Youngs regarding edits to outline | 1.50 300.00/hr | 450.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding pro hac vice notary issue; call clerk of court; email bar to see if notary restriction could be lifted; multiple emails with president, secretary of NM Bar | 2.10 300.00/hr | 630.00 |
| 4/4/2020 | REC | E-mails with James Bopp, Jr. regarding briefing | 0.10 530.00/hr | 53.00 |
|  | REC | Review 7th Circuit opinion in Wisconsin case regarding dangers of mail voting etc. | 0.20 530.00/hr | 106.00 |
|  | REC | E-mail from Amanda L. Narog with material from local counsel and survey same | 0.20 530.00/hr | 106.00 |
|  | REC | Work on assigned portion of brief regarding unconstitutionality of requested relief | 4.00 530.00/hr | 2,120.00 |
|  | REC | Work on assigned portion of brief regarding unconstitutionality of requested relief | 2.50 530.00/hr | 1,325.00 |
|  | REC | Work on assigned portion of brief regarding unconstitutionality of requested relief | 2.10 530.00/hr | 1,113.00 |
|  | CLY | Review James Bopp, Jr. changes to outline; review multiple email exchanges; conference with Amanda L. Narog regarding same | 1.30 310.00/hr | 403.00 |
|  | JB | E-mail exchange with Richard E. Coleson regarding 7th Circuit opinion; representative government claim | 0.50 630.00/hr | 315.00 |
|  | JB | Research representative government claim with U. S. and NM Constitution | 0.40 630.00/hr | 252.00 |

True the Vote, Inc.                                                                                          Page 13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2020 | JB | E-mail exchange with associates regarding outline of brief assignment | 0.40 630.00/hr | 252.00 |
|  | JB | Review Ohio District Court decision | 0.60 630.00/hr | 378.00 |
|  | JB | E-mail exchange regarding revised outline | 0.30 630.00/hr | 189.00 |
| 4/5/2020 | REC | Review Wisconsin case application to U. S. Supreme Court and make briefing notes; work on portion of brief regarding unconstitutionality of requested relief | 3.50 530.00/hr | 1,855.00 |
|  | REC | Work on portion of brief regarding unconstitutionality of requested relief | 4.10 530.00/hr | 2,173.00 |
|  | REC | Work on portion of brief regarding unconstitutionality of requested relief; emails with James Bopp, Jr. regarding brief | 2.20 530.00/hr | 1,166.00 |
|  | CEM | Work on corruption section of brief; send to James Bopp, Jr. for review and feedback | 1.60 310.00/hr | 496.00 |
|  | CEM | E-mail from James Bopp, Jr. regarding approval of section | 0.10 310.00/hr | 31.00 |
|  | AN | Continue drafting response in intervention | 6.10 300.00/hr | 1,830.00 |
|  | CLY | Review emails regarding changes to outline, etc. | 0.40 310.00/hr | 124.00 |
|  | CLY | Consider organization and arguments for sections of brief | 0.50 310.00/hr | 155.00 |
|  | JB | Review draft of Courtney E. Milbank section regarding NM corruption; approve | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.                                                          Page 14

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/5/2020 JB | E-mail Richard E. Coleson regarding brief | 0.30 630.00/hr | 189.00 |
| 4/6/2020 REC | E-mail from James Bopp, Jr. regarding brief and status | 0.10 530.00/hr | 53.00 |
| REC | E-mail from James Bopp, Jr. regarding briefing needs | 0.10 530.00/hr | 53.00 |
| REC | Check Supreme Court docket regarding Wisconsin case and review and annotate response and reply | 1.10 530.00/hr | 583.00 |
| REC | E-mails with Corrine L. Youngs regarding Wisconsin case | 0.10 530.00/hr | 53.00 |
| REC | E-mail from Amanda L. Narog with order denying intervention | 0.10 530.00/hr | 53.00 |
| REC | Review order denying intervention | 0.10 530.00/hr | 53.00 |
| REC | E-mail and phone conference with Amanda L. Narog regarding original jurisdiction of state supreme court | 0.20 530.00/hr | 106.00 |
| REC | Review Heritage document regarding guarantee clause and email to James Bopp, Jr. regarding same | 0.40 530.00/hr | 212.00 |
| REC | Legal research regarding guarantee clause and emails to James Bopp, Jr. and Corrine L. Youngs and Amanda L. Narog regarding adding a module on that subject | 1.30 530.00/hr | 689.00 |
| REC | E-mails with Corrine L. Youngs regarding adding module on guarantee clause | 0.10 530.00/hr | 53.00 |

