# Exhibit 42
# TTV NV State Litigation Invoice 2020-0710

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
July 10, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--state

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2020 | REC | Monitor emails regarding case status and plans | 0.10 530.00/hr | 53.00 |
|  | REC | Review emails between James Bopp, Jr. and local counsel | 0.10 530.00/hr | 53.00 |
|  | CLY | Review Order denying Intervention | 0.30 310.00/hr | 93.00 |
|  | JB | Review Court Order regarding RNC | 0.40 630.00/hr | 252.00 |

True the Vote, Inc.                                                                                  Page   2

|              |     |                                                              | Hrs/Rate          | Amount      |
|--------------|-----|--------------------------------------------------------------|-------------------|-------------|
| 5/1/2020     | JB  | Review Court Order denying our Intervention                  | 0.40<br>630.00/hr | 252.00      |
| 5/6/2020     | REC | Conference with James Bopp, Jr. regarding case needs and plans | 0.10<br>530.00/hr | 53.00       |

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 1.40 | $756.00 |
| Previous balance |  | $39,160.68 |
| Balance due |  | $39,916.68 |

### Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount    |
|---------------------|----------|--------|-----------|
| Corrine L. Youngs   | 0.30     | 310.00 | $93.00    |
| Richard E. Coleson  | 0.30     | 530.00 | $159.00   |
| James Bopp, Jr.     | 0.80     | 630.00 | $504.00   |