# Exhibit 44
# TTV NV Federal Litigation Invoice
# 2020-0710

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC

### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
July 10, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--Fed

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2020 | CLY | E-mail regarding conference; Opinion | 0.20 310.00/hr | 62.00 |
|  | CLY | General review of Opinion | 0.50 310.00/hr | 155.00 |
|  | CLY | Attend conference regarding Opinion and next steps | 0.50 310.00/hr | 155.00 |
|  | CLY | Research motions panel; email to James Bopp, Jr. | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                                Page   2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2020 | CLY | Send Order to Larry | 0.20<br>310.00/hr | 62.00 |
| | CLY | E-mails regarding next steps | 0.20<br>310.00/hr | 62.00 |
| | REC | E-mail exchange with James Bopp, Jr. regarding case status and needs | 0.10<br>530.00/hr | 53.00 |
| | REC | Prepare and send detailed email with attachments to Angela Stuedemann for "generalized grievance" research | 1.00<br>530.00/hr | 530.00 |
| | JB | E-mail exchange regarding next steps | 0.50<br>630.00/hr | 315.00 |
| | REC | Videoconference with James Bopp, Jr., Corrine L. Youngs, and Amanda L. Narog regarding case status, needs, and arguments for Injunction pending appeal | 0.50<br>530.00/hr | 265.00 |
| | JB | Phone call from Richard E. Coleson regarding case needs and research needs | 0.20<br>630.00/hr | 126.00 |
| | REC | E-mail from Corrine L. Youngs regarding motions panel at 9th Circuit | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone call from James Bopp, Jr. regarding change in case needs | 0.10<br>530.00/hr | 53.00 |
| | REC | Texts with Corrine L. Youngs regarding case status and plans | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mail from James Bopp, Jr. and Amanda L. Narog with links to articles to add to resource page for briefing use; update resource page | 0.30<br>530.00/hr | 159.00 |
| | REC | Legal research regarding prudential standing rules | 0.50<br>530.00/hr | 265.00 |

True the Vote, Inc.                                                                          Page  3

|            |     |                                                                                       | Hrs/Rate         | Amount  |
|------------|-----|---------------------------------------------------------------------------------------|------------------|---------|
| 5/1/2020   | REC | Legal research regarding generalized grievances and standing                          | 1.30 530.00/hr   | 689.00  |
|            | REC | Legal research in cases about generalized grievances and standing                     | 1.10 530.00/hr   | 583.00  |
|            | JB  | Phone conference with Richard E. Coleson, Amanda L. Narog, and Corrine L. Youngs regarding next steps | 0.50 630.00/hr | 315.00 |
|            | JB  | E-mail exchange regarding "generalized grievances"                                     | 0.40 630.00/hr   | 252.00  |
|            | AN  | Videoconference with Richard E. Coleson, James Bopp, Jr., and Corrine L. Youngs regarding next steps | 0.50 300.00/hr | 150.00 |
|            | JB  | Review Corrine L. Youngs email regarding motions panel                                 | 0.10 630.00/hr   | 63.00   |
|            | JB  | E-mail exchange with Richard E. Coleson regarding case needs                           | 0.10 630.00/hr   | 63.00   |
| 5/2/2020   | REC | Work on theory of case; possible approaches; generalized grievance issue               | 0.90 530.00/hr   | 477.00  |
|            | REC | Consider approaches to generalized grievance issue                                     | 0.20 530.00/hr   | 106.00  |
|            | REC | E-mails with Angela Stuedemann regarding research into generalized grievances          | 0.10 530.00/hr   | 53.00   |
|            | REC | E-mails with James Bopp, Jr. regarding ideas for pursing case                          | 0.10 530.00/hr   | 53.00   |
|            | REC | E-mails with James Bopp, Jr. regarding case arguments and analysis                     | 0.10 530.00/hr   | 53.00   |

True the Vote, Inc.                                                                          Page   4

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/2/2020 | REC | E-mails with Angela Stuedemann regarding research assignment | 0.10 530.00/hr | 53.00 |
|  | REC | Phone conference with Angela Stuedemann regarding research on generalized grievances | 0.20 530.00/hr | 106.00 |
|  | JB | Preparation of discovery request to county clerk; email to David | 1.50 630.00/hr | 945.00 |
|  | JB | E-mail exchange with Richard E. Coleson regarding reformat of legal theory | 0.50 630.00/hr | 315.00 |
| 5/3/2020 | RC | Research issue of states reopening businesses in light of Coronavirus, draft corresponding module | 2.00 240.00/hr | 480.00 |
|  | RC | Research issue of problems with mail-in voting in Ohio election, draft corresponding module | 1.20 240.00/hr | 288.00 |
|  | REC | E-mail from Angela Stuedemann regarding research on generalized grievances | 0.10 530.00/hr | 53.00 |
|  | REC | Prepare and send email to Angela Stuedemann regarding materials and ideas for research regarding generalized grievances | 0.20 530.00/hr | 106.00 |
|  | REC | Download and print Marc Elias's brief opposing our Preliminary Injunction Motion; send same with other briefing materials regarding standing to Angela Stuedemann; review cases regarding standing | 1.10 530.00/hr | 583.00 |
|  | REC | Review and annotate intervenor-defendant's opposition to Voter Plaintiffs' Preliminary Injunction Motion; make briefing notes | 0.90 530.00/hr | 477.00 |
|  | REC | Review and annotate cases cited by intervenor-defendants and related cases from Lexis search and Shepardizing; work on memo | 4.10 530.00/hr | 2,173.00 |

