# Exhibit 46
# TTV NV Federal Litigation Invoice
# 2020-0831

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
August 31, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Litigation--NV--Fed

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2020 | REC | Work on opposition to Intervenors' dismissal motion | 2.50 530.00/hr | 1,325.00 |
|  | REC | Work on opposition to dismissal motions and send to James Bopp, Jr. for review | 4.10 530.00/hr | 2,173.00 |
|  | REC | E-mails with Amanda L. Narog regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | E-mail with James Bopp, Jr. regarding case status and needs | 0.10 530.00/hr | 53.00 |

True the Vote, Inc. Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2020 | JB | E-mail with Richard E. Coleson regarding case status and needs | 0.10<br>630.00/hr | 63.00 |
| 7/2/2020 | REC | Proof and edit draft of opposition to dismissal motions | 2.10<br>530.00/hr | 1,113.00 |
| | REC | E-mails with James Bopp, Jr. regarding his review of the dismissal opposition | 0.10<br>530.00/hr | 53.00 |
| | REC | Make edits from proofing and James Bopp, Jr. suggestions to opposition to dismissal motions | 1.90<br>530.00/hr | 1,007.00 |
| | REC | E-mail to Amanda L. Narog regarding case status and needs | 0.10<br>530.00/hr | 53.00 |
| | REC | E-mails with Amanda L. Narog regarding dismissal opposition proofing and filing | 0.10<br>530.00/hr | 53.00 |
| | REC | Review edited draft from Amanda L. Narog and convert to PDF and check links | 0.50<br>530.00/hr | 265.00 |
| | REC | E-mails with Amanda L. Narog regarding filing and service issues | 0.10<br>530.00/hr | 53.00 |
| | REC | ECF notice regarding filing of dismissal opposition; download same | 0.10<br>530.00/hr | 53.00 |
| | AN | E-mails from James Bopp, Jr. and Richard E. Coleson regarding Motion to Dismiss Response, filing | 0.30<br>300.00/hr | 90.00 |
| | AN | E-mail Richard E. Coleson regarding review of response; email Richard E. Coleson regarding changes made through Section III; read response and reply | 0.40<br>300.00/hr | 120.00 |
| | AN | Review Response Motion to Dismiss; revise Certificate of Service; email Richard E. Coleson | 2.10<br>300.00/hr | 630.00 |

True the Vote, Inc.                                                                                          Page   3

|            |     |                                                                                               | Hrs/Rate          | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------|-------------------|------------|
| 7/2/2020   | AN  | File Response to Motion to Dismiss                                                            | 0.40<br>300.00/hr | 120.00     |
|            | JB  | Review draft Motion to Dismiss; respond to Richard E. Coleson with revisions                  | 0.90<br>630.00/hr | 567.00     |
| 7/8/2020   | REC | E-mail from local counsel regarding depositions in state case and possible attendance         | 0.10<br>530.00/hr | 53.00      |
| 7/9/2020   | REC | ECF notice of Secretary's reply on dismissal motion and download and print same               | 0.10<br>530.00/hr | 53.00      |
|            | REC | ECF notice of Intervenor's reply on dismissal motion and download and print same              | 0.10<br>530.00/hr | 53.00      |
|            | REC | ECF notice regarding Washoe joinder and download same                                         | 0.10<br>530.00/hr | 53.00      |
|            | JB  | Review Defendants Reply                                                                       | 1.10<br>630.00/hr | 693.00     |
| 7/31/2020  | JB  | Review Bill in Legislature regarding mail-in-voting                                           | 0.50<br>630.00/hr | 315.00     |
|            | JB  | Review Court Order                                                                            | 0.40<br>630.00/hr | 252.00     |

**For professional services rendered**                                                                       18.40      $9,316.00
**Additional charges:**

|            |                                                                                                            | Qty/Price      |      |
|------------|------------------------------------------------------------------------------------------------------------|----------------|------|
| 7/2/2020   | Cost advanced for WestLaw computer assisted legal research--get reported version of *Texas Democratic Party v. Abbott* (5th Circuit 2020) | 2<br>$3.00 | 6.00 |

True the Vote, Inc.                                                                 Page   4

|  | Amount |
|---|---:|
| **Total costs** | $6.00 |
| **Total amount of this bill** | $9,322.00 |
| **Previous balance** | $180,038.50 |
| **Balance due** | $189,360.50 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Amanda L. Narog | 3.20 | 300.00 | $960.00 |
| Richard E. Coleson | 12.20 | 530.00 | $6,466.00 |
| James Bopp, Jr. | 3.00 | 630.00 | $1,890.00 |