# Exhibit 47
# TTV NV Federal Litigation Invoice
# 2020-0908

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
September 8, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Litigation--NV--Fed

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2020 | REC | ECF notice regarding dismissal as moot; download and print same for review | 0.10<br>530.00/hr | 53.00 |
|  | REC | ECF notice regarding judgment; download and print same for review | 0.10<br>530.00/hr | 53.00 |
|  | **For professional services rendered** |  | **0.20** | **$106.00** |
|  | **Previous balance** |  |  | **$189,360.50** |

True the Vote, Inc.     Page 2

                    **Amount**

**Balance due**        $189,466.50

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Richard E. Coleson | 0.20 | 530.00 | $106.00 |