# Exhibit 48
# TTV NV Federal Litigation Invoice
# 2020-1103

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 3, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--Fed

|  | Amount |
|---|---:|
| **Previous balance** | $189,466.50 |
| 10/27/2020 Payment - thank you. Check No. 47830350 | ($50,000.00) |
| **Total payments and adjustments** | ($50,000.00) |
| **Balance due** | $139,466.50 |