# Exhibit 49
# TTV Audits Invoice 2022-0107

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

## INVOICE
January 7, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Prepare letter and statements for audit for 2019 and 2020

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | JPG | E-mail regarding letter for audit, phone conference and email exchange with James Bopp, Jr. | 0.30<br>540.00/hr | 162.00 |
|  | JB | Review Catherine email regarding audit letter; phone conference with Jeffrey P. Gallant regarding response | 0.50<br>850.00/hr | 425.00 |
|  | JB | E-mail exchange with Jeffrey P. Gallant regarding response | 0.30<br>850.00/hr | 255.00 |

True the Vote, Inc. Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2021 | JPG | Work on supplement to assessment of legal matters, contingencies | 1.70 540.00/hr | NO CHARGE |
| | JB | Review email exchange regarding audit letter | 0.30 850.00/hr | 255.00 |
| 11/18/2021 | JB | E-mail exchange with Catherine regarding some concerns and conference call | 0.30 850.00/hr | 255.00 |
| | JB | Review email exchange regarding audit letter | 0.30 850.00/hr | 255.00 |
| | JB | Review draft response to audit letter; phone conference with Jeffrey P. Gallant regarding revision | 0.90 850.00/hr | 765.00 |
| | JPG | Phone conference with James Bopp, Jr. regarding response to audit letter | 0.30 540.00/hr | 162.00 |
| 11/19/2021 | JPG | Various conferences with billing associate, work on trust fund accounting, emails with accountants | 1.80 540.00/hr | 972.00 |
| | JPG | E-mails with Catherine, various conferences with billing associate, compile and send invoice and payment record for 2019 TTV matters | 1.50 540.00/hr | 810.00 |
| | JB | Review draft list of payments on matters for audit letter; phone conference with Jeffrey P. Gallant regarding revision | 0.60 850.00/hr | 510.00 |
| | JB | Review email exchange with Catherine | 0.30 850.00/hr | 255.00 |
| | JB | Review email exchange with Auditor and Catherine regarding audit letter | 0.40 850.00/hr | 340.00 |

True the Vote, Inc.     Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2021 | JB | Review draft payment for Trust Fund in TTV; phone conference with Jeffrey P. Gallant regarding revision | 0.50<br>850.00/hr | 425.00 |
| | JB | Phone conference with Catherine and Melena Siebert regarding audit letter and various matters | 0.70<br>850.00/hr | 595.00 |
| 11/20/2021 | JPG | E-mails, phone conference with James Bopp, Jr., review billing and payment records, calculate amounts owed, edit supplemental letter | 3.40<br>540.00/hr | 1,836.00 |
| 11/30/2021 | JPG | Schedule BlueJeans Videoconference, meeting with auditors | 1.40<br>540.00/hr | 756.00 |
| | | **For professional services rendered** | **15.50** | **$9,033.00** |
| | | **Balance due** | | **$9,033.00** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 5.10 | 850.00 | $4,335.00 |
| Jeffrey P. Gallant | 8.70 | 540.00 | $4,698.00 |
| Jeffrey P. Gallant | 1.70 | 0.00 | $0.00 |