# Exhibit 51
# TTV Ranked Choice Voting Invoice
# 2022-1123

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 23, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Research legal challenge to Rank Choice Voting

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/6/2022 | CD | Review email thread forwarded by Jeffrey P. Gallant related to rank choice voting research issue | 0.50 265.00/hr | 132.50 |
| 9/7/2022 | CD | Research Maine District Court ruling on ranked-choice voting | 0.30 265.00/hr | 79.50 |
|  | CD | Review appellants' brief in *Dudum v. Arntz* (Maine representative challenge to ranked-choice voting) | 1.40 265.00/hr | 371.00 |
|  | CD | Review court order in *Dudum v. Arntz* (Maine representative challenge to ranked-choice voting) | 0.80 265.00/hr | 212.00 |

True the Vote, Inc.                                                                                          Page  2

|              |     |                                                                                               | Hrs/Rate          | Amount |
|--------------|-----|-----------------------------------------------------------------------------------------------|-------------------|--------|
| 9/7/2022     | CD  | Add sections on Maine challenge to memorandum on ranked-choice voting                         | 0.80<br>265.00/hr | 212.00 |
|              | JPG | Read ELS discussion, other materials on ranked choice voting, send with comments to Cassandra Dougherty | 0.80<br>540.00/hr | 432.00 |
| 9/8/2022     | CD  | Research other federal rulings on ranked-choice voting                                        | 0.60<br>265.00/hr | 159.00 |
|              | CD  | Research state supreme court rulings on ranked-choice voting                                  | 0.50<br>265.00/hr | 132.50 |
|              | CD  | Review plaintiffs' brief in Ninth Circuit case on instant run-off voting                      | 1.20<br>265.00/hr | 318.00 |
|              | CD  | Review court decision in Ninth Circuit case on instant run-off voting                         | 0.70<br>265.00/hr | 185.50 |
|              | CD  | Draft memorandum section on Ninth Circuit ruling on instant-run-off voting                    | 0.70<br>265.00/hr | 185.50 |
| 9/12/2022    | CD  | Review research; draft section on implications of ranked-choice voting in Alaska election     | 1.70<br>265.00/hr | 450.50 |
|              | CD  | Draft memorandum section on arguments against ranked-choice voting                            | 0.80<br>265.00/hr | 212.00 |
| 9/13/2022    | CD  | Complete, review, and send ranked-choice memorandum to James Bopp, Jr. for review             | 1.70<br>265.00/hr | 450.50 |
|              | JB  | Review memo from Cassandra Dougherty in Ranked-Choice Voting and respond with suggested revision | 0.60<br>850.00/hr | 510.00 |
| 9/22/2022    | CD  | Review constitutional law regarding equal protection and voting rights act for ranked-choice memorandum | 1.50<br>265.00/hr | 397.50 |

True the Vote, Inc.	Page 3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/23/2022 CD | Analyze potential constitutional objections to ranked-choice voting | 1.80 265.00/hr | 477.00 |
| 10/4/2022 CD | Draft memo equal protection section on "one-person, one vote" and equal legislative representation | 1.80 265.00/hr | 477.00 |
| CD | Draft memo equal protection section on "one-person, one vote" and equal legislative representation section on ballot exhuastion | 1.40 265.00/hr | 371.00 |
| 10/5/2022 CD | Draft section on right to cast an effective vote | 0.60 265.00/hr | 159.00 |
| CD | Draft section on strict scrutiny | 0.70 265.00/hr | 185.50 |
| CD | Start drafting section on ways RCV places burden on voting rights | 1.40 265.00/hr | 371.00 |
| 10/6/2022 CD | Draft memo section on dilution of votes | 1.30 265.00/hr | 344.50 |
| CD | Draft memo section on lack of transparency | 0.80 265.00/hr | 212.00 |
| CD | Draft new memo section on ballot exhuastion | 0.60 265.00/hr | 159.00 |
| 10/7/2022 CD | Draft memo section on Fourteenth Amendment protection against voter disenfranchisement | 0.90 265.00/hr | 238.50 |
| CD | Draft memo section on Fifteenth Amendment protection of minority voting strength | 0.70 265.00/hr | 185.50 |
| 10/17/2022 CD | Start review of research article "The Legality of Ranked-Choice Voting" | 1.80 265.00/hr | 477.00 |

True the Vote, Inc. Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2022 | CD | Continue review of research article "The Legality of Ranked-Choice Voting" | 0.70<br>265.00/hr | 185.50 |
| | CD | Work on Ranked-Choice Memorandum to include arguments from research article "The Legality of Ranked-Choice Voting" | 1.70<br>265.00/hr | 450.50 |
| 10/21/2022 | CD | Review email and website forwarded by James Bopp, Jr. related to Alaska Supreme Court and ranked-choice | 0.30<br>265.00/hr | 79.50 |
| | JB | Review Alaska decision; email Cassandra Dougherty | 0.50<br>850.00/hr | 425.00 |

| | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | **31.60** | **$9,237.50** |
| **Balance due** | | **$9,237.50** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Cassandra Dougherty | 29.70 | 265.00 | $7,870.50 |
| James Bopp, Jr. | 1.10 | 850.00 | $935.00 |
| Jeffrey P. Gallant | 0.80 | 540.00 | $432.00 |