# Exhibit 53
# TTV VA Intervention Invoice
# 2020-0623

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
June 23, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--VA

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2020 | CEM | Multiple emails with James Bopp, Jr. regarding Virginia intervention | 0.50 310.00/hr | 155.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding Virginia Motion to Intervene | 0.30 310.00/hr | 93.00 |
|  | CEM | Review pleadings and docket | 1.00 310.00/hr | 310.00 |
|  | CEM | Conference with James Bopp, Jr. and local counsel regarding VA Motion to Intervene | 0.40 310.00/hr | 124.00 |

True the Vote, Inc.                                                                      Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2020 | CEM | Work on pro hac vice | 0.50<br>310.00/hr | 155.00 |
|  | CEM | Work on Motion to Intervene | 4.50<br>310.00/hr | 1,395.00 |
|  | MS | Draft Answer to Complaint | 2.50<br>270.00/hr | 675.00 |
|  | MS | Phone conference with Courtney E. Milbank regarding Answer to Complaint | 0.20<br>270.00/hr | 54.00 |
|  | JB | Review federal complaint; email to Courtney E. Milbank regarding intervention; phone conference with Courtney E. Milbank regarding intervention | 0.90<br>630.00/hr | 567.00 |
|  | JB | E-mail exchange with local counsel | 0.20<br>630.00/hr | 126.00 |
|  | JB | Review complaint; phone conference with local counsel and Courtney E. Milbank | 0.80<br>630.00/hr | 504.00 |
|  | JB | Respond and email several VA attorneys regarding local counsel | 0.90<br>630.00/hr | 567.00 |
|  | JB | E-mail exchange regarding Answer | 0.20<br>630.00/hr | 126.00 |
|  | JB | Multiple emails with Courtney E. Milbank regarding Virginia intervention | 0.50<br>630.00/hr | 315.00 |
|  | CEM | Phone conference with Melena Siebert regarding Answer to Complaint | 0.20<br>310.00/hr | 62.00 |
| 4/21/2020 | REC | Phone conference with Courtney E. Milbank regarding arguments | 0.50<br>530.00/hr | 265.00 |
|  | CEM | Work on Motion to Intervene; phone conference with Richard E. Coleson regarding same | 10.40<br>310.00/hr | 3,224.00 |

True the Vote, Inc.                                                                                    Page  3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2020 | JB | E-mail exchange regarding Voters | 0.30<br>630.00/hr | 189.00 |
|  | JB | E-mail exchange with Bill Hurd as local counsel | 0.40<br>630.00/hr | 252.00 |
|  | JB | Preparation of summary of case | 0.70<br>630.00/hr | 441.00 |
|  | JB | Phone conference with local counsel and Courtney E. Milbank | 0.50<br>630.00/hr | 315.00 |
|  | JB | Review draft of Motion to Intervene | 0.40<br>630.00/hr | 252.00 |
|  | JB | Review draft Answer; phone conference with Courtney E. Milbank regarding revision | 0.50<br>630.00/hr | 315.00 |
|  | JB | Review revised Answer; approve | 0.20<br>630.00/hr | 126.00 |
|  | CEM | Phone conference with local counsel and James Bopp, Jr. regarding intervention | 0.50<br>310.00/hr | 155.00 |
|  | CEM | Phone conference James Bopp, Jr. regarding Answer | 0.20<br>310.00/hr | 62.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding Motion to Intervene | 0.50<br>530.00/hr | 265.00 |
| 4/22/2020 | REC | Phone call from Courtney E. Milbank regarding reviewing brief arguments | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review Courtney E. Milbank draft of memo for intervention and email comment to her | 0.20<br>530.00/hr | 106.00 |
|  | CEM | Work on Intervention Memo; conference with Richard E. Coleson regarding same | 3.30<br>310.00/hr | 1,023.00 |

