# Exhibit 55
# TTV VA Intervention Invoice
# 2020-1103

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 3, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Virginia Intervention

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/18/2020 CEM | E-mail exchange with local counsel regarding final bill from TTV issue | 0.20<br>310.00/hr | 62.00 |

| | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | 0.20 | $62.00 |
| **Previous balance** | | $65,308.00 |
| **Balance due** | | $65,370.00 |

Tr e the Vote, Inc.                                                                                              Page  2

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Co rtney E. Milbank | 0.20 | 310.00 | $62.00 |