**Exhibit 56**
**TTV FEC Complaint Invoice**
**2022-0527**

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

_____

## INVOICE
May 27, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109

In Reference To: Legal Representation regarding FEC Complaint

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2022 | CEM | E-mail from FEC regarding status and plan to vote; review email to client regarding the same | 0.20 365.00/hr | 73.00 |
| | **For professional services rendered** | | **0.20** | **$73.00** |
| | **Balance due** | | | **$73.00** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|------|----------|------|--------|
| Courtney E. Milbank | 0.20 | 365.00 | $73.00 |