# Exhibit 57
# TTV FEC Complaint Invoice
# 2022-0928

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
September 28, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109

In Reference To: Legal Representation regarding FEC Complaint

**Professional Services**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 8/15/2022 CEM | FEC Notice Closing file; emails regarding the same | 0.30<br>365.00/hr | 109.50 |
| **For professional services rendered** |  | **0.30** | **$109.50** |
| **Previous balance** |  |  | **$73.00** |
| **Balance due** |  |  | **$182.50** |

True the Vote, Inc.

Page  2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 0.30 | 365.00 | $109.50 |