# Exhibit 59
# TTV FEC Complaint Invoice
# 2022-1123

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 23, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109

In Reference To: Legal Representation regarding FEC Complaint

**Professional Services**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/19/2022 JPG | Review FEC General counsel Memo (advising Commission to find probable cause) | 0.30<br>540.00/hr | NO CHARGE |
| 10/26/2022 JB | Review Complaint and notify Catherine | 0.50<br>850.00/hr | 425.00 |
| | **For professional services rendered**<br>**Previous balance** | 0.80 | **$425.00**<br>**$401.50** |

True the Vote, Inc.            Page  2

**Amount**

**Balance due**        **$826.50**

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.50 | 850.00 | $425.00 |
| Jeffrey P. Gallant | 0.30 | 0.00 | $0.00 |