# Exhibit 61
# TTV VA Federal Case Invoice
# 2020-0728

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
July 28, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Virginia Federal Case

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2020 | CEM | E-mail to plaintiffs regarding denial of Preliminary Injunction | 0.20<br>310.00/hr | 62.00 |
|  | CEM | E-mails with Patrick regarding case status and needs | 0.30<br>310.00/hr | 93.00 |
|  | CEM | E-mail from Plaintiff | 0.10<br>310.00/hr | 31.00 |
|  | CEM | E-mail from opposing counsel regarding outstanding motions | 0.10<br>310.00/hr | 31.00 |

True the Vote, Inc.                                                                                              Page 2

|            |     |                                                                                                                       | Hrs/Rate       | Amount  |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 6/2/2020   | CEM | Review question from plaintiff regarding general election; email form James Bopp, Jr. regarding the same              | 0.20 310.00/hr | 62.00   |
|            | CEM | E-mail to opposing counsel regarding outstanding motions                                                              | 0.10 310.00/hr | 31.00   |
|            | JB  | E-mail regarding general election challenge                                                                           | 0.10 630.00/hr | 63.00   |
| 6/3/2020   | CEM | CM/ECF Order granting Pro hac vice                                                                                    | 0.10 310.00/hr | 31.00   |
|            | CEM | CM/ECF Transcript of proceedings                                                                                      | 0.10 310.00/hr | 31.00   |
| 6/5/2020   | CEM | E-mail exchange with Richard E. Coleson regarding status and needs                                                    | 0.20 310.00/hr | 62.00   |
|            | CEM | E-mail exchange with opposing counsel regarding response to complaint; conference with James Bopp, Jr. regarding the same | 0.30 310.00/hr | 93.00   |
|            | JB  | E-mail exchange with opposing counsel regarding answer                                                                | 0.30 630.00/hr | 189.00  |
|            | JB  | Review Defendants' Motion to Dismiss                                                                                  | 0.60 630.00/hr | 378.00  |
|            | REC | E-mail exchange with Courtney E. Milbank regarding status and needs                                                   | 0.20 530.00/hr | 106.00  |
|            | JB  | Conference with Courtney E. Milbank regarding response to complaint                                                   | 0.10 630.00/hr | 63.00   |
| 6/8/2020   | REC | Phone call from Courtney E. Milbank regarding VRA case and possible use in case                                       | 0.30 530.00/hr | 159.00  |

True the Vote, Inc.                                                                                        Page   3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2020 | CEM | CM/ECF Motion to Dismiss | 0.10<br>310.00/hr | 31.00 |
|  | CEM | CM/ECF Notice of Hearing | 0.10<br>310.00/hr | 31.00 |
|  | CEM | CM/ECF Memo on Motion to Dismiss | 0.20<br>310.00/hr | 62.00 |
|  | CEM | CM/ECF Order setting Motion to Dismiss Hearing | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Look up local rules regarding timing for opposition, begin evaluating response | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Conference with Richard E. Coleson regarding en banc 9th Circuit Opinion | 0.30<br>310.00/hr | 93.00 |
| 6/9/2020 | CEM | Evaluate claim under Voting Rights Act: review 9th Circuit en banc Opinion | 2.50<br>310.00/hr | 775.00 |
|  | CEM | Evaluate no excuse absentee voting law | 0.30<br>310.00/hr | 93.00 |
| 6/10/2020 | REC | Review email from Courtney E. Milbank regarding Virginia mailing to inactive voters | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mail to Courtney E. Milbank regarding research on VRA claim | 0.10<br>530.00/hr | 53.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding VRA issues | 0.20<br>530.00/hr | 106.00 |
|  | REC | E-mail from James Bopp, Jr. regarding coordinating VRA research | 0.10<br>530.00/hr | 53.00 |
|  | CEM | Research no excuse absentee voting process in VA; conference with Melena Siebert regarding the same; email findings to James Bopp, Jr. | 1.30<br>310.00/hr | 403.00 |

