# Exhibit 64
# TTV IRS Invoice 2017-0518

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
May 18, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

## Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2017 | JB | Preparation of draft response to firm lawyer letter; send to Catherine & Brock | 0.90<br>790.00/hr | 711.00 |
| 4/3/2017 | CEM | Review email exchange with James Bopp, Jr., Brock and Catherine regarding response to former counsel | 0.30<br>300.00/hr | 90.00 |
|  | JB | Review pleading including complaint in preparation for hearing | 5.00<br>790.00/hr | 3,950.00 |

True the Vote, Inc.     Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2017 | JB | Review notes; hearing transcripts; motion for summary judgment & response | 4.00<br>790.00/hr | 3,160.00 |
| 4/5/2017 | JB | Travel; preparation for hearing; email exchange with Catherine; phone conference with Courtney E. Milbank | 8.00<br>790.00/hr | 6,320.00 |
| | CEM | Review email exchange with James Bopp, Jr. and Carly regarding JW v. IRS documents; phone conference with with James Bopp, Jr. | 0.20<br>300.00/hr | 60.00 |
| 4/6/2017 | JB | Prepare for hearing; email exchange with Courtney E. Milbank regarding ripperda declaration; emails regarding change of hearing time; phone conference with Courtney E. Milbank regarding same; attend hearing; conference with client | 9.00<br>790.00/hr | 7,110.00 |
| | CEM | CM/ECF appearance of new Defendant attorney | 0.10<br>300.00/hr | 30.00 |
| | CEM | E-mails regarding change of hearing time, call with James Bopp, Jr. regarding the same, call and email client regarding the same; text client regarding location of hearing | 1.00<br>300.00/hr | 300.00 |
| | CEM | E-mail from James Bopp, Jr. regarding Ripperda Declaration and cited statute, research statute and call James Bopp, Jr. regarding the same | 0.30<br>300.00/hr | 90.00 |
| | CEM | Review letter from Brock Akers to prior counsel | 0.10<br>300.00/hr | 30.00 |
| 4/7/2017 | JB | Two phone conferences with Courtney E. Milbank regarding response on answer & ordering transcript | 0.30<br>790.00/hr | 237.00 |

True the Vote, Inc.                                        Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2017 | JB | Review memo from Courtney E. Milbank regarding answer | 0.40 790.00/hr | 316.00 |
| | JB | Phone conference with client regarding next steps | 0.60 790.00/hr | 474.00 |
| | CEM | Two brief phone conferences with James Bopp, Jr. regarding ordering transcript, discovery order, and answer to complaint | 0.20 300.00/hr | 60.00 |
| | CEM | Order transcript and email exchange with Carly regarding the same | 0.50 300.00/hr | 150.00 |
| | CEM | Review Government admissions in Answer to Amended Complaint, prepare memo with admissions and send to James Bopp, Jr. | 3.00 300.00/hr | 900.00 |
| | CEM | E-mail exchange with James Bopp, Jr. and Carly regarding conference call to discuss strategy | 0.20 300.00/hr | 60.00 |
| | JB | Travel from hearing | 4.00 790.00/hr | NO CHARGE |
| | JB | Phone call with Carly regarding next steps | 0.60 790.00/hr | 474.00 |
| | JB | E-mail exchange with Courtney E. Milbank and Carly regarding conference call to discuss strategy | 0.20 790.00/hr | 158.00 |
| 4/10/2017 | CEM | E-mail from James Bopp, Jr. regarding response to Plaintiffs; Notice Entitlement to Declaratory Relief, research whether a response was filed, email exchange with James Bopp, Jr. regarding the same | 0.50 300.00/hr | 150.00 |

True the Vote, Inc.                                                                                   Page 4

|            |     |                                                                                                  | Hrs/Rate         | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------|------------------|------------|
| 4/10/2017  | JB  | Two e-mails to Courtney E. Milbank regarding response to Notice of Entitlement to declaratory relief | 0.10<br>790.00/hr | 79.00      |
| 4/12/2017  | CEM | CM/ECF Discovery Order, review emails from James Bopp, Jr., Catherine, and Brock regarding the same | 0.30<br>300.00/hr | 90.00      |
|            | JB  | Review court order; email client                                                                 | 0.50<br>790.00/hr | 395.00     |
| 4/13/2017  | CEM | E-mail exchange with James Bopp, Jr. regarding Discovery Order                                   | 0.20<br>300.00/hr | 60.00      |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding Discovery Order                               | 0.20<br>790.00/hr | 158.00     |
|            | CEM | E-mail exchange with James Bopp, Jr. regarding transcript of hearing                             | 0.20<br>300.00/hr | 60.00      |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding transcript of hearing                         | 0.20<br>790.00/hr | 158.00     |
|            | CEM | Phone call to court reporter regarding status of transcript                                      | 0.10<br>300.00/hr | 30.00      |
|            | CEM | Phone call from court reporter regarding status of transcript and email James Bopp, Jr. regarding the same | 0.20<br>300.00/hr | 60.00      |
|            | JPG | Review and send article on IRS sensitive case reports to Richard E. Coleson                      | 0.20<br>500.00/hr | NO CHARGE  |
|            | JPG | Help with press release                                                                          | 0.30<br>500.00/hr | NO CHARGE  |
|            | JB  | Review press release; phone conference with client (2x)                                          | 0.70<br>790.00/hr | 553.00     |

