# Exhibit 65
# TTV IRS Invoice 2017-0623

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
June 23, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2017 | JB | Phone conference with Courtney E. Milbank regarding drafting letter to Attorney General | 0.40<br>790.00/hr | 316.00 |
|  | JB | Phone conference with Catherine | 0.50<br>790.00/hr | 395.00 |
|  | JB | Review court order; phone conference with Courtney E. Milbank | 0.30<br>790.00/hr | 237.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding letter to Attorney General Sessions | 0.40<br>300.00/hr | 120.00 |

True the Vote, Inc. Page 2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2017 | CEM | Phone conference with James Bopp, Jr. regarding court order | | 0.10 300.00/hr | 30.00 |
| 5/2/2017 | JB | Phone conference with Catherine | | 0.40 790.00/hr | 316.00 |
| | CEM | E-mail from James Bopp, Jr. regarding finding emails for Reince Priebus and Don McGahn | | 0.10 300.00/hr | 30.00 |
| | CEM | E-mail to Catherine regarding Amending of Discovery Order; email exchange with Catherine regarding the same | | 0.40 300.00/hr | 120.00 |
| 5/3/2017 | JB | Phone conference with Catherine regarding language to repeal Johnson Amendment | | 0.30 790.00/hr | 237.00 |
| 5/4/2017 | JB | Prepare memo on language to repeal Johnson Amendment | | 2.50 790.00/hr | 1,975.00 |
| | CEM | Read transcript from motions hearing; read court of appeals opinion, begin working on letter to Sessions | | 2.70 300.00/hr | 810.00 |
| 5/5/2017 | JB | Review CRS response to Motion to Amend Discovery Order | | 0.50 790.00/hr | 395.00 |
| | JB | Review lien filed by PILF | | 0.30 790.00/hr | 237.00 |
| | CEM | Work on letter to Sessions | | 1.20 300.00/hr | 360.00 |
| | CEM | CM/ECF Response to Motion to Amend Discovery Order; CM/ECF Attorneys Lien | | 0.40 300.00/hr | 120.00 |
| | JB | Phone conference with Catherine | | 0.60 790.00/hr | 474.00 |
| 5/8/2017 | JB | Review PILF documents; phone conference with Catherine | | 0.90 790.00/hr | 711.00 |

True the Vote, Inc.                                                                 Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2017 | CEM | Finalize draft of letter to Sessions and send back to James Bopp, Jr. for feedback | 3.00 300.00/hr | 900.00 |
| 5/9/2017 | CEM | Conference with Matt Michaloski regarding finding contact information for Sessions, email James Bopp, Jr. regarding the same | 0.30 300.00/hr | 90.00 |
| 5/10/2017 | MAM | Phone conference with James Bopp, Jr. in regards to getting instructions | 0.30 150.00/hr | 45.00 |
|  | JB | Phone conference with Matthew Michaloski in regards to giving instructions | 0.30 790.00/hr | 237.00 |
| 5/11/2017 | MAM | Look into several questions regarding conduct/fees of previous representation | 2.20 150.00/hr | 330.00 |
|  | MAM | Further research on question of appropriate fees | 0.50 150.00/hr | 75.00 |
| 5/12/2017 | MAM | Review findings from Thursday, May 11, 2017 and email James Bopp, Jr. | 0.20 150.00/hr | 30.00 |
| 5/16/2017 | MAM | Review earlier research for James Bopp, Jr. | 0.30 150.00/hr | 45.00 |
|  | MAM | Further research | 0.20 150.00/hr | 30.00 |
|  | MAM | Meet with James Bopp, Jr., discuss findings, send related email | 0.30 150.00/hr | 45.00 |
|  | MAM | Research public financial documents on former counsel | 0.20 150.00/hr | 30.00 |
|  | MAM | Research public financial documents, research further questions | 1.10 150.00/hr | 165.00 |
|  | JB | Meet with Matthew Michaloski to discuss research findings | 0.30 790.00/hr | 237.00 |

