# Exhibit 66
# TTV IRS Invoice 2017-0721

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
July 21, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 6/1/2017 | CEM | E-mail exchange with Catherine regarding agency case file uploaded to dropbox | 0.30<br>300.00/hr | 90.00 |
| 6/2/2017 | CEM | Phone conference with James Bopp, Jr. regarding TTV discovery | 0.20<br>300.00/hr | 60.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding TTV discovery | 0.20<br>790.00/hr | 158.00 |
|  | CEM | Continue going through agency case file | 1.50<br>300.00/hr | 450.00 |

True the Vote, Inc.                                                                                             Page  2

|            |     |                                                                                                 | Hrs/Rate          | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------|-------------------|---------|
| 6/13/2017  | MAM | Take phone call from James Bopp, Jr. and receive new instructions                              | 0.30<br>150.00/hr | 45.00   |
|            | MAM | Review research related to earlier TTV-PILF disagreements                                       | 2.50<br>150.00/hr | 375.00  |
|            | MAM | Begin looking over documents to compute a suggested reasonable charge for PILF's services       | 0.20<br>150.00/hr | 30.00   |
|            | JB  | Phone conference with Matthew Michaloski and give new instructions                              | 0.30<br>790.00/hr | 237.00  |
| 6/14/2017  | MAM | Work on calculations for PILF fees, explanation for client                                      | 2.50<br>150.00/hr | 375.00  |
|            | MAM | Continue work on PILF fees spreadsheet and explanation for client                               | 0.90<br>150.00/hr | 135.00  |
| 6/15/2017  | MAM | Finish editing spreadsheet and written report for James Bopp, Jr. on PILF costs and fees        | 1.60<br>150.00/hr | 240.00  |
|            | MAM | Discuss findings with James Bopp, Jr.; receive new instructions                                 | 0.40<br>150.00/hr | 60.00   |
|            | MAM | Work on recalculating numbers, finding authority supporting the use of cost basis               | 1.10<br>150.00/hr | 165.00  |
|            | JB  | Review estimate of PILF cost for True the Vote litigation; conference with Matthew Michaloski regarding revision | 0.50<br>790.00/hr | 395.00  |
| 6/16/2017  | MAM | Work on re-figuring PILF costs and send updated spreadsheet to James Bopp, Jr.                  | 2.60<br>150.00/hr | 390.00  |
| 6/19/2017  | CEM | Work on discovery                                                                               | 2.00<br>300.00/hr | 600.00  |
| 6/20/2017  | CEM | Work on drafting discovery, email to Catherine regarding suggestions                            | 2.50<br>300.00/hr | 750.00  |

True the Vote, Inc.                                                                                         Page  3

|              |     |                                                                                                  | Hrs/Rate        | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------|-----------------|--------|
| 6/20/2017    | CEM | E-mail exchange with James Bopp, Jr., Catherine, and Brock regarding letter to Sessions          | 0.40 300.00/hr  | 120.00 |
|              | JB  | E-mail to Courtney E. Milbank regarding letter to Sessions                                       | 0.10 790.00/hr  | 79.00  |
| 6/21/2017    | MAM | Take phone call from James Bopp, Jr., discuss computations for PILF costs                        | 0.20 150.00/hr  | 30.00  |
|              | JB  | Phone conference with Matthew Michaloski to discuss computations for PILF costs                  | 0.20 790.00/hr  | 158.00 |
|              | MAM | Redo calculations; begin to manually add up hours for each individual year                       | 1.30 150.00/hr  | 195.00 |
|              | MAM | Make new calculations and send to James Bopp, Jr.                                                | 1.10 150.00/hr  | 165.00 |
|              | MAM | Take phone call from James Bopp, Jr.                                                             | 0.80 150.00/hr  | 120.00 |
|              | MAM | Begin calculating PILF's year by year hours spent on IRS lit. using Excel                        | 0.80 150.00/hr  | 120.00 |
|              | JB  | Revise letter regarding PILF; phone conference with Matthew Michaloski                           | 0.90 790.00/hr  | 711.00 |
|              | CEM | Phone conference with client regarding letter to Sessions and proposed discovery                 | 0.90 300.00/hr  | 270.00 |
| 6/22/2017    | CEM | Phone conference with James Bopp, Jr. regarding approval of Sessions letter                      | 0.10 300.00/hr  | 30.00  |
|              | JB  | Phone conference with Courtney E. Milbank regarding approval of Sessions letter                  | 0.10 790.00/hr  | 79.00  |

