# Exhibit 75
# TTV IRS Invoice 2018-0502

INVOICE
May 2, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
         Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2018 | JPG | Download opposition to motion for attorney's fees; briefly review, calendar reply | 0.50<br>500.00/hr | 250.00 |
|  | JB | Review DOJ Response to Motion for attorney's fees; email Catherine | 1.10<br>790.00/hr | 869.00 |
| 3/7/2018 | MS | Conference with Jeffrey P. Gallant regarding reply to opposition to motion for attorney's fees; discussed prevailing party status, judicial imprimatur with consent decree, adjustment of | 1.00<br>300.00/hr | 300.00 |

True the Vote, Inc.                                                                                         Page  2

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
|  |  | billing for fundraising/press, and substantial justification arguments in underlying actions |  |  |
| 3/7/2018 | MS | Read IRS opposition to Plaintiff's application and motion for attorney's fees; review referenced case law, focusing on prevailing party arguments | 1.00 300.00/hr | 300.00 |
|  | MS | Conference with James Bopp, Jr. and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same | 0.10 300.00/hr | 30.00 |
|  | JB | Conference with Melena Siebert and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same | 0.10 790.00/hr | 79.00 |
|  | MS | E-mail opposing counsel regarding extension for reply to opposition to request for attorney's fees; draft motion regarding same | 0.50 300.00/hr | 150.00 |
|  | MS | Outline of reply to opposition to motion for attorney's fees; focus on prevailing party arguments: case law showing consent decrees have prospective force and judicial imprimatur of consent decrees | 2.00 300.00/hr | 600.00 |
|  | MS | Discuss outline with Jeffrey P. Gallant | 0.50 300.00/hr | 150.00 |
|  | JPG | Conference with Melena Siebert, James Bopp, Jr. regarding reply, motion to extend | 0.10 500.00/hr | 50.00 |
|  | JPG | E-mails between James Bopp, Jr., client Catherine Engelbrecht, Brock Akers | 0.20 500.00/hr | NO CHARGE |
|  | JPG | E-mails regarding press release regarding DOJ position in Opposition | 0.20 500.00/hr | NO CHARGE |

True the Vote, Inc.                                                                                        Page   3

|            |     |                                                                                                                                    | Hrs/Rate          | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/7/2018   | JPG | Conference with Melena Siebert regarding arguments supporting prevailing party status, legal relief                                | 1.00<br>500.00/hr | 500.00     |
|            | JB  | E-mail exchange with Catherine and Brock                                                                                           | 0.40<br>790.00/hr | 316.00     |
|            | JPG | Discuss outline with Melena Siebert                                                                                                | 0.50<br>500.00/hr | 250.00     |
| 3/8/2018   | JPG | E-mail from DOJ, emails with Melena Siebert regarding motion for extension                                                         | 0.50<br>500.00/hr | 250.00     |
|            | JPG | Draft proposed order for motion to extend                                                                                          | 0.50<br>500.00/hr | 250.00     |
|            | JPG | E-mails, phone conference regarding need to amend motion to extend time; work on amended motion to extend                          | 0.80<br>500.00/hr | 400.00     |
|            | JPG | Review transcript of 4/16/18 hearing, annotate, email with Melena Siebert regarding same                                           | 1.70<br>500.00/hr | 850.00     |
|            | JPG | Phone conference with Melena Siebert regarding evidence regarding change in legal relationship                                     | 0.40<br>500.00/hr | 200.00     |
|            | MS  | Work on press release for True the Vote; phone conference with Jeffrey P. Gallant regarding same                                   | 1.40<br>300.00/hr | NO CHARGE  |
|            | MS  | Work on motion for extension for reply                                                                                             | 0.30<br>300.00/hr | 90.00      |
|            | MS  | Phone conference with James Bopp, Jr., Catherine Engelbrecht, and Brock Akers regarding reply strategy for TTV's response to DOJ opposition for attorney's fees | 0.70<br>300.00/hr | 210.00     |

