# Exhibit 76
# TTV IRS Invoice 2018-0522

INVOICE
May 22, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
       Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2018 | MS | TTV Reply Brief: Consent order section--judicial imprimatur and prospective effect with training changes sections | 6.00<br>300.00/hr | 1,800.00 |
| 4/4/2018 | MS | Reply Memo: Substantial justification section | 1.80<br>300.00/hr | 540.00 |
|  | MS | Conference with James Bopp, Jr. regarding Reply Brief--overall strategy, comments on reframing argument to focus on goal of | 0.40<br>300.00/hr | 120.00 |

True the Vote, Inc.                                                                                                           Page   2

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
|  |  | litigation and how consent order achieved that goal |  |  |
| 4/4/2018 | MS | Reply Memo: Substantial justification section | 2.30<br>300.00/hr | 690.00 |
|  | MS | Conference with Jeffrey P. Gallant regarding substantial justification and evaluation of underlying conduct standard | 0.50<br>300.00/hr | 150.00 |
|  | JPG | Conference with Melena Siebert regarding analysis of justification of government conduct vs. government position in litigation | 0.50<br>500.00/hr | 250.00 |
|  | JB | Review draft Reply for Motion for Attorney Fees; conference with Melena Siebert regarding Reply | 1.60<br>790.00/hr | 1,264.00 |
| 4/5/2018 | MS | Reply: Substantial Justification Section | 6.00<br>300.00/hr | 1,800.00 |
|  | JB | Email exchange with Melena Siebert regarding Reply | 0.40<br>790.00/hr | 316.00 |
|  | MS | E-mail with James Bopp, Jr. regarding Reply | 0.40<br>300.00/hr | 120.00 |
| 4/6/2018 | MS | Reply Brief: Substantial Justification Section--underlying action | 1.20<br>300.00/hr | 360.00 |
|  | MS | Reply Brief: Substantial Justification Section--litigation actions | 1.30<br>300.00/hr | 390.00 |
|  | MS | Reply Brief: Substantial Justification Section--litigation actions; phone conference with James Bopp, Jr. regarding revisions | 2.20<br>300.00/hr | 660.00 |
|  | MS | Reply Brief: Special Circumstances Section | 1.40<br>300.00/hr | 420.00 |

True the Vote, Inc.  Page 3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2018 | MS | Reply Brief: Excessive Fees Section | 0.70<br>300.00/hr | 210.00 |
| | JB | Review draft Reply; phone conference with Melena Siebert regarding revision | 1.30<br>790.00/hr | 1,027.00 |
| 4/7/2018 | MS | Draft Reply to opposition for fees | 3.00<br>300.00/hr | 900.00 |
| | MS | Phone conference with James Bopp, Jr. regarding draft of reply edits | 0.40<br>300.00/hr | 120.00 |
| | JB | Review draft of Reply; revise reply; phone conference with Melena Siebert regarding revision | 1.10<br>790.00/hr | 869.00 |
| 4/8/2018 | MS | Draft Reply to opposition for fees | 6.30<br>300.00/hr | 1,890.00 |
| 4/9/2018 | MS | Draft Reply to opposition for fees | 8.50<br>300.00/hr | 2,550.00 |
| | MS | Phone conference with James Bopp, Jr. (4x) regarding edits of reply | 0.30<br>300.00/hr | 90.00 |
| | JB | Review draft of Reply; revise reply; change | 0.80<br>790.00/hr | 632.00 |
| | JB | Review and revise draft of Reply; phone conference (4x) with Melena Siebert regarding revision | 2.20<br>790.00/hr | 1,738.00 |
| 4/10/2018 | MS | Draft Reply to opposition for fees | 7.80<br>300.00/hr | 2,340.00 |
| | MS | Phone conference with James Bopp, Jr. regarding edits of reply; email exchange regarding the same | 0.20<br>300.00/hr | 60.00 |

True the Vote, Inc.                                                                                                  Page   4

