# Exhibit 78
# TTV IRS Invoice 2018-0920

INVOICE
September 20, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
       Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2018 | JB | Email exchange with Melena Siebert; review order in NorCAL case | 0.50<br>790.00/hr | 395.00 |
| | **For professional services rendered** | | 0.50 | **$395.00** |
| | **Previous balance** | | | **$347,688.15** |
| | **Balance due** | | | **$348,083.15** |

True the Vote, Inc.                                                                                       Page  2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.50 | 790.00 | $395.00 |