# Exhibit 79
# TTV IRS Invoice 2019-0227

INVOICE
February 27, 2019

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
    Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/25/2019 | CEM | E-mail exchange with James Bopp, Jr. regarding motion for hearing | 0.20<br>340.00/hr | 68.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding motion for hearing | 0.20<br>790.00/hr | 158.00 |
| 1/31/2019 | JPG | Review Motion for Oral Argument; follow up IMs with Courtney E. Milbank | 0.70<br>500.00/hr | 350.00 |

True the Vote, Inc.                                                                                      Page    2

|            |     |                                                                                                                                                   | Hrs/Rate         | Amount       |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------------|
| 1/31/2019  | CEM | Draft Motion for Oral Argument and Proposed Order, send the same to Jeffrey P. Gallant for review; IMs with Jeffrey P. Gallant regarding the same | 2.40 340.00/hr   | 816.00       |
|            | JB  | Review draft Motion for Oral Argument; approve                                                                                                    | 0.30 790.00/hr   | 237.00       |

**For professional services rendered**         3.80      **$1,629.00**
**Previous balance**                                     **$348,083.15**

**Balance due**                                          **$349,712.15**

### Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount   |
|---------------------|----------|--------|----------|
| Courtney E. Milbank | 2.60     | 340.00 | $884.00  |
| Jeffrey P. Gallant  | 0.70     | 500.00 | $350.00  |
| James Bopp, Jr.     | 0.50     | 790.00 | $395.00  |