# Exhibit 80
# TTV IRS Invoice 2019-0322

INVOICE
March 22, 2019

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
　　　　　Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2019 | CEM | E-mail from James Bopp, Jr. with consent for Motion | 0.10<br>340.00/hr | 34.00 |
|  | CEM | Finalize Motion for Oral Argument, email opposing counsel seeking consent | 0.70<br>340.00/hr | 238.00 |
|  | CEM | Finalize Motion for filing, email exchange with opposing counsel regarding opposition, file motion and proposed order | 0.60<br>340.00/hr | 204.00 |

True the Vote, Inc.                                                                                         Page   2

|            |     |                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/1/2019   | CEM | CM/ECF Motion for Hearing and Proposed Order, save to public                                                     | 0.10<br>340.00/hr | 34.00  |
|            | JB  | E-mail to Courtney E. Milbank regarding approval of motion                                                       | 0.10<br>790.00/hr | 79.00  |
| 2/6/2019   | JB  | Review Defendants opposition to hearing on attorney's fees petition                                              | 0.30<br>790.00/hr | 237.00 |
| 2/7/2019   | JPG | Question from Courtney E. Milbank regarding reply on motion for oral argument                                    | 0.30<br>500.00/hr | 150.00 |
|            | CEM | Review opposition to Oral Argument, email exchange with Jeffrey P. Gallant regarding if a reply is warranted     | 0.30<br>340.00/hr | 102.00 |
|            | CEM | Draft Reply to Motion for Oral Argument, email exchange with Jeffrey P. Gallant regarding feedback               | 2.50<br>340.00/hr | 850.00 |
| 2/8/2019   | JPG | E-mails with Courtney E. Milbank; review and edit reply supporting motion for oral argument                      | 1.10<br>500.00/hr | 550.00 |
| 2/12/2019  | CEM | E-mail exchange with James Bopp, Jr. regarding approval for reply                                                | 0.30<br>340.00/hr | 102.00 |
|            | CEM | Finalize reply and file                                                                                          | 0.50<br>340.00/hr | 170.00 |
|            | CEM | CM/ECF reply to motion for oral argument, save to public                                                         | 0.10<br>340.00/hr | 34.00  |
|            | JB  | Review draft reply; approve                                                                                      | 0.40<br>790.00/hr | 316.00 |
| 2/13/2019  | CEM | Phone conference with James Bopp, Jr. regarding case status and needs                                            | 0.10<br>340.00/hr | 34.00  |

True the Vote, Inc.                                                                                  Page   3

|            |     |                                                                                          | Hrs/Rate        | Amount      |
|------------|-----|------------------------------------------------------------------------------------------|-----------------|-------------|
| 2/13/2019  | JB  | Phone conference with Courtney E. Milbank regarding case status and needs                | 0.10 790.00/hr  | 79.00       |
| 2/25/2019  | CEM | E-mail exchange with James Bopp, Jr. regarding Motion for hearing opposition and reply   | 0.20 340.00/hr  | 68.00       |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding Motion for hearing opposition and reply | 0.20 790.00/hr | 158.00      |

**For professional services rendered**                8.00        **$3,439.00**
**Previous balance**                                              **$349,712.15**

**Balance due**                                                   **$353,151.15**

### Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount     |
|---------------------|----------|--------|------------|
| Courtney E. Milbank | 5.50     | 340.00 | $1,870.00  |
| Jeffrey P. Gallant  | 1.40     | 500.00 | $700.00    |
| James Bopp, Jr.     | 1.10     | 790.00 | $869.00    |