# Exhibit 83
# Claim Total Summary

**Claim Total Summary**

| Matter | Amt. Due |
|---|---|
| Fair Fight Case | $ 41,359.39 |
| TTV Arizona | $ 1,793.20 |
| Validate GA | $ 9,044.01 |
| TTV Harris County | $ 10,894.00 |
| TTV IV3 | $ 869.40 |
| TTV Lawfare Research | $ 3,964.20 |
| TTV NC Amicus | $ 19,847.00 |
| TTV NM Litigation | $ 23,403.00 |
| TTV NV State Litigation | $ 39,916.68 |
| TTV NV Federal Litigation | $ 139,466.50 |
| TTV Audits | $ 10,393.00 |
| TTV Ranked Choice Voting | $ 9,237.50 |
| TTV TX Litigation | $ 2,634.00 |
| TTV VA Intervention | $ 65,370.00 |
| TTV FEC Complaint | $ 826.50 |
| TTV VA Federal Case | $ 87,555.50 |
| TTV IRS Case | $ 505,003.38 |
| | |
| **Total** | **$ 971,577.26** |