UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.* | Civil Case No.: 2:23-cv-00120-JRS-MG |

## Plaintiff's Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff THE BOPP LAW FIRM, PC certifies that it does not have a parent corporation. Nor does any publicly held corporation own more than 10% of its stock.

Date: March 16, 2023

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. IN No. 2838-84
jboppjr@aol.com
*Lead Counsel for Plaintiff*
Melena S. Siebert IN No. 35061-15
msiebert@bopplaw.com
*Counsel for Plaintiff*
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, IN 47807-3510
(812) 232-2434 - Telephone
(812) 235-3685 - Facsimile

## Certificate of Service

I hereby certify that on March 16, 2023, a copy of the foregoing and all attachments thereto were filed electronically using the Court's CM/ECF system.

<u>/s/ James Bopp, Jr.</u>
James Bopp, Jr.
Lead Counsel for Plaintiff
