UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RAFAEL L. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00421-JPH-MJD |
| | ) | |
| FRANK VANIHEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

To:   Starla Perkinson, Litigation Assistant – Wabash Valley Correctional Facility

**ORDER TO MAKE INMATE AVAILABLE**

You or your designee(s) are **ORDERED** to make **Rafael Walker** available to participate in a telephonic discovery conference at the time and date specified in this Order by calling **877-873-8017, Access Code 7786882, Security Code 210421**.

Inmate:   Rafael Walker
          166671

Date:     Tuesday, April 25, 2023

Time:     1:00 PM (Eastern)

Expected Duration of Court Proceeding:   30 mins.

Any questions or information concerning this Order should be brought to the attention of Judge Dinsmore's Courtroom Deputy at *Geeta_DeVellen@insd.uscourts.gov*.

SO ORDERED.

Dated:   16 MAR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

RAFAEL L. WALKER
166671
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Starla Perkinson
Litigation Assistant
WABASH VALLEY CORRECTIONAL FACILITY
(*Via Email*)