UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| The Bopp Law Firm, PC, an Indiana professional corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 2:23-cv-120-JRS-MG ) |
| True the Vote, Inc., a Texas Corporation, | ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Michael J. Wynne**, counsel for **True the Vote, Inc.,** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Michael J. Wynne**
**GREGOR WYNNE ARNEY, PLLC**
**909 Fannin Street, Suite 3800**
**Houston, Texas 77010**
**(281) 450-7403**
mwynne@gwafirm.com

Date: 5/9/2023

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF