# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| The Bopp Law Firm, PC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00120-JRS-MG |
| True the Vote, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

True the Vote, Inc.                                                                                                      .

Date:     05/17/2023

                                                        /s/ John J. Morse
                                                        *Attorney's signature*

                                                        John J. Morse, Atty. No. 16146-49
                                                        *Printed name and bar number*

                                                        Morse & Bickel, P.C.
                                                        1411 Roosevelt Avenue
                                                        Suite 200
                                                        Indianapolis, IN 46201
                                                        *Address*

                                                        Morse@MorseBickel.com
                                                        *E-mail address*

                                                        (317) 686-1540
                                                        *Telephone number*

                                                        (317) 630-2790
                                                        *FAX number*