# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff,*<br><br>   *v.*<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.*<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Counter-Claimant,*<br><br>*v.*<br><br>**The Bopp Law Firm, PC,** an Indiana Professional Corporation,<br><br>*Counter-Defendant.* | **Civil Case No. 2:23-cv-00120-JRS-MG** |

## DEFENDANT AND COUNTER-CLAIMANT TRUE THE VOTE, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant and Counter-Claimant True the Vote, Inc. hereby files this disclosure statement pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1 and certifies the following:

True the Vote, Inc. is not owned by any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 19, 2023.

Respectfully submitted,

GREGOR WYNNE ARNEY, PLLC

By: */s/ Michael J. Wynne*
Michael J. Wynne
Texas State Bar No. 00785289
909 Fannin Street, Suite 3800
Houston, Texas 77010
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com

*Pro Hac Vice

*/s/ John J. Morse*
John J. Morse
Attorney No. 16146-49
Morse & Bickel, P.C.
1411 Roosevelt Ave., Ste. 102
Indianapolis, IN 46201
Telephone: 317-686-1540
Facsimile: 317-630-2790
Email: Morse@MorseBickel.com

COUNSEL FOR TRUE THE VOTE, INC.

## CERTIFICATE OF SERVICE

I certify that on May 19, 2023, I caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Southern District of Indiana, Terre Haute Division, using the Court's CM/ECF system, including

Mr. James Bopp, Jr.
Lead Counsel for
The Bopp Law Firm
1 South Sixth Street
Terre Haute, Indiana 47807-3510


/s/ *Michael Wynne*
Michael Wynne
Counsel for True the Vote