UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, )<br><br>Plaintiff/Counter Defendant, )<br><br>v. )<br><br>TRUE THE VOTE, INC., a Texas Corporation, )<br><br>Defendant/Counter Plaintiff. ) | Case No. 2:23-cv-00120-JRS-MG |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

**COUNTER DEFENDANT,
THE BOPP LAW FIRM, PC, an Indiana Professional Corporation**

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: _s/ Michael E. Brown_____
Michael E. Brown, ID No. 2914-49
*Attorney for Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation*
mbrown@k-glaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2023, a copy of the foregoing was served on the following via the courts electronic filing system and/or First Class Mail:

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Counsel for Defendant/Counter Plaintiff True the Vote, Inc.*

James Bopp, Jr.
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
*Counsel for Plaintiff*

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Pro Hac Vice Counsel for Defendant/Counter Plaintiff True the Vote, Inc.*

*s/ Michael E. Brown*
Michael E. Brown

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com