UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| v. | ) ) |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) |
| Defendant/Counter Claimant. | ) ) |

Case No. 2:23-cv-00120-JRS-MG

**COUNTER DEFENDANT'S NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation, by counsel, pursuant to Southern District of Indiana Local Rule 6-1, files its Notice of Automatic Initial Extension of Time of twenty-eight (28) days to answer or otherwise respond to Defendant/Counter Claimant's Counterclaim. In support thereof, Counter Defendant states that:

1. The deadline to answer the Counterclaim has not previously been extended by this court.

2. The extension to respond to the Counterclaim is for 28 days.

3. The extension does not interfere with any Case Management Plan, scheduled hearings, or other case deadlines.

4. The original deadline to respond to the Counterclaim is June 5, 2023, a date that has not yet passed. The new deadline is July 3, 2023.

5. Plaintiff's counsel has no objection to the extension.

WHEREFORE, Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation, by counsel respectfully notifies the Court of the Counter Defendant's Automatic

1

Initial Extension of time to respond to Defendant/Counter Claimant's Counterclaim to and including July 3, 2023.

> Respectfully submitted,
>
> KIGHTLINGER & GRAY, LLP
>
> By:  *s/ Michael E. Brown*
> Michael E. Brown, ID No. 2914-49
> *Attorney for Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation*
> mbrown@k-glaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2023, a copy of the foregoing was served on the following via the courts electronic filing system and/or First Class Mail:

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

James Bopp, Jr.
Melena S. Siebert
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
jboppjr@aol.com
msiebert@bopplaw.com
*Counsel for Plaintiff, The Bopp Law Firm, PC*

> *s/ Michael E. Brown*
> Michael E. Brown

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com