# Exhibit 10
# TTV Arizona Agreement

**Archived:** Tuesday, March 14, 2023 12:50:41 PM
**From:** James Bopp Jr
**Sent:** Tuesday, March 7, 2023 2:41:31 PM
**To:** Jeffrey Gallant
**Subject:** Fwd: Request to send preservation letters
**Sensitivity:** Normal

---

From: catherine@truethevote.org
To: jboppjr@aol.com, MSiebert@bopplaw.com
Sent: 8/3/2022 3:56:29 PM US Eastern Standard Time
Subject: Request to send preservation letters

Jim -

Can you quickly write a preservation letter to preserve all and all election-related materials for the 2022 Primary election, including but not limited to drives, digital records, all paper documents, including ballot envelopes, and dropbox surveillance video, and send it to Maricopa County, Pinal County, Pima County in Arizona?

███████████████████████

████████████████████████████████████████████████████

███████████████████████

Thank you -
Catherine