# Exhibit 17
# TTV August Audit Request

**Archived:** Tuesday, March 14, 2023 10:56:39 AM
**From:** James Bopp, Jr.
**Sent:** Wednesday, August 11, 2021 7:20:19 AM
**To:** courtney@truethevote.org; Melena Siebert
**Cc:** catherine@truethevote.org; Jeffrey Gallant; Receptionist
**Subject:** Re: TTV Documents Needed for Accountants
**Sensitivity:** Normal

---

Understood. We are pulling this together. Jim

In a message dated 8/10/2021 4:18:23 PM US Eastern Standard Time, courtney@truethevote.org writes:

Hi Jim and Melena,

Our accountants need a few items (by this Friday if possible) to help finish out the ongoing audits they are doing. If I can help with any of the following, please let me know:

1) A formal update on Bopp letterhead that details the status of the cases we currently are involved in (Fair Fight, Eschleman, and the IRS);
2) All invoices (via pdf) from 2020;
3) Contracts signed between TTV and Bopp Law.

Like I said, if I can help gather any of this information, please let me know.

-Courtney

--
**COURTNEY KRAMER, ESQ.**
EXECUTIVE DIRECTOR
True The Vote

📞 (+1) 770 715 2646
✉ courtney@truethevote.org
📍 PO Box 3109 #19128, Houston, TX 77253-3109

       

**CONFIDENTIALITY NOTICE**
This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have an agreement with this organization. This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.