# Exhibit 21
# TTV FEC Complaint Engelbrecht Des of Counsel Bopp



**FEDERAL ELECTION COMMISSION**
1050 First Street, NE
Washington, DC 20463

# STATEMENT OF DESIGNATION OF COUNSEL
Provide one form for each Respondent/Witness

EMAIL cela@fec.gov      FAX 202-219-3923

AR/MUR/RR/P-MUR#: MUR 7894

Name of Counsel: James Bopp, Jr

Firm: The Bopp Law Firm, PC

Address: 1 South Sixth Street
Terre Haute, IN 47807

Office#: 812-232-2434      Fax#: 812-235-3685

Mobile#: 812-243-0825

E-mail: jboppjr@aol.com

The above-named individual and/or firm is hereby designated as my counsel and is authorized to receive any notifications and other communications from the Commission and to act on my behalf before the Commission.

04/23/21          [signature]          President
Date          (Signature - Respondent/Agent/Treasurer)          Title

Catherine Engelbrecht
(Name – Please Print)

**RESPONDENT**: Catherine Engelbrecht
(Please print Committee Name/ Company Name/Individual Named in Notification Letter)

Mailing Address: PO Box 3109 #19128
(Please Print)
Houston, TX 77253-3109

Home#:          Mobile#:

Office#: 713-401-6017      Fax#:

E-mail: catherine@truethevote.org

This form relates to a Federal Election Commission matter that is subject to the confidentiality provisions of 52 U.S.C. § 30109(a)(12)(A). This section prohibits making public any notification or investigation conducted by the Federal Election Commission without the express written consent of the person under investigation.

Rev. 2018