# Exhibit 23
# TTV FEC Complaint TTV Des of Counsel Bopp



**FEDERAL ELECTION COMMISSION**
1050 First Street, NE
Washington, DC 20463

## STATEMENT OF DESIGNATION OF COUNSEL

Provide one form for each Respondent/Witness

EMAIL cela@fec.gov          FAX 202-219-3923

AR/**MUR**/RR/P-MUR# _____7894_____

Name of Counsel: _James Bopp Jr_

Firm: _The Bopp Law Firm, P.C._

Address: _1 South 6th St._
_Terre Haute IN 47807_

Office#: _812-232-2434_   Fax#: _812-235-3685_

Mobile#: _812-243-0825_

E-mail: _jboppjr@aol.com_

The above-named individual and/or firm is hereby designated as my counsel and is authorized to receive any notifications and other communications from the Commission and to act on my behalf before the Commission.

_04/10/21_                 (Signature)                    President
Date          (Signature – Respondent/Agent/Treasurer)      Title

_Catherine Engelbrecht_
(Name – Please Print)

**RESPONDENT:** _True the Vote, Inc._
(Please print Committee Name/ Company Name/Individual Named in Notification Letter)

Mailing Address: PO Box 3109 #19128
(Please Print)
Houston, TX 77253-3109

Home#: _____   Mobile#: _____

Office#: 713.401.6017   Fax#: _____

E-mail: catherine@truethevote.org

This form relates to a Federal Election Commission matter that is subject to the confidentiality provisions of 52 U.S.C. § 30109(a)(12)(A). This section prohibits making public any notification or investigation conducted by the Federal Election Commission without the express written consent of the person under investigation.

Rev. 2018