**Exhibit 24**
**TTV FEC Complaint TTV Des of Counsel**
**Milbank**



**FEDERAL ELECTION COMMISSION**
**1050 First Street, NE**
**Washington, DC 20463**

## STATEMENT OF DESIGNATION OF COUNSEL
Provide one form for each Respondent/Witness

**EMAIL cela@fec.gov**          **FAX 202-219-3923**

**AR/MUR/RR/P-MUR#**  **MUR 7894**

Name of Counsel:  Courtney Turner Milbank

Firm:  The Bopp Law Firm, PC

Address:  1 South Sixth Street

Terre Haute, IN 47807

Office#:  812-232-2434          Fax#: 812-235-3685

Mobile#:

E-mail:  cmilbank@bopplaw.com

The above-named individual and/or firm is hereby designated as my counsel and is authorized to receive any notifications and other communications from the Commission and to act on my behalf before the Commission.

04/22/21                                                              President
Date          (Signature – Respondent/Agent/Treasurer)          Title

Catherine Engelbrecht
(Name – Please Print)

True the Vote, Inc.

**RESPONDENT:**
(Please print Committee Name/ Company Name/Individual Named in Notification Letter)

Mailing Address:  PO Box 3109 #19128
(Please Print)
Houston, TX 77253-3109

Home#:          Mobile#:

Office#:  713-401-6017          Fax#:

E-mail:  catherine@truethevote.org

This form relates to a Federal Election Commission matter that is subject to the confidentiality provisions of 52 U.S.C. § 30109(a)(12)(A). This section prohibits making public any notification or investigation conducted by the Federal Election Commission without the express written consent of the person under investigation.

Rev. 2018