## AGREEMENT FOR LEGAL SERVICES

THIS AGREEMENT, is made and entered into by and between True the Vote (hereinafter "TTV") and The Bopp Law Firm, P.C. (hereinafter "The Firm"). This agreement supersedes any and all previously executed agreements between the parties with respect to the services contemplated herein.

WHEREAS, TTV desires to retain The Firm regarding all legal matters related to the potential demand by a TTV donor ("Donor") for a refund of the funds the Donor contributed to TTV.

THE PARTIES AGREE as follows:

Hourly Rates. TTV will pay the following hourly rates for attorneys: $850/hour for James Bopp, Jr. and $322/hour for Melena Siebert. Other attorneys may assist at The Firm's discretion at their corresponding hourly rates charged by the Firm. Hourly rates for attorneys undergo periodic review and may increase during the term of this Agreement upon notice to TTV.

Costs and Expenses. TTV is responsible for all reasonable costs and expenses, which are in addition to the hourly charges for legal services. Costs and expenses include, but are not limited to, court charges, copies, postage, telephone, fax, travel, parking, special materials, exhibits, photographs, investigators, experts, computer assisted legal research and all other disbursements, costs, or expenses attributable to said legal services. TTV agrees to pay for computer assisted legal research at $3.00 per minute. TTV agrees to pay for copies and facsimiles (incoming or outgoing) at the rate of $.25 per page for 1-25 total pages, $.15 per page for 26-100 total pages, and $.10 per page for more than 100 total pages. Total pages are those copied or facsimiled during a copying or facsimiling event.

Statements. All statements are due and payable within 30 days of receipt. Each invoice shall constitute an account stated and objections must be made in a reasonable time. Interest accruing at 1.5% per month will be applied to past due accounts until paid.  TTV agrees to pay all attorney fees and costs of collecting TTV's account if legal action is taken to collect fees and costs due The Firm.

Termination. The Firm will be obligated to honor any instructions of a Plaintiff requesting termination only if such instructions are delivered to The Firm in writing bearing Plaintiff's personal signature. If a Plaintiff elects to terminate The Firm's representation, TTV is responsible for all attorneys fees, costs, and expenses incurred pursuant to this Agreement. Should The Firm be required to perform any services or functions regarding Plaintiff's case after receipt of such instructions, TTV is responsible for fees, cost, and expenses for these services. If TTV has a deposit balance, this balance will be refunded. Any time spent by The Firm in response to any inquiry by or on behalf of Plaintiffs concerning the Plaintiff's case is

subject to charge at the rates provided for hourly fees.

Withdrawal by The Firm  The Firm also has the right to withdraw for good cause, including but not limited to, for failure to make payments in accordance with this Agreement, for failure of the Client to cooperate with the agreed provisions of representation, for failure to follow the advice of the Firm, or under circumstances where withdraw by the Firm is permitted or required by the Indiana Rules of Professional Conduct. Any termination of the Firm's representation will be done in conformance with the Indiana Rules of Professional Conduct, after reasonable notice has been provided to the Client, and, if pending before a tribunal, with the approval of the tribunal.

File Retention and Destruction At the conclusion of the matter, The Firm shall retain the Client's legal files for an indefinite period. At any time after five years have elapsed since the conclusion of the matter, after ten business days of notifying the Client in writing, including by electronic mail sent to your last known electronic mail address, The Firm may destroy these files unless the Client notifies The Firm in writing that the Client wish to take possession of them. The Firm reserves the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

Disputes. This Agreement shall be governed by Indiana law. Any dispute arising under or in connection with the Agreement or related to any matter which is the subject of this Agreement shall be resolved on the basis of Indiana law without giving effect to Indiana's conflict of law principles and shall be brought in any court located in Indiana.

The undersigned persons represent that they are duly authorized to sign this agreement and hereby agree to the terms and conditions of legal employment, as specified above.

This Agreement may be signed in any number of counterparts. Each counterpart is an original and together, all of the counterparts form a single document. Signatures delivered by email in PDF format shall be effective.

_____, for TTV                    11/19/20
Catherine Engelbrecht, President                      _____
True the Vote, Inc.                                   Date

_____, for The Firm               11 / 19 / 20
James Bopp, Jr.                                       _____
The Bopp Law Firm, P.C.                               Date

Page 2 of  3

Terre Haute, Indiana