# AGREEMENT FOR PAYMENT FOR LEGAL SERVICES

THIS AGREEMENT, is made and entered into by and between True the Vote, Inc. (hereinafter "TTV") and The Bopp Law Firm, P.C. (hereinafter "The Bopp Firm") and James Bopp, Jr. This agreement supersedes any and all previously executed agreements between the parties with respect to the services contemplated herein.

WHEREAS, TTV agrees to pay all legal fees, expenses, and costs arising out of the legal representation of The Bopp Firm and James Bopp, Jr. (collectively "BLF Defendants") in the litigation styled as *Eshelman v. True the Vote, Inc., et al.*, case number 4:20-cv-04034 in the U.S. District Court for the Southern District of Texas, (the "Action") and in any subsequent appellate proceedings. TTV agrees to pay the legal fees, expenses, and costs of representation of the BLF Defendants by The Akers Firm, PLLC and the legal fees, expenses, and costs of representation of the BLF Defendants by The Bopp Firm.

THE PARTIES AGREE as follows:

Section 1 <u>Third Party Payor</u>. TTV has been informed that The Akers Firm and its attorneys must resolve any conflict of interest arising out of TTV's payment of legal fees incurred in the above-referenced matter in accordance with The Akers Firm's and its attorneys' professional ethical obligations to the BLF Defendants. TTV agrees and consents that it may not interfere in any way with The Akers Firm's or its attorneys' professional judgment or the attorney-client relationship between The Akers Firm, its attorneys, and the Plaintiffs relating to The Akers Firm's representation of the BLF Defendants.

Section 2 <u>Hourly Rates</u>. TTV will pay the following hourly rates for The Bopp Firm attorneys: $850/hour for James Bopp, Jr., $700/hour for Richard E. Coleson, $540/hour for Jeffrey P. Gallant, $365/hour for Courtney Milbank, $322/hour for Melena Siebert, and $285/hour for Rob Citak. Other attorneys may assist at The Firm's discretion at their corresponding hourly rates charged by the Firm. Hourly rates for attorneys undergo periodic review and may increase during the term of this Agreement upon notice to TTV.

Section 3 <u>Costs and Expenses</u>. TTV is responsible for all reasonable costs and expenses incurred by The Bopp Firm, which are in addition to the hourly charges for legal services. Costs and expenses include, but are not limited to, court charges, copies, postage, telephone, fax, travel, parking, special materials, exhibits, photographs, investigators, experts, computer assisted legal research and all other disbursements, costs, or expenses attributable to said legal services. TTV agrees to pay for computer assisted legal research at $3.00 per minute. TTV agrees to pay for copies and facsimiles (incoming or outgoing) at the rate of $.25 per page for 1-25 total pages, $.15 per page for 26-100 total pages, and $.10 per page for more than 100 total pages. Total pages are those copied or facsimiled during a copying or

facsimiling event.

Section 4 <u>Statements</u>. All statements are due and payable when presented. Each invoice shall constitute an account stated and objections must be made in a reasonable time. Interest accruing at 1.5% per month will be applied to past due accounts until paid. TTV agrees to pay all attorney fees and costs of collecting TTV's account if legal action is taken to collect fees and costs due The Bopp Firm.

Section 5 <u>Deposits and payment from deposits</u>

Section 6 <u>Termination</u>. The Bopp Firm will be obligated to honor any instructions of a TTV requesting termination of this Agreement or any part thereof only if such instructions are delivered to The Bopp Firm in writing bearing TTV's personal signature. If, at the close of the Action or on termination of this Agreement TTV has a deposit balance, this balance will be refunded only after all fees, costs, and expenses earned by either the Akers Firm or the Bopp Firm have been satisfied.

Section 7 <u>Disputes</u>. This Agreement shall be governed by Indiana law and courts in the State of Indiana. Any dispute arising under or in connection with the agreement or related to any matter which is the subject of this Agreement shall be resolved on the basis of Indiana law without giving effect to Indiana's conflict of law principles and brought in a court located in Indiana.

The undersigned persons represent that they are duly authorized to sign this agreement and hereby agree to the terms and conditions of legal employment, as specified above.

This Agreement may be signed in any number of counterparts. Each counterpart is an original and together, all of the counterparts form a single document. Signatures delivered by email in PDF format shall be effective.

_____, for TTV     01/10/21
Catherine Engelbrecht, President      Date
True the Vote, Inc.

_____,              1/10/21
James Bopp, Jr., and individual       Date
and as the principal and sole
proprietor of The Bopp Law Firm, P.C.
Terre Haute, Indiana