## Agreement to Indemnify

This Agreement is made between True the Vote, Inc., The Bopp Law Firm, P.C., and James Bopp, Jr.

Section 1. <u>Purpose</u>. By separate agreement, True the Vote, Inc. ("TTV") has agreed to pay all legal fees, expenses, and costs arising out of the legal representation of The Bopp Law Firm, P.C. ("BLF"), and James Bopp, Jr. in the litigation styled as *Eshelman v. True the Vote, Inc., et al.*, case number 4:20-cv-04034 in the U.S. District Court for the Southern District of Texas, (the "Action") and in any subsequent appellate proceedings. TTV also agrees to indemnify BLF and James Bopp, Jr. for any damages that BLF and/or James Bopp, Jr. become legally obligated to pay as a result of any claim made in the Action or another action arising from the same transactions or occurrences specified in the Amended Complaint as giving rise to the Action.

Section 2. <u>Definitions</u>. In this Agreement,

a. "damages" include damages that are non-equitable and compensatory and damages that are equitable and non-compensatory, including punitive damages.

b. "legally obligated to pay" means to be or become obligated to pay by court order or judgment or by the terms of a settlement disposing in part or in whole of claims made in the Action.

Section 3. <u>Indemnification</u>. TTV agrees to pay all sums which BLF or James Bopp, Jr. become legally obligated to pay as damages as a result, proximate or otherwise, of the Action, and/or of any other litigation arising from the distribution of the transactions or occurrences described in and attached to the Plaintiff's Amended Complaint in the Action (the "Indemnification"). TTV agrees to the Indemnification whether or not it is alleged or found that BLF or James Bopp, Jr. by act or omission or in any other way contributed to the alleged wrongdoing or whether it is alleged or found that BLF or James Bopp, Jr. was negligent or is liable due to a nondelegable duty.

Section 4. <u>Merger</u>. This Agreement contains the complete, full, and exclusive understanding of TTV, BLF and James Bopp, Jr. as to the Indemnification, as presented in paragraphs 1-3 herein. Any amendments to this Agreement shall be effective and binding on BLF, James Bopp, Jr., and TTV only if any such amendments are in writing and signed by all Parties.

Section 5. <u>Disputes & Authorization to Sign</u>. This Agreement shall be governed by Indiana law and courts in the state of Indiana. Any dispute arising under or in connection with the agreement or related to any matter which is the subject of this Agreement shall be resolved on the basis of Indiana law without giving effect to Indiana's conflict of law principles and brought in a court located in Indiana. The undersigned persons represent that they are duly authorized to sign this Agreement and hereby agree to the terms and conditions herein.

Section 6. <u>Counterparts and Signatures</u> This Agreement may be signed in any number of counterparts. Each counterpart is an original and together, all of the counterparts form a single document. Signatures delivered by email in PDF format shall be effective.

_____       1/8/21
James Bopp, Jr., as an individual, and as      Date
principal of The Bopp Law Firm, P.C.

_____, for TTV, Inc.      01/08/21
Catherine Englebrecht, President      Date
True the Vote, Inc.