

February 1, 2023

Mr. Jim Bopp
The Bopp Law Firm
1 South Sixth Street
Terre Haute, Indiana 47807-3510

Dear Jim:

As you know, and have discussed with Brock Akers, inasmuch as True the Vote has been out of the Eshelman case since November 3, 2022, we are no longer in need of your services in that matter. Brock brought to my attention that we should confirm this termination in writing, as stipulated by agreement. Please allow this letter to serve as such confirmation.

Thank you.

With best regards -

Catherine Engelbrecht
True the Vote

PO Box 3109 Houston, TX 77253