# Exhibit 28
# Fair Fight Case Invoice 2023-0227

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
February 27, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Legal Representation regarding Fair Fight v. TTV

### Professional Services

|            |    | Description | Hrs/Rate | Amount |
|------------|----|-------------|----------|--------|
| 2/6/2023   | MS | Phone conference with James Bopp, Jr. regarding Response to amicus curiae | 0.60<br>322.00/hr | 193.20 |
|            | JB | Review amicus; phone conference with Melena Siebert regarding Response to amicus curiae | 0.80<br>850.00/hr | 680.00 |
|            | MS | Review amicus curiae brief for major issues; phone conference with James Bopp, Jr.; draft outline in advance of conference with local counsel regarding response to amicus curiae; phone conference with co-counsel; phone conference with James Bopp, Jr. | 2.20<br>322.00/hr | 708.40 |

True the Vote, Inc.                                                                                      Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2023 | JB | Review amicus brief categories; phone conference with Melena Siebert regarding categories; review proposed list of categories; phone conference with Melena Siebert regarding revision of categories | 1.20 850.00/hr | 1,020.00 |
|  | JB | Phone conference with co-counsel regarding amicus response | 0.40 850.00/hr | 340.00 |
| 2/7/2023 | MS | Review transcript Motion for Summary Judgment Hearing | 1.30 322.00/hr | 418.60 |
| 2/8/2023 | MS | E-mail exchanges with local counsel regarding Response to Amicus | 0.30 322.00/hr | 96.60 |
|  | MS | E-mail exchange with local Mark Davis regarding criminal liability, other questions | 0.20 322.00/hr | 64.40 |
| 2/9/2023 | MS | Phone conference with client regarding Motion for Summary Judgment hearing, case update | 0.90 322.00/hr | 289.80 |
|  | MS | E-mail exchange with client regarding case update | 0.10 322.00/hr | 32.20 |
|  | MS | Review, edit response to amicus, phone conference with James Bopp, Jr. regarding same | 1.60 322.00/hr | 515.20 |
|  | JB | Review draft response; phone conference with Melena Siebert regarding response to amicus | 0.60 850.00/hr | 510.00 |
|  | JB | Review draft of section of brief; review email exchange regarding revision | 0.50 850.00/hr | 425.00 |
|  | JB | Review email exchange regarding revision | 0.30 850.00/hr | 255.00 |
| 2/10/2023 | MS | Phone conference with client regarding case update | 0.10 322.00/hr | 32.20 |

True the Vote, Inc.            Page 3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2023 | MS | Edit, research, draft response to amicus | 3.50<br>322.00/hr | 1,127.00 |
| | JB | Review email exchange regarding revision of brief | 0.30<br>850.00/hr | 255.00 |
| 2/11/2023 | JB | Review draft of Reply | 0.50<br>850.00/hr | 425.00 |
| 2/13/2023 | MS | Review response to amicus, conference regarding same | 0.90<br>322.00/hr | 289.80 |

**For professional services rendered**     16.30     $7,677.40

**Additional charges:**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 2/10/2023 | Cost advanced for WestLaw computer assisted legal research--research case law for response to amicus | 5<br>$3.00 | 15.00 |

**Total costs**     $15.00

**Total amount of this bill**     $7,692.40

**Previous balance**     $58,666.99

2/22/2023 Payment - thank you. Check No. 69205855     ($25,000.00)

**Total payments and adjustments**     ($25,000.00)

**Balance due**     $41,359.39

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 4.60 | 850.00 | $3,910.00 |
| Melena Siebert | 11.70 | 322.00 | $3,767.40 |