# Exhibit 29
# TTV Arizona Invoice 2022-0928

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
September 28, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Preservation letters regarding Arizona primary election
     TTV.AZ

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2022 | MS | Review preservation letter needs for Maricopa, Pinal, Pima counties | 0.70<br>322.00/hr | 225.40 |
|  | JB | Review email from Catherine regarding preservation letters; email Melena Siebert | 0.40<br>850.00/hr | 340.00 |
| 8/4/2022 | MS | Draft preservation letters for Maricopa, Pinal, Pima counties if needed, phone conference with client regarding same | 1.20<br>322.00/hr | 386.40 |

True the Vote, Inc.                                                                                    Page  2

|            |    |                                                                                                        | Hrs/Rate          | Amount     |
|------------|----|--------------------------------------------------------------------------------------------------------|-------------------|------------|
| 8/4/2022   | JB | Review draft preservation letters and Melena Siebert email                                             | 0.50<br>850.00/hr | 425.00     |
| 8/16/2022  | MS | Phone conference with client regarding open records request to AZ Attorney General  follow up research regarding same | 1.20<br>322.00/hr | 386.40     |

|  | | |
|---|---|---|
| **For professional services rendered**<br>**Additional charges:** | 4.00 | $1,763.20 |

|  |  | Qty/Price | |
|---|---|---|---|
| 8/4/2022 | Cost advanced for WestLaw computer assisted legal research--research duty to preserve in Arizona | 10<br>$3.00 | 30.00 |

| | |
|---|---|
| **Total costs** | $30.00 |
| **Total amount of this bill** | $1,793.20 |
| **Balance due** | $1,793.20 |

## Attorney Summary

| Name            | Hrs/Rate | Rate   | Amount   |
|-----------------|----------|--------|----------|
| James Bopp, Jr. | 0.90     | 850.00 | $765.00  |
| Melena Siebert  | 3.10     | 322.00 | $998.20  |