# Exhibit 31
# Validate GA 2021-0107

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

## INVOICE
January 7, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Validate the Vote GA

### Professional Services

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2021 | JB | Review GA response to letter | 0.40<br>850.00/hr | 340.00 |
| 11/8/2021 | MS | Phone conference with client regarding John Albers' remarks, potential response | 0.30<br>322.00/hr | 96.60 |
|  | MS | Phone conference with James Bopp, Jr., client regarding John Albers' remarks, potential response | 0.40<br>322.00/hr | 128.80 |
|  | MS | Phone conference with James Bopp, Jr., client regarding Hall Booth letter, client goals | 0.20<br>322.00/hr | 64.40 |

True the Vote, Inc.                  Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2021 | JB | Review email from Melena Siebert regarding Catherine call | 0.30<br>850.00/hr | 255.00 |
| | JB | Phone conference with Catherine regarding Hall Booth | 0.50<br>850.00/hr | 425.00 |
| | JB | Phone conference with Melena Siebert regarding letter | 0.40<br>850.00/hr | 340.00 |
| | JB | Phone conference with Melena Siebert, client regarding Hall Booth letter, client goals | 0.20<br>850.00/hr | 170.00 |
| 11/9/2021 | MS | Phone conference with client regarding history of Hall Booth's representation, John Albers remarks | 0.90<br>322.00/hr | 289.80 |
| | MS | Research Georgia Rules of Professional Responsibility, draft letter demanding retraction | 3.40<br>322.00/hr | 1,094.80 |
| | JB | Review draft Hall Booth letter | 0.50<br>850.00/hr | 425.00 |
| 11/10/2021 | MS | Phone conference with James Bopp, Jr. regarding revisions to Hall Booth letter, draft revisions to same, send to client for approval | 0.70<br>322.00/hr | 225.40 |
| | JB | Phone conference with Melena Siebert regarding revision of Hall Booth letter; review revised letter | 0.70<br>850.00/hr | 595.00 |
| 11/11/2021 | MS | Phone conference with client regarding edits to Hall Booth letter, draft edits to same, send to client for review | 0.50<br>322.00/hr | 161.00 |
| 11/12/2021 | MS | Phone conference with client to review Hall Booth letter, edits to same | 0.40<br>322.00/hr | 128.80 |
| | JB | Review email exchange regarding FEC complaint against Stacey Abrams; review article; respond | 0.40<br>850.00/hr | 340.00 |

True the Vote, Inc.           Page 3

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/15/2021 | MS | Phone conferences with client to regarding Hall Booth letter | | 0.20<br>322.00/hr | 64.40 |
| | MS | Phone conferences with James Bopp, Jr. regarding Hall Booth letter, edits to same | | 0.40<br>322.00/hr | 128.80 |
| | JB | Review revised Hall Booth letter; phone conference with Melena Siebert regarding revision | | 0.60<br>850.00/hr | 510.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **For professional services rendered** | | **11.40** | **$5,782.80** |

**Additional charges:**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/1/2021 | Cost advanced for FedEx to deliver to David Shafer--Chairman, Georgia Republican Party, 3110 Maple Dr., N.E., Atlanta, GA 30305 | 1<br>$20.31 | 20.31 |
| 11/9/2021 | Cost advanced for WestLaw computer assisted legal research--research Georgia Rules of Professional Conduct for Hall Booth Letter | 14<br>$3.00 | 42.00 |

| | |
|---|---|
| **Total costs** | $62.31 |
| **Total amount of this bill** | $5,845.11 |
| **Previous balance** | $2,510.30 |
| **Balance due** | $8,355.41 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 4.00 | 850.00 | $3,400.00 |
| Melena Siebert | 7.40 | 322.00 | $2,382.80 |