# Exhibit 35
# TTV IV3 Invoice 2022-0825

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
August 25, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Initial research, consultation on new program
TTV.IV3

### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/28/2022 MS | Videoconference with client regarding strategy for IV3 challenges | 1.50<br>322.00/hr | 483.00 |
| | **For professional services rendered** | **1.50** | **$483.00** |
| | **Balance due** | | **$483.00** |

True the Vote, Inc. Page 2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Melena Siebert | 1.50 | 322.00 | $483.00 |