# Exhibit 37
# TTV Lawfare Research Invoice 2022-0928

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
September 28, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Research regarding various voter/election lawsuits
           TTV.Lawfare

## Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2022 | ES | Review email from Melena Siebert regarding research on voter suppression case law being litigated now per client's request, beginning to explore court listener | 1.50 180.00/hr | 270.00 |
|  | MS | E-mail to Emma Shirley regarding research on voter suppression case law being litigated now | 0.10 322.00/hr | 32.20 |
| 8/3/2022 | ES | Research current voter suppression case law | 3.20 180.00/hr | 576.00 |

True the Vote, Inc.                                                                  Page 2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2022 | MS | E-mail exchange with Emma Shirley regarding questions on research | 0.20 322.00/hr | 64.40 |
| | ES | E-mail exchange with Melena Siebert regarding questions on research | 0.20 180.00/hr | 36.00 |
| 8/4/2022 | ES | Research case law on over suppression | 3.00 180.00/hr | 540.00 |
| 8/5/2022 | ES | Research case law voter suppressions, review articles | 1.50 180.00/hr | 270.00 |
| 8/9/2022 | MS | Review Democracy Docket for cases filed, status updates | 1.00 322.00/hr | 322.00 |
| 8/10/2022 | MS | Review research by Emma Shirley regarding various lawfare cases filed, phone conference with Emma Shirley regarding same | 1.30 322.00/hr | 418.60 |
| | MS | Phone conference with client regarding research results, requested output | 0.60 322.00/hr | 193.20 |
| | ES | Review and email voter suppression case to Melena Siebert; review cases Melena Siebert sent from Democracy Docket by Marc Elias | 1.40 180.00/hr | 252.00 |
| | ES | Phone conference with Melena Siebert to refine search | 0.10 180.00/hr | 18.00 |
| | ES | Count total number of suits fought across the 50 states and email to Melena Siebert | 2.00 180.00/hr | 360.00 |
| 8/18/2022 | MS | Gather documents from past litigation | 0.90 322.00/hr | 289.80 |
| 8/19/2022 | MS | Gather documents from past litigation, send to client | 1.00 322.00/hr | 322.00 |

True the Vote, Inc.  Page 3

|  | Hrs/Rate | Amount |
|---|---:|---:|
| **For professional services rendered** | **18.00** | **$3,964.20** |
| **Balance due** |  | **$3,964.20** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Emma Shirley | 12.90 | 180.00 | $2,322.00 |
| Melena Siebert | 5.10 | 322.00 | $1,642.20 |