# Exhibit 40
# TTV NM Litigation Invoice 2020-0617

| | |
|---|---|
| JAMES BOPP, JR. | **THE BOPP LAW FIRM, PC** |
| jboppjr@aol.com | ATTORNEYS AT LAW |

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
June 17, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NM

| | | **Amount** |
|---|---|---|
| | **Previous balance** | **$78,403.00** |
| 5/21/2020 | Payment - thank you--Wire Transfer on 05-21-20--361561 | ($8,403.00) |
| 5/22/2020 | Payment - thank you--Wire Transfer on 05-22-20--458771 | ($70,000.00) |
| 6/16/2020 | Adjustment made in order to correctly apply funds from Wire Transfer received 05-22-20--458771 | $70,000.00 |
| 6/16/2020 | Adjustment made in order to correctly apply funds from Wire Transfer received 05-21-20--361561 | $8,403.00 |
| 6/16/2020 | Payment - thank you--from Wire Transfer on 05-22-20--458771 | ($55,000.00) |
| | **Total payments and adjustments** | **($55,000.00)** |
| | **Balance due** | **$23,403.00** |