# Exhibit 41
# TTV NV State Litigation Invoice 2020-0623

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
June 23, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--state

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2020 | REC | Review multiple emails from James Bopp, Jr. regarding need to sue Nevada regarding election law; email to James Bopp, Jr. regarding same | 0.30<br>530.00/hr | 159.00 |
|  | REC | Review two articles from James Bopp, Jr. regarding Nevada voting plan for primary | 0.20<br>530.00/hr | 106.00 |
|  | REC | Research additional articles regarding election plans and download Marc Elias letter; make briefing notes | 1.00<br>530.00/hr | 530.00 |

True the Vote, Inc.                                                                                                       Page   2

|            |     |                                                                                                                                                        | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/16/2020  | REC | Review and annotate relevant statutes; regulations, etc. from Secretary of State website; create working document for use in briefing; emails with James Bopp, Jr.; emails from local counsel | 4.10<br>530.00/hr | 2,173.00  |
|            | REC | E-mail from local counsel with Democrats' complaint; review and annotate same; work on arguments for our use | 1.50<br>530.00/hr | 795.00    |
|            | JB  | Review article regarding DNC state case; multiple emails to Richard E. Coleson regarding case; email exchange with Richard E. Coleson regarding case | 1.10<br>630.00/hr | 693.00    |
| 4/17/2020  | REC | Prepare for and attend videoconference with James Bopp, Jr. regarding case status and needs | 0.60<br>530.00/hr | 318.00    |
|            | JB  | Videoconference with Richard E. Coleson regarding case                                                                                                 | 0.40<br>630.00/hr | 252.00    |
| 4/22/2020  | REC | E-mail with James Bopp, Jr. regarding case needs                                                                                                       | 0.10<br>530.00/hr | 53.00     |
|            | REC | Review emails from James Bopp, Jr. regarding resources for case; review same and organize into resource page with links and circulate to firm lawyers | 1.20<br>530.00/hr | 636.00    |
|            | REC | Work on answer for James Bopp, Jr. regarding Article I, section 4 argument                                                                              | 0.20<br>530.00/hr | 106.00    |
|            | REC | Videoconference with James Bopp, Jr. and firm attorneys regarding case needs                                                                           | 0.50<br>530.00/hr | 265.00    |
|            | REC | Work on briefing for Intervention Motion                                                                                                               | 1.40<br>530.00/hr | 742.00    |
|            | CLY | Conference with Amanda L. Narog, Richard E. Coleson, and Courtney E. Milbank regarding substance of state case; next steps | 0.50<br>310.00/hr | 155.00    |

True the Vote, Inc.                                                                                    Page   3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2020 | AN | Prepare for video conference | 0.30<br>300.00/hr | 90.00 |
|  | AN | Video conference regarding Intervention | 0.50<br>300.00/hr | 150.00 |
|  | JB | Review DNC Complaint | 0.60<br>630.00/hr | 378.00 |
|  | JB | Phone conference with Catherine regarding Intervention | 0.50<br>630.00/hr | 315.00 |
|  | JB | Phone conference with associates regarding Intervention | 0.50<br>630.00/hr | 315.00 |
|  | JB | Numerous email exchanges regarding Intervention | 0.90<br>630.00/hr | 567.00 |
| 4/23/2020 | REC | Phone conference with James Bopp, Jr. regarding new claim regarding absentee ballot deadline | 0.20<br>530.00/hr | 106.00 |
|  | REC | E-mails with Corrine L. Youngs regarding case needs | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mail from James Bopp, Jr. regarding ballot-problem article; find prior article regarding same and update resource document for firm use regarding such problem; work on Intervention brief | 0.80<br>530.00/hr | 424.00 |
|  | REC | Review file; create document shell; work on brief | 0.50<br>530.00/hr | 265.00 |
|  | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding brief | 0.10<br>530.00/hr | 53.00 |
|  | REC | Two emails from James Bopp, Jr. regarding articles for use in argument | 0.10<br>530.00/hr | 53.00 |

