# Exhibit 43
# TTV NV Federal Litigation Invoice 2020-0611 0617

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
June 17, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--Fed

|  | Amount |
|---|---|
| **Previous balance** | **$99,234.00** |
| 6/16/2020  Adjustment made in order to correctly apply funds from Wire Transfer received 05-21-20--361561 | $1,597.00 |
| 6/16/2020  Payment - thank you--funds from Wire Transfer on 05-22-20--458771 and Wire Transfer on 05-21-20--361561 | ($25,000.00) |
| **Total payments and adjustments** | **($23,403.00)** |
| **Balance due** | **$75,831.00** |

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
June 11, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--Fed

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2020 | JB | Review email from Jacob | 0.20<br>630.00/hr | 126.00 |
|  | JB | Review Nevada Secretary of State Order on<br>Mail-in voting | 0.60<br>630.00/hr | 378.00 |
|  | JB | Phone conference with Jacob regarding suit US<br>Nevada Secretary of State | 0.50<br>630.00/hr | 315.00 |

True the Vote, Inc.                                                               Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2020 | JB | Phone conference with Melanie regarding local counsel; email exchange with possible local counsel; phone conference with David | 0.90 630.00/hr | 567.00 |
| 4/14/2020 | JB | E-mail exchange with local counsel | 0.40 630.00/hr | 252.00 |
| 4/15/2020 | JB | Review Democrats letter to Secretary of State | 0.20 630.00/hr | 126.00 |
| | JB | E-mail exchange with local counsel regarding voter Plaintiffs | 0.40 630.00/hr | 252.00 |
| 4/16/2020 | CLY | Multiple emails regarding local counsel, voters | 0.30 310.00/hr | 93.00 |
| | CLY | Read article regarding Democrats complaint | 0.20 310.00/hr | 62.00 |
| | JB | Phone conference with Megan regarding Voter Right's | 0.50 630.00/hr | 315.00 |
| | JB | Phone conference with several possible voter Plaintiffs | 1.00 630.00/hr | 630.00 |
| | JB | Phone conference with Catherine regarding Nevada suit | 0.60 630.00/hr | 378.00 |
| | JB | Phone conference with David, local counsel regarding suit | 0.50 630.00/hr | 315.00 |
| 4/17/2020 | REC | Prepare for and attend Videoconference regarding case status and needs | 0.60 530.00/hr | 318.00 |
| | REC | Review email and opinion from local counsel and email to same; work on arguments | 1.00 530.00/hr | 530.00 |
| | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding case needs | 0.40 530.00/hr | 212.00 |

True the Vote, Inc.                                                                                          Page  3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2020 | REC | E-mails with James Bopp, Jr., Corrine L. Youngs, Amanda L. Narog and local counsel regarding case needs, status, and arguments | 0.20 530.00/hr | 106.00 |
|  | REC | E-mails with local counsel and work on claims list | 0.40 530.00/hr | 212.00 |
|  | REC | Prepare and circulate memo regarding claims; emails with James Bopp, Jr. regarding same; emails with local counsel regarding scheduling call; review local rules | 1.50 530.00/hr | 795.00 |
|  | REC | E-mail with Corrine L. Youngs and Amanda L. Narog regarding rules and compliance | 0.10 530.00/hr | 53.00 |
|  | REC | Phone conference with local counsel regarding statutory scheme and arguments | 1.20 530.00/hr | 636.00 |
|  | REC | Work on Preliminary Injunction Motion and Memo | 2.10 530.00/hr | 1,113.00 |
|  | REC | Work on Preliminary Injunction Motion and Memo | 2.60 530.00/hr | 1,378.00 |
|  | CLY | Conference Call with James Bopp, Jr., Richard E. Coleson, David, and Amanda L. Narog regarding law suits | 1.00 310.00/hr | 310.00 |
|  | AN | Prepare for video call; review emails | 0.40 300.00/hr | 120.00 |
|  | AN | Videoconference with James Bopp, Jr., Corrine L. Youngs, Richard E. Coleson, and local counsel | 1.00 300.00/hr | 300.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding tasks, calling Richard E. Coleson to decide division of labor | 0.20 300.00/hr | 60.00 |

True the Vote, Inc.                                                                                          Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2020 | AN | Multiple emails regarding claims, work | 0.70 300.00/hr | 210.00 |
| | AN | Find and save local rules, read, cut and send the relevant rules to Richard E. Coleson; summarize the rules and send in email to Richard E. Coleson | 1.00 300.00/hr | 300.00 |
| | CLY | E-mail James Bopp, Jr. regarding retainers | 0.20 310.00/hr | NO CHARGE |
| | CLY | Phone conference with Amanda L. Narog and Richard E. Coleson regarding claims | 0.40 310.00/hr | 124.00 |
| | CLY | Draft retainer agreements | 0.20 310.00/hr | NO CHARGE |
| | CLY | E-mail Richard E. Coleson regarding formatting WP documents; review rules regarding formatting | 0.40 310.00/hr | 124.00 |
| | CLY | Draft retainers | 0.40 310.00/hr | NO CHARGE |
| | CLY | Review DNC complaint | 0.60 310.00/hr | 186.00 |
| | CLY | Read Richard E. Coleson memo | 0.20 310.00/hr | 62.00 |
| | CLY | Conference with Jeffrey P. Gallant regarding retainer agreements; make changes; send to James Bopp, Jr. | 0.50 310.00/hr | NO CHARGE |
| | CLY | Organize skeleton of complaint; begin filling in sections | 1.50 310.00/hr | 465.00 |
| | CLY | Finalize and email retainers | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                                 Page   5

