# Exhibit 45
# TTV NV Federal Litigation Invoice
# 2020-0728

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434  Facsimile 812/235-3685
www.bopplaw.com

INVOICE
July 28, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Litigation--NV--Fed

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2020 | JB | Review Corrine L. Youngs email regarding Motions Panel | 0.20 630.00/hr | 126.00 |
|  | JB | Review Order granting extension | 0.20 630.00/hr | 126.00 |
|  | CLY | Look up motion panel; email James Bopp, Jr. | 0.30 310.00/hr | 93.00 |
|  | CLY | Conference with James Bopp, Jr. regarding next steps; responding to Motion to Dismiss | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.            Page 2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2020 | CLY | Review Motions to Dismiss | 1.30<br>310.00/hr | 403.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding plan for briefing reply | 0.10<br>300.00/hr | 30.00 |
|  | AN | Phone Conference with Corrine L. Youngs regarding briefing to review, plan | 0.30<br>300.00/hr | 90.00 |
|  | JB | Conference with Corrine L. Youngs regarding next steps | 0.20<br>630.00/hr | 126.00 |
| 6/2/2020 | JB | E-mail exchange regarding no appeal | 0.30<br>630.00/hr | 189.00 |
|  | CLY | E-mail exchange regarding appeal, etc. | 0.30<br>310.00/hr | 93.00 |
|  | AN | E-mails from Virgil and local counsel | 0.30<br>300.00/hr | 90.00 |
| 6/4/2020 | CLY | Review emails regarding Nevada status | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Review email from reporter in Nevada | 0.20<br>310.00/hr | 62.00 |
|  | CLY | E-mail concerning ballot issues and mail service | 0.20<br>310.00/hr | 62.00 |
|  | CLY | Review email and case from 5th circuit, *TX Dem. party v. Abbott* | 0.60<br>310.00/hr | 186.00 |
| 6/9/2020 | CLY | E-mail from Virgil regarding election day ballot requests | 0.20<br>310.00/hr | 62.00 |
| 6/11/2020 | JB | Review article regarding Clark County and several clerks | 0.30<br>630.00/hr | 189.00 |

True the Vote, Inc.  Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2020 | AN | Review article from local counsel regarding Clark County | 0.40 300.00/hr | 120.00 |
| 6/12/2020 | CLY | Review article regarding deciding Nevada November process | 0.30 310.00/hr | 93.00 |
| 6/15/2020 | REC | Review and annotate part of Intervenors' Dismissal Motion; make briefing notes; consider approach to motions to dismiss | 1.80 530.00/hr | 954.00 |
| | REC | Conference with James Bopp, Jr. regarding case status and needs and arguments | 0.10 530.00/hr | 53.00 |
| | JB | Review Intervenors' Motion to Dismiss; conference call with Richard E. Coleson | 0.90 630.00/hr | 567.00 |
| 6/16/2020 | REC | Work on opposition to dismissal motions | 0.90 530.00/hr | 477.00 |
| | REC | Review and annotate multiple filed documents in case file, including dismissal briefs and Preliminary Injunction briefing; work on arguments for opposing dismissal | 3.80 530.00/hr | 2,014.00 |
| 6/17/2020 | REC | Legal research and work on opposition to dismissal motions | 2.20 530.00/hr | 1,166.00 |
| | REC | Work on opposition to intervenor-defendants' dismissal motion | 4.20 530.00/hr | 2,226.00 |
| 6/18/2020 | REC | Work on opposition to intervenor-defendants' dismissal motion | 2.00 530.00/hr | 1,060.00 |
| | REC | Work on opposition to intervenor-defendants' dismissal motion and legal research on WestLaw regarding mootness | 4.40 530.00/hr | 2,332.00 |
| 6/19/2020 | REC | Review and annotate recent decision in *Nemes v. Bensinger,* review and annotate part of 902 F. 3rd 1294 regarding mootness for candidate and make | 2.20 530.00/hr | 1,166.00 |

