# Exhibit 46
# TTV NV Federal Litigation Invoice
# 2020-0831

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
August 31, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--NV--Fed

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2020 | REC | Work on opposition to Intervenors' dismissal motion | 2.50 530.00/hr | 1,325.00 |
|  | REC | Work on opposition to dismissal motions and send to James Bopp, Jr. for review | 4.10 530.00/hr | 2,173.00 |
|  | REC | E-mails with Amanda L. Narog regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | E-mail with James Bopp, Jr. regarding case status and needs | 0.10 530.00/hr | 53.00 |

True the Vote, Inc.                                                                                          Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2020 | JB | E-mail with Richard E. Coleson regarding case status and needs | 0.10<br>630.00/hr | 63.00 |
| 7/2/2020 | REC | Proof and edit draft of opposition to dismissal motions | 2.10<br>530.00/hr | 1,113.00 |
|  | REC | E-mails with James Bopp, Jr. regarding his review of the dismissal opposition | 0.10<br>530.00/hr | 53.00 |
|  | REC | Make edits from proofing and James Bopp, Jr. suggestions to opposition to dismissal motions | 1.90<br>530.00/hr | 1,007.00 |
|  | REC | E-mail to Amanda L. Narog regarding case status and needs | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mails with Amanda L. Narog regarding dismissal opposition proofing and filing | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review edited draft from Amanda L. Narog and convert to PDF and check links | 0.50<br>530.00/hr | 265.00 |
|  | REC | E-mails with Amanda L. Narog regarding filing and service issues | 0.10<br>530.00/hr | 53.00 |
|  | REC | ECF notice regarding filing of dismissal opposition; download same | 0.10<br>530.00/hr | 53.00 |
|  | AN | E-mails from James Bopp, Jr. and Richard E. Coleson regarding Motion to Dismiss Response, filing | 0.30<br>300.00/hr | 90.00 |
|  | AN | E-mail Richard E. Coleson regarding review of response; email Richard E. Coleson regarding changes made through Section III; read response and reply | 0.40<br>300.00/hr | 120.00 |
|  | AN | Review Response Motion to Dismiss; revise Certificate of Service; email Richard E. Coleson | 2.10<br>300.00/hr | 630.00 |

True the Vote, Inc.                                                                 Page   3

|            |     |                                                                                      | Hrs/Rate        | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|-----------------|-----------|
| 7/2/2020   | AN  | File Response to Motion to Dismiss                                                   | 0.40 300.00/hr  | 120.00    |
|            | JB  | Review draft Motion to Dismiss; respond to Richard E. Coleson with revisions         | 0.90 630.00/hr  | 567.00    |
| 7/8/2020   | REC | E-mail from local counsel regarding depositions in state case and possible attendance | 0.10 530.00/hr  | 53.00     |
| 7/9/2020   | REC | ECF notice of Secretary's reply on dismissal motion and download and print same      | 0.10 530.00/hr  | 53.00     |
|            | REC | ECF notice of Intervenor's reply on dismissal motion and download and print same     | 0.10 530.00/hr  | 53.00     |
|            | REC | ECF notice regarding Washoe joinder and download same                                | 0.10 530.00/hr  | 53.00     |
|            | JB  | Review Defendants Reply                                                              | 1.10 630.00/hr  | 693.00    |
| 7/31/2020  | JB  | Review Bill in Legislature regarding mail-in-voting                                  | 0.50 630.00/hr  | 315.00    |
|            | JB  | Review Court Order                                                                   | 0.40 630.00/hr  | 252.00    |

**For professional services rendered**                                 18.40       $9,316.00
**Additional charges:**

|            |                                                                                                                               | Qty/Price  |        |
|------------|-------------------------------------------------------------------------------------------------------------------------------|------------|--------|
| 7/2/2020   | Cost advanced for WestLaw computer assisted legal research--get reported version of *Texas Democratic Party v. Abbott* (5th Circuit 2020) | 2 $3.00    | 6.00   |

True the Vote, Inc.                                                                                           Page  4

|                              | Amount       |
|------------------------------|-------------:|
| **Total costs**              | **$6.00**    |
| **Total amount of this bill**| **$9,322.00**|
| **Previous balance**         | **$180,038.50** |
| **Balance due**              | **$189,360.50** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|------|---------:|-----:|-------:|
| Amanda L. Narog | 3.20 | 300.00 | $960.00 |
| Richard E. Coleson | 12.20 | 530.00 | $6,466.00 |
| James Bopp, Jr. | 3.00 | 630.00 | $1,890.00 |