# Exhibit 49
# TTV Audits Invoice 2022-0107

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
January 7, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Prepare letter and statements for audit for 2019 and 2020

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | JPG | E-mail regarding letter for audit, phone conference and email exchange with James Bopp, Jr. | 0.30<br>540.00/hr | 162.00 |
|  | JB | Review Catherine email regarding audit letter; phone conference with Jeffrey P. Gallant regarding response | 0.50<br>850.00/hr | 425.00 |
|  | JB | E-mail exchange with Jeffrey P. Gallant regarding response | 0.30<br>850.00/hr | 255.00 |

True the Vote, Inc.                                                                                                  Page  2

|            |     |                                                                                                                         | Hrs/Rate          | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 11/17/2021 | JPG | Work on supplement to assessment of legal matters, contingencies                                                        | 1.70<br>540.00/hr | NO CHARGE  |
|            | JB  | Review email exchange regarding audit letter                                                                            | 0.30<br>850.00/hr | 255.00     |
| 11/18/2021 | JB  | E-mail exchange with Catherine regarding some concerns and conference call                                              | 0.30<br>850.00/hr | 255.00     |
|            | JB  | Review email exchange regarding audit letter                                                                            | 0.30<br>850.00/hr | 255.00     |
|            | JB  | Review draft response to audit letter; phone conference with Jeffrey P. Gallant regarding revision                      | 0.90<br>850.00/hr | 765.00     |
|            | JPG | Phone conference with James Bopp, Jr. regarding response to audit letter                                                | 0.30<br>540.00/hr | 162.00     |
| 11/19/2021 | JPG | Various conferences with billing associate, work on trust fund accounting, emails with accountants                      | 1.80<br>540.00/hr | 972.00     |
|            | JPG | E-mails with Catherine, various conferences with billing associate, compile and send invoice and payment record for 2019 TTV matters | 1.50<br>540.00/hr | 810.00     |
|            | JB  | Review draft list of payments on matters for audit letter; phone conference with Jeffrey P. Gallant regarding revision  | 0.60<br>850.00/hr | 510.00     |
|            | JB  | Review email exchange with Catherine                                                                                    | 0.30<br>850.00/hr | 255.00     |
|            | JB  | Review email exchange with Auditor and Catherine regarding audit letter                                                 | 0.40<br>850.00/hr | 340.00     |

True the Vote, Inc.                        Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2021 | JB | Review draft payment for Trust Fund in TTV; phone conference with Jeffrey P. Gallant regarding revision | 0.50<br>850.00/hr | 425.00 |
| | JB | Phone conference with Catherine and Melena Siebert regarding audit letter and various matters | 0.70<br>850.00/hr | 595.00 |
| 11/20/2021 | JPG | E-mails, phone conference with James Bopp, Jr., review billing and payment records, calculate amounts owed, edit supplemental letter | 3.40<br>540.00/hr | 1,836.00 |
| 11/30/2021 | JPG | Schedule BlueJeans Videoconference, meeting with auditors | 1.40<br>540.00/hr | 756.00 |

**For professional services rendered**     **15.50**     **$9,033.00**

**Balance due**     **$9,033.00**

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 5.10 | 850.00 | $4,335.00 |
| Jeffrey P. Gallant | 8.70 | 540.00 | $4,698.00 |
| Jeffrey P. Gallant | 1.70 | 0.00 | $0.00 |