# Exhibit 50
# TTV Audits Invoice 2022-0208

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

## INVOICE
February 8, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Prepare letter and statements for audit for 2019 and 2020

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2021 | JB | Review email exchange with auditor regarding additional questions and information | 0.60 850.00/hr | 510.00 |
| 12/20/2021 | JB | E-mail exchange with Jeffrey P. Gallant regarding payment; phone conference with Jeffrey P. Gallant regarding payment | 0.40 850.00/hr | 340.00 |
|  | JB | E-mail exchange with Jeffrey P. Gallant regarding payment; phone conference with Jeffrey P. Gallant regarding payment | 0.30 850.00/hr | 255.00 |

True the Vote, Inc.                                                                                          Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/20/2021 JB | Review final draft of supplemental letter | 0.30<br>850.00/hr | 255.00 |
| | **For professional services rendered** | **1.60** | **$1,360.00** |
| | **Previous balance** | | **$9,033.00** |
| | **Balance due** | | **$10,393.00** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 1.60 | 850.00 | $1,360.00 |