# Exhibit 51
# TTV Ranked Choice Voting Invoice
# 2022-1123

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
November 23, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Research legal challenge to Rank Choice Voting

**Professional Services**

|            |    |                                                                                                          | Hrs/Rate          | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------|-------------------|--------|
| 9/6/2022   | CD | Review email thread forwarded by Jeffrey P. Gallant related to rank choice voting research issue         | 0.50<br>265.00/hr | 132.50 |
| 9/7/2022   | CD | Research Maine District Court ruling on ranked-choice voting                                             | 0.30<br>265.00/hr | 79.50  |
|            | CD | Review appellants' brief in *Dudum v. Arntz* (Maine representative challenge to ranked-choice voting)    | 1.40<br>265.00/hr | 371.00 |
|            | CD | Review court order in *Dudum v. Arntz* (Maine representative challenge to ranked-choice voting)          | 0.80<br>265.00/hr | 212.00 |

True the Vote, Inc.                                                                                    Page 2

|            |     |                                                                                                   | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------|-------------------|--------|
| 9/7/2022   | CD  | Add sections on Maine challenge to memorandum on ranked-choice voting                             | 0.80<br>265.00/hr | 212.00 |
|            | JPG | Read ELS discussion, other materials on ranked choice voting, send with comments to Cassandra Dougherty | 0.80<br>540.00/hr | 432.00 |
| 9/8/2022   | CD  | Research other federal rulings on ranked-choice voting                                            | 0.60<br>265.00/hr | 159.00 |
|            | CD  | Research state supreme court rulings on ranked-choice voting                                      | 0.50<br>265.00/hr | 132.50 |
|            | CD  | Review plaintiffs' brief in Ninth Circuit case on instant run-off voting                          | 1.20<br>265.00/hr | 318.00 |
|            | CD  | Review court decision in Ninth Circuit case on instant run-off voting                             | 0.70<br>265.00/hr | 185.50 |
|            | CD  | Draft memorandum section on Ninth Circuit ruling on instant-run-off voting                        | 0.70<br>265.00/hr | 185.50 |
| 9/12/2022  | CD  | Review research; draft section on implications of ranked-choice voting in Alaska election         | 1.70<br>265.00/hr | 450.50 |
|            | CD  | Draft memorandum section on arguments against ranked-choice voting                                | 0.80<br>265.00/hr | 212.00 |
| 9/13/2022  | CD  | Complete, review, and send ranked-choice memorandum to James Bopp, Jr. for review                 | 1.70<br>265.00/hr | 450.50 |
|            | JB  | Review memo from Cassandra Dougherty in Ranked-Choice Voting and respond with suggested revision  | 0.60<br>850.00/hr | 510.00 |
| 9/22/2022  | CD  | Review constitutional law regarding equal protection and voting rights act for ranked-choice memorandum | 1.50<br>265.00/hr | 397.50 |

True the Vote, Inc.                                                                                         Page   3

|            |    |                                                                                                                      | Hrs/Rate         | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 9/23/2022  | CD | Analyze potential constitutional objections to ranked-choice voting                                                  | 1.80 265.00/hr   | 477.00 |
| 10/4/2022  | CD | Draft memo equal protection section on"one-person, one vote" and equal legislative representation                    | 1.80 265.00/hr   | 477.00 |
|            | CD | Draft memo equal protection section on"one-person, one vote" and equal legislative representation section on ballot exhaustion | 1.40 265.00/hr | 371.00 |
| 10/5/2022  | CD | Draft section on right to cast an effective vote                                                                     | 0.60 265.00/hr   | 159.00 |
|            | CD | Draft section on strict scrutiny                                                                                     | 0.70 265.00/hr   | 185.50 |
|            | CD | Start drafting section on ways RCV places burden on voting rights                                                    | 1.40 265.00/hr   | 371.00 |
| 10/6/2022  | CD | Draft memo section on dilution of votes                                                                              | 1.30 265.00/hr   | 344.50 |
|            | CD | Draft memo section on lack of transparency                                                                           | 0.80 265.00/hr   | 212.00 |
|            | CD | Draft new memo section on ballot exhuastion                                                                          | 0.60 265.00/hr   | 159.00 |
| 10/7/2022  | CD | Draft memo section on Fourteenth Amendment protection against voter disenfranchisement                               | 0.90 265.00/hr   | 238.50 |
|            | CD | Draft memo section on Fifteenth Amendment protection of minority voting strength                                     | 0.70 265.00/hr   | 185.50 |
| 10/17/2022 | CD | Start review of research article "The Legality of Ranked-Choice Voting"                                              | 1.80 265.00/hr   | 477.00 |

True the Vote, Inc.                                                                                          Page  4

|            |     |                                                                                                              | Hrs/Rate         | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------|------------------|------------|
| 10/19/2022 | CD  | Continue review of research article "The Legality of Ranked-Choice Voting"                                   | 0.70 265.00/hr   | 185.50     |
|            | CD  | Work on Ranked-Choice Memorandum to include arguments from research article "The Legality of Ranked-Choice Voting" | 1.70 265.00/hr   | 450.50     |
| 10/21/2022 | CD  | Review email and website forwarded by James Bopp, Jr. related to Alaska Supreme Court and ranked-choice      | 0.30 265.00/hr   | 79.50      |
|            | JB  | Review Alaska decision; email Cassandra Dougherty                                                            | 0.50 850.00/hr   | 425.00     |

For professional services rendered                                                            31.60        $9,237.50

Balance due                                                                                                $9,237.50

### Attorney Summary

| Name               | Hrs/Rate | Rate   | Amount     |
|--------------------|----------|--------|------------|
| Cassandra Dougherty| 29.70    | 265.00 | $7,870.50  |
| James Bopp, Jr.    | 1.10     | 850.00 | $935.00    |
| Jeffrey P. Gallant | 0.80     | 540.00 | $432.00    |