# Exhibit 52
# TTV TX Litigation Invoice
# 2020-1210

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
December 10, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:Litigation--TX

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2020 JB | Review compliant | | 0.60 630.00/hr | 378.00 |
| JB | Phone conference with Catherine | | 0.50 630.00/hr | 315.00 |
| 4/14/2020 JB | Review complaint | | 0.60 630.00/hr | 378.00 |
| JB | E-mail exchange with Brock regarding local counsel | | 0.30 630.00/hr | 189.00 |

True the Vote, Inc.                                                    Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2020 | JB | E-mail exchange with Brock regarding briefing local counsel | 0.30<br>630.00/hr | 189.00 |
| 4/16/2020 | CLY | Search for Texas documents | 0.50<br>310.00/hr | 155.00 |
| 4/20/2020 | CEM | Phone conference with James Bopp, Jr. regarding Texas Amicus Brief | 0.30<br>310.00/hr | 93.00 |
| | JB | Phone conference with Courtney E. Milbank regarding Texas Amicus Brief | 0.30<br>630.00/hr | 189.00 |
| 4/21/2020 | JB | Review District Court Order | 0.50<br>630.00/hr | 315.00 |
| 4/22/2020 | CEM | E-mails with local counsel regarding calls with the Attorney General and pleadings | 0.20<br>310.00/hr | 62.00 |
| | JB | Research regarding "disability" voting | 0.50<br>630.00/hr | 315.00 |
| 8/31/2020 | CEM | Conference with Richard E. Coleson regarding status and update | 0.10<br>310.00/hr | 31.00 |
| | REC | Conference with Courtney E. Milbank regarding status and update | 0.10<br>250.00/hr | 25.00 |

**For professional services rendered**      4.80      **$2,634.00**

**Balance due**      **$2,634.00**

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Corrine L. Youngs | 0.50 | 310.00 | $155.00 |
| Courtney E. Milbank | 0.60 | 310.00 | $186.00 |
| Richard E. Coleson | 0.10 | 250.00 | $25.00 |
| James Bopp, Jr. | 3.60 | 630.00 | $2,268.00 |