# Exhibit 54
# TTV VA Intervention Invoice
# 2020-0710

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
July 10, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Virginia Intervention

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2020 | CEM | E-mails from James Bopp, Jr. regarding documents to TTV; email to Larry regarding the same | 0.20<br>310.00/hr | 62.00 |
|  | CEM | CM/ECF Reply in Support of Opposition | 0.10<br>310.00/hr | 31.00 |
|  | CEM | E-mail exchange with Larry regarding status of case | 0.20<br>310.00/hr | 62.00 |

True the Vote, Inc.                                                                                         Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2020 | CEM | CM/ECF proposed findings by RPV and Reply in Support of Consent Decree | 0.40<br>310.00/hr | 124.00 |
|  | CEM | Read Reply on Intervention | 0.30<br>310.00/hr | 93.00 |
|  | CEM | Read Order on RPV Intervention | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Read Reply in Support of Preliminary Injunction | 0.30<br>310.00/hr | 93.00 |
|  | JB | E-mail to Courtney E. Milbank regarding documents to TTV | 0.10<br>630.00/hr | NO CHARGE |
| 5/3/2020 | CEM | E-mail from court regarding hearing | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Read PILF Amicus | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Read Landmark Amicus | 0.10<br>310.00/hr | 31.00 |
| 5/4/2020 | JPG | E-mail to Scott Thompson, Mark Matney regarding local counsel in TTV.VA | 0.30<br>475.00/hr | NO CHARGE |
|  | CEM | CM/ECF RPV Supplemental Authority | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Work on standing issue | 0.30<br>310.00/hr | 93.00 |
|  | CEM | CM/ECF minutes | 0.10<br>310.00/hr | 31.00 |
| 5/6/2020 | CEM | E-mail exchange with Catherine regarding consent decree | 0.10<br>310.00/hr | 31.00 |

True the Vote, Inc.                                                                                         Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | CEM | E-mail from local counsel regarding final consent decree and memo opinion | 0.10<br>310.00/hr | 31.00 |
| 5/9/2020 | CEM | Phone call from and email to James Bopp, Jr. regarding RPV status in state case; check PACER for Notice of Appeal | 0.20<br>310.00/hr | 62.00 |
|  | JB | Phone call to and email from Courtney E. Milbank regarding RPV status in state case | 0.10<br>630.00/hr | 63.00 |
| 5/11/2020 | JPG | Follow-up regarding Virginia local counsel | 0.20<br>475.00/hr | NO CHARGE |
| 5/26/2020 | REC | Review multiple emails regarding hearing and case issues | 0.10<br>530.00/hr | 53.00 |

| For professional services rendered | 3.80 | $1,046.00 |
|---|---|---|

Additional charges:

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 5/3/2020 |  | Cost advanced for LexisNexis computer assisted legal research--statute review for complaint edits | 3<br>$3.00 | 9.00 |

| Total costs |  | $9.00 |
|---|---|---|
| Total amount of this bill |  | $1,055.00 |
| Previous balance |  | $64,253.00 |
| Balance due |  | $65,308.00 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 3.00 | 310.00 | $930.00 |

True the Vote, Inc.     Page 4

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 0.50 | 0.00 | $0.00 |
| Richard E. Coleson | 0.10 | 530.00 | $53.00 |
| James Bopp, Jr. | 0.10 | 630.00 | $63.00 |
| James Bopp, Jr. | 0.10 | 0.00 | $0.00 |