# Exhibit 58
# TTV FEC Complaint Invoice
# 2022-1020

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
October 20, 2022

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109

In Reference To: Legal Representation regarding FEC Complaint

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2022 | CEM | Review FEC order/statement of reasons | 0.30 365.00/hr | 109.50 |
|  | JPG | Conference with Courtney Turner Milbank regarding explanation regarding MUR 7894 | 0.20 540.00/hr | NO CHARGE |
|  | CEM | Conference with Jeffrey P. Gallant regarding explanation regarding MUR 7894 | 0.20 365.00/hr | NO CHARGE |
| 9/19/2022 | CEM | Forward statement of opinion to client | 0.20 365.00/hr | 73.00 |

True the Vote, Inc. Page 2

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/28/2022  CEM   E-mail from FEC regarding statement of reasons | 0.10<br>365.00/hr | 36.50 |
| **For professional services rendered** | **1.00** | **$219.00** |
| **Previous balance** |  | **$182.50** |
| **Balance due** |  | **$401.50** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 0.60 | 365.00 | $219.00 |
| Courtney E. Milbank | 0.20 | 0.00 | $0.00 |
| Jeffrey P. Gallant | 0.20 | 0.00 | $0.00 |