# Exhibit 60
# TTV VA Federal Case Invoice
# 2020-0710

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

---

INVOICE
July 10, 2020

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Virginia Federal Case

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2020 | JB | E-mail exchange with possible plaintiff | 0.40 630.00/hr | 252.00 |
|  | JB | E-mail exchange with Jeffrey P. Gallant regarding local counsel | 0.30 630.00/hr | 189.00 |
|  | JPG | E-mail exchange with James Bopp, Jr. regarding local counsel | 0.30 475.00/hr | 142.50 |
| 5/4/2020 | CEM | Work on complaint | 0.40 310.00/hr | 124.00 |

True the Vote, Inc.

Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2020 | CEM | Phone calls to potential plaintiffs; email to James Bopp, Jr. regarding the same | 0.30 310.00/hr | 93.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding local counsel | 0.10 310.00/hr | 31.00 |
| | JB | E-mail exchange with potential clients | 0.40 630.00/hr | 252.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding local counsel | 0.10 630.00/hr | 63.00 |
| 5/5/2020 | REC | Review email from James Bopp, Jr. regarding suit in Virginia | 0.10 530.00/hr | 53.00 |
| | REC | Review and refine memo regarding case analysis and claims; work on case theory | 1.10 530.00/hr | 583.00 |
| | REC | Phone conference with Courtney E. Milbank regarding case status, needs, and arguments | 0.60 530.00/hr | 318.00 |
| | REC | Work on complaint | 0.60 530.00/hr | 318.00 |
| | REC | Phone call from James Bopp, Jr. regarding plan for this and other cases | 0.40 530.00/hr | 212.00 |
| | REC | Videoconference with Courtney E. Milbank regarding plans and arguments for this and related TTV cases | 0.40 530.00/hr | 212.00 |
| | REC | Review article regarding mail problems in elections and post to resource page for briefing use | 0.10 530.00/hr | 53.00 |
| | REC | Prepare and send email regarding analysis to Courtney E. Milbank; monitor emails from same regarding needed work and language | 0.40 530.00/hr | 212.00 |

True the Vote, Inc.                                                                        Page  3

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/5/2020 | REC | Work on Preliminary Injunction Memo | 1.70 530.00/hr | 901.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding complaint contents | 0.30 530.00/hr | 159.00 |
|  | REC | Work on Preliminary Injunction Memo | 1.30 530.00/hr | 689.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding case needs and arguments | 0.30 530.00/hr | 159.00 |
|  | REC | Work on complaint; work on Preliminary Injunction Memo | 1.10 530.00/hr | 583.00 |
|  | REC | E-mails with Courtney E. Milbank regarding standing issue | 0.10 530.00/hr | 53.00 |
|  | REC | E-mails with James Bopp, Jr. regarding standing issue | 0.10 530.00/hr | 53.00 |
|  | REC | Review and annotate *Burdick v. Takushi*, 504 U.S. 428 (1992), and *Crawford v. Marion Cty. Election Bd.*, 533 U.S. 181 (2008), as to standing issues | 0.70 530.00/hr | 371.00 |
|  | CEM | E-mails with James Bopp, Jr. regarding local counsel | 0.20 310.00/hr | 62.00 |
|  | CEM | Phone conference with Richard E. Coleson regarding initiating suit | 0.60 310.00/hr | 186.00 |
|  | CEM | Phone conference with local counsel | 0.30 310.00/hr | 93.00 |
|  | CEM | Pull plaintiff contact information, review emails regarding the same, send to local counsel | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                                 Page   4

|              |     |                                                              | Hrs/Rate     | Amount    |
|--------------|-----|--------------------------------------------------------------|--------------|-----------|
| 5/5/2020     | CEM | Review emails from James Bopp, Jr. regarding initiating suit | 0.20 310.00/hr | 62.00 |
|              | CEM | Review local rules to prepare for initiating suit            | 0.30 310.00/hr | 93.00 |
|              | CEM | Draft retainer agreements, send to local counsel             | 0.30 310.00/hr | NO CHARGE |
|              | CEM | Work on complaint; conference with Richard E. Coleson regarding same | 5.50 310.00/hr | 1,705.00 |
|              | CEM | Conference with Richard E. Coleson regarding challenge and next steps | 0.40 310.00/hr | 124.00 |
|              | CEM | Review emails form local counsel to potential plaintiffs     | 0.20 310.00/hr | 62.00 |
|              | CEM | E-mails with local counsel regarding plaintiff issue         | 0.10 310.00/hr | 31.00 |
|              | JB  | E-mail exchange regarding possible plaintiffs                | 0.40 630.00/hr | 252.00 |
|              | JB  | Review email exchanges regarding possible plaintiffs         | 0.30 630.00/hr | 189.00 |
|              | JB  | Numerous email exchanges regarding possible plaintiffs       | 0.40 630.00/hr | 252.00 |
|              | JB  | Review email exchange regarding possible Plaintiffs          | 0.40 630.00/hr | 252.00 |
|              | JB  | E-mail to Richard E. Coleson regarding suit in Virginia      | 0.10 630.00/hr | 63.00 |
|              | JB  | Phone call to Richard E. Coleson regarding plan for this and other cases | 0.40 630.00/hr | 252.00 |

True the Vote, Inc.                                                                      Page  5

