# Exhibit 65
# TTV IRS Invoice 2017-0623

JAMES BOPP, JR.  
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING  
1 South Sixth Street  
TERRE HAUTE, INDIANA 47807-3510  
Telephone 812/232-2434   Facsimile 812/235-3685  
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane  
Zionsville, IN 46077  
Telephone/Facsimile  
(317) 873-3061

INVOICE  
June 23, 2017

True the Vote, Inc.  
P. O. Box 131768  
Houston, TX 77219-1768  
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR  
Obtained by James Bopp, Jr.

**Professional Services**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2017 | JB | Phone conference with Courtney E. Milbank regarding drafting letter to Attorney General | 0.40 790.00/hr | 316.00 |
| | JB | Phone conference with Catherine | 0.50 790.00/hr | 395.00 |
| | JB | Review court order; phone conference with Courtney E. Milbank | 0.30 790.00/hr | 237.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding letter to Attorney General Sessions | 0.40 300.00/hr | 120.00 |

True the Vote, Inc.                          Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2017 | CEM | Phone conference with James Bopp, Jr. regarding court order | 0.10 / 300.00/hr | 30.00 |
| 5/2/2017 | JB | Phone conference with Catherine | 0.40 / 790.00/hr | 316.00 |
| | CEM | E-mail from James Bopp, Jr. regarding finding emails for Reince Priebus and Don McGahn | 0.10 / 300.00/hr | 30.00 |
| | CEM | E-mail to Catherine regarding Amending of Discovery Order; email exchange with Catherine regarding the same | 0.40 / 300.00/hr | 120.00 |
| 5/3/2017 | JB | Phone conference with Catherine regarding language to repeal Johnson Amendment | 0.30 / 790.00/hr | 237.00 |
| 5/4/2017 | JB | Prepare memo on language to repeal Johnson Amendment | 2.50 / 790.00/hr | 1,975.00 |
| | CEM | Read transcript from motions hearing; read court of appeals opinion, begin working on letter to Sessions | 2.70 / 300.00/hr | 810.00 |
| 5/5/2017 | JB | Review CRS response to Motion to Amend Discovery Order | 0.50 / 790.00/hr | 395.00 |
| | JB | Review lien filed by PILF | 0.30 / 790.00/hr | 237.00 |
| | CEM | Work on letter to Sessions | 1.20 / 300.00/hr | 360.00 |
| | CEM | CM/ECF Response to Motion to Amend Discovery Order; CM/ECF Attorneys Lien | 0.40 / 300.00/hr | 120.00 |
| | JB | Phone conference with Catherine | 0.60 / 790.00/hr | 474.00 |
| 5/8/2017 | JB | Review PILF documents; phone conference with Catherine | 0.90 / 790.00/hr | 711.00 |

True the Vote, Inc.                                                                                           Page 3

|            |     |                                                                                                       | Hrs/Rate        | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/8/2017   | CEM | Finalize draft of letter to Sessions and send back to James Bopp, Jr. for feedback                    | 3.00<br>300.00/hr  | 900.00 |
| 5/9/2017   | CEM | Conference with Matt Michaloski regarding finding contact information for Sessions, email James Bopp, Jr. regarding the same | 0.30<br>300.00/hr  | 90.00  |
| 5/10/2017  | MAM | Phone conference with James Bopp, Jr. in regards to getting instructions                              | 0.30<br>150.00/hr  | 45.00  |
|            | JB  | Phone conference with Matthew Michaloski in regards to giving instructions                            | 0.30<br>790.00/hr  | 237.00 |
| 5/11/2017  | MAM | Look into several questions regarding conduct/fees of previous representation                         | 2.20<br>150.00/hr  | 330.00 |
|            | MAM | Further research on question of appropriate fees                                                      | 0.50<br>150.00/hr  | 75.00  |
| 5/12/2017  | MAM | Review findings from Thursday, May 11, 2017 and email James Bopp, Jr.                                 | 0.20<br>150.00/hr  | 30.00  |
| 5/16/2017  | MAM | Review earlier research for James Bopp, Jr.                                                           | 0.30<br>150.00/hr  | 45.00  |
|            | MAM | Further research                                                                                      | 0.20<br>150.00/hr  | 30.00  |
|            | MAM | Meet with James Bopp, Jr., discuss findings, send related email                                       | 0.30<br>150.00/hr  | 45.00  |
|            | MAM | Research public financial documents on former counsel                                                 | 0.20<br>150.00/hr  | 30.00  |
|            | MAM | Research public financial documents, research further questions                                       | 1.10<br>150.00/hr  | 165.00 |
|            | JB  | Meet with Matthew Michaloski to discuss research findings                                             | 0.30<br>790.00/hr  | 237.00 |

