# Exhibit 62
# TTV IRS Invoice 2017-0316

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
March 16, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: Litigation
Obtained by James Bopp, Jr.

**Professional Services**

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2017 | CEM | Work on pulling briefing for True the Vote | 2.00<br>300.00/hr | 600.00 |
| 2/6/2017 | CEM | Continue researching True the Vote cases | 2.50<br>300.00/hr | 750.00 |
| 2/7/2017 | CEM | Continue researching True the Vote cases and finish reading all briefing | 3.00<br>300.00/hr | 900.00 |
|   | CEM | Draft email to James Bopp, Jr. with all findings | 0.50<br>300.00/hr | 150.00 |

True the Vote, Inc.   Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding possible hearing in March | 0.20<br>300.00/hr | 60.00 |
| | JB | Phone conference with Catherine Englebrecht regarding representation | 0.70<br>790.00/hr | 553.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding possible hearing in March | 0.20<br>790.00/hr | 158.00 |
| 2/9/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding new case memo sheet | 0.20<br>300.00/hr | NO CHARGE |
| | CEM | Fill out new case memo sheet | 0.10<br>300.00/hr | NO CHARGE |
| 2/10/2017 | JB | Review 2 emails regarding case; review documents; phone conference with Catherine Englebrecht | 0.70<br>790.00/hr | 553.00 |
| 2/15/2017 | CEM | Conference with James Bopp, Jr. regarding status and needs | 0.20<br>300.00/hr | 60.00 |
| | JB | Conference with Courtney E. Milbank regarding status and needs | 0.20<br>790.00/hr | 158.00 |
| 2/20/2017 | CEM | Phone conference with James Bopp, Jr. regarding order | 0.10<br>300.00/hr | 30.00 |
| | JB | Phone conference with Courtney E. Milbank regarding order | 0.10<br>790.00/hr | 79.00 |
| 2/21/2017 | CEM | Pull orders from SCOTUS Blog | 0.20<br>300.00/hr | 60.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding certiorari denied in True the Vote | 0.10<br>300.00/hr | 30.00 |
| | JB | Phone conference with Courtney E. Milbank regarding certiorari denied in True the Vote | 0.10<br>790.00/hr | 79.00 |

True the Vote, Inc.                                                                                 Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2017 | CEM | E-mail exchange with client regarding denial of certiorari | 0.20<br>300.00/hr | 60.00 |
| | JB | Review letter to previous counsel; review response from previous counsel; phone conference with client | 0.80<br>790.00/hr | 632.00 |
| 2/22/2017 | CEM | E-mails regarding transfer of case and phone conference; emails and letter with former counsel, email from James Bopp, Jr. regarding suggested response; draft appearance; prepare for phone call; pull revenue procedure 86-43 | 2.20<br>300.00/hr | 660.00 |
| | CEM | Phone conference with Catherine, Brock, and James Bopp, Jr. regarding strategy | 0.70<br>300.00/hr | 210.00 |
| | JB | Phone conference with Catherine, Brock, and Courtney E. Milbank regarding strategy | 0.70<br>790.00/hr | 553.00 |
| | CEM | Draft retainer agreement | 0.50<br>300.00/hr | NO CHARGE |
| | CEM | Phone conference with Bill Davis regarding transition of case | 0.20<br>300.00/hr | 60.00 |
| | CEM | Work on pulling pleadings | 1.00<br>300.00/hr | 300.00 |
| | JB | Review draft retainer agreement; send to client | 0.40<br>790.00/hr | NO CHARGE |
| | JB | Prepare response to previous counsel; send to client | 0.50<br>790.00/hr | 395.00 |
| | JB | Review draft agreement; approve | 0.20<br>790.00/hr | NO CHARGE |
| | JB | Review Court of Appeals decision; begin review of district court documents | 1.10<br>790.00/hr | 869.00 |

True the Vote, Inc.                                                                                           Page  4