True the Vote, Inc.                                                          Page 15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2020 | REC | Prepare and send plug-in module regarding guarantee clause | 1.80 530.00/hr | 954.00 |
|  | REC | E-mails with Amanda L. Narog regarding guarantee clause module | 0.10 530.00/hr | 53.00 |
|  | CEM | E-mail from Richard E. Coleson regarding draft of Part III | 0.10 310.00/hr | 31.00 |
|  | CEM | E-mails with Corrine L. Youngs regarding corruption section of brief | 0.20 310.00/hr | 62.00 |
|  | CEM | Work on updating corruption section | 0.20 310.00/hr | 62.00 |
|  | CLY | E-mails with updated outline | 0.30 310.00/hr | 93.00 |
|  | CLY | E-mail voter.intervenor | 0.20 310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog regarding next steps on briefing, etc. | 0.30 310.00/hr | 93.00 |
|  | CLY | Work on briefing; read 7th Circuit opinion; multiple conferences with Amanda L. Narog regarding arguments | 8.10 310.00/hr | 2,511.00 |
|  | CLY | E-mail local counsel regarding helping with a section | 0.20 310.00/hr | 62.00 |
|  | CLY | E-mail Courtney E. Milbank regarding changes to section | 0.20 310.00/hr | 62.00 |
|  | CLY | Work on absentee ballot section | 1.30 310.00/hr | 403.00 |
|  | JB | Review Court Order denying Intervention; email exchange regarding next steps | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.                                                                                          Page 16

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/6/2020 | JB | Phone conference with Catherine regarding next steps | 0.50<br>630.00/hr | 315.00 |
|  | JB | Phone conference with local counsel regarding next steps | 0.40<br>630.00/hr | 252.00 |
|  | JB | Revise Richard E. Coleson draft regarding Voter rights | 1.10<br>630.00/hr | 693.00 |
|  | JB | Phone conference with Catherine regarding legal argument | 1.00<br>630.00/hr | 630.00 |
|  | JB | Research additional claims; email Richard E. Coleson regarding additional claim | 0.70<br>630.00/hr | 441.00 |
|  | JB | E-mail exchange with Richard E. Coleson regarding additional claim | 0.30<br>630.00/hr | 189.00 |
|  | JB | Review Supreme Court order in Wisconsin | 0.40<br>630.00/hr | 252.00 |
|  | JB | Review draft section in guarantee clause claim | 0.40<br>630.00/hr | 252.00 |
|  | AN | Read emails regarding revised outline | 0.20<br>300.00/hr | 60.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding plan for briefing | 0.30<br>300.00/hr | 90.00 |
|  | AN | Research case law for extraordinary writs, emergency powers | 5.00<br>300.00/hr | 1,500.00 |
|  | AN | Continue drafting equitable relief section of brief; multiple conferences with Corrine L. Youngs | 7.20<br>300.00/hr | 2,160.00 |
|  | AN | E-mail to local counsel regarding absentee ballot section | 0.20<br>300.00/hr | 60.00 |

True the Vote, Inc.                                                                                              Page 17

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2020 | REC | E-mails with James Bopp, Jr. regarding possible discussion of U. S. Supreme Court decision in Wisconsin case and Purcell principle in the brief | 0.10 530.00/hr | 53.00 |
|  | REC | Review and annotate U. S. Supreme Court opinion and dissent in Wisconsin case and consider use in brief | 0.50 530.00/hr | 265.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding Purcell argument for brief | 0.20 530.00/hr | 106.00 |
|  | REC | Prepare Purcell Principle argument for brief | 3.10 530.00/hr | 1,643.00 |
|  | REC | Review news and legal commentary on Covid-19 and election cases; make briefing notes | 2.10 530.00/hr | 1,113.00 |
|  | REC | Review and annotate Bush v. Palm Beach County, 531 S. U.S. 70, and Ohio Lib Party v. Brunner, 567 F. Supp. 2d 1006; make briefing notes and consider use in case | 1.70 530.00/hr | 901.00 |
|  | CEM | Update corruption section; send to Amanda L. Narog | 0.30 310.00/hr | 93.00 |
|  | CLY | E-mail from Melanie and Todd | 0.40 310.00/hr | 124.00 |
|  | CLY | Phone conference with James Bopp, Jr.--work on brief | 0.40 310.00/hr | 124.00 |
|  | CLY | Conference with Amanda L. Narog regarding work needed on the brief | 0.40 310.00/hr | 124.00 |
|  | CLY | Work on brief, absentee ballot section; review various sections on the brief | 2.80 310.00/hr | 868.00 |