True the Vote, Inc.                                                              Page   5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | regarding generalized grievances and various thoughts about case claims for James Bopp, Jr. |  |  |
| 5/3/2020 | REC | Finalize memo regarding claims and arguments and send to James Bopp, Jr. with email | 0.60 530.00/hr | 318.00 |
|  | REC | Review and annotate Court Opinion and make detailed briefing notes for possible use in rehearing motion or on appeal | 1.60 530.00/hr | 848.00 |
|  | REC | E-mails with Angela Stuedemann regarding research status | 0.10 530.00/hr | 53.00 |
|  | REC | Receive and print Angela Stuedemann research regarding standing and generalized grievances; scan over same | 0.20 530.00/hr | 106.00 |
|  | JB | Review memo from Richard E. Coleson and Angela Stuedemann regarding claims and "generalized grievances" | 0.80 630.00/hr | 504.00 |
| 5/4/2020 | REC | E-mails with Jeffrey P. Gallant regarding paper service copies | 0.10 530.00/hr | NO CHARGE |
|  | REC | Phone conference with James Bopp, Jr. regarding case arguments and needs | 1.00 530.00/hr | 530.00 |
|  | REC | Review and annotate memo from Angela Stuedemann regarding generalized grievances | 0.30 530.00/hr | 159.00 |
|  | REC | Legal research in 123 S. Ct. 2652; make briefing notes | 0.30 530.00/hr | 159.00 |
|  | REC | Legal research regarding standing issues and work on memo per James Bopp, Jr. request regarding approaches used by RNC and DNC and about reframing our claims | 4.80 530.00/hr | 2,544.00 |

True the Vote, Inc.                                                                          Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2020 | REC | Work on analytical memo regarding TTV standing and revising claims; email to James Bopp, Jr. | 1.90 530.00/hr | 1,007.00 |
| | JB | Review memo from Richard E. Coleson; phone conference with Richard E. Coleson regarding claims and "generalized grievances" | 0.90 630.00/hr | 567.00 |
| | JB | Review Washoe declaration and exhibits regarding 213 compliance | 0.70 630.00/hr | 441.00 |
| | JB | Review Elko brief regarding 213 compliance | 0.30 630.00/hr | 189.00 |
| 5/5/2020 | REC | Review email from local counsel | 0.10 530.00/hr | 53.00 |
| | JB | Review Richard E. Coleson memo regarding study and claims; phone conference with Richard E. Coleson regarding study and claims | 1.20 630.00/hr | 756.00 |
| | JB | Preparation of Nevada Plaintiff memo | 0.70 630.00/hr | 441.00 |
| | JB | Review Motion to Withdraw Preliminary Injunction in State Case | 0.60 630.00/hr | 378.00 |
| | JB | Phone conference with Catherine regarding Clark County case | 0.50 630.00/hr | 315.00 |
| | JB | Preparation of document request | 0.50 630.00/hr | 315.00 |
| | JB | Phone conference with David regarding document request; review email exchange regarding document request | 0.50 630.00/hr | 315.00 |
| | REC | Phone conference with James Bopp, Jr. regarding case needs | 0.20 530.00/hr | 106.00 |

True the Vote, Inc.

Page   7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | REC | Conference with James Bopp, Jr. regarding case needs and plans | 0.10 530.00/hr | 53.00 |
| | CLY | E-mail updated pleadings | 0.50 310.00/hr | 155.00 |
| | JB | E-mail exchange with Richard E. Coleson regarding study | 0.30 630.00/hr | 189.00 |
| | JB | E-mail exchange with Richard E. Coleson regarding association client; review draft language | 0.40 630.00/hr | 252.00 |
| | JB | Conference with Richard E. Coleson regarding case needs | 0.10 630.00/hr | 63.00 |
| | REC | E-mail exchange with James Bopp, Jr. regarding study | 0.30 530.00/hr | 159.00 |
| | REC | E-mail exchange with James Bopp, Jr. regarding association client | 0.30 530.00/hr | 159.00 |
| 5/7/2020 | REC | Phone call from Corrine L. Youngs and Amanda L. Narog regarding case needs | 0.30 530.00/hr | 159.00 |
| | CLY | Review article James Bopp, Jr. sent regarding Clark County | 0.30 310.00/hr | 93.00 |
| | CLY | Attorney conference with plan | 0.80 310.00/hr | 248.00 |
| | CLY | Conference with Amanda L. Narog and Richard E. Coleson regarding next steps | 0.30 310.00/hr | 93.00 |
| | CLY | Multiple emails regarding amended complaint and suits generally | 0.40 310.00/hr | 124.00 |
| | CLY | Review email exchange between James Bopp, Jr. and Jacob Deaville | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                    Page  8

|            |     |                                                                              | Hrs/Rate            | Amount    |
|------------|-----|------------------------------------------------------------------------------|---------------------|-----------|
| 5/7/2020   | CLY | Work on complaint                                                            | 1.00<br>310.00/hr   | 310.00    |
|            | AN  | E-mails regarding Videoconference  at 10 am                                  | 0.20<br>300.00/hr   | NO CHARGE |
|            | AN  | Phone Conference with Corrine L. Youngs<br>regarding tasks and preparation for conference | 0.50<br>300.00/hr   | 150.00    |
|            | AN  | Phone conference with James Bopp, Jr.<br>regarding moving conference to 10:15 am | 0.10<br>300.00/hr   | NO CHARGE |
|            | AN  | Attorney Videoconference with Corrine L.<br>Youngs and Richard E. Coleson    | 0.30<br>300.00/hr   | 90.00     |
|            | AN  | Phone Conference with Corrine L. Youngs<br>regarding division of labor, statutory provisions | 0.60<br>300.00/hr   | 180.00    |
|            | AN  | Start formatting motion to expedite and<br>consolidate; organize folders     | 2.00<br>300.00/hr   | 600.00    |
|            | AN  | Read articles sent by James Bopp, Jr.; email<br>with table from Courtney E. Milbank | 0.40<br>300.00/hr   | 120.00    |
|            | JB  | Review articles regarding Clark County                                       | 0.40<br>630.00/hr   | 252.00    |
|            | JB  | Preparation of memo regarding Plaintiffs                                      | 0.50<br>630.00/hr   | 315.00    |
|            | JB  | Review language for Association Plaintiffs;<br>phone conference with Richard E. Coleson<br>regarding language | 0.40<br>630.00/hr   | 252.00    |
|            | JB  | E-mail exchange with David regarding<br>Plaintiffs; phone conference with David | 0.40<br>630.00/hr   | 252.00    |
| 5/8/2020   | CLY | E-mails regarding plaintiffs                                                 | 0.20<br>310.00/hr   | 62.00     |