True the Vote, Inc.                                                                                          Page  4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2020 | CEM | Conference with James Bopp, Jr. and local counsel | 0.60<br>310.00/hr | 186.00 |
|  | CEM | Conference with James Bopp, Jr. regarding Intervention | 0.40<br>310.00/hr | 124.00 |
|  | JB | Research in VA voter fraud | 0.40<br>630.00/hr | 252.00 |
|  | JB | Phone conference with local counsel and Courtney E. Milbank | 0.60<br>630.00/hr | 378.00 |
|  | JB | Review Preliminary Injunction Motion | 0.60<br>630.00/hr | 378.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding cross claim; review draft of cross claim | 0.60<br>630.00/hr | 378.00 |
|  | JB | Review Motion for Intervention; phone conference with Courtney E. Milbank regarding revision | 0.60<br>630.00/hr | 378.00 |
|  | JB | Numerous email exchanges regarding voters, etc. | 0.60<br>630.00/hr | 378.00 |
|  | JB | Review Preliminary Injunction Motion | 0.50<br>630.00/hr | 315.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding adding cross claim | 0.50<br>630.00/hr | 315.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding revision | 0.50<br>630.00/hr | 315.00 |
|  | JB | Review final draft of Motion to Intervene; approve | 0.60<br>630.00/hr | 378.00 |
|  | JB | Review final draft of Answer | 0.30<br>630.00/hr | 189.00 |

True the Vote, Inc.                                                                            Page  5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2020 | CEM | Phone conference with James Bopp, Jr. regarding cross claim | 0.20 310.00/hr | 62.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding adding cross claim | 0.50 310.00/hr | 155.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding revision | 0.50 310.00/hr | 155.00 |
| 4/23/2020 | REC | Phone conference with James Bopp, Jr. and Courtney E. Milbank regarding arguments for case | 0.60 530.00/hr | 318.00 |
|  | REC | Phone call from Courtney E. Milbank regarding new claim | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Courtney E. Milbank and edit cross claim | 0.30 530.00/hr | 159.00 |
|  | CEM | Work on Motion to Intervene, check docket, email James Bopp, Jr. regarding the same | 0.70 310.00/hr | 217.00 |
|  | CEM | Phone conference with James Bopp, Jr. and Richard E. Coleson regarding Preliminary Injunction | 0.60 310.00/hr | 186.00 |
|  | CEM | Phone conference with Richard E. Coleson regarding Preliminary Injunction and new claim | 0.10 310.00/hr | 31.00 |
|  | CEM | Work on updating Motion to Intervene Memo and Answer; emails with Richard E. Coleson regarding cross claim | 1.30 310.00/hr | 403.00 |
|  | CEM | E-mails with William Hurd | 0.30 310.00/hr | 93.00 |
|  | CEM | E-mails with new local counsel; send pleadings and call-in information | 0.30 310.00/hr | 93.00 |

True the Vote, Inc.                                                                                                    Page  6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2020 | CEM | Work on Preliminary Injunction Motion; conference with James Bopp, Jr. regarding revision | 1.00 310.00/hr | 310.00 |
|  | CEM | Work on finalizing Motion, Memo, and Answer; incorporate edits from former local counsel; send all to local counsel for filing | 1.60 310.00/hr | 496.00 |
|  | CEM | Conference with James Bopp, Jr. and local counsel | 0.50 310.00/hr | 155.00 |
|  | CEM | Work with local counsel to finalize and file Motion to Intervene; draft proposed order | 1.00 310.00/hr | 310.00 |
|  | CEM | Work on Preliminary Injunction | 1.00 310.00/hr | 310.00 |
|  | JB | Phone conference with Courtney E. Milban and Richard E. Coleson regarding new claim in Intervention | 0.60 630.00/hr | 378.00 |
|  | JB | Review draft of cross claim; phone conference with Courtney E. Milbank regarding revision | 0.50 630.00/hr | 315.00 |
|  | JB | E-mail exchange with old local counsel and new local counsel | 0.50 630.00/hr | 315.00 |
|  | JB | Phone conference with local counsel and Courtney E. Milbank | 0.50 630.00/hr | 315.00 |
|  | JB | E-mail exchange regarding pro hac vice and case filing | 0.50 630.00/hr | 315.00 |
| 4/24/2020 | REC | Phone conference with Courtney E. Milbank regarding arguments | 0.20 530.00/hr | 106.00 |
|  | REC | Texts and phone conference with Courtney E. Milbank regarding my help with her brief | 0.20 530.00/hr | 106.00 |