True the Vote, Inc.                                                                                     Page 4

|            |     |                                                                                                                                                  | Hrs/Rate        | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 6/10/2020  | CEM | E-mails with James Bopp, Jr. regarding coordinating with Richard E. Coleson regarding VRA issue                                                   | 0.20<br>310.00/hr  | 62.00   |
|            | CEM | Phone conference with Richard E. Coleson regarding VRA issue                                                                                      | 0.20<br>310.00/hr  | 62.00   |
|            | JB  | E-mail to Richard E. Coleson regarding coordinating VRA research                                                                                  | 0.10<br>630.00/hr  | 63.00   |
|            | MS  | Conference with Courtney E. Milbank regarding VA no excuse absentee voting process                                                                | 0.10<br>270.00/hr  | 27.00   |
|            | JB  | E-mails with Courtney E. Milbank regarding coordinating with Richard E. Coleson regarding VRA issue                                               | 0.20<br>630.00/hr  | 126.00  |
| 6/12/2020  | CEM | Evaluate next steps                                                                                                                               | 0.30<br>310.00/hr  | 93.00   |
| 6/15/2020  | CEM | Conference with James Bopp, Jr. regarding voluntary dismissal                                                                                     | 0.10<br>310.00/hr  | 31.00   |
|            | JB  | Conference with Courtney E. Milbank regarding voluntary dismissal                                                                                 | 0.10<br>630.00/hr  | 63.00   |
| 6/16/2020  | REC | E-mails with Courtney E. Milbank regarding dismissal rule                                                                                         | 0.20<br>530.00/hr  | 106.00  |
|            | CEM | Work on notice of voluntary dismissal; email to local counsel and plaintiffs regarding the same; send draft to James Bopp, Jr. for approval       | 1.50<br>310.00/hr  | 465.00  |
|            | CEM | E-mail exchange with Richard E. Coleson regarding voluntary dismissal                                                                             | 0.20<br>310.00/hr  | 62.00   |
|            | CEM | E-mail from Plaintiffs regarding dismissal                                                                                                        | 0.20<br>310.00/hr  | 62.00   |

True the Vote, Inc.                                                                                          Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2020 | CEM | E-mail from James Bopp, Jr. regarding approval of voluntary dismissal | 0.10<br>310.00/hr | 31.00 |
|  | CEM | E-mails with local counsel regarding filing of voluntary dismissal | 0.30<br>310.00/hr | 93.00 |
|  | CEM | CM/ECF Notice of Voluntary Dismissal | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Order vacating hearing | 0.10<br>310.00/hr | 31.00 |
|  | JB | Review and approve voluntary dismissal | 0.20<br>630.00/hr | 126.00 |
| 6/17/2020 | CEM | E-mail from plaintiffs regarding dismissal | 0.10<br>310.00/hr | 31.00 |
| 6/18/2020 | CEM | Order dismissing case without prejudice | 0.10<br>310.00/hr | 31.00 |

**For professional services rendered**                                                      13.30          $4,927.00
**Additional charges:**

|  |  | Qty/Price |  |
|---|---|---|---|
| 6/9/2020 | Cost advanced for WestLaw computer assisted legal research--evaluate no excuse absentee voting law | 15<br>$3.00 | 45.00 |
| 6/10/2020 | Cost advanced for WestLaw computer assisted legal research--research no excuse absentee voting process in VA | 25<br>$3.00 | 75.00 |
| 6/16/2020 | Cost advanced for WestLaw computer assisted legal research--research voluntary dismissal | 10<br>$3.00 | 30.00 |

True the Vote, Inc. Page 6

|  | Amount |
|---|---|
| **Total costs** | $150.00 |
| **Total amount of this bill** | $5,077.00 |
| **Previous balance** | $82,478.50 |
| **Balance due** | $87,555.50 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 10.30 | 310.00 | $3,193.00 |
| Melena Siebert | 0.10 | 270.00 | $27.00 |
| Richard E. Coleson | 1.20 | 530.00 | $636.00 |
| James Bopp, Jr. | 1.70 | 630.00 | $1,071.00 |