True the Vote, Inc.                                                                                    Page 5

|            |     |                                                                                                                                                                    | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/14/2017  | CEM | E-mail exchange with Carly regarding conference call; set up conference call; and send out call in information                                                      | 0.30<br>300.00/hr | NO CHARGE |
|            | JB  | Phone conference with Carly regarding discovery plan                                                                                                                | 0.50<br>790.00/hr | 395.00    |
| 4/17/2017  | CEM | Conference call with Carly Gammil and James Bopp, Jr.                                                                                                               | 0.40<br>300.00/hr | 120.00    |
|            | CEM | E-mail exchange with Carly Gammill regarding rescheduling of conference call                                                                                        | 0.20<br>300.00/hr | 60.00     |
|            | JB  | Phone conference with Catherine regarding discovery plan                                                                                                            | 0.40<br>790.00/hr | 316.00    |
| 4/18/2017  | CEM | E-mail exchange with Carly regarding discovery order                                                                                                                | 0.20<br>300.00/hr | 60.00     |
|            | CEM | Conference with Carly and James Bopp, Jr. regarding discovery strategy; phone conference with James Bopp, Jr. regarding rules on interrogatories and depositions; look up rules on discovery | 0.90<br>300.00/hr | 270.00    |
|            | JB  | Begin preparation of discovery; phone conference with Courtney E. Milbank & Carly regarding discovery plan; phone conference with Courtney E. Milbank regarding interrogatories | 1.10<br>790.00/hr | 869.00    |
| 4/19/2017  | CEM | Phone call from James Bopp, Jr. regarding discovery documents from Carly                                                                                            | 0.10<br>300.00/hr | 30.00     |
|            | JB  | Phone call to Courtney E. Milbank regarding discovery documents from Carly                                                                                          | 0.10<br>790.00/hr | 79.00     |

True the Vote, Inc.                                                                                              Page 6

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/19/2017 | CEM | E-mail exchange with Carly regarding discovery documents from NorCal case, save all documents to public | | 0.30<br>300.00/hr | 90.00 |
| 4/20/2017 | CEM | Phone conference with James Bopp, Jr. regarding motion to extend discovery | | 0.20<br>300.00/hr | 60.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding motion to extend discovery | | 0.20<br>790.00/hr | 158.00 |
| 4/21/2017 | CEM | E-mail from court reporter regarding transcript; forward transcript to James Bopp, Jr. | | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Review CM/ECF regarding filing of transcript | | 0.10<br>300.00/hr | 30.00 |
| 4/24/2017 | CEM | Two e-mails from James Bopp, Jr. regarding transcript from hearing; send transcript to Carly | | 0.20<br>300.00/hr | 60.00 |
|  | CEM | Two phone conferences with James Bopp, Jr. regarding additions to the motion and correction to order | | 0.20<br>300.00/hr | 60.00 |
|  | JB | Review transcript of hearing; two phone conferences with Courtney E. Milbank regarding additions to the motion and correction to order; emails to Courtney E. Milbank regarding transcript | | 0.70<br>790.00/hr | 553.00 |
| 4/27/2017 | CEM | E-mail from James Bopp, Jr. to Carly regarding draft of motion | | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Work on motion to amend and send to James Bopp, Jr. and send to opposing counsel regarding consent | | 1.00<br>300.00/hr | 300.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding edits to motion to amend discovery order | | 0.10<br>300.00/hr | 30.00 |

True the Vote, Inc.            Page 7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2017 | JB | Review draft motion, phone conference with Courtney E. Milbank regarding | 0.60 790.00/hr | 474.00 |
| | JB | E-mail Carly regarding draft | 0.10 790.00/hr | 79.00 |
| 4/28/2017 | CEM | Work on proposed order for motion to amend discovery order; send to James Bopp, Jr. for feedback; file motion to amend discovery order and proposed order | 1.50 300.00/hr | 450.00 |
| | JB | Phone conference with Catherine | 0.50 790.00/hr | 395.00 |
| | JB | Review proposed order; respond to Courtney E. Milbank | 0.20 790.00/hr | 158.00 |

**For professional services rendered**      **52.90**      **$31,629.00**

**Additional charges:**

| Date | Description | Amount |
|---|---|---|
| 4/5/2017 | Travel expense for James Bopp, Jr. to attend hearing in Washington DC from 04/05/17 through 04/07/17. Additional expenses to cover canceled flight and canceled hotel for the canceled hearing of 02/02/17 | 2,602.75 |
| 4/24/2017 | Cost advanced for transcript of 4/07/17 Hearing in Washington, DC District Court payable on check # 13908 to Cathryn Jones, RPR, Official Court Reporter, U. S. Court, Room 6521, Washington, DC 20001 | 272.00 |

**Total costs**      **$2,874.75**

**Total amount of this bill**      **$34,503.75**

**Previous balance**      **$20,883.00**

True the Vote, Inc.                                                                                    Page  8

|  | Amount |
|---|---|
| **Balance due** | $55,386.75 |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 13.00 | 300.00 | $3,900.00 |
| Courtney E. Milbank | 0.30 | 0.00 | $0.00 |
| Jeffrey P. Gallant | 0.50 | 0.00 | $0.00 |
| James Bopp, Jr. | 35.10 | 790.00 | $27,729.00 |
| James Bopp, Jr. | 4.00 | 0.00 | $0.00 |