True the Vote, Inc.                                                                                           Page  4

|            |     |                                                                                              | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-----------------|--------|
| 5/17/2017  | MAM | Conduct further research                                                                     | 0.40 150.00/hr  | 60.00  |
|            | MAM | Continue research with updated guidance from James Bopp, Jr.                                 | 0.10 150.00/hr  | 15.00  |
|            | MAM | Continue research and prepare notes                                                          | 1.10 150.00/hr  | 165.00 |
|            | MAM | Continue research                                                                            | 1.30 150.00/hr  | 195.00 |
| 5/18/2017  | MAM | Research on charitable trusts                                                                | 1.00 150.00/hr  | 150.00 |
|            | MAM | Research standing question                                                                   | 1.10 150.00/hr  | 165.00 |
| 5/19/2017  | CEM | E-mail exchange with James Bopp, Jr. regarding update on agency's case file                  | 0.30 300.00/hr  | 90.00  |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding update on agency's case file              | 0.30 790.00/hr  | 237.00 |
|            | CEM | Review email exchange between James Bopp, Jr. and Laura Conner regarding sending of agency case file and password | 0.20 300.00/hr  | 60.00  |
|            | CEM | Review emails from Carly Gammill and James Bopp, Jr. regarding government responses in NorCal | 0.20 300.00/hr  | 60.00  |
|            | JB  | Review email from IRS regarding case file; email exchange regarding it                       | 0.30 790.00/hr  | 237.00 |
| 5/22/2017  | MAM | Work on extracting case files received from government                                       | 0.50 150.00/hr  | 75.00  |

True the Vote, Inc.                                                                                          Page  5

|            |     |                                                                                        | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------|-----------------|--------|
| 5/22/2017  | CEM | Phone conference with James Bopp, Jr. regarding strategy and plans for discovery       | 0.10<br>300.00/hr | 30.00  |
|            | JB  | Phone conference with Courtney E. Milbank regarding strategy and plans for discovery   | 0.10<br>790.00/hr | 79.00  |
|            | CEM | IM with Jeffrey P. Gallant regarding FedEx from Laura Connor and email password for file | 0.30<br>300.00/hr | 90.00  |
|            | JPG | IM with Courtney E. Milbank regarding FedEx from Laura Connor and email password for file | 0.30<br>500.00/hr | 150.00 |
| 5/23/2017  | CEM | Begin studying case file from IRS                                                      | 2.30<br>300.00/hr | 690.00 |
| 5/24/2017  | JB  | Review e-mail from Catherine                                                           | 0.10<br>790.00/hr | 79.00  |
| 5/25/2017  | CEM | Continue going to agency case file                                                     | 2.30<br>300.00/hr | 690.00 |
| 5/26/2017  | CEM | Continue going through agency case file                                                | 3.00<br>300.00/hr | 900.00 |
|            | CEM | Review government responses from NorCal                                                | 1.00<br>300.00/hr | 300.00 |
| 5/30/2017  | CEM | E-mails from James Bopp, Jr. and Catherine regarding agency case file                  | 0.20<br>300.00/hr | 60.00  |
|            | JB  | Review email from Catherine; respond                                                   | 0.20<br>790.00/hr | 158.00 |
| 5/31/2017  | MAM | Take phone call and receive instructions from James Bopp, Jr.                          | 0.20<br>150.00/hr | 30.00  |
|            | MAM | Compare two sets of discovery documents and verify their consistency                   | 1.00<br>150.00/hr | 150.00 |

True the Vote, Inc.	Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2017 | MAM | Compare two sets of discovery documents and verify their consistency | 0.80<br>150.00/hr | 120.00 |
| | MAM | Finish comparing discovery documents and report to Courtney E. Milbank | 2.90<br>150.00/hr | 435.00 |
| | CEM | Continue going through agency case file | 7.00<br>300.00/hr | 2,100.00 |
| | CEM | Phone conference with Carly Gammill regarding coordinating discovery | 0.40<br>300.00/hr | 120.00 |
| | JB | Review linchpin RFD & phone call to Matthew Michaloski | 0.50<br>790.00/hr | 395.00 |

**For professional services rendered**     50.70     $17,227.00
**Previous balance**                                   $55,386.75

**Balance due**                                        $72,613.75

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 25.90 | 300.00 | $7,770.00 |
| Jeffrey P. Gallant | 0.30 | 500.00 | $150.00 |
| Matthew Michaloski | 15.70 | 150.00 | $2,355.00 |
| James Bopp, Jr. | 8.80 | 790.00 | $6,952.00 |