True the Vote, Inc.                                                                                                  Page 4

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 6/22/2017 | CEM | Make edits to Sessions letter, add citations and new sentence, send to Matthew Michaloski for edits; make corrections, send final letter to James Bopp, Jr. | 2.50<br>300.00/hr | 750.00 |
|  | CEM | E-mail exchange with James Bopp, Jr. regarding 3/14 email from PILF | 0.30<br>300.00/hr | 90.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding 3/14 email from PILF | 0.30<br>790.00/hr | 237.00 |
|  | CEM | Work on drafting discovery | 2.50<br>300.00/hr | 750.00 |
|  | MAM | Finish deducing PILF's annual hours spent on IRS lit. and recalculate cost basis fees | 3.00<br>150.00/hr | 450.00 |
|  | MAM | Research on retaining lien | 0.40<br>150.00/hr | 60.00 |
|  | MAM | Meet with James Bopp, Jr., discuss findings; start adding up receipts to figure non-fee costs | 1.50<br>150.00/hr | 225.00 |
|  | MAM | Continue research on retaining lien | 0.50<br>150.00/hr | 75.00 |
|  | MAM | Copy edit letter to Attorney General Sessions for Courtney E. Milbank | 0.50<br>150.00/hr | 75.00 |
|  | MAM | Take phone call from James Bopp, Jr. | 0.10<br>150.00/hr | 15.00 |
|  | MAM | Figure up non-fee costs using correct invoice | 0.50<br>150.00/hr | 75.00 |
|  | JB | Meet with Matthew Michaloski regarding findings | 0.20<br>790.00/hr | 158.00 |

True the Vote, Inc.                                                                                          Page   5

|            |     |                                                                                                                              | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 6/22/2017  | JB  | Phone conference with Matthew Michaloski                                                                                     | 0.10 790.00/hr  | 79.00    |
| 6/23/2017  | CEM | Finish drafting discovery, multiple phone conference's with Anita Y. Milanovich regarding suggested changes and edits to discovery | 5.50 300.00/hr  | 1,650.00 |
|            | MAM | Take phone call from James Bopp, Jr.                                                                                         | 0.10 150.00/hr  | 15.00    |
|            | MAM | Finish recalculating appropriate charges using better information for non-litigation costs                                    | 1.50 150.00/hr  | 225.00   |
|            | MAM | Begin research on attorney charging lien                                                                                     | 0.20 150.00/hr  | 30.00    |
|            | MAM | Take phone call from James Bopp, Jr.                                                                                         | 0.10 150.00/hr  | 15.00    |
|            | MAM | Update memorandum for client                                                                                                 | 0.90 150.00/hr  | 135.00   |
|            | MAM | Research implications of attorney liens and draft section of memo addressing findings                                        | 4.00 150.00/hr  | 600.00   |
|            | AYM | Assist Courtney E. Milbank with request for production of documents draft/edits                                              | 1.90 485.00/hr  | 921.50   |
|            | JB  | Review Matthew Michaloski draft regarding response letter; phone conference with Matthew Michaloski                          | 0.90 790.00/hr  | 711.00   |
|            | JB  | Review Matthew Michaloski draft regarding response letter; phone conference with Matthew Michaloski                          | 0.80 790.00/hr  | 632.00   |
| 6/24/2017  | JB  | Revise response letter                                                                                                       | 2.10 790.00/hr  | 1,659.00 |