True the Vote, Inc. Page 4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2018 | MS | Work on motion for extension for reply | 0.20 300.00/hr | 60.00 |
| | MS | Phone conference with James Bopp, Jr. regarding press release for TTV | 0.20 300.00/hr | NO CHARGE |
| | MS | Work on motion for extension for reply | 0.20 300.00/hr | 60.00 |
| | MS | Review and revise motion and proposed order for extension | 0.80 300.00/hr | 240.00 |
| | MS | Edit press release | 0.50 300.00/hr | NO CHARGE |
| | MS | Phone call with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, additional discovery available for reply | 0.50 300.00/hr | 150.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding amending motion for extension | 0.30 300.00/hr | 90.00 |
| | MS | Phone conference with James Bopp, Jr. regarding amending motion for extension | 0.10 300.00/hr | 30.00 |
| | MS | Amend motion for extension; submit same | 0.30 300.00/hr | 90.00 |
| | MS | Review transcript of 04/06/2017 hearing | 1.00 300.00/hr | 300.00 |
| | MS | Phone conference with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, discovery sent to use in reply | 0.50 300.00/hr | 150.00 |
| | JB | E-mail exchange regarding reply regarding motion for attorney fees; phone conference with Catherine and Melena Siebert and Brock | 0.90 790.00/hr | 711.00 |

True the Vote, Inc.                                                                                              Page  5

|            |     |                                                                                                                             | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/8/2018   | JB  | Review bullet points for reply                                                                                              | 0.60<br>790.00/hr | 474.00   |
|            | JB  | E-mail exchange regarding extension of time                                                                                 | 0.30<br>790.00/hr | 237.00   |
|            | JB  | Review draft motion for extension of time                                                                                   | 0.30<br>790.00/hr | 237.00   |
|            | JB  | Review filed motion; phone conference with Melena Siebert regarding additional information; review revised motion           | 0.40<br>790.00/hr | 316.00   |
|            | JB  | E-mail exchange regarding information for reply                                                                             | 0.30<br>790.00/hr | 237.00   |
|            | JB  | Review court order                                                                                                          | 0.20<br>790.00/hr | 158.00   |
|            | JB  | Phone conference with Catherine, Brock and Melena Siebert regarding IRS response to attorney fee petition                   | 0.70<br>790.00/hr | 553.00   |
| 3/9/2018   | JPG | E-mail regarding documents showing IRS position on legal ramifications of treatment of TTV                                  | 0.10<br>500.00/hr | 50.00    |
| 3/18/2018  | JB  | E-mail exchange with Catherine regarding our response to DOJ response                                                       | 0.30<br>790.00/hr | 237.00   |
| 3/22/2018  | JPG | E-mails with Melena Siebert regarding case on judicial imprimature, legal impetus of a consent decree--consult Black's      | 0.50<br>500.00/hr | 250.00   |
|            | MS  | Case research on issue of consent order having prospective effect on legal relationship between TTV and IRS; emails with Jeffrey P. Gallant regarding case on judicial imprimatur | 4.00<br>300.00/hr | 1,200.00 |

True the Vote, Inc.                                                                                              Page   6

|              |     |                                                                                                          | Hrs/Rate         | Amount  |
|--------------|-----|----------------------------------------------------------------------------------------------------------|------------------|---------|
| 3/22/2018    | JB  | Review email from Melena Siebert regarding case regarding Reply                                           | 0.60<br>790.00/hr | 474.00  |
| 3/24/2018    | MS  | Case research on consent order/judicial imprimatur under Buckhannon                                       | 2.00<br>300.00/hr | 600.00  |
|              | JB  | E-mail exchange with Catherine regarding DOJ Response                                                     | 0.30<br>790.00/hr | 237.00  |
| 3/25/2018    | MS  | Case research on consent order/judicial imprimatur under Buckhannon                                       | 1.50<br>300.00/hr | 450.00  |
|              | JPG | Review script                                                                                             | 0.10<br>500.00/hr | 50.00   |
| 3/26/2018    | MS  | Review opposition to motion for attorney's fees; outline reply                                            | 1.50<br>300.00/hr | 450.00  |
|              | MS  | Draft Reply to opposition to motion for attorney's fees; emails with Jeffrey P. Gallant regarding theory of prevailing party | 2.50<br>300.00/hr | 750.00  |
|              | JPG | E-mails with Melena Siebert regarding theory of prevailing party                                          | 0.50<br>500.00/hr | 250.00  |
|              | JPG | Review and edit supplement to Petition emails with Melena Siebert regarding same                          | 0.60<br>500.00/hr | 300.00  |
|              | JB  | E-mail exchange with Catherine regarding DOJ points in attorney fee                                       | 0.50<br>790.00/hr | 395.00  |
|              | JB  | Review video regarding consent order; approve                                                             | 0.40<br>790.00/hr | 316.00  |
| 3/27/2018    | MS  | Review other firm reply to opposition memos                                                               | 0.20<br>300.00/hr | 60.00   |