|            |    |                                                                                                                                              | Hrs/Rate          | Amount       |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------------|
| 4/10/2018  | JB | Review and revise draft Reply; email exchange with Melena Siebert; phone conference with Melena Siebert                                      | 2.10<br>790.00/hr | 1,659.00     |
| 4/11/2018  | MS | Draft Reply to opposition for fees; final proof of reply, submit reply                                                                       | 7.00<br>300.00/hr | 2,100.00     |
|            | MS | Phone conference with Catherine Englebrecht regarding filing of reply                                                                        | 0.10<br>300.00/hr | 30.00        |
|            | AN | Proof reply for attorney fees for Melena Siebert                                                                                             | 0.80<br>330.00/hr | 264.00       |
| 4/12/2018  | MS | Press release regarding filing of reply                                                                                                      | 2.80<br>300.00/hr | NO CHARGE    |
|            | MS | Final edits of press release; email (2x) to Catherine Engelbrecht and James Bopp, Jr.; email to Adam Wolf for posting on Bopplaw.com (2x)    | 0.80<br>300.00/hr | NO CHARGE    |
|            | JB | E-mail exchange with Melena Siebert regarding review of final edits of press releases                                                        | 0.10<br>790.00/hr | NO CHARGE    |
| 4/13/2018  | MS | Edit, submit amended reply to correct for amount requested in one section; email amended reply to Catherine Engelbrecht                      | 0.80<br>300.00/hr | 240.00       |
|            | AN | Phone conference with Melena Siebert regarding press release; add hyperlink to press release and send to Debbie                              | 0.50<br>330.00/hr | NO CHARGE    |
|            | MS | Phone conference with Amanda L. Narog regarding press release                                                                                | 0.20<br>300.00/hr | NO CHARGE    |
| 4/16/2018  | MS | Work on article for Daily Caller                                                                                                             | 2.50<br>300.00/hr | NO CHARGE    |

True the Vote, Inc.             Page 5

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2018 | MS | Work on letter to Attorney General Sessions | 3.00 300.00/hr | NO CHARGE |
| | MS | Phone conference with James Bopp, Jr. (2x) regarding Daily Caller article and letter to Attorney General Sessions | 0.10 300.00/hr | NO CHARGE |
| | JB | Phone conference with Melena Siebert (2x) regarding Daily Caller article and letter to Attorney General Sessions | 0.10 790.00/hr | NO CHARGE |
| | JPG | E-mail with Melena Siebert regarding supplemental fee request | 0.10 500.00/hr | NO CHARGE |
| | MS | E-mail with Jeffrey P. Gallant regarding supplemental fee request | 0.10 300.00/hr | NO CHARGE |
| 4/17/2018 | MS | Daily Caller article revision to focus on Sessions quote and contrary approach taken by DOJ attorneys | 1.50 300.00/hr | NO CHARGE |
| | MS | Edit letter to Attorney General Sessions | 1.00 300.00/hr | NO CHARGE |
| | MS | Conversion of Feb, March, April bills for supplemental fee request | 3.80 300.00/hr | 1,140.00 |
| 4/18/2018 | MS | Draft Supplemental fee request; draft supplemental declaration; finalize and edit BLF supplemental billing records; file same; conference with Jeffrey P. Gallant regarding the same | 5.50 300.00/hr | 1,650.00 |
| | JPG | Conference with Melena Siebert regarding supplemental declaration; review and edit supplemental declaration, motion, billing statement | 1.10 500.00/hr | 550.00 |

True the Vote, Inc.                                                                                     Page  6

|            |    |                                                                                              | Hrs/Rate         | Amount      |
|------------|----|----------------------------------------------------------------------------------------------|------------------|-------------|
| 4/18/2018  | JB | Review draft notice for Supplemental attorney fees; approve                                  | 0.40<br>790.00/hr | 316.00     |
| 4/26/2018  | JB | Review email regarding Norcal settlement; phone conference with Melena Siebert regarding filing claim | 0.40<br>790.00/hr | 316.00 |
|            | MS | Phone conference with Jeffrey P. Gallant regarding filing claim                              | 0.20<br>300.00/hr | 60.00      |

**For professional services rendered**                                          93.60         $29,631.00
**Additional charges:**

| 4/4/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur/substantial justification |  | 18.00 |
| 4/5/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification |  | 6.00 |
| 4/6/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on policies, procedures |  | 3.00 |

**Total costs**                                                                                          $27.00

**Total amount of this bill**                                                                            $29,658.00

**Previous balance**                                                                                     $317,872.15

**Balance due**                                                                                          $347,530.15

### Attorney Summary

| Name              | Hrs/Rate | Rate   | Amount   |
|-------------------|----------|--------|----------|
| Amanda L. Narog   | 0.80     | 330.00 | $264.00  |
| Amanda L. Narog   | 0.50     | 0.00   | $0.00    |
| Jeffrey P. Gallant | 1.60    | 500.00 | $800.00  |

True the Vote, Inc.                                                                                          Page   7

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 0.10 | 0.00 | $0.00 |
| Melena Siebert | 68.10 | 300.00 | $20,430.00 |
| Melena Siebert | 12.00 | 0.00 | $0.00 |
| James Bopp, Jr. | 10.30 | 790.00 | $8,137.00 |
| James Bopp, Jr. | 0.20 | 0.00 | $0.00 |