True the Vote, Inc.                                                                                    Page   4

|            |     |                                                                                                         | Hrs/Rate         | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------|------------------|-----------|
| 4/23/2020  | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding checking local rules for compliance and case needs | 0.10<br>530.00/hr | 53.00     |
|            | REC | Work on Intervention brief                                                                              | 0.30<br>530.00/hr | 159.00    |
|            | REC | Review three emails from James Bopp, Jr. regarding case needs and arguments                             | 0.10<br>530.00/hr | 53.00     |
|            | REC | Check articles linked by James Bopp, Jr. and update case resource page for use                          | 0.10<br>530.00/hr | 53.00     |
|            | REC | E-mail from James Bopp, Jr. regarding notifying court regarding hearing intentions and calendar         | 0.10<br>530.00/hr | 53.00     |
|            | REC | Work on Intervention brief                                                                              | 4.00<br>530.00/hr | 2,120.00  |
|            | REC | Work on Intervention brief and circulate for review and use                                             | 2.40<br>530.00/hr | 1,272.00  |
|            | REC | Phone conference with James Bopp, Jr. regarding argument issue and status                               | 0.10<br>530.00/hr | 53.00     |
|            | REC | E-mails and texts with Corrine L. Youngs and Amanda L. Narog regarding case status and needs            | 0.30<br>530.00/hr | 159.00    |
|            | CLY | E-mail regarding counting absentee ballots past election                                                | 0.20<br>310.00/hr | 62.00     |
|            | CLY | Draft retainer agreements for Plaintiffs                                                                | 0.40<br>310.00/hr | 124.00    |
|            | CLY | Review emails for voters; save to file                                                                  | 0.20<br>310.00/hr | 62.00     |
|            | CLY | Conference with James Bopp, Jr. regarding retainers; make changes and finalize as needed                | 0.80<br>310.00/hr | 248.00    |

True the Vote, Inc.                                                                                          Page  5

|            |     |                                                                                                                 | Hrs/Rate       | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------|----------------|----------|
| 4/23/2020  | CLY | E-mail regarding briefing                                                                                       | 0.20<br>310.00/hr | 62.00    |
|            | CLY | Review rules for pro hac vice; save form to folder                                                              | 0.40<br>310.00/hr | 124.00   |
|            | CLY | Conference with Amanda L. Narog regarding application Pro hac vice; need for Certificate of Good Standing       | 0.20<br>310.00/hr | 62.00    |
|            | CLY | Conference with Amanda L. Narog and Richard E. Coleson regarding tasks; next steps                              | 0.20<br>310.00/hr | 62.00    |
|            | CLY | Work on Intervention materials                                                                                  | 3.30<br>310.00/hr | 1,023.00 |
|            | CLY | Work on answer                                                                                                  | 1.30<br>310.00/hr | 403.00   |
|            | AN  | Continue drafting Motion to Intervene; research NV state cases; phone conference with Corrine L. Youngs regarding intervention (2x) | 4.50<br>300.00/hr | 1,350.00 |
|            | JB  | Phone conference with Richard E. Coleson regarding new claim                                                    | 0.50<br>630.00/hr | 315.00   |
|            | JB  | Review Richard E. Coleson Memo regarding new claim; approve                                                     | 0.60<br>630.00/hr | 378.00   |
|            | JB  | Phone conference with Richard E. Coleson regarding ballot deadline                                              | 0.20<br>630.00/hr | 126.00   |
|            | JB  | Review ballot problem articles; email Richard E. Coleson                                                        | 0.40<br>630.00/hr | 252.00   |
|            | JB  | E-mail exchange with Richard E. Coleson regarding articles                                                      | 0.30<br>630.00/hr | 189.00   |