|           |     |                                                                  | Hrs/Rate          | Amount   |
|-----------|-----|------------------------------------------------------------------|-------------------|----------|
| 4/17/2020 | JB  | Phone conference with associates and local counsel regarding tasks | 1.00<br>630.00/hr | 630.00   |
|           | JB  | Phone conference with Catherine regarding findings               | 0.30<br>630.00/hr | 189.00   |
|           | JB  | Phone conference with Megan regarding Voter Plaintiffs           | 0.30<br>630.00/hr | 189.00   |
|           | JB  | E-mail exchange regarding Plaintiffs                             | 0.50<br>630.00/hr | 315.00   |
|           | JB  | Review and approve retainers with Voters and TTV                | 0.40<br>630.00/hr | 252.00   |
|           | JB  | Prepare summary of case from Voters                             | 0.60<br>630.00/hr | 378.00   |
|           | JB  | Review draft comments for complaint; respond                    | 0.50<br>630.00/hr | 315.00   |
|           | JB  | Phone conference with Chuck regarding possible Plaintiff        | 0.50<br>630.00/hr | 315.00   |
|           | JB  | E-mail exchange with potential Voter                            | 0.40<br>630.00/hr | 252.00   |
|           | JB  | Numerous email exchanges with local counsel                    | 0.80<br>630.00/hr | 504.00   |
| 4/18/2020 | REC | Work on Preliminary Injunction Motion and Memo                 | 3.50<br>530.00/hr | 1,855.00 |
|           | REC | E-mails from James Bopp, Jr. regarding case needs              | 0.10<br>530.00/hr | 53.00    |
|           | REC | Work on Preliminary Injunction Motion and Memo                 | 3.40<br>530.00/hr | 1,802.00 |

True the Vote, Inc.                                                                                    Page  6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/18/2020 | REC | Lexis legal research and work on Preliminary Injunction Motion and Memo | 2.70<br>530.00/hr | 1,431.00 |
|  | CLY | E-mails regarding Motion to Consolidate and Expedite | 0.40<br>310.00/hr | 124.00 |
|  | CLY | Conference with Amanda L. Narog regarding exhibits to complaint | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog regarding Motion to Consolidate | 0.20<br>310.00/hr | 62.00 |
|  | JB | Review 9th Circuit Opinion; email exchange with Richard E. Coleson regarding case | 1.10<br>630.00/hr | 693.00 |
|  | JB | Numerous email exchanges with local counsel | 0.90<br>630.00/hr | 567.00 |
|  | JB | E-mail exchange with Richard E. Coleson regarding case needs | 0.20<br>630.00/hr | 126.00 |
| 4/19/2020 | REC | Review complaint exhibits and email to Corrine L. Youngs and Amanda L. Narog regarding same | 0.10<br>530.00/hr | 53.00 |
|  | REC | Work on Preliminary Injunction Memo; review current complaint draft and make some corrections | 3.40<br>530.00/hr | 1,802.00 |
|  | REC | E-mails with James Bopp, Jr. regarding argument for brief | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mails with local counsel regarding plug-in module; work on Preliminary Injunction Memo | 6.00<br>530.00/hr | 3,180.00 |
|  | REC | Work on Preliminary Injunction Memo | 0.50<br>530.00/hr | 265.00 |

True the Vote, Inc.                                                                                   Page  7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2020 | REC | E-mail from David O'Mara and phone call to same; leave voicemail | 0.10<br>530.00/hr | 53.00 |
|  | REC | Phone conference with David O'Mara regarding arguments | 0.20<br>530.00/hr | 106.00 |
|  | REC | Work on Preliminary Injunction Memo | 2.30<br>530.00/hr | 1,219.00 |
|  | CLY | E-mails from Richard E. Coleson regarding standardizing language | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Work on complaint | 1.40<br>310.00/hr | 434.00 |
|  | CLY | Review retainer agreement | 0.30<br>310.00/hr | 93.00 |
|  | CLY | Review sample motion to consolidate | 0.30<br>310.00/hr | 93.00 |
|  | CLY | Format Motion to Consolidate | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog regarding Motion to Consolidate and other issues | 0.30<br>310.00/hr | 93.00 |
|  | JB | Review draft Preliminary Injunction brief | 1.10<br>630.00/hr | 693.00 |
|  | JB | E-mail exchange with Richard E. Coleson regarding argument for brief | 0.20<br>630.00/hr | 126.00 |
| 4/20/2020 | REC | E-mail to James Bopp, Jr. regarding Preliminary Injunction Memorandum | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mails with Corrine L. Youngs regarding exhibits for counties | 0.10<br>530.00/hr | 53.00 |

True the Vote, Inc.                                                                                    Page  8

|            |     |                                                                                                          | Hrs/Rate         | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------|------------------|----------|
| 4/20/2020  | REC | E-mails with Corrine L. Youngs regarding suing all counties                                               | 0.10 530.00/hr   | 53.00    |
|            | REC | Lexis research regarding U. S. Constitution article I, section 4, clause I                                | 0.30 530.00/hr   | 159.00   |
|            | REC | Work on research about safeguards for use in Preliminary Injunction brief                                 | 1.10 530.00/hr   | 583.00   |
|            | REC | E-mails regarding arguments with James Bopp, Jr.                                                          | 0.10 530.00/hr   | 53.00    |
|            | REC | Conference with James Bopp, Jr. regarding case status and needs                                           | 0.10 530.00/hr   | 53.00    |
|            | REC | Legal research in Nevada election law and make briefing notes                                             | 0.50 530.00/hr   | 265.00   |
|            | REC | E-mails with James Bopp, Jr. regarding his review of the Preliminary Injunction brief                     | 0.10 530.00/hr   | 53.00    |
|            | REC | E-mails with Corrine L. Youngs regarding briefing schedule                                                | 0.10 530.00/hr   | 53.00    |
|            | REC | E-mails with Corrine L. Youngs and Amanda L. Narog  regarding exhibits                                    | 0.10 530.00/hr   | 53.00    |
|            | REC | Work on Preliminary Injunction brief                                                                      | 3.40 530.00/hr   | 1,802.00 |
|            | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding Preliminary Injunction schedule and case logistics and needs | 0.30 530.00/hr   | 159.00   |
|            | REC | E-mail from local counsel regarding pro hac vice needs; scan certificate of good standing and send with email for possible use | 0.20 530.00/hr   | 106.00   |