True the Vote, Inc.                                                                                                    Page   4

|            |     |                                                                                                                                                                                                        | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
|            |     | briefing notes; research election results for Gary Gladwill; consider mootness for briefing this case                                                                                                  |                   |           |
| 6/19/2020  | REC | Finish review and annotation of 902 F. 3rd 1294 and dissent; make briefing notes regarding mootness cases and standards; review and annotate relevant discussions of mootness in multiple Supreme Court and 9th Circuit cases | 2.30 530.00/hr   | 1,219.00  |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                                                                                                                    | 1.20 530.00/hr    | 636.00    |
| 6/22/2020  | REC | E-mail from local counsel regarding article concerning plans for November election                                                                                                                     | 0.10 530.00/hr    | 53.00     |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                                                                                                                    | 0.70 530.00/hr    | 371.00    |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                                                                                                                    | 4.20 530.00/hr    | 2,226.00  |
| 6/23/2020  | REC | Work on opposition to Intervenors' dismissal opposition                                                                                                                                                | 3.70 530.00/hr    | 1,961.00  |
|            | REC | Review emails from local counsel and James Bopp, Jr.                                                                                                                                                   | 0.10 530.00/hr    | 53.00     |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                                                                                                                    | 1.90 530.00/hr    | 1,007.00  |
| 6/24/2020  | REC | Work on opposition to Intervenors' dismissal opposition                                                                                                                                                | 1.40 530.00/hr    | 742.00    |
|            | REC | Work on opposition to Intervenors' dismissal opposition                                                                                                                                                | 1.40 530.00/hr    | 742.00    |
|            | REC | Work on opposition to Intervenors' dismissal opposition                                                                                                                                                | 3.90 530.00/hr    | 2,067.00  |

True the Vote, Inc.                                                                                      Page   5

|            |     |                                                                                                                   | Hrs/Rate        | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 6/25/2020  | REC | Work on opposition to Intervenors' dismissal motion                                                               | 4.30 530.00/hr  | 2,279.00   |
| 6/26/2020  | REC | Work on opposition to Intervenors' dismissal motion                                                               | 1.70 530.00/hr  | 901.00     |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                               | 4.00 530.00/hr  | 2,120.00   |
| 6/29/2020  | REC | Review and annotate part of *Mecinas v. Hobbs* (D AZ 20)                                                          | 0.30 530.00/hr  | 159.00     |
|            | REC | Finish review and annotation of Mecinas decision; make briefing notes; work on opposition to Intervenors' dismissal motion | 1.50 530.00/hr  | 795.00     |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                               | 2.50 530.00/hr  | 1,325.00   |
| 6/30/2020  | REC | Review and annotate part of *Luft v. Evers* (7th Circuit); work on opposition to Intervenors' dismissal motion    | 1.10 530.00/hr  | 583.00     |
|            | REC | Work on opposition to Intervenors' dismissal motion, including WestLaw research                                   | 4.80 530.00/hr  | 2,544.00   |
|            | REC | Work on opposition to Intervenors' dismissal motion                                                               | 2.00 530.00/hr  | 1,060.00   |

**For professional services rendered**                                                                 71.70         $37,122.00
**Additional charges:**

                                                                                                        Qty/Price

| 6/18/2020 | Cost advanced for WestLaw computer assisted legal research--research mootness exception | 115 $3.00 | 345.00 |

True the Vote, Inc.                                                                                     Page  6

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 6/19/2020 | Cost advanced for WestLaw computer assisted legal research--get 136 S. Ct. 1969 | 2  $3.00 | 6.00 |
| 6/22/2020 | Cost advanced for WestLaw computer assisted legal research--research mootness exception | 26  $3.00 | 78.00 |
| 6/23/2020 | Cost advanced for WestLaw computer assisted legal research--get 484 U.S. 305 | 2  $3.00 | 6.00 |
| 6/30/2020 | Cost advanced for WestLaw computer assisted legal research--get updated version of *Ashcroft v. Iqbal* and search citing materials | 21  $3.00 | 63.00 |

|  |  |
|---|---|
| **Total costs** | **$498.00** |
| **Total amount of this bill** | **$37,620.00** |
| **Previous balance** | **$149,418.50** |
| 7/21/2020  Payment - thank you--Wire Transfer 07-22-2020 | ($7,000.00) |
| **Total payments and adjustments** | **($7,000.00)** |
| **Balance due** | **$180,038.50** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Amanda L. Narog | 1.10 | 300.00 | $330.00 |
| Corrine L. Youngs | 3.80 | 310.00 | $1,178.00 |
| Richard E. Coleson | 64.70 | 530.00 | $34,291.00 |
| James Bopp, Jr. | 2.10 | 630.00 | $1,323.00 |