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/5/2020 | CEM | Phone conference with Richard E. Coleson regarding case needs and arguments | 0.30 310.00/hr | 93.00 |
|  | CEM | E-mails with Richard E. Coleson regarding standing issue | 0.10 310.00/hr | 31.00 |
|  | JB | E-mails with Richard E. Coleson regarding standing issue | 0.10 630.00/hr | 63.00 |
|  | JB | E-mails with Courtney E. Milbank regarding local counsel | 0.20 630.00/hr | 126.00 |
|  | JB | E-mails to Courtney E. Milbank regarding initiating suit | 0.20 630.00/hr | 126.00 |
| 5/6/2020 | REC | Work on standing theory; review cases regarding same and make notes of ideas | 1.20 530.00/hr | 636.00 |
|  | REC | E-mails with James Bopp, Jr. regarding standing theories | 0.10 530.00/hr | 53.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding case theories and needs | 0.50 530.00/hr | 265.00 |
|  | REC | Prepare list of desired plaintiffs per James Bopp, Jr. request | 0.40 530.00/hr | 212.00 |
|  | REC | E-mails with Courtney E. Milbank regarding needed plaintiffs and adding claim | 0.10 530.00/hr | 53.00 |
|  | REC | E-mail from James Bopp, Jr. with list of desired plaintiffs; review and text edit; circulate to BLF lawyers | 0.20 530.00/hr | 106.00 |
|  | REC | Review part of draft complaint and email to Courtney E. Milbank regarding needed additions | 0.20 530.00/hr | 106.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding status and needs for case | 0.30 530.00/hr | 159.00 |

True the Vote, Inc.                                                                          Page  6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | REC | E-mails with James Bopp, Jr. regarding potential plaintiffs | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review consent decree and part of memo in League of Women Voters's Virginia suit | 0.50<br>530.00/hr | 265.00 |
|  | REC | Phone conference with James Bopp, Jr. regarding standards for associational standing | 0.10<br>530.00/hr | 53.00 |
|  | REC | E-mails with Courtney E. Milbank regarding verification pages | 0.10<br>530.00/hr | 53.00 |
|  | REC | Update resources page with two new articles regarding election and Covid-19 problems | 0.10<br>530.00/hr | 53.00 |
|  | REC | Prepare and send material to add to complaint regarding ballot fraud and a fourth count | 1.60<br>530.00/hr | 848.00 |
|  | REC | E-mails with James Bopp, Jr. and Courtney E. Milbank regarding plaintiffs | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review emails from Courtney E. Milbank regarding facts | 0.10<br>530.00/hr | 53.00 |
|  | REC | Legal research regarding associational and organizational standing for possible group plaintiffs | 1.20<br>530.00/hr | 636.00 |
|  | REC | Legal research regarding organizational standing and prepare and send memo to James Bopp, Jr. regarding same | 1.10<br>530.00/hr | 583.00 |
|  | REC | Phone call from Courtney E. Milbank regarding James Bopp, Jr. terminology in memo | 0.10<br>530.00/hr | 53.00 |
|  | REC | Review and edit complaint draft | 0.90<br>530.00/hr | 477.00 |

True the Vote, Inc.                                                                                           Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | REC | Phone conference with Courtney E. Milbank regarding complaint draft | 0.10 530.00/hr | 53.00 |
| | REC | Phone call from James Bopp, Jr. regarding organizational standing issues and needs | 0.20 530.00/hr | 106.00 |
| | REC | Review emails with James Bopp, Jr. regarding candidate as plaintiff | 0.10 530.00/hr | 53.00 |
| | REC | Lexis Legal Research regarding associational standing standards | 0.80 530.00/hr | 424.00 |
| | REC | Review and annotate cases regarding associational standing and prepare plaintiff description and send to James Bopp, Jr. per request | 2.00 530.00/hr | 1,060.00 |
| | CEM | Review code on disability, determine if elderly fit into it | 0.30 310.00/hr | 93.00 |
| | CEM | Pull Pro hac vice information for local counsel; send all info to local counsel | 0.20 310.00/hr | 62.00 |
| | CEM | Review emails from local counsel to potential plaintiffs | 0.20 310.00/hr | 62.00 |
| | CEM | Review memo regarding desired plaintiffs; email to James Bopp, Jr. regarding the same | 0.20 310.00/hr | 62.00 |
| | CEM | Phone conference with Richard E. Coleson regarding case status and needs | 0.30 310.00/hr | 93.00 |
| | CEM | Draft verifications and send to local counsel | 0.50 310.00/hr | 155.00 |
| | CEM | E-mails with Richard E. Coleson regarding verifications | 0.10 310.00/hr | 31.00 |

True the Vote, Inc.                                                                                          Page  8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | CEM | E-mail to James Bopp, Jr. regarding plaintiffs | 0.10 310.00/hr | 31.00 |
|  | CEM | Work on complaint; multiple phone calls with Richard E. Coleson regarding same | 3.70 310.00/hr | 1,147.00 |
|  | CEM | E-mails with local counsel regarding new plaintiffs | 0.30 310.00/hr | 93.00 |
|  | CEM | E-mails with Plaintiff | 0.20 310.00/hr | 62.00 |
|  | CEM | E-mails with James Bopp, Jr. regarding needed plaintiffs | 0.10 310.00/hr | 31.00 |
|  | JB | Phone conference with Steve regarding possible Plaintiffs | 0.50 630.00/hr | 315.00 |
|  | JB | E-mails with Richard E. Coleson regarding standing theories | 0.10 630.00/hr | 63.00 |
|  | JB | Phone conference with Richard E. Coleson regarding case theories and needs | 0.50 630.00/hr | 315.00 |
|  | CEM | E-mails with Richard E. Coleson regarding needed plaintiffs and adding claim | 0.10 310.00/hr | 31.00 |
|  | JB | E-mail to Richard E. Coleson regarding list of desired plaintiffs | 0.10 630.00/hr | 63.00 |
|  | JB | E-mails with Richard E. Coleson regarding potential plaintiffs | 0.10 630.00/hr | 63.00 |
|  | JB | Phone conference with Richard E. Coleson regarding standards for associational standing | 0.10 630.00/hr | 63.00 |
|  | JB | E-mails with Richard E. Coleson and Courtney E. Milbank regarding plaintiffs | 0.10 630.00/hr | 63.00 |