True the Vote, Inc.                                                                                   Page   4

|              |     |                                                                                                          | Hrs/Rate          | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/17/2017    | MAM | Conduct further research                                                                                 | 0.40<br>150.00/hr | 60.00  |
|              | MAM | Continue research with updated guidance from James Bopp, Jr.                                             | 0.10<br>150.00/hr | 15.00  |
|              | MAM | Continue research and prepare notes                                                                      | 1.10<br>150.00/hr | 165.00 |
|              | MAM | Continue research                                                                                        | 1.30<br>150.00/hr | 195.00 |
| 5/18/2017    | MAM | Research on charitable trusts                                                                            | 1.00<br>150.00/hr | 150.00 |
|              | MAM | Research standing question                                                                               | 1.10<br>150.00/hr | 165.00 |
| 5/19/2017    | CEM | E-mail exchange with James Bopp, Jr. regarding update on agency's case file                              | 0.30<br>300.00/hr | 90.00  |
|              | JB  | E-mail exchange with Courtney E. Milbank regarding update on agency's case file                          | 0.30<br>790.00/hr | 237.00 |
|              | CEM | Review email exchange between James Bopp, Jr. and Laura Conner regarding sending of agency case file and password | 0.20<br>300.00/hr | 60.00  |
|              | CEM | Review emails from Carly Gammill and James Bopp, Jr. regarding government responses in NorCal            | 0.20<br>300.00/hr | 60.00  |
|              | JB  | Review email from IRS regarding case file; email exchange regarding it                                   | 0.30<br>790.00/hr | 237.00 |
| 5/22/2017    | MAM | Work on extracting case files received from government                                                   | 0.50<br>150.00/hr | 75.00  |

True the Vote, Inc. Page 5

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/22/2017 | CEM | | Phone conference with James Bopp, Jr. regarding strategy and plans for discovery | 0.10<br>300.00/hr | 30.00 |
| | JB | | Phone conference with Courtney E. Milbank regarding strategy and plans for discovery | 0.10<br>790.00/hr | 79.00 |
| | CEM | | IM with Jeffrey P. Gallant regarding FedEx from Laura Connor and email password for file | 0.30<br>300.00/hr | 90.00 |
| | JPG | | IM with Courtney E. Milbank regarding FedEx from Laura Connor and email password for file | 0.30<br>500.00/hr | 150.00 |
| 5/23/2017 | CEM | | Begin studying case file from IRS | 2.30<br>300.00/hr | 690.00 |
| 5/24/2017 | JB | | Review e-mail from Catherine | 0.10<br>790.00/hr | 79.00 |
| 5/25/2017 | CEM | | Continue going to agency case file | 2.30<br>300.00/hr | 690.00 |
| 5/26/2017 | CEM | | Continue going through agency case file | 3.00<br>300.00/hr | 900.00 |
| | CEM | | Review government responses from NorCal | 1.00<br>300.00/hr | 300.00 |
| 5/30/2017 | CEM | | E-mails from James Bopp, Jr. and Catherine regarding agency case file | 0.20<br>300.00/hr | 60.00 |
| | JB | | Review email from Catherine; respond | 0.20<br>790.00/hr | 158.00 |
| 5/31/2017 | MAM | | Take phone call and receive instructions from James Bopp, Jr. | 0.20<br>150.00/hr | 30.00 |
| | MAM | | Compare two sets of discovery documents and verify their consistency | 1.00<br>150.00/hr | 150.00 |

True the Vote, Inc.                                                                                              Page   6

|            |     |                                                                                 | Hrs/Rate        | Amount    |
|------------|-----|---------------------------------------------------------------------------------|-----------------|-----------|
| 5/31/2017  | MAM | Compare two sets of discovery documents and verify their consistency            | 0.80<br>150.00/hr | 120.00  |
|            | MAM | Finish comparing discovery documents and report to Courtney E. Milbank          | 2.90<br>150.00/hr | 435.00  |
|            | CEM | Continue going through agency case file                                         | 7.00<br>300.00/hr | 2,100.00 |
|            | CEM | Phone conference with Carly Gammill regarding coordinating discovery            | 0.40<br>300.00/hr | 120.00  |
|            | JB  | Review linchpin RFD & phone call to Matthew Michaloski                          | 0.50<br>790.00/hr | 395.00  |

**For professional services rendered**                              50.70     **$17,227.00**
**Previous balance**                                                          **$55,386.75**

**Balance due**                                                               **$72,613.75**

### Attorney Summary

| Name               | Hrs/Rate | Rate   | Amount     |
|--------------------|----------|--------|------------|
| Courtney E. Milbank | 25.90   | 300.00 | $7,770.00  |
| Jeffrey P. Gallant  | 0.30    | 500.00 | $150.00    |
| Matthew Michaloski  | 15.70   | 150.00 | $2,355.00  |
| James Bopp, Jr.     | 8.80    | 790.00 | $6,952.00  |