|            |     |                                                                                  | Hrs/Rate          | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-------------------|----------|
| 2/23/2017  | JB  | Phone conference with Courtney E. Milbank; review pleading                       | 0.70<br>790.00/hr | 553.00   |
|            | JB  | Phone conference with Carley of linchpin                                         | 1.10<br>790.00/hr | 869.00   |
|            | JB  | Phone conference with Courtney E. Milbank regarding documents, Motion to Continue | 0.30<br>790.00/hr | 237.00   |
|            | JB  | Review Motion to Continue & order                                                | 0.40<br>790.00/hr | 316.00   |
|            | JB  | E-mail exchange with Carley regarding continuance consent                        | 0.30<br>790.00/hr | 237.00   |
|            | JB  | Review document for hearing                                                      | 1.30<br>790.00/hr | 1,027.00 |
|            | CEM | Phone conference with James Bopp, Jr.                                            | 0.20<br>300.00/hr | 60.00    |
| 2/24/2017  | JB  | E-mail DOJ attorney regarding continuance; email client regarding update         | 0.30<br>790.00/hr | 237.00   |
|            | CEM | Two brief phone conferences with James Bopp, Jr. regarding other similar cases   | 0.30<br>300.00/hr | 90.00    |
|            | CEM | Draft Motion to Continue and send to James Bopp, Jr. for edits                   | 1.80<br>300.00/hr | 540.00   |
|            | CEM | File Motion to Continue                                                          | 0.30<br>300.00/hr | 90.00    |
|            | CEM | Work on pulling cases for oral argument                                          | 1.40<br>300.00/hr | 420.00   |
|            | CEM | Draft Pro hac vice and send to James Bopp, Jr.                                   | 1.00<br>300.00/hr | 300.00   |

True the Vote, Inc.

Page 5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2017 | CEM | CM/ECF regarding Response to Motion to Continue | 0.10 300.00/hr | 30.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding Motion to Continue Response | 0.10 300.00/hr | 30.00 |
|  | CEM | E-mail to Lockerby regarding notice of withdrawal | 0.10 300.00/hr | 30.00 |
|  | CEM | E-mail to Carly Gammil regarding other IRS pending cases | 0.10 300.00/hr | 30.00 |
|  | JB | Revision of Motion to Continue; email Courtney E. Milbank | 0.40 790.00/hr | 316.00 |
|  | JB | Phone conference with DOJ official regarding continuance | 0.30 790.00/hr | 237.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding response DOJ; email DOJ | 0.40 790.00/hr | 316.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding other similar cases | 0.30 790.00/hr | 237.00 |
|  | JB | Review draft stipulation request by Linchpin | 0.30 790.00/hr | 237.00 |
| 2/26/2017 | CEM | Phone conference with James Bopp, Jr. regarding status and needs | 0.10 300.00/hr | 30.00 |
|  | CEM | Phone conference with Courtney E. Milbank regarding status and needs | 0.10 300.00/hr | 30.00 |
|  | CEM | Draft reply to Motion to Continue and send to James Bopp, Jr. for edits; file Reply | 1.00 300.00/hr | 300.00 |
|  | CEM | Draft email to client regarding Motion to Continue | 0.20 300.00/hr | 60.00 |

True the Vote, Inc. Page 6

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2017 | CEM | Work on pulling cases for oral argument and preparing oral argument file | 2.50 300.00/hr | 750.00 |
| | JB | Several e-mails to Courtney E. Milbank regarding continuance; review emails; review DOJ response; revise draft reply; email Courtney E. Milbank | 1.10 790.00/hr | 869.00 |
| 2/27/2017 | CEM | Send email to Catherine regarding Motion to Continue | 0.10 300.00/hr | 30.00 |
| | CEM | Work on oral argument file | 3.00 300.00/hr | 900.00 |
| | CEM | E-mail exchange with Catherine regarding status of hearing and settlement questions | 0.20 300.00/hr | 60.00 |
| | CEM | Brief phone conference with James Bopp, Jr. regarding questions from Catherine | 0.10 300.00/hr | 30.00 |
| | CEM | E-mail from Court regarding dates for hearing; emails from other counsel regarding available dates; combine all dates to find available ones and phone conference with James Bopp, Jr. regarding the same | 0.30 300.00/hr | 90.00 |
| | CEM | File Pro hac vice Motion and pay filing fee | 0.40 300.00/hr | 120.00 |
| | CEM | E-mail to clerk regarding available dates | 0.30 300.00/hr | 90.00 |
| | JB | Review email exchange regarding hearing; review email from court; review email regarding rescheduling hearing; phone conference with Courtney E. Milbank (several times) | 1.30 790.00/hr | 1,027.00 |

True the Vote, Inc. Page 7

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | 41.80 | $18,784.00 |
| **Additional charges:** | | |
| 2/27/2017 Cost advanced for Pro Hac Vice application fee | | 100.00 |
| **Total costs** | | $100.00 |
| **Total amount of this bill** | | $18,884.00 |
| **Balance due** | | $18,884.00 |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 26.80 | 300.00 | $8,040.00 |
| Courtney E. Milbank | 0.80 | 0.00 | $0.00 |
| James Bopp, Jr. | 13.60 | 790.00 | $10,744.00 |
| James Bopp, Jr. | 0.60 | 0.00 | $0.00 |

| | |
|---|---|
| **Retainer held in Trust Account** | $5,000.00 |
| **New balance of retainer funds** | $5,000.00 |