True the Vote, Inc.                                                                                          Page 18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2020 | CLY | E-mail exchange regarding mini brief | 0.10 310.00/hr | 31.00 |
|  | CLY | Work on motion; pro hac vice, etc.; conference with Amanda L. Narog regarding brief multiple times | 2.70 310.00/hr | 837.00 |
|  | JB | Revise draft of Amicus brief; phone conference with Corrine L. Youngs regarding revision | 2.10 630.00/hr | 1,323.00 |
|  | JB | Review local counsel section in NM law | 0.90 630.00/hr | 567.00 |
|  | JB | E-mail Richard E. Coleson regarding Supreme Court order; draft section regarding Purcell principle | 0.40 630.00/hr | 252.00 |
|  | JB | E-mail exchange regarding NM law | 0.30 630.00/hr | 189.00 |
|  | JB | Revise Richard E. Coleson section on Purcell principle | 0.60 630.00/hr | 378.00 |
|  | JB | E-mail exchange regarding final draft | 0.30 630.00/hr | 189.00 |
|  | AN | Continue drafting brief; review/revise section 1; email to James Bopp, Jr. for review | 4.80 300.00/hr | 1,440.00 |
|  | AN | E-mails from local counsel | 0.30 300.00/hr | 90.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding James Bopp, Jr.'s revisions to brief | 0.40 300.00/hr | 120.00 |
|  | AN | IM for James Bopp, Jr. regarding call; phone conference with James Bopp, Jr. regarding brief revisions | 0.20 300.00/hr | 60.00 |

True the Vote, Inc.                                                                 Page 19

|            |      |                                                                                                                  | Hrs/Rate         | Amount     |
| ---------- | ---- | ---------------------------------------------------------------------------------------------------------------- | ---------------- | ---------- |
| 4/7/2020   | AN   | Fully review brief; redraft legislature section; email James Bopp, Jr. regarding sending brief tomorrow by noon  | 3.20 300.00/hr   | 960.00     |
|            | AN   | Fill out pro hac vice forms; order good standing certificate from Ohio; find goodstanding information from Indiana; multiple phone conferences with Corrine L. Youngs | 1.20 300.00/hr   | 360.00     |
|            | JB   | Phone conference with Amanda L. Narog regarding revision of brief                                                 | 0.20 630.00/hr   | 126.00     |
| 4/8/2020   | CLY  | Conference with Amanda L. Narog regarding status of case                                                         | 0.30 310.00/hr   | 93.00      |
|            | CLY  | Conference with Amanda L. Narog regarding motion; brief (2x)                                                      | 0.50 310.00/hr   | 155.00     |
|            | CLY  | Conference with Amanda L. Narog regarding new amici                                                               | 0.30 310.00/hr   | 93.00      |
|            | CLY  | Draft press release                                                                                               | 2.30 310.00/hr   | NO CHARGE  |
|            | CLY  | Look for previous drafted motion                                                                                  | 0.30 310.00/hr   | NO CHARGE  |
|            | JB   | Revise final draft of Amicus brief                                                                                | 1.30 630.00/hr   | 819.00     |
|            | JB   | Phone conference with local counsel regarding new voters                                                          | 0.20 630.00/hr   | 126.00     |
|            | JB   | E-mail exchange with counsel regarding email to file Amicus brief                                                 | 0.30 630.00/hr   | 189.00     |
|            | JB   | Review press release regarding filing Amicus brief                                                                | 0.30 630.00/hr   | NO CHARGE  |