True the Vote, Inc.                                                                                     Page  9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2020 | CLY | E-mail from David regarding plaintiffs and retainer | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Work on complaint; respond to emails concerning case; conference with James Bopp, Jr. regarding update,  timeline; update Amanda L. Narog same | 3.00<br>310.00/hr | 930.00 |
|  | AN | E-mails from James Bopp, Jr., local counsel, Courtney E. Milbank regarding formatting and claims | 0.40<br>300.00/hr | 120.00 |
|  | AN | Multiple emails from local counsel regarding verifications and plaintiffs | 0.40<br>300.00/hr | 120.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding discussion with James Bopp, Jr. about filing; needs of case | 0.20<br>300.00/hr | 60.00 |
|  | JB | E-mail exchange regarding possible Plaintiffs | 0.30<br>630.00/hr | 189.00 |
|  | JB | Phone Conference with Corrine L. Youngs regarding filing date | 0.30<br>630.00/hr | 189.00 |
| 5/10/2020 | JB | Review Public Records documents for Washoe County | 0.50<br>630.00/hr | 315.00 |
| 5/11/2020 | REC | Work on Preliminary Injunction memo | 2.50<br>530.00/hr | 1,325.00 |
|  | REC | Conference with James Bopp, Jr., Corrine L. Youngs and Amanda L. Narog regarding case status and needs | 0.10<br>530.00/hr | 53.00 |
|  | REC | Legal research regarding possible HAVA claim; email to James Bopp, Jr. et al. regarding same | 1.40<br>530.00/hr | 742.00 |

True the Vote, Inc.                                                                    Page 10

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/11/2020 | REC | ECF Notice and download Washoe Motion to Dismiss; review and calendar | 0.30 530.00/hr | 159.00 |
|  | REC | Work on Preliminary Injunction memo | 0.60 530.00/hr | 318.00 |
|  | REC | Work on Preliminary Injunction memo | 2.60 530.00/hr | 1,378.00 |
|  | REC | Work on Preliminary Injunction memo | 3.80 530.00/hr | 2,014.00 |
|  | AN | Continue to work on Motion to expedite, consolidate | 1.30 300.00/hr | 390.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding preparation for attorney Videoconference | 0.20 300.00/hr | 60.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding division of labor per conference | 0.40 300.00/hr | 120.00 |
|  | AN | E-mail from Richard E. Coleson regarding HAVA; research HAVA and application to this case | 2.70 300.00/hr | 810.00 |
|  | AN | Draft email to James Bopp, Jr. regarding HAVA and NV statutes | 0.50 300.00/hr | 150.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding HAVA, statutes, tasks | 1.00 300.00/hr | 300.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding complaint needs and additional statutes to add | 0.20 300.00/hr | 60.00 |
|  | JB | Review Motion to Dismiss | 0.40 630.00/hr | 252.00 |

True the Vote, Inc.                                                      Page 11

|            |     |                                                              | Hrs/Rate    | Amount |
|------------|-----|--------------------------------------------------------------|-------------|--------|
| 5/11/2020  | JB  | Review email from Richard E. Coleson and Amanda L. Narog regarding HAVA research | 0.50 630.00/hr | 315.00 |
|            | JB  | E-mail exchange with David regarding evidence                | 0.30 630.00/hr | 189.00 |
|            | JB  | Revise Amended Complaint                                      | 1.20 630.00/hr | 756.00 |
|            | JB  | Preparation of argument regarding Nevada law regarding 213   | 0.90 630.00/hr | 567.00 |
|            | JB  | Preparation of argument on why Washoe not in compliance with 213 | 1.30 630.00/hr | 819.00 |
|            | CLY | E-mails regarding case; email regarding filing               | 0.20 310.00/hr | 62.00  |
|            | CLY | Review county filing                                         | 0.40 310.00/hr | 124.00 |
|            | CLY | Conference with firm attorneys on case; next steps           | 0.50 310.00/hr | 155.00 |
|            | CLY | Conference with Amanda L. Narog regarding tasks for filing   | 0.30 310.00/hr | 93.00  |
|            | CLY | Work on complaint                                            | 2.80 310.00/hr | 868.00 |
|            | CLY | Review declaration; draft email to David regarding declaration | 0.30 310.00/hr | 93.00  |
|            | CLY | Work on complaint                                            | 1.50 310.00/hr | 465.00 |
|            | CLY | E-mails regarding finalizing filing                          | 0.40 310.00/hr | 124.00 |

True the Vote, Inc.                                                                     Page 12

|            |     |                                                                                | Hrs/Rate           | Amount   |
|------------|-----|--------------------------------------------------------------------------------|--------------------|----------|
| 5/12/2020  | REC | E-mails with James Bopp, Jr. with material regarding statutory noncompliance    | 0.10<br>530.00/hr  | 53.00    |
|            | REC | Work on Preliminary Injunction memo                                             | 5.00<br>530.00/hr  | 2,650.00 |
|            | REC | Work on Preliminary Injunction memo                                             | 4.90<br>530.00/hr  | 2,597.00 |
|            | REC | E-mails with Corrine L. Youngs regarding possible plaintiff                     | 0.10<br>530.00/hr  | 53.00    |
|            | REC | E-mail to James Bopp, Jr. with Preliminary Injunction memo for review           | 0.10<br>530.00/hr  | 53.00    |
|            | REC | E-mails from James Bopp, Jr. regarding Preliminary Injunction memo and ECF filing | 0.10<br>530.00/hr | 53.00    |
|            | REC | ECF Notice regarding Secretary of State's joinder in Motion to Dismiss; review and file away | 0.10<br>530.00/hr | 53.00 |
|            | REC | Review emails and email to Corrine L. Youngs and Amanda L. Narog regarding case status | 0.10<br>530.00/hr | 53.00 |
|            | REC | E-mails with Corrine L. Youngs regarding case status and needs                  | 0.10<br>530.00/hr  | 53.00    |
|            | REC | E-mails with Corrine L. Youngs regarding case status and needs                  | 0.10<br>530.00/hr  | 53.00    |
|            | REC | Review emails from local counsel and Corrine L. Youngs regarding new plaintiff etc. | 0.10<br>530.00/hr | 53.00  |
|            | REC | E-mails with Corrine L. Youngs and review and edit declaration                  | 0.30<br>530.00/hr  | 159.00   |
|            | REC | E-mail to Corrine L. Youngs and Amanda L. Narog regarding case needs and status | 0.10<br>530.00/hr  | 53.00    |