True the Vote, Inc.                                                                                           Page  7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2020 | REC | Review and annotate part of Preliminary Injunction memo and make briefing notes | 0.70<br>530.00/hr | 371.00 |
|  | CEM | Phone conference with local counsel and James Bopp, Jr. in preparation for Status Conference | 0.50<br>310.00/hr | 155.00 |
|  | CEM | Participate in Status Conference | 0.50<br>310.00/hr | 155.00 |
|  | CEM | E-mails regarding May 4th Hearing; conference with James Bopp, Jr. regarding the same | 0.30<br>310.00/hr | 93.00 |
|  | CEM | Work on Memo for Preliminary Injunction; phone conferences and texts with Richard E. Coleson regarding same | 5.00<br>310.00/hr | 1,550.00 |
|  | JB | Revise summary of case | 0.50<br>630.00/hr | 315.00 |
|  | JB | Review Court Order | 0.20<br>630.00/hr | 126.00 |
|  | JB | Review Intervention pleading by GOP | 0.80<br>630.00/hr | 504.00 |
|  | JB | Phone conference with local counsel and Courtney E. Milbank regarding question from judge for status conference | 0.50<br>630.00/hr | 315.00 |
|  | JB | Attend status conference | 0.50<br>630.00/hr | 315.00 |
|  | JB | Phone conference with Rob regarding preparation of briefing section and problem with mail-in balloting and the coronavirus problem | 0.70<br>630.00/hr | 441.00 |
|  | JB | Phone conference with Richard E. Coleson regarding same | 0.40<br>630.00/hr | 252.00 |

True the Vote, Inc.                                                                                                Page  8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2020 JB | Review Court Order; email exchange regarding court date; phone conference with Courtney E. Milbank | | 0.50 630.00/hr | 315.00 |
| | RC | Phone conference with James Bopp, Jr. regarding preparation of briefing section and problem with mail-in balloting and the coronavirus problem | 0.70 240.00/hr | 168.00 |
| | REC | Phone conference with James Bopp, Jr. regarding same | 0.40 530.00/hr | 212.00 |
| 4/25/2020 REC | Conference with Courtney E. Milbank regarding opposition to Preliminary Injunction | | 0.80 530.00/hr | 424.00 |
| | REC | Work on Preliminary Injunction Opposition | 1.10 530.00/hr | 583.00 |
| | REC | Work on Preliminary Injunction Opposition | 3.40 530.00/hr | 1,802.00 |
| | REC | Work on Preliminary Injunction Opposition | 1.10 530.00/hr | 583.00 |
| | REC | Work on Preliminary injunction Opposition | 1.90 530.00/hr | 1,007.00 |
| | REC | Texts with Courtney E. Milbank regarding briefing status, needs, and arguments | 0.20 530.00/hr | 106.00 |
| | REC | Work on Preliminary Injunction Opposition | 1.10 530.00/hr | 583.00 |
| | CEM | Work on Opposition to Preliminary Injunction, texts with Richard E. Coleson regarding same | 6.00 310.00/hr | 1,860.00 |
| | CEM | Conference with Richard E. Coleson regarding Opposition to Preliminary Injunction | 0.80 310.00/hr | 248.00 |