True the Vote, Inc.                                                                                         Page  6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2017 | JB | Revise response letter | 2.20<br>790.00/hr | 1,738.00 |
| 6/26/2017 | MAM | Review findings from Friday on attorney liens | 0.30<br>150.00/hr | 45.00 |
|  | MAM | Locate 990s for organizations related to PILF | 0.30<br>150.00/hr | 45.00 |
|  | CEM | E-mail from James Bopp, Jr. regarding approval of letter to Sessions | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Finalize First Request for Production of Documents and email exchange with James Bopp, Jr. regarding approval | 1.50<br>300.00/hr | 450.00 |
|  | JB | Finalize Sessions letter; send to various parties | 0.50<br>790.00/hr | 395.00 |
|  | JB | Review draft of request for documents; approve | 0.90<br>790.00/hr | 711.00 |
| 6/27/2017 | MAM | Retrieve additional 990s for PILF--related organizations | 0.30<br>150.00/hr | 45.00 |
|  | MAM | Take certified mail letter to DOJ to Post Office | 0.70<br>150.00/hr | 105.00 |
|  | CEM | E-mail to James Bopp, Jr. regarding sending of letter to Sessions and first request | 0.10<br>300.00/hr | 30.00 |
|  | CEM | E-mail exchange with Debbie regarding mailing first request to opposing counsel, email First Request for Production to opposing counsel and Catherine | 0.50<br>300.00/hr | 150.00 |
|  | CEM | Review emails from Catherine and James Bopp, Jr. regarding broadening request to include associated names | 0.20<br>300.00/hr | 60.00 |

True the Vote, Inc.                                                                                                    Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2017 | JB | E-mail exchange regarding response to PILF | 0.30<br>790.00/hr | 237.00 |
| 6/28/2017 | MAM | Speak with James Bopp, Jr. about demand letter | 0.30<br>150.00/hr | 45.00 |
|  | MAM | Make first draft of demand letter | 2.80<br>150.00/hr | 420.00 |
|  | MAM | Review/edit draft of letter, send to James Bopp, Jr. | 0.60<br>150.00/hr | 90.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding Requests for Production | 0.20<br>300.00/hr | 60.00 |
|  | JB | Phone conference with Matthew Michaloski regarding draft of response | 0.30<br>790.00/hr | 237.00 |
|  | JB | Review email from Catherine; phone conference with Courtney E. Milbank regarding 2nd set of discovery request | 0.30<br>790.00/hr | 237.00 |
| 6/29/2017 | MAM | Take phone call from James Bopp, Jr. | 0.10<br>150.00/hr | 15.00 |
|  | CEM | Work on Second Request for Production, email exchange with James Bopp, Jr. regarding approval | 2.00<br>300.00/hr | 600.00 |
|  | JB | Revise response letter to PILF; phone conference with Matthew Michalosk; send to Brock | 1.10<br>790.00/hr | 869.00 |
|  | JB | Review draft second set of discovery; approve | 0.80<br>790.00/hr | 632.00 |
| 6/30/2017 | CEM | Finalize second request for production, send to opposing counsel, email to Debbie regarding serving opposing counsel, email to Catherine with second request | 1.00<br>300.00/hr | 300.00 |

True the Vote, Inc.     Page 8

|  | Hrs/Rate | Amount |
|---|---:|---:|
| **For professional services rendered** | 74.30 | $23,810.50 |
| **Additional charges:** | | |
| 6/22/2017 Cost advanced for computer assisted legal research--research citations for Sessions letter | | 30.00 |
| Cost advanced for computer assisted legal research--research retaining lien | | 36.00 |
| 6/27/2017 Cost advanced for postage for 4 letters to U. S. Dept. of Justice--Plaintiff's First Request for Production of Documents | | 5.68 |
| Cost advanced for postage for letter to Attorney General Jeff Sessions--Certified U. S. Mail--paid by check to United States Postal Service | | 6.80 |
| 6/30/2017 Cost advanced for postage for 4 letters to U. S. Dept. of Justice--Plaintiff's Second Request for Production of Documents | | 5.68 |
| **Total costs** | | $84.16 |
| **Total amount of this bill** | | $23,894.66 |
| **Previous balance** | | $72,613.75 |
| **Balance due** | | $96,508.41 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Courtney E. Milbank | 24.30 | 300.00 | $7,290.00 |
| Matthew Michaloski | 35.00 | 150.00 | $5,250.00 |
| Anita Y. Milanovich | 1.90 | 485.00 | $921.50 |
| James Bopp, Jr. | 13.10 | 790.00 | $10,349.00 |