True the Vote, Inc.                                  Page 7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2018 | MS | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties | 0.70 300.00/hr | 210.00 |
| | MS | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties | 3.70 300.00/hr | 1,110.00 |
| | MS | Review of Reply to Quash Service for style, format, etc. | 0.50 300.00/hr | 150.00 |
| 3/28/2018 | JPG | Conference with Melena Siebert regarding changes in IRS manual | 0.30 500.00/hr | 150.00 |
| | MS | Reply to opposition: Consent Order section; argument regarding continuing risk of discriminatory actions | 2.50 300.00/hr | 750.00 |
| | MS | Phone conference with Catherine Engelbrecht to discuss timing on press release, inclusion of transcripts, etc. | 0.20 300.00/hr | NO CHARGE |
| | MS | Research produced discovery for evidence that policy specifying targeting is not allowed | 2.50 300.00/hr | 750.00 |
| | JB | Review draft press release | 0.30 790.00/hr | NO CHARGE |
| | JB | Review email from Melena Siebert regarding IRS manual; phone conference with Melena Siebert regarding manual | 0.40 790.00/hr | 316.00 |
| | JB | Review TIGTA finding email from Melena Siebert; phone conference with Melena Siebert | 0.70 790.00/hr | 553.00 |
| 3/29/2018 | MS | Phone conference with James Bopp, Jr. regarding TIGTA 2015 report and IRS claims of permanent discontinuation of discriminatory policies (2x) | 0.50 300.00/hr | 150.00 |

True the Vote, Inc.                                                                                        Page   8

|            |    |                                                                                                    | Hrs/Rate          | Amount      |
|------------|----|----------------------------------------------------------------------------------------------------|-------------------|-------------|
| 3/29/2018  | MS | Read through TIGTA 2015 report for evidence of permanent policy changes                            | 1.00<br>300.00/hr | 300.00      |
|            | MS | Research produced discovery by IRS for evidence of permanent policy changes                        | 1.50<br>300.00/hr | 450.00      |
|            | MS | Continue drafting reply: consent order offers judicial imprimatur because of prospective effect    | 3.00<br>300.00/hr | 900.00      |
|            | JB | Phone conference with Melena Siebert regarding TIGTA Report                                        | 0.50<br>790.00/hr | 395.00      |
|            |    | **For professional services rendered**<br>**Additional charges:**                                  | 57.70             | $22,440.00  |
| 3/7/2018   |    | Cost advanced for LexisNexis computer assisted legal research--Research into case law for reply to opposition |         | 66.00       |
| 3/15/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur/consent order |         | 15.00       |
| 3/20/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur     |                   | 18.00       |
| 3/22/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification |                 | 54.00       |
| 3/25/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur     |                   | 9.00        |
| 3/26/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification |                 | 27.00       |
| 3/27/2018  |    | Cost advanced for LexisNexis computer assisted legal research--Research on policies, procedures    |                   | 18.00       |

True the Vote, Inc. Page 9

**Amount**

| | | |
|---|---|---|
| 3/28/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on consent order/legal relationship | 12.00 |

| | |
|---|---|
| **Total costs** | **$219.00** |
| **Total amount of this bill** | **$22,659.00** |
| **Previous balance** | **$295,213.15** |
| **Balance due** | **$317,872.15** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 8.10 | 500.00 | $4,050.00 |
| Jeffrey P. Gallant | 0.40 | 0.00 | $0.00 |
| Melena Siebert | 37.60 | 300.00 | $11,280.00 |
| Melena Siebert | 2.30 | 0.00 | $0.00 |
| James Bopp, Jr. | 9.00 | 790.00 | $7,110.00 |
| James Bopp, Jr. | 0.30 | 0.00 | $0.00 |