True the Vote, Inc.                                                                                   Page 6

|            |     |                                                                                                                                         | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 4/23/2020  | JB  | E-mail to Richard E. Coleson regarding hearing                                                                                          | 0.10 630.00/hr  | 63.00  |
|            | JB  | Phone conference with Richard E. Coleson regarding argument                                                                             | 0.10 630.00/hr  | 63.00  |
|            | JB  | Review Planitffs retainers; conference with Corrine L. Youngs regarding revision                                                        | 0.40 630.00/hr  | 252.00 |
| 4/24/2020  | REC | E-mails with James Bopp, Jr. regarding case status and argument                                                                         | 0.10 530.00/hr  | 53.00  |
|            | REC | Monitor election and c19 news nationally; find and review relevant Nevada Governor emergency declarations; update resource document for case use | 0.60 530.00/hr  | 318.00 |
|            | REC | Review pro hac vice application and instructions and fill in same                                                                       | 0.50 530.00/hr  | 265.00 |
|            | REC | Phone conference with James Bopp, Jr. regarding case status and needs and plans                                                         | 0.30 530.00/hr  | 159.00 |
|            | REC | E-mails from Corrine L. Youngs with complaint and Intervention documents for review                                                     | 0.10 530.00/hr  | 53.00  |
|            | REC | Review intervention motion; review and edit Intervention brief; review and edit complaint                                               | 0.60 530.00/hr  | 318.00 |
|            | REC | Phone conference with James Bopp, Jr. regarding filing status and case needs                                                            | 0.10 530.00/hr  | 53.00  |
|            | REC | E-mails with Corrine L. Youngs regarding case status and needs                                                                          | 0.10 530.00/hr  | 53.00  |
|            | REC | Review two emails from James Bopp, Jr. regarding work by Rob Citak on research and draft module setting out harm issues with absentee ballots etc. | 0.10 530.00/hr  | 53.00  |

True the Vote, Inc.                                                                                         Page   7

|              |     |                                                                                                                                                     | Hrs/Rate        | Amount  |
|--------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 4/24/2020    | REC | Review emails between James Bopp, Jr. and Corrine L. Youngs and local counsel                                                                       | 0.10 530.00/hr  | 53.00   |
|              | REC | E-mails with Corrine L. Youngs regarding notifying court regarding hearing                                                                          | 0.10 530.00/hr  | 53.00   |
|              | REC | Prepare and send e-mail to Rob Citak regarding needed research and drafting                                                                         | 0.90 530.00/hr  | 477.00  |
|              | REC | Take pro hac vice application to be notarized and deliver to FedEx                                                                                  | 0.50 530.00/hr  | 265.00  |
|              | REC | Phone conference with James Bopp, Jr. regarding his pro hac vice application needs                                                                  | 0.10 530.00/hr  | 53.00   |
|              | REC | E-mail to Bryan Snyder regarding pro hac vice applications for James Bopp, Jr. and Richard E. Coleson                                               | 0.10 530.00/hr  | 53.00   |
|              | REC | Get James Bopp, Jr. bar admissions list and send to local counsel; emails with Jeffrey P. Gallant regarding same; email from local counsel; email to same with correction to list | 0.30 530.00/hr  | 159.00  |
|              | REC | E-mail with Rob Citak regarding research needed                                                                                                     | 0.10 530.00/hr  | 53.00   |
|              | REC | Review multiple emails from local counsel regarding filed documents and hearing; download and print documents for review; begin review of same      | 1.00 530.00/hr  | 530.00  |
|              | REC | E-mail from O'Mara with court order on expedition                                                                                                   | 0.10 530.00/hr  | 53.00   |
|              | REC | E-mails with Corrine L. Youngs regarding case needs and plans                                                                                       | 0.10 530.00/hr  | 53.00   |

True the Vote, Inc.                                                                                                     Page 8