True the Vote, Inc.                                                                          Page  9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2020 | REC | E-mails with James Bopp, Jr. regarding two cases and Clark County ad regarding voting plan | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails regarding pro hac vice application and service issue | 0.10 530.00/hr | 53.00 |
|  | REC | Work on Preliminary Injunction brief and circulate it to BLF lawyers with comments | 3.70 530.00/hr | 1,961.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding tasks, prepare for call | 0.50 300.00/hr | 150.00 |
|  | AN | Phone Conference with Corrine L. Youngs and Richard E. Coleson regarding timing of expedited briefing | 0.40 300.00/hr | 120.00 |
|  | AN | Review complaint, reorganize exhibits, send to James Bopp, Jr. | 1.60 300.00/hr | 480.00 |
|  | CLY | E-mail with David regarding retainer | 0.20 310.00/hr | 62.00 |
|  | CLY | Work on complaint | 1.00 310.00/hr | 310.00 |
|  | CLY | E-mail exchange with Richard E. Coleson regarding county notices | 0.20 310.00/hr | 62.00 |
|  | CLY | Format Motion to Consolidate | 1.70 310.00/hr | 527.00 |
|  | CLY | Work on Motion to Expedite; emails regarding schedule; IM with Richard E. Coleson regarding schedule; calculate absentee ballot deadline and other deadlines, etc. | 1.10 310.00/hr | 341.00 |
|  | CLY | E-mails regarding date of mailing ballots; defendants, etc. | 0.30 310.00/hr | 93.00 |

True the Vote, Inc.                                                                    Page 10

|            |     |                                                                                 | Hrs/Rate | Amount |
|------------|-----|---------------------------------------------------------------------------------|----------|--------|
| 4/20/2020  | CLY | Conference with Amanda L. Narog regarding division of work                      | 0.20 310.00/hr | 62.00 |
|            | CLY | E-mails with Richard E. Coleson regarding date; exhibits                        | 0.40 310.00/hr | 124.00 |
|            | CLY | E-mails with local counsel with filing goal and Certificate of Good Standing    | 0.30 310.00/hr | 93.00 |
|            | CLY | Conference with Amanda L. Narog and Richard E. Coleson regarding schedule and Certificate of Good Standing | 0.40 310.00/hr | 124.00 |
|            | CLY | Work on complaint                                                                | 1.10 310.00/hr | 341.00 |
|            | CLY | Conference with Amanda L. Narog regarding status of complaint; motions; proposed orders | 0.20 310.00/hr | 62.00 |
|            | JB  | E-mail exchange with Richard E. Coleson regarding revision of Preliminary Injunction brief | 0.40 630.00/hr | 252.00 |
|            | JB  | Phone conference with associates regarding tasks                                | 1.00 630.00/hr | 630.00 |
|            | JB  | Review revised Preliminary Injunction brief                                     | 0.60 630.00/hr | 378.00 |
|            | JB  | Review several new court decisions                                              | 1.00 630.00/hr | 630.00 |
| 4/21/2020  | REC | Review multiple emails from James Bopp, Jr. and respond                         | 0.30 530.00/hr | 159.00 |
|            | REC | Revise Preliminary Injunction brief per James Bopp, Jr. request                 | 2.00 530.00/hr | 1,060.00 |

True the Vote, Inc.                                                          Page 11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2020 | REC | E-mails with Corrine L. Youngs regarding case needs | 0.10 530.00/hr | 53.00 |
|  | REC | Work on Preliminary Injunction brief; help with complaint | 0.80 530.00/hr | 424.00 |
|  | REC | E-mail from James Bopp, Jr. with link to article to U. S. Supreme Court decision in recent RNC case; review same for use in briefing | 0.40 530.00/hr | 212.00 |
|  | REC | Work on Preliminary Injunction brief and save as final draft; email to James Bopp, Jr., Corrine L. Youngs and Amanda L. Narog regarding same | 0.50 530.00/hr | 265.00 |
|  | REC | Legal research on Lexis regarding U. S. Constitution article I, section 4 | 0.60 530.00/hr | 318.00 |
|  | REC | E-mails regarding pro hac vice application issues and review sent forms | 0.20 530.00/hr | 106.00 |
|  | REC | Fill out pro hac vice application and visit notary to execute same; scan and send same to local counsel for review | 1.50 530.00/hr | 795.00 |
|  | REC | Monitor copies of emails from local counsel and rim counsel regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | Texts with Corrine L. Youngs regarding posting documents to firm website for public access | 0.10 530.00/hr | 53.00 |
|  | REC | Lexis research regarding U. S. Constitution Article I, section 4; work on argument for briefing | 1.50 530.00/hr | 795.00 |
|  | REC | Review research and work on argument regarding Article I, section 4 | 0.40 530.00/hr | 212.00 |

True the Vote, Inc.                                                                    Page 12