True the Vote, Inc.                                                                    Page 9

|         |     |                                                          | Hrs/Rate | Amount |
|---------|-----|----------------------------------------------------------|----------|--------|
| 5/6/2020 | CEM | E-mails with Richard E. Coleson and James Bopp, Jr. regarding plaintiffs | 0.10<br>310.00/hr | 31.00 |
|          | CEM | E-mails to Richard E. Coleson regarding facts | 0.10<br>310.00/hr | 31.00 |
|          | JB  | Phone call to Richard E. Coleson regarding organizational standing issues and needs | 0.20<br>630.00/hr | 126.00 |
|          | JB  | Review emails with Richard E. Coleson regarding candidate as plaintiff | 0.10<br>630.00/hr | 63.00 |
|          | JB  | E-mail from Courtney E. Milbank regarding plaintiffs | 0.10<br>630.00/hr | 63.00 |
|          | JB  | E-mails with Courtney E. Milbank regarding needed plaintiffs | 0.10<br>630.00/hr | 63.00 |
| 5/7/2020 | REC | E-mails with James Bopp, Jr. regarding group with associational standing | 0.10<br>530.00/hr | 53.00 |
|          | REC | Work on Preliminary Injunction Memo | 0.80<br>530.00/hr | 424.00 |
|          | REC | Work on Preliminary Injunction Memo | 0.30<br>530.00/hr | 159.00 |
|          | REC | Work on Preliminary Injunction Memo | 1.80<br>530.00/hr | 954.00 |
|          | REC | Work on Preliminary Injunction Memo | 1.70<br>530.00/hr | 901.00 |
|          | REC | Work on Preliminary Injunction Memo | 3.00<br>530.00/hr | 1,590.00 |
|          | CEM | Work on complaint and verifications | 5.50<br>310.00/hr | 1,705.00 |

True the Vote, Inc.

Page 10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2020 | CEM | Conference with James Bopp, Jr. regarding filing suit and standing issues | 0.50 310.00/hr | 155.00 |
|  | CEM | E-mail with local counsel regarding eastern district counties | 0.20 310.00/hr | 62.00 |
|  | CEM | Work on plaintiff needs memo | 0.50 310.00/hr | 155.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding expert witness | 0.20 310.00/hr | 62.00 |
|  | JB | Phone conference with Tom regarding possible representation | 0.50 630.00/hr | 315.00 |
|  | JB | E-mail exchange regarding retainer agreement | 0.50 630.00/hr | NO CHARGE |
|  | JB | Review Courtney E. Milbank memo regarding Plaintiffs | 0.30 630.00/hr | 189.00 |
|  | JB | Review draft complaint; approve | 0.90 630.00/hr | 567.00 |
|  | JB | E-mails with Richard E. Coleson regarding group with associational standing | 0.10 630.00/hr | 63.00 |
|  | JB | Conference with Courtney E. Milbank regarding filing suit and standing issues | 0.50 630.00/hr | 315.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding expert witness | 0.20 630.00/hr | 126.00 |
| 5/8/2020 | REC | E-mail form Courtney E. Milbank regarding new plaintiff | 0.10 530.00/hr | 53.00 |
|  | REC | Work on Preliminary Injunction memo | 2.70 530.00/hr | 1,431.00 |

True the Vote, Inc.                                                                          Page 11

|  | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/8/2020 | REC | Phone call from Courtney E. Milbank regarding case status and needs | 0.20 530.00/hr | 106.00 |
| | REC | Work on Preliminary Injunction memo | 1.50 530.00/hr | 795.00 |
| | REC | E-mails with Courtney E. Milbank regarding verification page with identifying information | 0.10 530.00/hr | 53.00 |
| | REC | Review copy of email from Courtney E. Milbank to plaintiffs | 0.10 530.00/hr | 53.00 |
| | REC | Work on Preliminary Injunction memo | 2.40 530.00/hr | 1,272.00 |
| | REC | Work on Preliminary Injunction memo | 3.20 530.00/hr | 1,696.00 |
| | CEM | Review emails regarding verifications | 0.30 310.00/hr | 93.00 |
| | CEM | Make updates to complaint | 1.50 310.00/hr | 465.00 |
| | CEM | E-mail to Plaintiff regarding retainer agreement questions | 0.10 310.00/hr | 31.00 |
| | CEM | Phone conference with Richard E. Coleson regarding Preliminary Injunction memo | 0.20 310.00/hr | 62.00 |
| | CEM | Conference with local counsel regarding case status and needs | 0.20 310.00/hr | 62.00 |
| | CEM | Phone conference with Judy regarding expert declaration | 1.00 310.00/hr | 310.00 |
| | CEM | Multiple emails with plaintiffs regarding verifications | 0.60 310.00/hr | 186.00 |