True the Vote, Inc.                                                                    Page 20

|  |  |  | __Hrs/Rate__ | __Amount__ |
|---|---|---|---|---|
| 4/8/2020 | JB | Review new paragraph regarding new voters | 0.30<br>630.00/hr | 189.00 |
|  | JB | Review draft motion to file Amicus brief | 0.40<br>630.00/hr | 252.00 |
|  | JB | Review various filings in NM Supreme Court | 1.10<br>630.00/hr | 693.00 |
|  | AN | Phone Conference with Corrine L. Youngs<br>regarding plan for completion | 0.30<br>300.00/hr | 90.00 |
|  | AN | Continue drafting brief; add additional absentee<br>voting information from local counsel;<br>constitutional provisions section | 3.90<br>300.00/hr | 1,170.00 |
|  | AN | E-mail to James Bopp, Jr. to review | 0.20<br>300.00/hr | 60.00 |
|  | AN | Phone Conference with Corrine L. Youngs<br>regarding drafting motion; brief needs (2x) | 0.50<br>300.00/hr | 150.00 |
|  | AN | Phone Conference with Corrine L. Youngs<br>regarding new amici; press release | 0.30<br>300.00/hr | 90.00 |
|  | AN | Final review of motion; create table of contents<br>and authorities; fix citation errors in brief; draft<br>motion to leave to file amicus | 5.50<br>300.00/hr | 1,650.00 |
|  | AN | Review press release; PDF and email<br>documents to local counsel | 0.50<br>300.00/hr | NO CHARGE |
|  | AN | Resend documents for filing to local counsel | 0.40<br>300.00/hr | 120.00 |
| 4/9/2020 | CLY | E-mail Adam regarding putting brief on<br>website; emails from James Bopp, Jr. regarding<br>press release | 0.30<br>310.00/hr | 93.00 |

True the Vote, Inc.                                                                          Page 21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2020 | CLY | Review emails regarding filing; new amici | 0.40 310.00/hr | 124.00 |
| | CLY | Recap happenings in case | 0.20 310.00/hr | 62.00 |
| | CLY | Review supplemental briefing; other filings | 0.50 310.00/hr | 155.00 |
| | CLY | Finalize press release; send to Debbie; multiple | 0.40 310.00/hr | NO CHARGE |
| | CLY | Draft email to Amici | 0.40 310.00/hr | 124.00 |
| | JB | Phone conference with Catherine regarding filing | 0.30 630.00/hr | 189.00 |
| | JB | Phone conference with local counsel regarding filing | 0.30 630.00/hr | 189.00 |
| | AN | Review filing emails; save to file | 0.40 300.00/hr | 120.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding filing and updates on case | 0.20 300.00/hr | 60.00 |
| | AN | Save and review other filings from parties and interested parties | 0.80 300.00/hr | 240.00 |
| | AN | Review email to Amici | 0.30 300.00/hr | 90.00 |
| | AN | Read email from NM Bar regarding certificate of good standing Ohio; send new certificate | 0.40 300.00/hr | 120.00 |
| 4/10/2020 | CLY | E-mail exchange with voter regarding order; oral argument; email Melanie oral argument question | 0.40 310.00/hr | 124.00 |

True the Vote, Inc.                                                                                          Page 22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2020 | CLY | E-mail regarding oral argument | 0.20<br>310.00/hr | 62.00 |
|  | CLY | E-mail interested voter regarding oral argument | 0.20<br>310.00/hr | 62.00 |
|  | JB | Review order granting Amicus brief; phone conference with Catherine | 0.50<br>630.00/hr | 315.00 |
|  | AN | E-mail regarding order and oral argument | 0.30<br>300.00/hr | 90.00 |
|  | AN | Read articles sent by James Bopp, Jr. | 0.80<br>300.00/hr | 240.00 |
| 4/13/2020 | CLY | Order regarding granting amicus motion | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Review email exchange regarding Harvey Yates | 0.20<br>310.00/hr | 62.00 |
| 4/14/2020 | CLY | E-mail regarding watching via Youtube | 0.20<br>310.00/hr | 62.00 |
|  | CLY | E-mail regarding federal lawsuit | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog regarding viewing hearing | 0.10<br>310.00/hr | 31.00 |
|  | CLY | E-mail regarding counsel in NM; voters in NM | 0.30<br>310.00/hr | 93.00 |
|  | CLY | E-mail exchange regarding federal lawsuit | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Listen to oral argument | 2.20<br>310.00/hr | NO CHARGE |