True the Vote, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2020 | REC | E-mail to James Bopp, Jr. regarding case needs and status | 0.10<br>530.00/hr | 53.00 |
| | JPG | Phone call, email from Virgil regarding NV mailed ballots, emails with Richard E. Coleson, Amanda L. Narog, and Corrine L. Youngs | 0.50<br>475.00/hr | 237.50 |
| | AN | Continue research into statutes | 1.10<br>300.00/hr | 330.00 |
| | AN | E-mail from Courtney E. Milbank regarding perjury statement | 0.10<br>300.00/hr | 30.00 |
| | AN | E-mail from Jeffrey P. Gallant regarding Virgil and ballots; responses | 0.20<br>300.00/hr | 60.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding declaration drafting | 0.30<br>300.00/hr | 90.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding list of tasks, division of labor, other issues | 0.80<br>300.00/hr | 240.00 |
| | AN | Phone Conference with Corrine L. Youngs and Virgil regarding declaration, signatures | 0.20<br>300.00/hr | 60.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding plan for finalizing | 0.30<br>300.00/hr | 90.00 |
| | AN | E-mails with Richard E. Coleson regarding exhibits to new sections | 0.20<br>300.00/hr | 60.00 |
| | AN | Create cover sheets for all exhibits to complaint | 0.80<br>300.00/hr | 240.00 |
| | AN | Draft drop in for complaint regarding inactive voter statutes | 0.80<br>300.00/hr | 240.00 |

True the Vote, Inc.                                                                                                   Page 14

|              |      |                                                                                          | Hrs/Rate          | Amount |
|--------------|------|------------------------------------------------------------------------------------------|-------------------|--------|
| 5/12/2020    | JB   | Revise memo regarding 213 compliance                                                     | 0.60<br>630.00/hr | 378.00 |
|              | JB   | Preparation of argument that Clark County not in compliance with 213                     | 1.10<br>630.00/hr | 693.00 |
|              | JB   | Phone conference with David regarding document production by Clark County                 | 0.30<br>630.00/hr | 189.00 |
|              | JB   | Review draft of Preliminary Injunction brief                                             | 1.10<br>630.00/hr | 693.00 |
|              | JB   | Revise Washoe and Clark compliance memo; email exchange with Corrine L. Youngs and Richard E. Coleson | 0.70<br>630.00/hr | 441.00 |
|              | JB   | Review Motion to Dismiss Joinder                                                          | 0.30<br>630.00/hr | 189.00 |
|              | JB   | E-mail exchange with David regarding Plaintiffs                                           | 0.30<br>630.00/hr | 189.00 |
|              | CLY  | Conference with James Bopp, Jr. regarding changes to compliant                           | 0.40<br>310.00/hr | 124.00 |
|              | CLY  | Review multiple emails regarding suit                                                     | 0.30<br>310.00/hr | 93.00  |
|              | CLY  | Make list of changes to complaint                                                        | 0.30<br>310.00/hr | 93.00  |
|              | CLY  | E-mail and attachments regarding compliance with 213                                     | 0.30<br>310.00/hr | 93.00  |
|              | CLY  | Work on compliant                                                                        | 2.70<br>310.00/hr | 837.00 |
|              | CLY  | Work on compliant                                                                        | 0.10<br>310.00/hr | 31.00  |

True the Vote, Inc.                                                                                              Page 15

|            |     |                                                                        | Hrs/Rate           | Amount   |
|------------|-----|------------------------------------------------------------------------|--------------------|----------|
| 5/12/2020  | CLY | Work on compliant and other issues in filings                          | 4.00 310.00/hr     | 1,240.00 |
|            | CLY | Work on declaration                                                     | 0.40 310.00/hr     | 124.00   |
|            | CLY | E-mail updates regarding status and progress                           | 0.40 310.00/hr     | 124.00   |
|            | CLY | E-mails regarding plaintiffs already voting                            | 0.30 310.00/hr     | 93.00    |
|            | CLY | Work on declaration                                                     | 0.40 310.00/hr     | 124.00   |
| 5/13/2020  | REC | Review multiple emails from James Bopp, Jr. regarding case needs and arguments and facts | 0.20 530.00/hr | 106.00   |
|            | REC | Work on Preliminary Injunction memo                                    | 2.30 530.00/hr     | 1,219.00 |
|            | REC | Phone Conference with Corrine L. Youngs regarding case status and needs | 0.20 530.00/hr     | 106.00   |
|            | REC | Work on Preliminary Injunction memo                                    | 0.50 530.00/hr     | 265.00   |
|            | REC | Review claims in draft complaint                                       | 0.30 530.00/hr     | 159.00   |
|            | REC | E-mails with Corrine L. Youngs regarding draft complaint               | 0.10 530.00/hr     | 53.00    |
|            | REC | Phone conference with James Bopp, Jr. regarding case status and needs  | 0.10 530.00/hr     | 53.00    |
|            | REC | E-mails with Corrine L. Youngs regarding complaint and status          | 0.10 530.00/hr     | 53.00    |