True the Vote, Inc.                                                                                      Page  9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2020 | REC | E-mails with Courtney E. Milbank regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | Work on Preliminary Injunction Opposition brief | 3.50 530.00/hr | 1,855.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding case status and arguments | 0.30 530.00/hr | 159.00 |
|  | REC | Work on Preliminary Injunction Opposition brief | 2.50 530.00/hr | 1,325.00 |
|  | REC | Work on Preliminary Injunction Opposition brief | 1.30 530.00/hr | 689.00 |
|  | REC | Work on Preliminary Injunction Opposition brief | 3.20 530.00/hr | 1,696.00 |
|  | JPG | Research Virginia E-Notarization statute | 1.50 475.00/hr | 712.50 |
|  | CEM | Work on Opposition to Preliminary Injunction | 6.10 310.00/hr | 1,891.00 |
|  | CEM | E-mails with Richard E. Coleson regarding section on mail-in balloting issues and coronavirus problem | 0.10 310.00/hr | 31.00 |
|  | CEM | Phone conference with Richard E. Coleson regarding case status and arguments | 0.30 310.00/hr | 93.00 |
| 4/27/2020 | REC | Work on Preliminary Injunction Opposition brief; emails with Rob Citak regarding research | 1.10 530.00/hr | 583.00 |
|  | REC | E-mails from James Bopp, Jr. regarding research | 0.10 530.00/hr | 53.00 |
|  | REC | Review research modules from Rob Citak; email to James Bopp, Jr. regarding same | 0.40 530.00/hr | 212.00 |

True the Vote, Inc.                                                                       Page 10

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2020 | REC | E-mail to Rob Citak regarding research | 0.30 530.00/hr | 159.00 |
| | REC | Texts with Courtney E. Milbank regarding brief status, needs, and arguments | 0.10 530.00/hr | 53.00 |
| | REC | Legal research and work on Preliminary Injunction Opposition | 0.80 530.00/hr | 424.00 |
| | REC | Conference with James Bopp, Jr. and Courtney E. Milbank regarding case status and needs | 0.40 530.00/hr | 212.00 |
| | REC | Texts with Courtney E. Milbank regarding e-notary argument | 0.10 530.00/hr | 53.00 |
| | REC | E-mails with Courtney E. Milbank regarding case status and needs | 0.10 530.00/hr | 53.00 |
| | REC | Legal research and work on Preliminary Injunction Opposition | 0.90 530.00/hr | 477.00 |
| | REC | Finalize Preliminary Injunction Opposition and send to Courtney E. Milbank with comments | 1.50 530.00/hr | 795.00 |
| | JPG | Finish module on VA electronic notary; phone conference with Courtney E. Milbank regarding same | 0.60 475.00/hr | 285.00 |
| | CEM | Work on Preliminary Injunction Opposition; emails and texts with Richard E. Coleson regarding same | 2.80 310.00/hr | 868.00 |
| | CEM | E-mails with local counsel regarding Honest Elections Project request to file | 0.20 310.00/hr | 62.00 |
| | CEM | Work on Preliminary Injunction Opposition; send to James Bopp, Jr. for review | 1.20 310.00/hr | 372.00 |

True the Vote, Inc.                                                                                                   Page 11

|            |     |                                                                                                      | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|----------|
| 4/27/2020  | CEM | Review proposed consent judgment; conferences with Richard E. Coleson and James Bopp, Jr. regarding the same | 0.40 310.00/hr | 124.00   |
|            | JB  | Research mail in balloting problem; email article to Richard E. Coleson and law clerk               | 0.90 630.00/hr  | 567.00   |
|            | JB  | Review draft fact research proposal and law clerk                                                    | 0.80 630.00/hr  | 504.00   |
|            | JB  | Review proposed consent decree and brief                                                             | 0.90 630.00/hr  | 567.00   |
|            | JB  | Phone conference with Richard E. Coleson and Courtney E. Milbank regarding response to proposed consent | 0.40 630.00/hr | 252.00   |
|            | JB  | Review Courtney E. Milbank Preliminary Injunction Opposition brief; respond                          | 1.00 630.00/hr  | 630.00   |
|            | CEM | Texts with Richard E. Coleson regarding e-notary argument                                            | 0.10 310.00/hr  | 31.00    |
|            | CEM | Phone conference with Jeffrey P. Gallant regarding VA electronic notary section                      | 0.60 310.00/hr  | 186.00   |
|            | RC  | E-mail from Richard E. Coleson regarding research                                                    | 0.30 240.00/hr  | 72.00    |
| 4/28/2020  | JPG | Phone conference with Courtney E. Milbank, question on Virginia primary election                     | 0.40 475.00/hr  | 190.00   |
|            | JPG | Work on module regarding voters as intervenors                                                       | 2.70 475.00/hr  | 1,282.50 |
|            | CEM | Finalize Preliminary Injunction Opposition; work with local counsel to get filed                    | 1.60 310.00/hr  | 496.00   |