|              |     |                                                                                                          | Hrs/Rate        | Amount    |
|--------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 4/24/2020    | CLY | Work on finalizing documents                                                                             | 3.20 310.00/hr  | 992.00    |
|              | CLY | Conference with Amanda L. Narog regarding happenings in case                                             | 0.20 310.00/hr  | 62.00     |
|              | CLY | E-mail regarding answer; call David; send email with fix                                                 | 0.30 310.00/hr  | 93.00     |
|              | CLY | Work on pro hac vice application                                                                         | 0.30 310.00/hr  | 93.00     |
|              | CLY | Get Pro hac vice notarized                                                                               | 0.30 310.00/hr  | 93.00     |
|              | CLY | Prepare and send FedEx pro hac vice                                                                      | 0.30 310.00/hr  | 93.00     |
|              | AN  | Continue drafting Motion to Intervene; research                                                          | 6.90 300.00/hr  | 2,070.00  |
|              | AN  | E-mail Carter regarding verifications; phone conference with Corrine L. Youngs regarding brief and filing (2x) | 0.70 300.00/hr  | 210.00    |
|              | JB  | E-mail exchange regarding filing draft Pleading                                                          | 0.50 630.00/hr  | 315.00    |
|              | JB  | Review Motion to Intervene                                                                               | 0.70 630.00/hr  | 441.00    |
|              | JB  | Review draft Answer                                                                                      | 0.50 630.00/hr  | 315.00    |
|              | JB  | Phone conference with Richard E. Coleson regarding case needs (2x)                                       | 0.40 630.00/hr  | 252.00    |
|              | JB  | Review GOP Intervention Pleading                                                                         | 0.60 630.00/hr  | 378.00    |

True the Vote, Inc.           Page 9

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2020 | JB | Review Court Order regarding State of California; email exchange regarding Order | 0.40 630.00/hr | 252.00 |
| | JB | Phone conference with Richard E. Coleson regarding his pro hac vice application needs | 0.10 630.00/hr | 63.00 |
| | JB | Numerous email exchanges between Rob, Corrine L. Youngs, local counsel | 0.80 630.00/hr | 504.00 |
| 4/25/2020 | REC | Two emails from James Bopp, Jr. and organize case digital files per request; review file; email to James Bopp, Jr. regarding case status and needs | 0.40 530.00/hr | 212.00 |
| | REC | E-mail to Rob Citak with DNC Preliminary Injunction Memo | 0.10 530.00/hr | 53.00 |
| | REC | E-mail to James Bopp, Jr., Corrine L. Youngs and Amanda L. Narog regarding Preliminary Injunction Memo | 0.10 530.00/hr | 53.00 |
| | REC | E-mail from James Bopp, Jr. with question about voter-ID issue; prepare and send answer regarding Nevada election scheme | 0.20 530.00/hr | 106.00 |
| | JB | Review DNC Preliminary Injunction memo; numerous email exchanges regarding memo, Voter ID issue, case needs | 0.90 630.00/hr | 567.00 |
| 4/27/2020 | REC | Conference with James Bopp, Jr. and Corrine L. Youngs regarding case status and needs | 0.10 530.00/hr | 53.00 |
| | REC | Conference with James Bopp, Jr. and Corrine L. Youngs and Amanda L. Narog regarding case status and needs | 0.60 530.00/hr | 318.00 |
| | CLY | E-mail regarding declaration | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                                                       Page 10

|              |     |                                                                                                                           | Hrs/Rate         | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 4/27/2020    | CLY | E-mails regarding voter in state case; opening up May 1                                                                   | 0.30<br>310.00/hr | 93.00  |
|              | CLY | Conference with James Bopp, Jr. regarding schedule; next steps                                                            | 0.20<br>310.00/hr | 62.00  |
|              | CLY | Set-up conference call with local counsel                                                                                 | 0.20<br>310.00/hr | 62.00  |
|              | CLY | E-mail regarding pro hac vice                                                                                             | 0.20<br>310.00/hr | 62.00  |
|              | CLY | Conference with James Bopp, Jr. and David regarding hearing and other matters                                             | 0.40<br>310.00/hr | 124.00 |
|              | CLY | Conference with James Bopp, Jr., Richard E. Coleson and Amanda L. Narog regarding deadlines                               | 0.60<br>310.00/hr | 186.00 |
|              | JB  | E-mail exchange regarding attorney conference call; conference call with Corrine L. Youngs, Richard E. Coleson and local counsel regarding hearing | 0.50<br>630.00/hr | 315.00 |
|              | JB  | Attend Videoconference Status Conference with Judge                                                                       | 1.00<br>630.00/hr | 630.00 |
|              | JB  | Phone conference with Richard E. Coleson, Corrine L. Youngs and Amanda L. Narog regarding Schedule for State case, next steps | 0.60<br>630.00/hr | 378.00 |
|              | JB  | Review email from local counsel regarding Schedule                                                                        | 0.20<br>630.00/hr | 126.00 |
|              | JB  | Review Plaintiffs Opposition to Intervene by RNC and Voters                                                               | 0.40<br>630.00/hr | 252.00 |
| 4/28/2020    | CLY | E-mail regarding deadlines; calendar                                                                                      | 0.30<br>310.00/hr | 93.00  |