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/21/2020 AN | | Phone Conference with Corrine L. Youngs regarding various emails, outstanding facts needed; changes to complaint | 0.30 300.00/hr | 90.00 |
| | AN | Continue to draft Motion to Consolidate; research consolidation cases for standard | 1.10 300.00/hr | 330.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding sufficiency of voter information | 0.40 300.00/hr | 120.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding needed citation in compliant; review additions | 0.60 300.00/hr | 180.00 |
| | AN | Review motion to expedite; research for case law | 0.80 300.00/hr | 240.00 |
| | AN | Phone conference with James Bopp, Jr. regarding legal citations needed in second count | 0.20 300.00/hr | 60.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding James Bopp, Jr.'s call; finalize and pdf Motion to Consolidate | 0.60 300.00/hr | 180.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding keeping an eye on email; download and save documents filed | 0.40 300.00/hr | 120.00 |
| | CLY | Multiple emails with James Bopp, Jr., Richard E. Coleson, and David regarding revisions to the complaint; timeline; plaintiffs, verifications, terminology for case, research, etc. | 1.20 310.00/hr | 372.00 |
| | CLY | Make edits to complaint; conference with Amanda L. Narog regarding tasks | 2.20 310.00/hr | 682.00 |
| | CLY | Work on motion to expedite | 0.50 310.00/hr | 155.00 |

True the Vote, Inc.                                                                      Page 13

|           |     |                                                                  | Hrs/Rate        | Amount  |
|-----------|-----|------------------------------------------------------------------|-----------------|---------|
| 4/21/2020 | CLY | E-mail exchange with David regarding verification and voters     | 0.50 310.00/hr  | 155.00  |
|           | CLY | Work on plaintiffs in complaint and other documents              | 0.60 310.00/hr  | 186.00  |
|           | CLY | Work on Motion to Expedite                                       | 0.40 310.00/hr  | 124.00  |
|           | CLY | Work on finalizing documents                                     | 0.70 310.00/hr  | 217.00  |
|           | CLY | E-mail regarding pro hac vice                                    | 0.20 310.00/hr  | 62.00   |
|           | CLY | Edits to pleadings based on James Bopp, Jr.'s suggestions; finalize documents | 1.40 310.00/hr | 434.00  |
|           | CLY | Multiple emails regarding filing; link to website; etc.          | 0.40 310.00/hr  | 124.00  |
|           | JB  | Review draft Preliminary Injunction brief; email exchange regarding change | 0.70 630.00/hr | 441.00  |
|           | JB  | Review draft complaint; email exchange about change              | 1.10 630.00/hr  | 693.00  |
|           | JB  | Numerous email exchanges with local counsel                      | 0.70 630.00/hr  | 441.00  |
|           | JB  | E-mail exchange with Corrine L. Youngs regarding Motion to Expedite | 0.30 630.00/hr | 189.00  |
|           | JB  | E-mail exchange regarding Voter Plaintiffs                       | 0.40 630.00/hr  | 252.00  |
|           | JB  | Review final draft of Complaint and Preliminary Injunction brief | 1.20 630.00/hr  | 756.00  |

True the Vote, Inc.                                                                          Page 14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2020 | JB | Review final draft of Motion to Expedite and Motion to Consolidate | 0.60 630.00/hr | 378.00 |
| | JB | Review final pleading | 0.50 630.00/hr | 315.00 |
| | JB | Numerous email exchanges regarding next steps | 0.80 630.00/hr | 504.00 |
| | JB | Phone conference with Catherine regarding filing | 0.30 630.00/hr | 189.00 |
| 4/22/2020 | REC | Multiple emails from court; review standing orders; correct clerks email address for James Bopp, Jr.; emails from local counsel regarding case | 0.60 530.00/hr | 318.00 |
| | REC | Phone call from James Bopp, Jr. regarding supplemental briefing for motion to expedite | 0.30 530.00/hr | 159.00 |
| | REC | Prepare draft of the supplemental briefing; send to James Bopp, Jr. for review | 3.50 530.00/hr | 1,855.00 |
| | REC | Phone conference with James Bopp, Jr. regarding supplemental brief | 0.10 530.00/hr | 53.00 |
| | REC | E-mail to local counsel with supplemental brief for filing | 0.10 530.00/hr | 53.00 |
| | REC | Monitor for emails regarding filing; check docket for filing of supplemental brief; email to James Bopp, Jr., Corrine L. Youngs, and Amanda L. Narog regarding same | 0.30 530.00/hr | 159.00 |
| | AN | Phone Conference with Corrine L. Youngs regarding posting case on site, emailing voters | 0.20 300.00/hr | 60.00 |

True the Vote, Inc.

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2020 | AN | Calls with 3 voters for supplemental briefing; call with Carter; draft declarations to address when they knew | 2.30 300.00/hr | 690.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding declarations; plan for drafting (2x) | 0.60 300.00/hr | 180.00 |
|  | CLY | E-mail regarding voters | 0.20 310.00/hr | 62.00 |
|  | CLY | E-mail regarding conference call | 0.20 310.00/hr | 62.00 |
|  | CLY | Work on pro hac vice | 0.60 310.00/hr | 186.00 |
|  | CLY | Draft email to voters | 0.30 310.00/hr | 93.00 |
|  | CLY | Get pro hac vice notarized | 0.60 310.00/hr | 186.00 |
|  | CLY | E-mails from Court | 0.20 310.00/hr | 62.00 |
|  | CLY | Call from James Bopp, Jr. regarding research to do for supplemental briefing | 0.20 310.00/hr | 62.00 |
|  | CLY | Call Richard E. Coleson regarding research | 0.20 310.00/hr | 62.00 |
|  | CLY | Research regarding Expedited Motion denied makes Preliminary Injunction appealable | 1.50 310.00/hr | 465.00 |
|  | CLY | Conference with Richard E. Coleson regarding research; discuss affidavits from voters | 0.20 310.00/hr | 62.00 |
|  | CLY | Call voters and David O'Mara | 0.30 310.00/hr | 93.00 |