True the Vote, Inc.                                                                                                  Page 12

|            |     |                                                                                          | Hrs/Rate        | Amount    |
|------------|-----|------------------------------------------------------------------------------------------|-----------------|-----------|
| 5/8/2020   | CEM | E-mail to plaintiffs regarding disabled voter                                            | 0.20<br>310.00/hr | 62.00     |
|            | CEM | Phone call with James Bopp, Jr. regarding case status and needs                          | 0.10<br>310.00/hr | 31.00     |
|            | CEM | E-mail exchange with plaintiffs regarding Covid-19 information; read articles regarding the same | 0.20<br>310.00/hr | 62.00     |
|            | CEM | Draft Flaig declaration, email the same                                                  | 2.50<br>310.00/hr | 775.00    |
|            | JB  | Review additional allegation in complaint                                                | 0.40<br>630.00/hr | 252.00    |
|            | CEM | E-mail to Richard E. Coleson regarding new plaintiff                                     | 0.10<br>310.00/hr | 31.00     |
|            | CEM | E-mails with Richard E. Coleson regarding verification page with identifying information | 0.10<br>310.00/hr | 31.00     |
|            | JB  | Phone call with Courtney E. Milbank regarding case status and needs                      | 0.10<br>630.00/hr | 63.00     |
| 5/9/2020   | REC | Work on Preliminary Injunction memo; emails to Courtney E. Milbank regarding same        | 5.50<br>530.00/hr | 2,915.00  |
|            | REC | Texts with Courtney E. Milbank regarding case needs                                      | 0.10<br>530.00/hr | 53.00     |
|            | REC | E-mail from James Bopp, Jr. with data to cite                                            | 0.10<br>530.00/hr | 53.00     |
|            | CEM | E-mails and texts from Richard E. Coleson regarding Preliminary Injunction               | 0.20<br>310.00/hr | 62.00     |
|            | JB  | E-mail to Richard E. Coleson with data to cite                                           | 0.10<br>630.00/hr | 63.00     |

True the Vote, Inc.                                                                           Page 13

|            |     |                                                                                           | Hrs/Rate        | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------|-----------------|----------|
| 5/10/2020  | REC | Review emails from James Bopp, Jr. and local counsel regarding evidence                    | 0.10 530.00/hr  | 53.00    |
|            | REC | Work on Preliminary Injunction memo                                                        | 2.20 530.00/hr  | 1,166.00 |
|            | REC | Work on Preliminary Injunction memo                                                        | 4.40 530.00/hr  | 2,332.00 |
|            | REC | Work on Preliminary Injunction memo                                                        | 1.10 530.00/hr  | 583.00   |
|            | REC | E-mail to James Bopp, Jr. and Courtney E. Milbank regarding Preliminary Injunction memo    | 0.10 530.00/hr  | 53.00    |
|            | CEM | Review emails regarding edits to plaintiffs verifications, make changes, and send paragraphs back to plaintiffs for review, save signed verifications | 0.50 310.00/hr  | 155.00   |
|            | CEM | E-mail exchange with Patrick regarding new plaintiffs                                      | 0.10 310.00/hr  | 31.00    |
|            | CEM | E-mails with Richard E. Coleson and James Bopp, Jr. regarding material to add to complaint | 0.10 310.00/hr  | 31.00    |
|            | CEM | E-mail exchanges with Richard E. Coleson regarding Preliminary Injunction and complaint    | 0.20 310.00/hr  | 62.00    |
|            | CEM | Check on status of retainer for existing plaintiffs                                        | 0.10 310.00/hr  | 31.00    |
|            | CEM | Check on status of verifications                                                           | 0.10 310.00/hr  | 31.00    |
|            | CEM | Work on Complaint                                                                          | 0.20 310.00/hr  | 62.00    |

True the Vote, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2020 | JB | E-mail to Richard E. Coleson regarding evidence | 0.10 630.00/hr | 63.00 |
| | JB | E-mails with Richard E. Coleson and Courtney E. Milbank regarding material to add to complaint | 0.10 630.00/hr | 63.00 |
| | REC | E-mails with James Bopp, Jr. and Courtney E. Milbank regarding material to add to complaint | 0.10 530.00/hr | 53.00 |
| | REC | E-mail exchanges with Courtney E. Milbank regarding Preliminary Injunction and complaint | 0.20 530.00/hr | 106.00 |
| 5/11/2020 | RC | Review draft of complaint for grammatical accuracy and citation accuracy; revise errors, emails with Courtney E. Milbank regarding same | 1.40 240.00/hr | 336.00 |
| | REC | Phone call from Courtney E. Milbank regarding case status, needs, and arguments | 0.20 530.00/hr | 106.00 |
| | CEM | E-mails regarding complaint | 0.20 310.00/hr | 62.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding case status and needs | 0.20 310.00/hr | 62.00 |
| | CEM | Phone conference with Judy Flaig regarding declaration | 0.10 310.00/hr | 31.00 |
| | CEM | Update complaint; send to Rob Citak and local counsel to edit | 2.20 310.00/hr | 682.00 |
| | CEM | E-mail to Plaintiffs regarding verifications and plaintiffs | 0.20 310.00/hr | 62.00 |
| | CEM | Phone conference with Judy Flaig regarding declaration | 1.20 310.00/hr | 372.00 |

True the Vote, Inc.                                                                                    Page 15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2020 | CEM | Phone conference with Patrick regarding two new plaintiffs | 0.10 310.00/hr | 31.00 |
| | CEM | Draft and send verifications for Winters and Acree | 0.20 310.00/hr | 62.00 |
| | CEM | E-mail regarding declaration | 0.10 310.00/hr | 31.00 |
| | CEM | Work on finalizing Judy declaration | 1.00 310.00/hr | 310.00 |
| | CEM | E-mails with local counsel regarding outstanding verifications and retainers | 0.20 310.00/hr | 62.00 |
| | CEM | E-mails with Jean Winters regarding retainers and verifications | 0.20 310.00/hr | 62.00 |
| | CEM | E-mails with James Bopp, Jr. regarding status of filing and next steps | 0.20 310.00/hr | 62.00 |
| | CEM | E-mails with Rob Citak and local counsel regarding edits | 0.20 310.00/hr | 62.00 |
| | JB | Review draft of Preliminary Injunction; email potential facts; phone conference with Courtney E. Milbank regarding next steps | 1.10 630.00/hr | 693.00 |
| | JB | Review declaration of election expert opposition; approve | 0.70 630.00/hr | 441.00 |
| | JB | Review email exchange regarding Plaintiffs | 0.40 630.00/hr | 252.00 |
| | CEM | Phone call to Richard E. Coleson regarding case status, needs, and arguments | 0.20 310.00/hr | 62.00 |
| | JB | Phone conference with Courtney E. Milbank regarding case status and needs | 0.20 630.00/hr | 126.00 |