True the Vote, Inc.                                                                 Page 23

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2020 | CLY | Watch Supreme Court opinion | 0.20 310.00/hr | NO CHARGE |
| | AN | Phone Conference with Corrine L. Youngs regarding video of oral argument | 0.10 300.00/hr | 30.00 |
| | AN | Watch oral argument and decision | 2.00 300.00/hr | NO CHARGE |
| | JB | Watch oral argument | 2.20 630.00/hr | NO CHARGE |
| | JB | Watch Supreme Court opinion | 0.20 630.00/hr | NO CHARGE |
| 4/15/2020 | CLY | Multiple emails regarding case | 0.20 310.00/hr | 62.00 |
| | CLY | Read news articles regarding case | 0.30 310.00/hr | NO CHARGE |
| | CLY | Review press release | 0.20 310.00/hr | NO CHARGE |
| | CLY | Draft email to votes | 0.20 310.00/hr | 62.00 |
| | CLY | Draft press release | 1.50 310.00/hr | NO CHARGE |
| | AN | Revise press release for Corrine L. Youngs and save to folder | 0.60 300.00/hr | NO CHARGE |
| 4/16/2020 | CLY | E-mails regarding press release | 0.20 310.00/hr | NO CHARGE |
| | CLY | Review additional press release | 0.20 310.00/hr | NO CHARGE |

True the Vote, Inc.                                                                    Page 24

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **For professional services rendered** | **226.90** | **$82,578.00** |
| | **Additional charges:** | | |
| | | **Qty/Price** | |
| 4/1/2020 | Cost advanced for LexisNexis computer assisted legal research--research rules/law for intervention | 13 $3.00 | 39.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research separation of powers | 25 $3.00 | 75.00 |
| 4/2/2020 | Cost advanced for LexisNexis computer assisted legal research--research NM election code | 4 $3.00 | 12.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research vote dilution, voting rights | 35 $3.00 | 105.00 |
| 4/3/2020 | Cost advanced for LexisNexis computer assisted legal research--research Extraordinary Writs, emergency powers | 98 $3.00 | 294.00 |
| 4/5/2020 | Cost advanced for LexisNexis computer assisted legal research--research Equitable powers | 6 $3.00 | 18.00 |
| 4/6/2020 | Cost advanced for LexisNexis computer assisted legal research--research NM election code | 15 $3.00 | 45.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research Mandamus action | 23 $3.00 | 69.00 |
| 4/7/2020 | Cost advanced for LexisNexis computer assisted legal research--get Ohio Lib Party v. Brunner, 567 F. Supp. 2d 1006 | 7 $3.00 | 21.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research Constitutional provisions | 36 $3.00 | 108.00 |
| 4/8/2020 | Cost advanced for LexisNexis computer assisted legal research--research Legislature extraordinary session | 10 $3.00 | 30.00 |

True the Vote, Inc.                                                                      Page 25

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 4/14/2020 | Cost advanced for LexisNexis computer assisted legal research--research case at oral argument | 3 $3.00 | 9.00 |

| | | |
|---|---|---|
| **Total costs** | | **$825.00** |
| **Total amount of this bill** | | **$83,403.00** |
| 4/22/2020 Payment - thank you--Wire Transfer processed on 04-22-20--Retainer for Legal Services | | ($5,000.00) |
| **Total payments and adjustments** | | **($5,000.00)** |
| **Balance due** | | **$78,403.00** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Amanda L. Narog | 80.30 | 300.00 | $24,090.00 |
| Amanda L. Narog | 3.50 | 0.00 | $0.00 |
| Corrine L. Youngs | 51.30 | 310.00 | $15,903.00 |
| Corrine L. Youngs | 10.20 | 0.00 | $0.00 |
| Courtney E. Milbank | 4.10 | 310.00 | $1,271.00 |
| Richard E. Coleson | 39.20 | 530.00 | $20,776.00 |
| James Bopp, Jr. | 32.60 | 630.00 | $20,538.00 |
| James Bopp, Jr. | 5.70 | 0.00 | $0.00 |