True the Vote, Inc.                                                                                     Page 16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2020 | REC | Work on Preliminary Injunction memo | 1.20 530.00/hr | 636.00 |
|  | REC | E-mails regarding exhibits and references | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding exhibits in Preliminary Injunction memo | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Corrine L. Youngs regarding expedite motion | 0.10 530.00/hr | 53.00 |
|  | REC | E-mail to Corrine L. Youngs and Amanda L. Narog regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Corrine L. Youngs regarding new plaintiff | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Amanda L. Narog regarding Preliminary Injunction memo | 0.10 530.00/hr | 53.00 |
|  | REC | Finalize draft of Preliminary Injunction memo and send to James Bopp, Jr. for review | 1.10 530.00/hr | 583.00 |
|  | REC | E-mails with James Bopp, Jr. regarding review and approval of Preliminary Injunction brief | 0.20 530.00/hr | 106.00 |
|  | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding finalizing and filing | 0.10 530.00/hr | 53.00 |
|  | AN | Read multiple emails regarding finalization and filing | 0.40 300.00/hr | 120.00 |
|  | AN | Create and revise exhibits; revise list of exhibits; add additional exhibits as designated | 2.10 300.00/hr | 630.00 |

True the Vote, Inc.                                                           Page 17

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/13/2020 | AN | Review complaint; add James Bopp, Jr.'s Clark and Washoe Co drop ins; add citations for exhibits | 2.60 300.00/hr | 780.00 |
|  | AN | E-mail with Richard E. Coleson regarding adding exhibit citation to Preliminary Injunction; computer error, reboot and recited exhibits in Preliminary Injunction; email Richard E. Coleson that it is completed | 1.30 300.00/hr | 390.00 |
|  | AN | Add new plaintiff to motions and brief; multiple emails with Richard E. Coleson regarding form of citation; change all signatures to Amanda L. Narog; review motion to expedite and consolidate and make additions, citations | 1.50 300.00/hr | 450.00 |
|  | AN | Multiple phone conferences with Corrine L. Youngs regarding formatting documents, new plaintiff, finalizing and filing | 1.60 300.00/hr | 480.00 |
|  | AN | Finalize documents; create for filing folder; log in and file all documents | 0.80 300.00/hr | 240.00 |
|  | CLY | E-mails regarding case issues, tasks, etc. | 0.40 310.00/hr | 124.00 |
|  | CLY | Edits to compliant | 0.30 310.00/hr | 93.00 |
|  | CLY | Conference with Amanda L. Narog regarding tasks; work on complaint; conference Amanda L. Narog regarding various issues, work on declaration | 2.80 310.00/hr | 868.00 |
|  | CLY | Finalize declaration; finalize other motions; save verifications, etc. | 2.70 310.00/hr | 837.00 |
|  | CLY | Combine verifications for compliant; draft summons for Clark County | 0.50 310.00/hr | 155.00 |

True the Vote, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2020 | CLY | Draft certification of service; finalize documents; add new plaintiff | 2.10<br>310.00/hr | 651.00 |
| | CLY | Finalize documents; email party and necessary individuals regarding filings | 1.80<br>310.00/hr | 558.00 |
| | CLY | Difficulty sending email attachments; many attempts | 0.50<br>310.00/hr | NO CHARGE |
| | JB | Research problem with mail-in balloting | 0.30<br>630.00/hr | 189.00 |
| | JB | Review draft amended compliant; phone conference with Amanda L. Narog regarding revision | 1.10<br>630.00/hr | 693.00 |
| | JB | Review draft Preliminary Injunction; approve | 1.20<br>630.00/hr | 756.00 |
| 5/14/2020 | REC | Review and annotate *Bush v. Gore* (2000) regarding equal-protection and statutory interpretation and make briefing notes regarding these issues; consider arguments for case | 1.50<br>530.00/hr | 795.00 |
| | REC | E-mail from Clark County counsel regarding accepting service | 0.10<br>530.00/hr | 53.00 |
| | CLY | E-mail regarding discovery | 0.10<br>310.00/hr | 31.00 |
| | CLY | E-mail from Virgil regarding ballot from trash; email to Secretary of State | 0.20<br>310.00/hr | 62.00 |
| | CLY | Prepare mailing for declarant | 0.30<br>310.00/hr | 93.00 |
| | CLY | E-mails regarding press release | 0.30<br>310.00/hr | 93.00 |

True the Vote, Inc.                                                                                     Page 19

|            |     |                                                                                   | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------------------------|-----------------|--------|
| 5/14/2020  | CLY | E-mail from opposing counsel accepting service                                    | 0.20 310.00/hr  | 62.00  |
|            | CLY | Multiple emails regarding posting on website, etc.                                | 0.60 310.00/hr  | 186.00 |
|            | CLY | Draft email to declarant                                                          | 0.20 310.00/hr  | 62.00  |
|            | AN  | E-mail regarding discovery; email from Virgil regarding undelivered ballots; email to Secretary of State | 0.30 300.00/hr  | 90.00  |
|            | AN  | E-mails regarding posting press release                                           | 0.40 300.00/hr  | 120.00 |
|            | JB  | Review Clark County research response; phone conference with David follow up       | 0.50 630.00/hr  | 315.00 |
|            | JB  | Prepare additional Clark County request; review draft letter by David making request to Clark County | 0.60 630.00/hr  | 378.00 |
|            | JB  | Review Clark County document response in State suit                                | 0.40 630.00/hr  | 252.00 |
|            | JB  | Review Court Order; email Catherine                                               | 0.30 630.00/hr  | 189.00 |
|            | JB  | Review article regarding Nevada                                                   | 0.30 630.00/hr  | 189.00 |
| 5/15/2020  | REC | E-mail from James Bopp, Jr. with article and scan same                            | 0.20 530.00/hr  | 106.00 |
|            | REC | E-mail from James Bopp, Jr. regarding preparing an affidavit with new evidence     | 0.10 530.00/hr  | 53.00  |