True the Vote, Inc.                                                                                       Page 12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2020 | CEM | Draft Motion to File Responsive Brief; work with local counsel to get filed | 1.00<br>310.00/hr | 310.00 |
|  | CEM | CM/ECF Opposition to Preliminary Injunction | 0.10<br>310.00/hr | 31.00 |
|  | CEM | CM/ECF Motion to File Responsive Brief | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Review multiple filings (Opposition to Intervention, pro hac vices, scheduling order, Republican Party Opposition, etc.) | 1.20<br>310.00/hr | 372.00 |
|  | CEM | Work on Reply to Motion to Intervene; emails and conferences with James Bopp, Jr. regarding case status, needs, revisions to motion and next steps | 8.00<br>310.00/hr | 2,480.00 |
|  | CEM | Work on pro hac vice for Richard E. Coleson | 0.20<br>310.00/hr | 62.00 |
|  | JB | E-mail Richard E. Coleson and Courtney E. Milbank regarding next steps; phone conference with Courtney E. Milbank regarding next steps; review draft Motion for briefing; phone conference with Courtney E. Milbank regarding revision | 0.70<br>630.00/hr | 441.00 |
|  | JB | E-mail exchange with Catherine regarding Voters | 0.30<br>630.00/hr | 189.00 |
|  | JB | Review email exchange regarding filing brief | 0.30<br>630.00/hr | 189.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding filing Intervention; review draft motion to file brief; phone conference with Courtney E. Milbank regarding revision | 0.80<br>630.00/hr | 504.00 |
|  | JB | Review Order regarding Status Conference | 0.20<br>630.00/hr | 126.00 |

True the Vote, Inc.                                                                                                    Page 13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2020 JB | Review Second Scheduling Order | | 0.30<br>630.00/hr | 189.00 |
| JB | Review Court Order permitting briefing and<br>Consent Decree Motion | | 0.20<br>630.00/hr | 126.00 |
| JB | Review brief in Opposition to Motion to Intervene | | 0.50<br>630.00/hr | 315.00 |
| JB | Review Motion to file Amicus brief by PILF | | 0.30<br>630.00/hr | 189.00 |
| JB | Review PILF Amucus brief | | 0.70<br>630.00/hr | 441.00 |
| CEM | Phone conference with Jeffrey P. Gallant, question<br>on Virginia primary election | | 0.40<br>310.00/hr | 124.00 |
| 4/29/2020 JPG | Finalize module on cases where voters were<br>allowed as intervenors | | 1.40<br>475.00/hr | 665.00 |
| CEM | Work on Motion to Intervene Reply; finalize and<br>send to local counsel | | 2.70<br>310.00/hr | 837.00 |
| CEM | Review filings of Amicus and Appearances | | 0.50<br>310.00/hr | 155.00 |
| CEM | Draft update email to Plaintiffs | | 0.20<br>310.00/hr | 62.00 |
| CEM | E-mail exchange with Plaintiffs regarding<br>upcoming Primaries, call Bedford Registrar | | 0.20<br>310.00/hr | 62.00 |
| CEM | CM/ECF Motion to Intervene Reply | | 0.10<br>310.00/hr | 31.00 |
| CEM | E-mail with James Bopp, Jr. regarding Status<br>Conference | | 0.10<br>310.00/hr | 31.00 |