True the Vote, Inc.                                                                 Page 11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2020 | JB | Review Court Order regarding Schedule | 0.30<br>630.00/hr | 189.00 |
| 4/29/2020 | REC | E-mails and texts with Corrine L. Youngs regarding need to file Intervention Reply | 0.20<br>530.00/hr | 106.00 |
|  | REC | E-mails with James Bopp, Jr. regarding need to file Intervention Reply | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review and annotate order regarding scheduling and deadline for Intervention Reply | 0.20<br>530.00/hr | 106.00 |
|  | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding Intervention Reply | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mails with Corrine L. Youngs regarding case needs and Intervention Reply | 0.10<br>530.00/hr | 53.00 |
|  | REC | Work on Intervention Reply | 0.30<br>530.00/hr | 159.00 |
|  | REC | Work on Intervention Reply | 0.60<br>530.00/hr | 318.00 |
|  | REC | Work on Intervention Reply | 2.20<br>530.00/hr | 1,166.00 |
|  | REC | Work on Intervention Reply | 2.80<br>530.00/hr | 1,484.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding Intervention Reply | 0.10<br>530.00/hr | 53.00 |
|  | REC | Phone conference with Amanda L. Narog regarding filing Intervention Reply | 0.10<br>530.00/hr | 53.00 |
|  | CLY | E-mail from James Bopp, Jr. regarding pro hac vice; follow-up with Debbie; email from Jeffrey P. Gallant; save to file; email local counsel | 0.60<br>310.00/hr | 186.00 |

True the Vote, Inc.           Page 12

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2020 | CLY | IM with Richard E. Coleson regarding Reply; review order; forward to Richard E. Coleson; save Opposition to file | 0.50<br>310.00/hr | 155.00 |
| | CLY | Review part of Opposition; conference with Richard E. Coleson and Amanda L. Narog regarding Reply; emails with David regarding Reply; proposed order | 0.60<br>310.00/hr | 186.00 |
| | CLY | Conference with Amanda L. Narog regarding reviewing Reply; formatting | 0.20<br>310.00/hr | 62.00 |
| | CLY | Respond to email from David regarding proposed order | 0.10<br>310.00/hr | 31.00 |
| | AN | Review part of Opposition; conference with Richard E. Coleson and Corrine L. Youngs regarding Reply; emails with David regarding Reply; proposed order | 0.50<br>300.00/hr | 150.00 |
| | AN | Conference with Corrine L. Youngs regarding reply brief format | 0.20<br>300.00/hr | 60.00 |
| | AN | Phone conference with Richard E. Coleson regarding review brief and send; review brief and send to local counsel | 1.10<br>300.00/hr | 330.00 |
| | JB | E-mail exchange regarding response; review draft of Reply regarding Intervention; phone conference with Richard E. Coleson regarding Reply | 0.90<br>630.00/hr | 567.00 |
| 4/30/2020 | REC | E-mails with James Bopp, Jr. regarding our Intervention Reply | 0.10<br>530.00/hr | 53.00 |
| | REC | Find California GOP case and get complaint regarding ballot harvesting issue; begin review | 0.20<br>530.00/hr | 106.00 |
| | REC | E-mails with James Bopp, Jr. regarding case needs | 0.10<br>530.00/hr | 53.00 |