True the Vote, Inc.                                                                    Page 16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2020 | CLY | Review affidavit; call last voter; email Richard E. Coleson regarding absentee ballot | 0.50 310.00/hr | 155.00 |
|  | CLY | E-mail regarding absentee ballot statute; respond | 0.20 310.00/hr | 62.00 |
|  | CLY | Edit declarations and resend | 0.20 310.00/hr | 62.00 |
|  | CLY | Review Court Order on Motion to Expedite and briefing schedule | 0.30 310.00/hr | 93.00 |
|  | JB | Review Judge's Order regarding Expedition; phone conference with Richard E. Coleson regarding response; review emails from local counsel | 0.70 630.00/hr | 441.00 |
|  | JB | Phone conference with Corrine L. Youngs regarding response to order; email exchange regarding response to Order; review draft of response, approve | 0.90 630.00/hr | 567.00 |
|  | JB | Numerous email exchanges regarding response; phone conference with Richard E. Coleson regarding response; review draft response | 1.10 630.00/hr | 693.00 |
|  | JB | Review Court Order; email associates | 0.30 630.00/hr | 189.00 |
| 4/23/2020 | REC | Review multiple emails from local counsel and James Bopp, Jr. and court; review order | 0.20 530.00/hr | 106.00 |
|  | CLY | E-mail regarding notice to Court | 0.20 310.00/hr | 62.00 |
| 4/24/2020 | REC | E-mail from O'Mara with Thorley Declaration; review same | 0.20 530.00/hr | 106.00 |

True the Vote, Inc.                                                                                  Page 17

|            |     |                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 4/24/2020  | REC | E-mails with Corrine L. Youngs regarding case needs and plans                                                 | 0.20<br>530.00/hr | 106.00 |
|            | CLY | Draft notice to Court; emails from James Bopp, Jr.; call James Bopp, Jr.                                      | 0.90<br>310.00/hr | 279.00 |
|            | CLY | Check/review docket                                                                                          | 0.20<br>310.00/hr | 62.00  |
|            | CLY | Edits to notice based on James Bopp, Jr.'s suggestion; finalize and send to David to file                     | 0.50<br>310.00/hr | 155.00 |
|            | RC  | Research issue of U. S. Postal Service problems delivering mail-in ballots in Wisconsin election; draft preliminary module on same | 1.50<br>240.00/hr | 360.00 |
|            | RC  | Research logistical problems of election officials handling volume of mail-in ballot requests                | 1.00<br>240.00/hr | 240.00 |
|            | JB  | Review draft notice to Court; email exchange with Corrine L. Youngs; phone conference with Corrine L. Youngs  | 0.60<br>630.00/hr | 378.00 |
| 4/25/2020  | RC  | Research issue of U. S. Postal Service problems delivering mail-in ballots in Wisconsin election; draft module on same | 2.50<br>240.00/hr | 600.00 |
|            | RC  | Research logistical problems of election officials handling volume of mail in ballot requests; draft module on same | 2.50<br>240.00/hr | 600.00 |
| 4/26/2020  | RC  | Draft module on logistical problems of election officials handling volume of mail-in ballot request          | 1.50<br>240.00/hr | 360.00 |
|            | RC  | Research issue of perceived and actual potential for fraud in mail-in voting; draft module on same           | 3.00<br>240.00/hr | 720.00 |

True the Vote, Inc.                                                                 Page 18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2020 | REC | E-mail with opposition to our Preliminary Injunction Motions and print for review | 0.10 530.00/hr | 53.00 |
|  | REC | E-mail from local counsel with pro hac vice approval and register for ECF | 0.20 530.00/hr | 106.00 |
|  | REC | E-mail with Corrine L. Youngs regarding responding to opposition to our Preliminary Injunction Motion | 0.10 530.00/hr | 53.00 |
|  | REC | Review and annotate Washoe County's Preliminary Injunction opposition, make briefing notes regarding counter | 1.80 530.00/hr | 954.00 |
|  | REC | Get 239 F. Supp. 757 and Shepardize for standing cases | 0.30 530.00/hr | 159.00 |
|  | REC | Review standing cases in preparation for call | 0.30 530.00/hr | 159.00 |
|  | REC | Review emails from Peggie Vannozi regarding scheduling and consolidation orders | 0.10 530.00/hr | 53.00 |
|  | REC | Review multiple emails from local counsel | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with Amanda L. Narog regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | Review and annotate Secretary of State's Opposition to Preliminary Injunction | 0.60 530.00/hr | 318.00 |
|  | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding briefing Preliminary Injunction Reply | 0.40 530.00/hr | 212.00 |
|  | REC | Work on Preliminary Injunction Reply brief | 4.00 530.00/hr | 2,120.00 |