True the Vote, Inc.                                                                    Page 16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2020 | REC | E-mails with Courtney E. Milbank regarding verification for experts | 0.10 530.00/hr | 53.00 |
|  | CEM | Update declaration and send to Judy for signature | 0.30 310.00/hr | 93.00 |
|  | CEM | Incorporate edits, finalize complaint | 1.00 310.00/hr | 310.00 |
|  | CEM | Finalize Preliminary Injunction motion, send to local counsel | 0.50 310.00/hr | 155.00 |
|  | CEM | Draft Motion to Expedite | 1.20 310.00/hr | 372.00 |
|  | CEM | Make suggested edits to Preliminary Injunction Motion | 0.10 310.00/hr | 31.00 |
|  | CEM | Work on Preliminary Injunction Memo, finalize and send to local counsel | 2.50 310.00/hr | 775.00 |
|  | CEM | Work on Motion to Consolidate | 1.60 310.00/hr | 496.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding case status and needs | 0.10 310.00/hr | 31.00 |
|  | CEM | E-mail exchange with Jean Winters | 0.20 310.00/hr | 62.00 |
|  | JB | Review Voter retainer agreement and Plaintiff description | 0.50 630.00/hr | 315.00 |
|  | CEM | E-mails with Richard E. Coleson regarding verification for experts | 0.10 310.00/hr | 31.00 |
|  | JB | Phone conference with Courtney E. Milbank case status and needs | 0.10 630.00/hr | 63.00 |

True the Vote, Inc.                                                                Page 17

|            |     |                                                                                   | Hrs/Rate         | Amount  |
|------------|-----|-----------------------------------------------------------------------------------|------------------|---------|
| 5/13/2020  | RC  | Work on Preliminary Injunction motion                                             | 0.80<br>240.00/hr  | 192.00  |
|            | REC | E-mail from local counsel and print Pro hac vice form to execute                  | 0.10<br>530.00/hr  | 53.00   |
|            | REC | Execute, scan, and email pro hac vice form to local counsel                       | 0.10<br>530.00/hr  | 53.00   |
|            | REC | ECF Notices regarding amended complaint and accompanying documents                | 0.10<br>530.00/hr  | 53.00   |
|            | REC | Review emails from local counsel regarding case needs                             | 0.10<br>530.00/hr  | 53.00   |
|            | REC | Review emails from James Bopp, Jr. regarding case needs                           | 0.10<br>530.00/hr  | 53.00   |
|            | CEM | Draft motion to consolidate                                                       | 1.00<br>310.00/hr  | 310.00  |
|            | CEM | Work on finalizing complaint and Preliminary Injunction memo for filing; conference with Jeffrey P. Gallant regarding civil cover sheet and civil rights action | 1.50<br>310.00/hr  | 465.00  |
|            | CEM | Finalize declaration for filing                                                   | 0.10<br>310.00/hr  | 31.00   |
|            | CEM | Finalize all documents for filing; work with local counsel to file; email the same to Catherine and Defendants counsel | 3.00<br>310.00/hr  | 930.00  |
|            | CEM | E-mail with local counsel regarding Pro hac vice                                  | 0.20<br>310.00/hr  | 62.00   |
|            | JPG | Phone call from Courtney E. Milbank regarding "civil rights action'               | 0.10<br>200.00/hr  | 20.00   |

True the Vote, Inc.                                                                Page 18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2020 | JPG | Question on civil cover sheet | 0.10<br>200.00/hr | 20.00 |
|  | JB | E-mails to Richard E. Coleson regarding case needs | 0.10<br>630.00/hr | 63.00 |
| 5/14/2020 | REC | E-mail to local counsel regarding pro hac vice application | 0.10<br>530.00/hr | 53.00 |
|  | CEM | E-mails with James Bopp, Jr. and local counsel regarding judge assigned | 0.20<br>310.00/hr | 62.00 |
|  | CEM | E-mail from local counsel regarding pro hacs | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Review notice from clerk; phone calls with local counsel and clerk regarding notice of hearing | 0.50<br>310.00/hr | 155.00 |
|  | CEM | Phone calls with James Bopp, Jr. regarding notice of hearing | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Draft notice of hearing; send to local counsel for filing | 0.30<br>310.00/hr | 93.00 |
|  | CEM | Multiple emails regarding judge assignment | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Work on Motion to Expedite Reply | 0.50<br>310.00/hr | 155.00 |
|  | JB | E-mails with Courtney E. Milbank and local counsel regarding judge assigned | 0.20<br>630.00/hr | 126.00 |
|  | JB | Phone calls with Courtney E. Milbank regarding notice of hearing | 0.10<br>630.00/hr | 63.00 |