True the Vote, Inc.                                                                                Page 20

|            |     |                                                                 | Hrs/Rate      | Amount |
|------------|-----|-----------------------------------------------------------------|---------------|--------|
| 5/15/2020  | REC | E-mail with Corrine L. Youngs regarding requested affidavit      | 0.10<br>530.00/hr | 53.00  |
|            | REC | Research FRCP regarding filing additional affidavits            | 0.20<br>530.00/hr | 106.00 |
|            | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding possible affidavit | 0.20<br>530.00/hr | 106.00 |
|            | REC | E-mails from O'Mara and Clark County counsel regarding acceptance of service | 0.10<br>530.00/hr | 53.00  |
|            | REC | Review emails from James Bopp, Jr. and Corrine L. Youngs regarding using new information | 0.10<br>530.00/hr | 53.00  |
|            | REC | Begin work on Preliminary Injunction reply                       | 0.50<br>530.00/hr | 265.00 |
|            | REC | ECF Notice and review expedition order; calendar due dates       | 0.20<br>530.00/hr | 106.00 |
|            | REC | E-mail from local counsel regarding court order and change in voting procedure | 0.10<br>530.00/hr | 53.00  |
|            | REC | Review and annotate *Coalition for Good Governance v. Raffensperger* (ND GA 20); make briefing notes for possible use | 0.50<br>530.00/hr | 265.00 |
|            | REC | Work on Preliminary Injunction reply; find, download and print *Jacobson v. Florida Secretary of State* for review | 0.50<br>530.00/hr | 265.00 |
|            | CLY | E-mail from James Bopp, Jr. regarding affidavit                  | 0.20<br>310.00/hr | 62.00  |
|            | CLY | Read news article regarding ballot harvesting                    | 0.20<br>310.00/hr | 62.00  |

True the Vote, Inc.                                                                 Page 21

|            |     |                                                                                 | Hrs/Rate        | Amount     |
|------------|-----|---------------------------------------------------------------------------------|-----------------|------------|
| 5/15/2020  | CLY | E-mail exchanges with Richard E. Coleson regarding affidavit and evidence for reply | 0.30 310.00/hr | 93.00      |
|            | CLY | Draft email to James Bopp, Jr. attempting to answer questions on affidavits      | 0.30 310.00/hr  | 93.00      |
|            | CLY | E-mail from Miller regarding acceptance of service                               | 0.20 310.00/hr  | 62.00      |
|            | CLY | Save acceptance of service to file                                              | 0.20 310.00/hr  | NO CHARGE  |
|            | CLY | Save article for reply                                                          | 0.20 310.00/hr  | NO CHARGE  |
|            | CLY | Minute order regarding schedule; calendar                                       | 0.20 310.00/hr  | 62.00      |
|            | CLY | Phone conference with James Bopp, Jr. regarding expedited schedule              | 0.20 310.00/hr  | 62.00      |
|            | CLY | Phone conference with James Bopp, Jr. regarding motions panel                   | 0.20 310.00/hr  | 62.00      |
|            | AN  | E-mail from James Bopp, Jr. regarding affidavit; read article                   | 0.20 300.00/hr  | 60.00      |
|            | AN  | E-mail from Richard E. Coleson and Corrine L. Youngs regarding reply and affidavit | 0.30 300.00/hr | 90.00      |
|            | JB  | Two emails to Richard E. Coleson regarding article and affidavit               | 0.20 630.00/hr  | 126.00     |
|            | JB  | E-mail exchange with Corrine L. Youngs regarding new information                | 0.20 630.00/hr  | 126.00     |
|            | JB  | Review email from Corrine L. Youngs regarding affidavit; phone conference with Corrine L. Youngs regarding schedule | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.                                                                                    Page 22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2020 | JB | Phone conference with Corrine L. Youngs regarding motions panel | 0.20 630.00/hr | 126.00 |
| 5/18/2020 | REC | Review and annotate 2020 WL 2049076 and make briefing notes regarding standing etc. | 0.90 530.00/hr | 477.00 |
|  | REC | Review emails from local counsel and Corrine L. Youngs | 0.20 530.00/hr | 106.00 |
|  | REC | ECF Notice regarding transcript of hearing | 0.10 530.00/hr | 53.00 |
|  | REC | Review *Jacobson v. Fla. Secretary of State* regarding standing and retrieve cited cases regarding associational standing on Westlaw | 0.50 530.00/hr | 265.00 |
|  | REC | Review and annotate four cases on standing issues; make briefing notes | 0.60 530.00/hr | 318.00 |
| 5/20/2020 | REC | ECF Notice with Intervenor's motion to dismiss; skim, download, and print for review | 0.20 530.00/hr | 106.00 |
|  | REC | E-mail from local counsel regarding possible case to use | 0.10 530.00/hr | 53.00 |
|  | REC | Westlaw legal research: get 79 Nev.1 and print for review | 0.10 530.00/hr | 53.00 |
|  | REC | Review and annotate *Kelly v. Murphy* | 0.20 530.00/hr | 106.00 |
|  | REC | E-mails with James Bopp, Jr. regarding *Kelly v. Murphy* | 0.10 530.00/hr | 53.00 |
|  | REC | Do preparatory work on second Preliminary Injunction reply | 0.30 530.00/hr | 159.00 |