True the Vote, Inc.                                                                              Page 14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2020 | CEM | E-mail from Court with dial-in instructions | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Work on Consent Decree Opposition | 3.00<br>310.00/hr | 930.00 |
|  | CEM | Review Reply to Motion to Intervene | 0.30<br>310.00/hr | 93.00 |
|  | CEM | Review denial of Motion to Intervene, emails with James Bopp, Jr. and local counsel regarding the same, phone call with James Bopp, Jr. regarding the same | 0.40<br>310.00/hr | 124.00 |
|  | CEM | Review Order granting Motion to Intervene for RPV | 0.10<br>310.00/hr | 31.00 |
|  | CEM | E-mail exchange with James Bopp, Jr. regarding RPV Intervention | 0.10<br>310.00/hr | 31.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding denial of Intervention; review Order | 0.40<br>630.00/hr | 252.00 |
|  | JB | E-mail with Courtney E. Milbank regarding Status Conference | 0.10<br>630.00/hr | 63.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding RPV Intervention | 0.10<br>630.00/hr | 63.00 |
| 4/30/2020 | CEM | E-mail to Plaintiffs regarding denial of Intervention; email from Plaintiffs regarding the same | 0.20<br>310.00/hr | 62.00 |
|  | CEM | E-mails regarding sending substantive pleadings to Catherine; send the same | 0.20<br>310.00/hr | 62.00 |
|  | CEM | E-mails with James Bopp, Jr. and local counsel regarding denial of Intervention | 0.20<br>310.00/hr | 62.00 |

True the Vote, Inc.                                                                        Page 15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2020 | JB | Review Order denying Intervention | 0.40 630.00/hr | 252.00 |
|  | JB | E-mail exchange regarding Order | 0.30 630.00/hr | 189.00 |
|  | JB | E-mails with Courtney E. Milbank and local counsel regarding denial of Intervention | 0.20 630.00/hr | 126.00 |

|  |  | **147.50** | **$62,474.00** |
|---|---|---|---|
| **For professional services rendered** |  |  |  |
| **Additional charges:** |  |  |  |

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 4/20/2020 | Cost advanced for LexisNexis computer assisted legal research--work on Motion to Intervene | 60 $3.00 | 180.00 |
| 4/21/2020 | Cost advanced for LexisNexis computer assisted legal research--work on Motion to Intervene | 210 $3.00 | 630.00 |
| 4/22/2020 | Cost advanced for LexisNexis computer assisted legal research--work on Motion to Intervene | 40 $3.00 | 120.00 |
| 4/24/2020 | Cost advanced for WestLaw computer assisted legal research--work on Preliminary Injunction Opposition | 40 $3.00 | 120.00 |
| 4/25/2020 | Cost advanced for WestLaw computer assisted legal research--work on Preliminary Injunction Opposition | 60 $3.00 | 180.00 |
| 4/26/2020 | Cost advanced for LexisNexis computer assisted legal research--research VA law on electronic notary services | 47 $3.00 | 141.00 |
|  | Cost advanced for LexisNexis computer assisted legal research--work on Preliminary Injunction Opposition | 10 $3.00 | 30.00 |
|  | Cost advanced for WestLaw computer assisted legal research--work on Preliminary Injunction Opposition | 60 $3.00 | 180.00 |

True the Vote, Inc.                                                                                    Page 16

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 4/27/2020 | Cost advanced for LexisNexis computer assisted legal research--Get 553 U.S. 181 and Shepardize | 6 $3.00 | 18.00 |
| 4/28/2020 | Cost advanced for WestLaw computer assisted legal research--work on Motion for Intervention Reply | 60 $3.00 | 180.00 |

**Total costs**                                                            **$1,779.00**

**Total amount of this bill**                                 **$64,253.00**

**Balance due**                                              **$64,253.00**

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 78.30 | 310.00 | $24,273.00 |
| Jeffrey P. Gallant | 6.60 | 475.00 | $3,135.00 |
| Melena Siebert | 2.70 | 270.00 | $729.00 |
| Richard E. Coleson | 30.10 | 530.00 | $15,953.00 |
| Robert Citak | 1.00 | 240.00 | $240.00 |
| James Bopp, Jr. | 28.80 | 630.00 | $18,144.00 |