True the Vote, Inc.                                                                                         Page 13

|            |     |                                                                                                                 | Hrs/Rate         | Amount       |
|------------|-----|-----------------------------------------------------------------------------------------------------------------|------------------|--------------|
| 4/30/2020  | REC | E-mails with James Bopp, Jr. regarding briefiing needs                                                          | 0.10 530.00/hr   | 53.00        |
|            | REC | Review California GOP complaint against Governor Newsom regarding ballot harvesting                             | 0.20 530.00/hr   | 106.00       |
|            | REC | Review and annotate Western District Virginia opinion disallowing intervention in similar case                  | 0.50 530.00/hr   | 265.00       |
|            | REC | E-mail from David O'Mara and review RNC letter objecting to extension; email to James Bopp, Jr. regarding same (.1) | 0.20 530.00/hr | 106.00       |
|            | REC | E-mails with Corrine L. Youngs and Amanda L. Narog regarding case status and needs                              | 0.20 530.00/hr   | 106.00       |
|            | CLY | E-mails regarding Reply                                                                                         | 0.20 310.00/hr   | 62.00        |
|            | CLY | E-mail regarding deadline change                                                                                | 0.20 310.00/hr   | 62.00        |
|            | JB  | E-mail exchange regarding case needs                                                                            | 0.30 630.00/hr   | 189.00       |

**For professional services rendered**                                                                       83.70   $38,788.00
**Additional charges:**

|           |                                                                                                                                                                                                               | Qty/Price |       |
|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|-------|
| 4/23/2020 | Cost advanced for fees for Certificates of Good Standing--Payable to Roll of Attorneys Administrator, 402 West Washington Street, Room 062, Indianapolis, IN 46204--RA check # 1138--RA check date 04-23-20 | 1 $8.00   | 8.00  |

True the Vote, Inc.                                                                                        Page 14

|            |                                                                                                                                                                                                                               | Qty/Price     | Amount    |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|-----------|
| 4/23/2020  | Cost advanced for FedEx to deliver fee and documents requesting Certificates of Good Standing- to Roll of Attorneys Administrator, 402 West Washington Street, Room 062, Indianapolis, IN 46204                                | 1<br>$15.15   | 15.15     |
|            | Cost advanced for LexisNexis computer assisted legal research--research Intervention rules                                                                                                                                     | 10<br>$3.00   | 30.00     |
| 4/24/2020  | Cost advanced for FedEx to deliver documents to Bryan Snyder, O'Mara Law, 311 E Liberty St., Reno, NV 89501                                                                                                                    | 1<br>$78.23   | 78.23     |
|            | Cost advanced for FedEx to deliver documents to Bryan Snyder, O'Mara Law, 311 E Liberty St., Reno, NV 89501                                                                                                                    | 1<br>$31.55   | 31.55     |
|            | Cost advanced for FedEx to deliver documents to David O'Mara, O'Mara Law, 311 E Liberty St., Reno, NV 89501                                                                                                                    | 1<br>$42.51   | 42.51     |
|            | Cost advanced for FedEx to deliver documents of Certificates of Good Standing from Roll of Attorneys Administrator, 402 West Washington, St., Indianapolis, IN 46204 to The Bopp Law Firm, 1 South Sixth St., Terre Haute, IN 47807 | 1<br>$15.11   | 15.11     |
|            | Cost advanced for LexisNexis computer assisted legal research--research Election statutes; permissive intervention                                                                                                              | 27<br>$3.00   | 81.00     |
| 4/28/2020  | Cost advanced for LexisNexis computer assisted legal research--research Election statutes                                                                                                                                      | 15<br>$3.00   | 45.00     |
| 4/29/2020  | Cost advanced for FedEx to deliver documents of Certificates of Good Standing to Suzy Moore, State Bar of Nevada, 3100 Charleston Blvd., Las Vegas, NV 89102                                                                    | 1<br>$26.13   | 26.13     |

**Total costs**                                                                                                                                                     $372.68

**Total amount of this bill**                                                                                                                                       $39,160.68

True the Vote, Inc.                                                                                        Page 15

                                                                                                         **Amount**

**Balance due**                                                                                         **$39,160.68**

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Amanda L. Narog | 14.70 | 300.00 | $4,410.00 |
| Corrine L. Youngs | 17.10 | 310.00 | $5,301.00 |
| Richard E. Coleson | 36.20 | 530.00 | $19,186.00 |
| James Bopp, Jr. | 15.70 | 630.00 | $9,891.00 |