True the Vote, Inc.                                                    Page 19

|              |      |                                                                                              | Hrs/Rate        | Amount  |
|--------------|------|----------------------------------------------------------------------------------------------|-----------------|---------|
| 4/27/2020    | JB   | Review Preliminary Injunction Opposition from Clerk and Secretary of State                   | 1.20<br>630.00/hr | 756.00  |
|              | JB   | Review proposed Intervention Motion                                                          | 0.50<br>630.00/hr | 315.00  |
|              | JB   | Phone conference with Corrine L. Youngs, Amanda L. Narog, and Richard E. Coleson regarding briefing | 0.50<br>630.00/hr | 315.00  |
|              | JB   | Review two Court Orders                                                                      | 0.30<br>630.00/hr | 189.00  |
|              | JB   | Review proposed Intervention Preliminary Injunction Opposition                              | 1.10<br>630.00/hr | 693.00  |
|              | JB   | Review two Court Orders; email associates                                                   | 0.50<br>630.00/hr | 315.00  |
|              | JB   | Phone conference with Richard E. Coleson, Corrine L. Youngs, and Amanda L. Narog regarding briefing | 0.70<br>630.00/hr | 441.00  |
|              | JB   | Numerous email exchanges with local counsel                                                 | 0.50<br>630.00/hr | 315.00  |
|              | CLY  | E-mail regarding Identification upon Registration                                           | 0.20<br>310.00/hr | 62.00   |
|              | CLY  | Conference with James Bopp, Jr. regarding schedule; next steps                              | 0.20<br>310.00/hr | 62.00   |
|              | CLY  | Register James Bopp, Jr. and Amanda L. Narog                                                | 0.20<br>310.00/hr | 62.00   |
|              | CLY  | Check Docket for other opposition                                                           | 0.20<br>310.00/hr | 62.00   |

True the Vote, Inc.                                                                    Page 20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2020 | CLY | Conference with James Bopp, Jr., Amanda L. Narog and Richard E. Coleson regarding Reply; responding to Intervention; etc. | 0.40 310.00/hr | 124.00 |
|  | CLY | Read Opposition to Preliminary Injunction | 1.00 310.00/hr | 310.00 |
|  | CLY | Read portions of Democratic National Committee Intervention Motion | 0.30 310.00/hr | 93.00 |
|  | CLY | Read Lampkin case for standing issues | 0.30 310.00/hr | 93.00 |
|  | CLY | Format/organize Reply | 0.50 310.00/hr | 155.00 |
|  | CLY | Conference with Amanda L. Narog regarding Intervention | 0.20 310.00/hr | 62.00 |
|  | CLY | Conference with Amanda L. Narog and Richard E. Coleson regarding oppositions and division of work | 0.40 310.00/hr | 124.00 |
|  | CLY | Conference with Amanda L. Narog regarding division of brief | 0.30 310.00/hr | 93.00 |
|  | CLY | Work on brief | 0.40 310.00/hr | 124.00 |
|  | RC | Research instances of election fraud and mechanisms used to effect fraud; draft module on same | 3.50 240.00/hr | 840.00 |
|  | AN | Videoconference with James Bopp, Jr., Richard E. Coleson and Corrine L. Youngs regarding reply | 0.60 300.00/hr | 180.00 |

True the Vote, Inc.                                                                            Page 21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2020 | AN | Start to format Response to Intervention; phone conference with Corrine L. Youngs regarding division of labor; read response and discuss with Corrine L. Youngs | 2.20 300.00/hr | 660.00 |
|  | AN | E-mail to Richard E. Coleson regarding conference on Response issues; read Response | 0.20 300.00/hr | 60.00 |
|  | AN | Read Motion for Intervention to note interests; research standard | 0.40 300.00/hr | 120.00 |
|  | AN | Conference with Richard E. Coleson and Corrine L. Youngs regarding plan for drafting Reply | 0.30 300.00/hr | 90.00 |
| 4/28/2020 | REC | Work on Preliminary Injunction opposition brief | 2.60 530.00/hr | 1,378.00 |
|  | REC | E-mails with Corrine L. Youngs regarding briefing | 0.10 530.00/hr | 53.00 |
|  | REC | Finish draft of Part II.A. I of the Preliminary Injunction reply and circulate with comments | 1.40 530.00/hr | 742.00 |
|  | REC | Phone Conference with Corrine L. Youngs and Amanda L. Narog regarding arguments and briefing needs | 0.20 530.00/hr | 106.00 |
|  | REC | Revise Part II.A. I reduce pages; email from and to local counsel | 1.90 530.00/hr | 1,007.00 |
|  | REC | E-mails with Corrine L. Youngs regarding page length and briefing needs | 0.10 530.00/hr | 53.00 |
|  | REC | Prepare and send module regarding Purcell Principle to Corrine L. Youngs | 0.70 530.00/hr | 371.00 |
|  | REC | Monitor multiple emails with James Bopp, Jr. and local and opposing counsel | 0.10 530.00/hr | 53.00 |

True the Vote, Inc.                                                                    Page 22

|            |     |                                                                 | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------|-----------------|--------|
| 4/28/2020  | REC | E-mail from court administrator and check information regarding hearing | 0.10<br>530.00/hr | 53.00  |
|            | REC | Revise Preliminary Injunction Reply and return to Corrine L. Youngs and Amanda L. Narog | 0.50<br>530.00/hr | 265.00 |
|            | REC | E-mails with Corrine L. Youngs regarding filing issue | 0.10<br>530.00/hr | 53.00  |
|            | REC | E-mail from James Bopp, Jr. approving Preliminary Injunction Reply | 0.10<br>530.00/hr | 53.00  |
|            | REC | Texts with Corrine L. Youngs regarding filing of Preliminary Injunction Reply | 0.10<br>530.00/hr | 53.00  |
|            | CLY | E-mails regarding formulating responses; Intervention; Purcell Section, etc. | 0.30<br>310.00/hr | 93.00  |
|            | CLY | Work on brief | 2.20<br>310.00/hr | 682.00 |
|            | CLY | Work on brief; multiple conferences with Amanda L. Narog on arguments; check rules; conference with Richard E. Coleson regarding length limits; cut brief down | 3.00<br>310.00/hr | 930.00 |
|            | CLY | Work on brief; formatting; email opposing counsel regarding stipulation | 1.50<br>310.00/hr | 465.00 |
|            | CLY | Work on brief; email exchange with intervenors; send brief to James Bopp, Jr.; emails regarding filing | 1.40<br>310.00/hr | 434.00 |
|            | CLY | E-mails regarding finalizing brief | 0.20<br>310.00/hr | 62.00  |
|            | CLY | Finalize file | 0.40<br>310.00/hr | 124.00 |