True the Vote, Inc.                                                                                                 Page 19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2020 | REC | E-mails and phone calls with Courtney E. Milbank regarding needed argument summary for expedition-motion reply | 0.20 530.00/hr | 106.00 |
|  | REC | Prepare argument summary for expedition-motion reply and send to Courtney E. Milbank | 0.90 530.00/hr | 477.00 |
|  | REC | Proof and edit expedition reply and respond to Courtney E. Milbank regarding same | 0.20 530.00/hr | 106.00 |
|  | CEM | Draft Motion to Expedite Reply; emails and phone call with Richard E. Coleson regarding argument summary | 2.50 310.00/hr | 775.00 |
|  | CEM | Finalize Motion to Expedite Reply; conference with local counsel regarding the same | 0.70 310.00/hr | 217.00 |
|  | CEM | Conference with James Bopp, Jr. regarding edits to Motion to Expedite Reply | 0.20 310.00/hr | 62.00 |
|  | CEM | Conference with Patrick regarding filing Motion to Expedite Reply and summons | 0.20 310.00/hr | 62.00 |
|  | JB | Review Response to Motion to Expedite; review draft Reply; phone conference with Courtney E. Milbank regarding revision | 1.10 630.00/hr | 693.00 |
| 5/18/2020 | REC | Review emails from Courtney E. Milbank regarding waiving hearing and more evidence | 0.20 530.00/hr | 106.00 |
|  | REC | E-mail regarding briefing schedule; review and calendar same | 0.20 530.00/hr | 106.00 |
|  | CEM | Draft notice of waiver of hearing; send to local counsel for filing | 1.60 310.00/hr | 496.00 |
|  | CEM | Phone conference with Richard E. Coleson regarding compliant and Preliminary Injunction | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.                                                                      Page 20

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 5/18/2020 | CEM | E-mails with local counsel regarding waiver argument | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Phone call and email to opposing counsel regarding waiving hearing | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Phone call with local counsel regarding notice of waiver | 0.10<br>310.00/hr | 31.00 |
|  | CEM | Draft Joint Notice of Waiver; send to opposing counsel | 0.30<br>310.00/hr | 93.00 |
|  | CEM | Review court's order regarding motion to expedite and motion to consolidate; emails with opposing counsel regarding the same | 0.20<br>310.00/hr | 62.00 |
|  | CEM | Draft notice of hearing by Videoconference; emails with opposing counsel regarding the same; phone calls with local counsel regarding the same | 0.40<br>310.00/hr | 124.00 |
|  | JB | Review email exchange regarding Notice to Court | 0.30<br>630.00/hr | 189.00 |
|  | JB | Review draft of Notice; review email exchange with opposing counsel | 0.60<br>630.00/hr | 378.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding compliant and Preliminary Injunction | 0.20<br>530.00/hr | 106.00 |
| 5/19/2020 | REC | Phone call from Courtney E. Milbank regarding case status and needs | 0.20<br>530.00/hr | 106.00 |
|  | REC | Phone call from Courtney E. Milbank regarding case needs | 0.10<br>530.00/hr | 53.00 |
|  | CEM | CM/ECF Notice of Hearing | 0.10<br>310.00/hr | 31.00 |

True the Vote, Inc.                                                                          Page 21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2020 | CEM | CM/ECF Proof of Service | 0.10 310.00/hr | 31.00 |
| | CEM | Check docket | 0.10 310.00/hr | 31.00 |
| | CEM | Two phone conferences with Richard E. Coleson regarding case status and needs | 0.30 310.00/hr | 93.00 |
| | CEM | Research amending complaint by interlineatiion, conference with James Bopp, Jr. regarding the same; draft notice of amendment by interlineation | 2.00 310.00/hr | 620.00 |
| | JB | Phone conference with Courtney E. Milbankre amending complaint | 0.30 630.00/hr | 189.00 |
| 5/20/2020 | REC | E-mails with Courtney E. Milbank regarding notification of amendment by interlineation and review same | 0.20 530.00/hr | 106.00 |
| | REC | Review copy of email from Courtney E. Milbank to local counsel | 0.10 530.00/hr | 53.00 |
| | REC | Phone conference with Courtney E. Milbank regarding case status and needs | 0.20 530.00/hr | 106.00 |
| | CEM | Finalize Notice of Amendment by Interlineation and send to local counsel | 0.30 310.00/hr | 93.00 |
| | CEM | Phone conference with Patrick regarding amending compliant | 0.10 310.00/hr | 31.00 |
| | CEM | Work on Reply | 2.00 310.00/hr | 620.00 |
| | JB | Review draft Notice of Amendment; approve | 0.40 630.00/hr | 252.00 |

True the Vote, Inc.                                                    Page 22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2020 | JB | Review Defendant Response to Preliminary Injunction and Affidavit | 0.90 630.00/hr | 567.00 |
|  | CEM | E-mails with Richard E. Coleson regarding notification of amendment by interlineation | 0.20 310.00/hr | 62.00 |
|  | CEM | Phone conference with Richard E. Coleson regarding case status and needs | 0.20 310.00/hr | 62.00 |
| 5/21/2020 | REC | E-mails with Courtney E. Milbank regarding case status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | Phone call from Courtney E. Milbank regarding case status, needs, and arguments | 0.40 530.00/hr | 212.00 |
|  | REC | Review and annotate part of Preliminary Injunction opposition and statue and work on Preliminary Injunction reply | 1.50 530.00/hr | 795.00 |
|  | REC | Phone call from Courtney E. Milbankre case needs and arguments | 0.30 530.00/hr | 159.00 |
|  | REC | Work on Preliminary Injunction reply | 2.70 530.00/hr | 1,431.00 |
|  | MS | Phone conference with Courtney E. Milbank regarding statutory construction of postponed election law | 0.20 270.00/hr | 54.00 |
|  | CEM | Work on Reply; multiple phone conferences with Richard E. Coleson; conference with Melena Siebert  regarding statutory construction of postponed election | 12.00 310.00/hr | 3,720.00 |
| 5/22/2020 | REC | Phone conference with Courtney E. Milbank regarding Preliminary Injunction reply needs | 0.20 530.00/hr | 106.00 |
|  | REC | Work on Preliminary Injunction reply | 1.50 530.00/hr | 795.00 |