True the Vote, Inc.                                                                                    Page 23

|            |     |                                                                                                                                                                                                                      | Hrs/Rate        | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 5/20/2020  | REC | ECF Notice regarding DNC's opposition to 2nd Preliminary Injunction motion; download and print same                                                                                                                    | 0.10 530.00/hr  | 53.00    |
|            | REC | ECF Notice regarding Wahsoe dismissal motion; download and print same                                                                                                                                                 | 0.10 530.00/hr  | 53.00    |
|            | REC | E-mail from local counsel and review Commissioner Gibson records request response                                                                                                                                     | 0.20 530.00/hr  | 106.00   |
|            | REC | Review and annotate DNC opposition to 2d Preliminary Injunction motion; make briefing notes                                                                                                                            | 0.90 530.00/hr  | 477.00   |
|            | REC | ECF Notices regarding Washoe Registrar's opposition to 2d Preliminary Injunction motion and Clark County Registrar's opposition and joinder in dismissal motion; download briefs and exhibits and print for review; begin review and work on argument for Preliminary Injunction reply | 1.30 530.00/hr  | 689.00   |
|            | REC | E-mail to James Bopp, Jr. regarding case status and needs                                                                                                                                                             | 0.10 530.00/hr  | 53.00    |
|            | REC | Review and annotate Preliminary Injunction oppositions received to date; make briefing notes                                                                                                                           | 0.60 530.00/hr  | 318.00   |
|            | REC | Work on Preliminary Injunction reply                                                                                                                                                                                  | 3.00 530.00/hr  | 1,590.00 |
|            | REC | ECF Notice regarding Secretary's Preliminary Injunction opposition and motion to dismiss; download and print for review                                                                                                | 0.20 530.00/hr  | 106.00   |
|            | REC | Work on Preliminary Injunction reply                                                                                                                                                                                  | 3.10 530.00/hr  | 1,643.00 |

True the Vote, Inc.                                                                 Page 24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2020 | CLY | E-mail with Virgil regarding declaration and appeal | 0.30<br>310.00/hr | 93.00 |
|  | CLY | CM/ECF Motion to Dismiss by intervenor | 0.30<br>310.00/hr | 93.00 |
|  | CLY | E-mail from local counsel regarding articles as evidence | 0.20<br>310.00/hr | 62.00 |
|  | CLY | E-mails regarding *Kelly v. Murphy* | 0.20<br>310.00/hr | 62.00 |
|  | AN | E-mails from local counsel | 0.20<br>300.00/hr | 60.00 |
|  | JB | Review email from Richard E. Coleson; review DNC Motion to Dismiss | 0.80<br>630.00/hr | 504.00 |
|  | JB | Review Secretary of State Response to Preliminary Injunction | 0.80<br>630.00/hr | 504.00 |
|  | JB | Review Clark County Response to Preliminary Injunction | 0.70<br>630.00/hr | 441.00 |
|  | JB | Review Washoe County Response to Preliminary Injunction | 0.70<br>630.00/hr | 441.00 |
| 5/21/2020 | REC | Work on Preliminary Injunction reply | 4.30<br>530.00/hr | 2,279.00 |
|  | REC | Phone call from James Bopp, Jr. regarding Preliminary Injunction reply status and arguments | 0.20<br>530.00/hr | 106.00 |
|  | REC | Work on Preliminary Injunction brief; email same with comments to James Bopp, Jr., Corrine L. Youngs and Amanda L. Narog | 2.80<br>530.00/hr | 1,484.00 |

True the Vote, Inc.                                                                                          Page 25

|            |     |                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/21/2020  | REC | E-mails with Corrine L. Youngs regarding case status and needs                                                                | 0.10 530.00/hr    | 53.00  |
|            | REC | ECF Notice with Minute Order                                                                                                  | 0.10 530.00/hr    | 53.00  |
|            | CLY | E-mails regarding Reply; filing and editing                                                                                   | 0.30 310.00/hr    | 93.00  |
|            | CLY | Phone conference with James Bopp, Jr. regarding footnote editing suggestion                                                   | 0.20 310.00/hr    | 62.00  |
|            | CLY | Edit footnote and save file                                                                                                   | 0.20 310.00/hr    | 62.00  |
|            | CLY | Finalize and file Reply                                                                                                       | 0.30 310.00/hr    | 93.00  |
|            | CLY | Save document to file                                                                                                         | 0.10 310.00/hr    | 31.00  |
|            | AN  | Read Richard E. Coleson's email; review Preliminary Injunction reply and send to fly for filing                              | 1.00 300.00/hr    | 300.00 |
|            | JB  | Phone conference with Richard E. Coleson regarding Reply; review draft Preliminary Injunction Reply; phone conference with Corrine L. Youngs regarding revision | 0.90 630.00/hr    | 567.00 |
|            | JB  | Phone conference with Corrine L. Youngs regarding footnote                                                                    | 0.20 630.00/hr    | 126.00 |
| 5/22/2020  | REC | E-mails with James Bopp, Jr. regarding Supreme Court case on absentee voting; review article and get cited case and check Westlaw for cases with negative treatment | 0.30 530.00/hr    | 159.00 |

True the Vote, Inc.                                                          Page 26

|            |     |                                                                                          | **Hrs/Rate**       | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------|--------------------|------------|
| 5/22/2020  | REC | Review and annotate 394 U.S. 802                                                          | 0.40<br>530.00/hr  | 212.00     |
|            | JB  | E-mail exchange with Catherine regarding document production                              | 0.30<br>630.00/hr  | 189.00     |
|            | JB  | E-mail exchange with local counsel regarding voting                                       | 0.30<br>630.00/hr  | 189.00     |
|            | JB  | Review Supreme Court decision; email Richard E. Coleson                                   | 0.50<br>630.00/hr  | 315.00     |
| 5/26/2020  | REC | Conference with James Bopp, Jr. and Corrine L. Youngs regarding case needs                | 0.30<br>530.00/hr  | 159.00     |
|            | REC | Review file and work on motion for extension                                             | 2.60<br>530.00/hr  | 1,378.00   |
|            | REC | Finalize draft of extension request and send to Corrine L. Youngs and Amanda L. Narog to finalize and file | 0.50<br>530.00/hr  | 265.00     |
|            | REC | E-mails with James Bopp, Jr. regarding extension motion                                   | 0.10<br>530.00/hr  | 53.00      |
|            | CLY | Conference with Richard E. Coleson and James Bopp, Jr. regarding Motion to Dismiss and appealing, etc. | 0.30<br>310.00/hr  | 93.00      |
|            | CLY | E-mail from Richard E. Coleson regarding extension and plan; respond                      | 0.20<br>310.00/hr  | 62.00      |
|            | CLY | E-mail regarding Motion for Extension; email to James Bopp, Jr. regarding updates on happenings | 0.20<br>310.00/hr  | 62.00      |
|            | CLY | Edit Motion for Extension; finalize and file; review local rules regarding extensions; motions; and conferring | 1.00<br>310.00/hr  | 310.00     |