True the Vote, Inc.                                                                              Page 23

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2020 | RC | Research issue of lack of spike in coronavirus cases after Wisconsin in-person voting, draft module on same | 3.00 240.00/hr | 720.00 |
|  | AN | Work on drafting Part I | 2.30 300.00/hr | 690.00 |
|  | AN | Multiple phone conferences with Corrine L. Youngs regarding statutes, drafting issues | 1.00 300.00/hr | 300.00 |
|  | AN | Send section to Corrine L. Youngs; draft additional paragraph for section; review for other additions | 1.00 300.00/hr | 300.00 |
|  | AN | Review full brief and edit; phone conference with Corrine L. Youngs regarding finalizing and filing; pdf brief after additional edits; create certificate of service and look up rules for mail service; create final filable document | 1.50 300.00/hr | 450.00 |
|  | AN | Save pdf of filing to file; save Pro hac vice filing to file; email to James Bopp, Jr. | 0.40 300.00/hr | 120.00 |
|  | JB | Review draft of sections of brief | 0.50 630.00/hr | 315.00 |
|  | JB | Review email exchange regarding Reply | 0.30 630.00/hr | 189.00 |
|  | JB | Review Order granting Intervention to DNC | 0.40 630.00/hr | 252.00 |
|  | JB | Review revised scheduling Order | 0.30 630.00/hr | 189.00 |
|  | JB | E-mail exchange regarding voter findings stipulation | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.

Page 24

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2020 | JB | Review Preliminary Injunction Reply; respond | 0.80<br>630.00/hr | 504.00 |
| | JB | Prepare for hearing; review pleadings | 3.50<br>630.00/hr | 2,205.00 |
| | JB | E-mail Mark Elias regarding no Opposition to Intervention | 0.20<br>630.00/hr | 126.00 |
| 4/29/2020 | REC | E-mails with James Bopp, Jr. regarding needed resources for his use for hearing | 0.10<br>530.00/hr | 53.00 |
| | REC | Review file and collect and send material for James Bopp, Jr. use at hearing | 1.40<br>530.00/hr | 742.00 |
| | REC | Find and send relevant statutes to James Bopp, Jr. for hearing use; phone conference with James Bopp, Jr. regarding same (.1) | 0.90<br>530.00/hr | 477.00 |
| | REC | Phone calls with James Bopp, Jr. and find and send requested statute | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone call from James Bopp, Jr. regarding absent ballot qualifications | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone conference with James Bopp, Jr. regarding arguments and provisions | 0.30<br>530.00/hr | 159.00 |
| | REC | Phone conference with James Bopp, Jr. regarding mailing precincts | 0.10<br>530.00/hr | 53.00 |
| | REC | Find and send provisions regarding mailing precincts | 0.10<br>530.00/hr | 53.00 |
| | REC | Phone call from James Bopp, Jr. regarding oral argument and ideas for briefing | 0.30<br>530.00/hr | 159.00 |
| | CLY | E-mail regarding service | 0.20<br>310.00/hr | 62.00 |

True the Vote, Inc.                                                                Page 25

|              |     |                                                                                      | Hrs/Rate          | Amount   |
|--------------|-----|--------------------------------------------------------------------------------------|-------------------|----------|
| 4/29/2020    | CLY | Send brief to Courtney E. Milbank                                                     | 0.20<br>310.00/hr | 62.00    |
|              | CLY | Phone call with David regarding intervenors                                          | 0.30<br>310.00/hr | 93.00    |
|              | CLY | Review Opposition to Preliminary Injunction; conference with James Bopp, Jr. regarding Opposition | 0.40<br>310.00/hr | 124.00   |
|              | CLY | E-mail from Bryan regarding pro hac vice; Register myself                             | 0.20<br>310.00/hr | 62.00    |
|              | JB  | Review briefing for Nevada Statutes to read                                          | 0.50<br>630.00/hr | 315.00   |
|              | JB  | E-mail exchange with Richard E. Coleson regarding case and statutes                  | 0.40<br>630.00/hr | 252.00   |
|              | JB  | Prepare for hearing; numerous phone conferences with Richard E. Coleson regarding statutes; review statutes and pleading | 0.40<br>630.00/hr | 252.00   |
|              | JB  | Attend hearing by phone                                                              | 2.50<br>630.00/hr | 1,575.00 |
|              | JB  | Phone conference with Richard E. Coleson regarding hearing                           | 0.40<br>630.00/hr | 252.00   |
|              | JB  | Numerous emails with local counsel regarding hearing                                 | 0.50<br>630.00/hr | 315.00   |
|              | JB  | Review Order                                                                         | 0.20<br>630.00/hr | 126.00   |
|              | JB  | Phone conference with Catherine                                                      | 0.30<br>630.00/hr | 189.00   |

True the Vote, Inc.                                                                            Page 26