True the Vote, Inc.                                                          Page 23

|  |  |  | __Hrs/Rate__ | __Amount__ |
|---|---|---|---|---|
| 5/22/2020 | REC | IMs and phone conference with Courtney E. Milbank regarding briefing needs | 0.10 530.00/hr | 53.00 |
|  | REC | Proof and edit latter part of Preliminary Injunction reply | 0.50 530.00/hr | 265.00 |
|  | REC | IMs with Courtney E. Milbank regarding briefing needs | 0.10 530.00/hr | 53.00 |
|  | REC | Phone conference with Courtney E. Milbank regarding brief status and needs | 0.10 530.00/hr | 53.00 |
|  | REC | IMs with Courtney E. Milbank regarding brief status; review for layout issues; convert to pdf and test links | 0.30 530.00/hr | 159.00 |
|  | REC | Phone call from Courtney E. Milbank regarding briefing needs | 0.10 530.00/hr | 53.00 |
|  | REC | Open finalized reply brief and review for layout issues and correct same; convert to PDF and check for accuracy and check links for function and accuracy | 0.20 530.00/hr | 106.00 |
|  | REC | IMs with Courtney E. Milbank regarding Preliminary Injunction reply brief status | 0.10 530.00/hr | 53.00 |
|  | REC | Review copy of email from Courtney E. Milbank to local counsel regarding filing reply | 0.10 530.00/hr | 53.00 |
|  | CEM | Work on finalizing Reply for filing; multiple phone calls and IMs with Richard E. Coleson regarding same | 3.20 310.00/hr | 992.00 |
|  | CEM | E-mail from Thomas Cranmer regarding California suit | 0.20 310.00/hr | 62.00 |
|  | JB | Review draft Reply | 0.80 630.00/hr | 504.00 |

True the Vote, Inc.                                                                 Page 24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2020 | CEM | E-mails with Patrick and James Bopp, Jr. regarding electronic service | 0.20 310.00/hr | 62.00 |
|  | CEM | E-mails with James Bopp, Jr. and amici counsel regarding consent to file amicus brief | 0.10 310.00/hr | 31.00 |
|  | CEM | Catch up on emails regarding mail-in voting | 0.50 310.00/hr | 155.00 |
|  | CEM | CM/ECF Motion to File Amicus Brief | 0.20 310.00/hr | 62.00 |
|  | CEM | E-mails regarding Hearing tomorrow | 0.30 310.00/hr | 93.00 |
|  | CEM | Download Jabber for Court Hearing | 0.20 310.00/hr | 62.00 |
|  | CEM | Conference with James Bopp, Jr. regarding Hearing tomorrow | 0.10 310.00/hr | 31.00 |
|  | CEM | Conference with James Bopp, Jr. regarding preparing for Hearing | 0.30 310.00/hr | 93.00 |
|  | CEM | Do test hearing with the court | 0.30 310.00/hr | 93.00 |
|  | JB | Review pleading; preparation for hearing; phone conference with Courtney E. Milbank regarding preparation for hearing | 2.50 630.00/hr | 1,575.00 |
|  | JB | E-mails with Courtney E. Milbank and amici counsel regarding consent to file amicus brief | 0.10 630.00/hr | 63.00 |
|  | JB | Conference with Courtney E. Milbank regarding Hearing tomorrow | 0.10 630.00/hr | 63.00 |

True the Vote, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2020 | REC | Phone conference with James Bopp, Jr. regarding Burdick test and doing supplemental authority | 0.20 530.00/hr | 106.00 |
| | REC | E-mails with Courtney E. Milbank regarding filing supplemental authority | 0.10 530.00/hr | 53.00 |
| | REC | Prepare supplemental authority | 0.50 530.00/hr | 265.00 |
| | REC | Phone conference with Courtney E. Milbank regarding supplemental authority | 0.10 530.00/hr | 53.00 |
| | REC | Phone call from Courtney E. Milbank regarding case arguments and issues | 0.50 530.00/hr | 265.00 |
| | REC | E-mails with Courtney E. Milbank regarding hearing and key issues | 0.10 530.00/hr | 53.00 |
| | REC | Phone call from Courtney E. Milbank regarding oral argument and case arguments | 0.20 530.00/hr | 106.00 |
| | REC | Phone call from James Bopp, Jr. regarding oral argument and case arguments | 0.10 530.00/hr | 53.00 |
| | CEM | Conference with Richard E. Coleson and local counsel regarding filing of supplemental authority, finalize and send to local counsel | 0.30 310.00/hr | 93.00 |
| | CEM | E-mail from Court regarding Hearing today | 0.10 310.00/hr | 31.00 |
| | CEM | E-mails from amici counsel to court | 0.20 310.00/hr | 62.00 |
| | CEM | Attend Hearing | 1.50 310.00/hr | 465.00 |

True the Vote, Inc.                                                                        Page 26