True the Vote, Inc.                                                                                      Page 27

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/26/2020 | JB | Phone conference with Richard E. Coleson and Corrine L. Youngs regarding Extension of Time to Respond to Motion to Dismiss | 0.30 630.00/hr | 189.00 |
| 5/27/2020 | REC | ECF Notice regarding our Motion to Extend time to oppose Dismissal Motions | 0.10 530.00/hr | 53.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding supplemental authority | 0.10 530.00/hr | 53.00 |
|  | REC | Prepare supplemental authority | 0.30 530.00/hr | 159.00 |
|  | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding filing supplemental authority | 0.10 530.00/hr | 53.00 |
|  | REC | ECF Notice regarding supplemental authority; download same | 0.10 530.00/hr | 53.00 |
|  | CLY | E-mail regarding supplemental authority; review, edit, finalize and file | 0.80 310.00/hr | 248.00 |
|  | CLY | E-mail exchange with David regarding keeping Virgil informed | 0.20 310.00/hr | 62.00 |
|  | CLY | Review opinion; emails regarding opinion | 0.40 310.00/hr | 124.00 |
|  | JB | Review case; phone conference with Richard E. Coleson regarding supplemental authority; review draft supplemental | 0.60 630.00/hr | 378.00 |
|  | JB | E-mail exchange regarding Clark County document request | 0.40 630.00/hr | 252.00 |
|  | JB | Review Court Order denying Motion for Preliminary Injunction; email exchange with Courtney E. Milbank | 1.00 630.00/hr | 630.00 |

True the Vote, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/28/2020 | REC | ECF Notice of 2d Preliminary Injunction order and download and print same | 0.10 530.00/hr | 53.00 |
| | REC | Review and annotate order denying second summary judgment motion | 0.70 530.00/hr | 371.00 |
| | REC | Review emails from local counsel, client, and James Bopp, Jr. | 0.10 530.00/hr | 53.00 |
| | REC | Legal research regarding injunctions pending appeal and work on motion | 2.40 530.00/hr | 1,272.00 |
| | REC | Phone call form James Bopp, Jr. and discuss case status and strategy | 0.20 530.00/hr | 106.00 |
| | JB | Phone call to Richard E. Coleson and discuss case status and strategy | 0.20 630.00/hr | 126.00 |

**For professional services rendered**
**Additional charges:**

| | | | 202.80 | $93,062.50 |
|---|---|---|---|---|

| | | | Qty/Price | |
|---|---|---|---|---|
| 5/1/2020 | | Cost advanced for LexisNexis computer assisted legal research--research prudential standing rules | 61 $3.00 | 183.00 |
| 5/4/2020 | | Cost advanced for LexisNexis computer assisted legal research--get 166 F. Supp. 3d 779 and 2012 WL research 13034013 and Shepardize and research | 25 $3.00 | 75.00 |
| | | Cost advanced for LexisNexis computer assisted legal research--get 135 S. Court. 2652 and Shepardize | 2 $3.00 | 6.00 |
| 5/11/2020 | | Cost advanced for LexisNexis computer assisted legal research--review NRS statutes | 4 $3.00 | 12.00 |
| | | Cost advanced for LexisNexis computer assisted legal research--research Nevada election statutes | 18 $3.00 | 54.00 |

True the Vote, Inc.                                                                    Page 29

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 5/12/2020 | Cost advanced for LexisNexis computer assisted legal research--Essential government services | 3 $3.00 | 9.00 |
| 5/15/2020 | Cost advanced for WestLaw computer assisted legal research--get *Jacobson v. Florida Secretary of State* | 3 $3.00 | 9.00 |
| 5/18/2020 | Cost advanced for WestLaw computer assisted legal research--retrieve cases cited in 2020 WL 2049076 regarding standing issues | 8 $3.00 | 24.00 |
| 5/20/2020 | Cost advanced for WestLaw computer assisted legal research--get 79 Nev.1 | 3 $3.00 | 9.00 |
| 5/22/2020 | Cost advanced for WestLaw computer assisted legal research--get *McDonald v. Board of Election Commissioners* and list of negative cases | 3 $3.00 | 9.00 |
| 5/28/2020 | Cost advanced for WestLaw computer assisted legal research--research injunctions pending appeal | 45 $3.00 | 135.00 |

|  |  |
|---|---|
| **Total costs** | **$525.00** |
| **Total amount of this bill** | **$93,587.50** |
| **Previous balance** | **$75,831.00** |
| 6/30/2020  Payment - thank you--Wire Transfer on 06-30-20--TRN 20200630-001126 | ($10,000.00) |
| 7/1/2020  Payment - thank you--Wire Transfer dated 07-01-20 TRN 20200701-005244 | ($10,000.00) |
| **Total payments and adjustments** | **($20,000.00)** |
| **Balance due** | **$149,418.50** |

True the Vote, Inc.                                                                                          Page 30

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|------|---------:|-----:|-------:|
| Amanda L. Narog | 29.10 | 300.00 | $8,730.00 |
| Amanda L. Narog | 0.30 | 0.00 | $0.00 |
| Corrine L. Youngs | 44.20 | 310.00 | $13,702.00 |
| Corrine L. Youngs | 0.90 | 0.00 | $0.00 |
| Jeffrey P. Gallant | 0.50 | 475.00 | $237.50 |
| Richard E. Coleson | 88.10 | 530.00 | $46,693.00 |
| Richard E. Coleson | 0.10 | 0.00 | $0.00 |
| Robert Citak | 3.20 | 240.00 | $768.00 |
| James Bopp, Jr. | 36.40 | 630.00 | $22,932.00 |