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2020 | JB | Phone calls with Richard E. Coleson regarding finding and sending requested statute | 0.10 630.00/hr | 63.00 |
| | JB | Phone call to Richard E. Coleson regarding absent ballot qualifications | 0.10 630.00/hr | 63.00 |
| | JB | Phone conference with Richard E. Coleson regarding arguments and provisions | 0.30 630.00/hr | 189.00 |
| | JB | Phone conference with Richard E. Coleson regarding mailing precincts | 0.10 630.00/hr | 63.00 |
| | JB | Phone call to Richard E. Coleson regarding oral argument and ideas for briefing | 0.30 630.00/hr | 189.00 |
| 4/30/2020 | REC | Review emails and attachments from local counsel regarding possible supplemental authority; email with James Bopp, Jr. regarding response | 0.50 530.00/hr | 265.00 |
| | REC | Organize multiple articles and cases into a resource page with links for briefing use; organize research materials into a new folder for briefing use; prepare and send email regarding same to firm attorneys | 1.90 530.00/hr | 1,007.00 |
| | REC | Phone call from James Bopp, Jr. regarding Injunction pending appeal preparation | 0.10 530.00/hr | 53.00 |
| | REC | Phone conference with James Bopp, Jr. regarding analytical argument for briefing use | 0.10 530.00/hr | 53.00 |
| | REC | Trouble-Shoot ECF access problem; redo account set up and confirm is set-up; check and download docket | 0.30 530.00/hr | 159.00 |
| | REC | E-mail with local counsel and review | 0.10 530.00/hr | 53.00 |

True the Vote, Inc.                                                                        Page 27

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2020 | REC | E-mail to James Bopp, Jr. regarding email from local counsel | 0.10<br>530.00/hr | 53.00 |
|  | REC | Legal research regarding Federal Rules of Appellate Procedure and Ninth Circuit rules regarding emergency appeals of Preliminary Injunction Motions and prepare document with requirements; get and review examples of similar emergency appeals in Wisconsin case by PACER and put samples in an appeal folder for use | 2.10<br>530.00/hr | 1,113.00 |
|  | REC | Receive Service of Court Order by mail, find and call ECF help desk and work with three persons to get email problem fixed to get ECF Service of documents | 0.30<br>530.00/hr | 159.00 |
|  | REC | Legal research regarding prudential standing doctrine | 1.00<br>530.00/hr | 530.00 |
|  | REC | Review and annotate district court order denying Preliminary Injunction; make briefing and analysis notes | 1.30<br>530.00/hr | 689.00 |
|  | CLY | E-mail from David regarding supplement | 0.20<br>310.00/hr | 62.00 |
|  | CLY | E-mails regarding pleadings; conference Amanda L. Narog | 0.20<br>310.00/hr | 62.00 |
|  | AN | E-mails regarding pleadings; phone conference with Corrine L. Youngs regarding same | 0.20<br>300.00/hr | 60.00 |
|  | JB | Review Judges Order regarding denying Preliminary Injunction | 0.90<br>630.00/hr | 567.00 |

**For professional services rendered**                    **220.20**      **$99,724.00**

True the Vote, Inc.                                                                          Page 28

**Additional charges:**

| | | Qty/Price | Amount |
|---|---|---|---|
| 4/17/2020 | Cost advanced for LexisNexis computer assisted legal research--research accelerated trial | 13<br>$3.00 | 39.00 |
| 4/20/2020 | Cost advanced for LexisNexis computer assisted legal research--get 697 F. 3d 423 and Shepardize | 15<br>$3.00 | 45.00 |
| 4/21/2020 | Cost advanced for LexisNexis computer assisted legal research--find new citations for slip opinions for Preliminary Injunction brief | 18<br>$3.00 | 54.00 |
| | Cost advanced for LexisNexis computer assisted legal research--search for appellate history for 2020 U. S. District Lexis 57918 in 7th Circuit | 9<br>$3.00 | 27.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research Motion to Expedite | 25<br>$3.00 | 75.00 |
| 4/22/2020 | Cost advanced for LexisNexis computer assisted legal research--research regarding U. S. Constitution, Article. I, Section 4, Clause I | 35<br>$3.00 | 105.00 |
| | Cost advanced for LexisNexis computer assisted legal research--legal research regarding U. S. Constitution, Article. I, Section 4, Clause I | 84<br>$3.00 | 252.00 |
| | Cost advanced for LexisNexis computer assisted legal research--denial of Preliminary Injunction with Motion to Expedite | 30<br>$3.00 | 90.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research Preliminary Injunction denied; appeal | 7<br>$3.00 | 21.00 |
| 4/25/2020 | Cost advanced for LexisNexis computer assisted legal research--research background of Constitutional right to vote | 30<br>$3.00 | 90.00 |

True the Vote, Inc.

Page 29

| | | Qty/Price | Amount |
|---|---|---|---|
| 4/26/2020 | Cost advanced for LexisNexis computer assisted legal research--research litigation from Wisconsin election | 60 $3.00 | 180.00 |
| 4/27/2020 | Cost advanced for LexisNexis computer assisted legal research--get and Shepardize 239 F. Supp. 757 | 5 $3.00 | 15.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research significantly protectable interest | 5 $3.00 | 15.00 |
| 4/28/2020 | Cost advanced for LexisNexis computer assisted legal research--Shepardize 531 U. S. 98 | 3 $3.00 | 9.00 |
| | Cost advanced for LexisNexis computer assisted legal research--research major case law of voting rights | 30 $3.00 | 90.00 |

| | | |
|---|---|---|
| **Total costs** | | **$1,107.00** |
| **Total amount of this bill** | | **$100,831.00** |
| 5/21/2020  Payment - thank you--Wire Transfer dated 05-21-20--361561 | | ($1,597.00) |
| **Total payments and adjustments** | | **($1,597.00)** |
| **Balance due** | | **$99,234.00** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Amanda L. Narog | 23.40 | 300.00 | $7,020.00 |
| Corrine L. Youngs | 46.30 | 310.00 | $14,353.00 |
| Corrine L. Youngs | 1.30 | 0.00 | $0.00 |
| Richard E. Coleson | 84.30 | 530.00 | $44,679.00 |
| Robert Citak | 18.50 | 240.00 | $4,440.00 |
| James Bopp, Jr. | 46.40 | 630.00 | $29,232.00 |