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2020 | CEM | Phone conference with James Bopp, Jr. regarding Hearing follow up | 0.20 310.00/hr | 62.00 |
|  | CEM | Review supplemental declaration; emails regarding Motion to Strike | 0.60 310.00/hr | 186.00 |
|  | CEM | Draft Motion to Strike; phone conference with James Bopp, Jr. regarding same | 1.00 310.00/hr | 310.00 |
|  | JB | Review 6th Circuit decision; phone conference with Richard E. Coleson regarding supplemental authority | 0.50 630.00/hr | 315.00 |
|  | JB | Prepare for Hearing | 2.10 630.00/hr | 1,323.00 |
|  | JB | Attend Hearing by Videoconference | 1.50 630.00/hr | 945.00 |
|  | JB | Review draft supplemental authority | 0.20 630.00/hr | 126.00 |
|  | JB | Review supplemental affidavit; phone conference with Courtney E. Milbank regarding Motion to Strike; email exchange regarding Motion to Strike; review draft Motion to Strike | 1.10 630.00/hr | 693.00 |
|  | CEM | Phone call to Richard E. Coleson rregarding case arguments and issues | 0.50 310.00/hr | 155.00 |
|  | CEM | E-mails with Richard E. Coleson regarding hearing and key issues | 0.10 310.00/hr | 31.00 |
|  | CEM | Phone call to Richard E. Coleson regarding oral argument and case arguments | 0.20 310.00/hr | 62.00 |
|  | JB | Phone call to Richard E. Coleson regarding oral argument and case arguments | 0.10 630.00/hr | 63.00 |

True the Vote, Inc.                                                                                    Page 27

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2020 | JB | Phone conference with Courtney E. Milbank regarding Hearing follow up | 0.20 630.00/hr | 126.00 |
| 5/28/2020 | REC | E-mails with James Bopp, Jr. and Courtney E. Milbank regarding Texas Supreme Court decision and supplemental authority | 0.10 530.00/hr | 53.00 |
| | REC | Get Texas Supreme Court opinion regarding lack of immunity not a disability | 0.20 530.00/hr | 106.00 |
| | REC | Phone call from Courtney E. Milbank regarding supplemental authority issues | 0.10 530.00/hr | 53.00 |
| | REC | Phone call from Courtney E. Milbank regarding argument for candidate plaintiff | 0.20 530.00/hr | 106.00 |
| | CEM | Finalize Motion to Strike for filing; emails with opposing counsel | 0.30 310.00/hr | 93.00 |
| | CEM | Review In regarding State of Texas, draft motion for leave to file supplemental authority; emails with opposing counsel regarding the same | 1.50 310.00/hr | 465.00 |
| | JB | E-mails with Richard E. Coleson and Courtney E. Milbank regarding Texas Supreme Court decision and supplemental authority | 0.10 630.00/hr | 63.00 |
| | CEM | E-mails with Richard E. Coleson and James Bopp, Jr. regarding Texas Supreme Court decision and supplemental authority | 0.10 310.00/hr | 31.00 |
| | CEM | Phone call to Richard E. Coleson regarding supplemental authority issues | 0.10 310.00/hr | 31.00 |
| | CEM | Phone call to Richard E. Coleson regarding argument for candidate plaintiff | 0.20 310.00/hr | 62.00 |

True the Vote, Inc.

Page 28

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2020 | REC | E-mail from Courtney E. Milbank and print court order for review | 0.10<br>530.00/hr | 53.00 |
| | REC | Review and annotate order denying preliminary injunction | 0.20<br>530.00/hr | 106.00 |
| | REC | E-mails with Courtney E. Milbank regarding decision | 0.10<br>530.00/hr | 53.00 |
| | CEM | Draft Motion to Strike reply | 0.50<br>310.00/hr | 155.00 |
| | CEM | Draft Notice of Waiver of Hearing; emails with local counsel regarding the same | 0.40<br>310.00/hr | 124.00 |
| | CEM | CM/ECF Order; send to Richard E. Coleson | 0.30<br>310.00/hr | 93.00 |
| | JB | Review Response to Motion to Strike; review draft Reply | 0.70<br>630.00/hr | 441.00 |
| | JB | Review Court Order denying Preliminary Injunction | 0.80<br>630.00/hr | 504.00 |
| | CEM | E-mails with Richard E. Coleson regarding decision | 0.10<br>310.00/hr | 31.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered**<br>**Additional charges:** | | **189.50** | **$81,920.50** |

| | | | Qty/Price | |
|---|---|---|---|---|
| 5/6/2020 | Cost advanced for LexisNexis computer assisted legal research--research regarding associational standing | | 34<br>$3.00 | 102.00 |
| | Cost advanced for WestLaw computer assisted legal research--Pull cases for compliant | | 20<br>$3.00 | 60.00 |

True the Vote, Inc.

| | | **Qty/Price** | **Amount** |
|---|---|---|---|
| 5/7/2020 | Cost advanced for LexisNexis computer assisted legal research--get 293 U.S. 388 | 2<br>$3.00 | 6.00 |
| 5/12/2020 | Cost advanced for WestLaw computer assisted legal research--research for Motion to Consolidate and Motion for Preliminary Injunction | 30<br>$3.00 | 90.00 |
| 5/19/2020 | Cost advanced for WestLaw computer assisted legal research--research Motion to Amend | 60<br>$3.00 | 180.00 |
| 5/27/2020 | Cost advanced for WestLaw computer assisted legal research--research Motions to Strike | 40<br>$3.00 | 120.00 |

| | | |
|---|---|---|
| **Total costs** | | **$558.00** |
| **Total amount of this bill** | | **$82,478.50** |
| **Balance due** | | **$82,478.50** |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 90.90 | 310.00 | $28,179.00 |
| Courtney E. Milbank | 0.30 | 0.00 | $0.00 |
| Jeffrey P. Gallant | 0.30 | 475.00 | $142.50 |
| Jeffrey P. Gallant | 0.20 | 200.00 | $40.00 |
| Melena Siebert | 0.20 | 270.00 | $54.00 |
| Richard E. Coleson | 68.10 | 530.00 | $36,093.00 |
| Robert Citak | 2.20 | 240.00 | $528.00 |
| James Bopp, Jr. | 26.80 | 630.00 | $16,884.00 |
| James Bopp, Jr. | 0.50 | 0.00 | $0.00 |