# Exhibit 69
# TTV IRS Invoice 2017-1026

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
October 26, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2017 | JB | Review DOJ letter regarding meet and confer; phone conference with Courtney E. Milbank regarding response; review draft response, approve | 1.10<br>790.00/hr | 869.00 |
|  | JB | Prepare for meet and confer; phone conference with Courtney E. Milbank; review letter | 0.50<br>790.00/hr | 395.00 |
|  | JB | Attend meet and confer with IRS attorney | 1.00<br>790.00/hr | 790.00 |

True the Vote, Inc.                                                                                          Page   2

|            |     |                                                                                                                              | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 9/1/2017   | JB  | Review draft of email to IRS; approved                                                                                       | 0.30<br>790.00/hr | 237.00 |
|            | CEM | E-mail from opposing counsel regarding response to discovery letter                                                          | 0.20<br>340.00/hr | 68.00  |
|            | CEM | Review email exchange with opposing counsel, ACLJ, and James Bopp, Jr. regarding depositions dates fro Ripperda and Von Lienen | 0.40<br>340.00/hr | 136.00 |
|            | CEM | Review and annotate letter from opposing counsel, prepare to discuss with James Bopp, Jr.                                    | 0.70<br>340.00/hr | 238.00 |
|            | CEM | Phone conference with James Bopp, Jr. regarding response to opposing counsel                                                 | 0.20<br>340.00/hr | 68.00  |
|            | CEM | Draft letter to opposing counsel, email exchange with James Bopp, Jr. regarding edits, send to opposing counsel              | 1.30<br>340.00/hr | 442.00 |
|            | CEM | Phone conference with James Bopp, Jr. regarding meet and confer                                                              | 0.10<br>340.00/hr | 34.00  |
|            | CEM | Prepare for meet and confer                                                                                                  | 0.20<br>340.00/hr | 68.00  |
|            | CEM | Meet and confer with opposing counsel                                                                                        | 1.10<br>340.00/hr | 374.00 |
|            | CEM | Follow-up phone call with James Bopp, Jr. regarding meet and confer                                                          | 0.10<br>340.00/hr | 34.00  |
|            | CEM | Draft email to opposing counsel in response to meet and confer, send to James Bopp, Jr. for review, send to opposing counsel | 0.60<br>340.00/hr | 204.00 |
|            | CEM | Review email from Catherine and James Bopp, Jr. regarding letter to major donors                                             | 0.30<br>340.00/hr | 102.00 |

True the Vote, Inc. Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2017 | JB | Follow-up phone call with Courtney E. Milbank regarding meet and confer; review draft email; approve | 0.40<br>790.00/hr | 316.00 |
|  | JB | Email exchange with Catherine regarding letter to major donors | 0.30<br>790.00/hr | 237.00 |
| 9/5/2017 | JB | Review letter from IRS attorney; phone conference with Courtney E. Milbank regarding response | 0.40<br>790.00/hr | 316.00 |
|  | JB | Review email regarding meet and confer; send email to IRS attorney regarding questions to answer | 0.40<br>790.00/hr | 316.00 |
|  | CEM | E-mail to James Bopp, Jr. regarding setting up phone call with recording feature | 0.10<br>340.00/hr | 34.00 |
|  | CEM | Set up conference call with recording feature | 0.20<br>340.00/hr | 68.00 |
|  | CEM | E-mail to opposing counsel with call-in information | 0.10<br>340.00/hr | 34.00 |
|  | CEM | IM with Debbie regarding discovery received from opposing counsel, email to James Bopp, Jr. regarding the same | 0.20<br>340.00/hr | 68.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding letter from opposing counsel and how to respond | 0.20<br>340.00/hr | 68.00 |
|  | CEM | Draft email to opposing counsel, email to James Bopp, Jr. for edits | 0.50<br>340.00/hr | 170.00 |
|  | CEM | Review email exchange between James Bopp, Jr. and Travis regarding settlement | 0.20<br>340.00/hr | 68.00 |

True the Vote, Inc.            Page 4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2017 | JB | Phone conference with Courtney E. Milbank regarding responding to letter | 0.20<br>790.00/hr | 158.00 |
| | JB | Review draft email to opposing counsel; approve | 0.40<br>790.00/hr | 316.00 |
| | JB | Email exchange with IRS lawyer regarding settlement | 0.20<br>790.00/hr | 158.00 |
| 9/6/2017 | CEM | Review mail from IRS with production, transfer all documents to public | 1.00<br>340.00/hr | 340.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding missing information from production | 0.20<br>340.00/hr | 68.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding getting documents to Catherine and email to opposing counsel regarding production and missing information | 0.20<br>340.00/hr | 68.00 |
| | CEM | Transfer all documents to dropbox, email Catherine regarding the same | 0.60<br>340.00/hr | 204.00 |
| | CEM | E-mail exchange with Catherine regarding documents from IRS and ACLJ available in dropbox | 0.20<br>340.00/hr | 68.00 |
| | CEM | Draft email to opposing counsel regarding deficiencies in productions and missing information, email to James Bopp, Jr. for feedback, send to opposing counsel | 0.40<br>340.00/hr | 136.00 |
| | CEM | Review multiple emails from Brock regarding issuing of subpoenas and notice | 0.30<br>340.00/hr | 102.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding missing information from production | 0.20<br>790.00/hr | 158.00 |

True the Vote, Inc.                                                                                                   Page 5

|            |     |                                                                                                                                                              | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 9/6/2017   | JB  | Review email regarding production deficiencies; phone conference with Courtney E. Milbank regarding getting documents to Catherine and email to opposing counsel regarding production and missing information | 0.40<br>790.00/hr | 316.00 |
| 9/7/2017   | CEM | E-mail from James Bopp, Jr. regarding giving opposing counsel a deadline to respond to our email from yesterday | 0.10<br>340.00/hr | 34.00  |
|            | CEM | E-mail opposing counsel with deadline to respond to email from 9/7                                                                                           | 0.10<br>340.00/hr | 34.00  |
|            | CEM | Review email and suggested search terms from opposing counsel, prepare for phone conference with James Bopp, Jr. tomorrow                                    | 0.50<br>340.00/hr | 170.00 |
|            | CEM | E-mail from James Bopp, Jr. regarding email from opposing counsel with search terms and plans to discuss tomorrow                                            | 0.10<br>340.00/hr | 34.00  |
|            | JB  | Phone conference with DOJ attorney regarding settlement                                                                                                      | 0.30<br>790.00/hr | 237.00 |
|            | JB  | Review email from IRS attorney; phone conference with Catherine                                                                                              | 0.80<br>790.00/hr | 632.00 |
|            | JB  | E-mail to Courtney E. Milbank regarding giving opposing counsel a deadline to respond to our email from yesterday                                            | 0.10<br>790.00/hr | 79.00  |
|            | JB  | E-mail to Courtney E. Milbank regarding email from opposing counsel with search terms and plans to discuss tomorrow                                          | 0.10<br>790.00/hr | 79.00  |
| 9/8/2017   | CEM | Two phone conferences with James Bopp, Jr. regarding email from opposing counsel and response & IRS discovery                                                | 0.70<br>340.00/hr | 238.00 |

True the Vote, Inc.  Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2017 | CEM | E-mail to Catherine regarding sample search terms and acceptable categories from the court | 0.20 340.00/hr | 68.00 |
| | CEM | E-mails from Catherine and Brock regarding the DOJ not charging Lois Lerner | 0.20 340.00/hr | 68.00 |
| | CEM | E-mails from opposing counsel regarding response to 9/7 email | 0.20 340.00/hr | 68.00 |
| | JB | Review email from IRS; phone conference with Courtney E. Milbank | 0.80 790.00/hr | 632.00 |
| | JB | Phone conference with Catherine, phone conference with Courtney E. Milbank regarding IRS discovery | 0.50 790.00/hr | 395.00 |
| 9/9/2017 | CEM | Conference call with Catherine and Gregg Phillips regarding search terms | 0.60 340.00/hr | 204.00 |
| | CEM | Follow-up call with James Bopp, Jr. regarding the same | 0.10 340.00/hr | 34.00 |
| | JB | Review letter from IRS regarding production; phone conference with Courtney E. Milbank regarding IRS production | 0.80 790.00/hr | 632.00 |
| 9/11/2017 | JB | Review email from Greg and Catherine | 0.40 790.00/hr | 316.00 |
| | JB | Phone conference with Catherine, Greg, Courtney E. Milbank | 1.10 790.00/hr | 869.00 |
| | CEM | Review email exchange between James Bopp, Jr., Catherine, and Brock regarding conference call on Monday | 0.30 340.00/hr | 102.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding letter to donors | 0.20 340.00/hr | 68.00 |

True the Vote, Inc. Page 7

| | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 9/11/2017 | CEM | Review all prior communications with opposing counsel, draft email, and send to James Bopp, Jr. for feedback | 1.00<br>340.00/hr | 340.00 |
| | CEM | Conference with James Bopp, Jr., Catherine, Brock, and Gregg regarding next steps and search terms | 1.10<br>340.00/hr | 374.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding awaiting information from client before sending email to opposing counsel | 0.20<br>340.00/hr | 68.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding letter to donors | 0.20<br>790.00/hr | 158.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding awaiting information from client before sending email to opposing counsel | 0.20<br>790.00/hr | 158.00 |
| 9/12/2017 | CEM | Review multiple emails from Catherine and Greg regarding discovery | 0.40<br>340.00/hr | 136.00 |
| 9/13/2017 | CLY | Edits to paragraphs | 0.20<br>340.00/hr | 68.00 |
| | CEM | Work on Letter to Donors, send to Corrine L. Youngs for feedback, incorporate edits from Corrine L. Youngs and send to James Bopp, Jr. for feedback | 2.50<br>340.00/hr | 850.00 |
| 9/14/2017 | JB | Review draft of email to Catherine; approve | 0.30<br>790.00/hr | 237.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding email to opposing counsel and information from client | 0.10<br>340.00/hr | 34.00 |

True the Vote, Inc.         Page 8

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2017 | CEM | Draft email to client regarding information for email to opposing counsel and send to James Bopp, Jr. for feedback, send to client | 0.30<br>340.00/hr | 102.00 |
| | CEM | Conference with James Bopp, Jr. regarding letter to donors and email to opposing counsel | 0.10<br>340.00/hr | 34.00 |
| | CEM | E-mail exchange with Catherine regarding documents to discuss | 0.20<br>340.00/hr | 68.00 |
| | CEM | E-mail exchange with Catherine regarding responses to questions | 0.20<br>340.00/hr | 68.00 |
| | CEM | Review documents from IRS | 0.80<br>340.00/hr | 272.00 |
| | JB | Phone conference with Courtney E. Milbank regarding email to opposing counsel and information from client | 0.10<br>790.00/hr | 79.00 |
| | JB | Conference with Courtney E. Milbank regarding letter to donors and email to opposing counsel | 0.10<br>790.00/hr | 79.00 |
| 9/15/2017 | CEM | Multiple emails with Catherine regarding conference to discuss documents | 0.30<br>340.00/hr | 102.00 |
| | CEM | Review documents from IRS | 1.00<br>340.00/hr | 340.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding edits to donor letter | 0.20<br>340.00/hr | 68.00 |
| | JB | Review draft letter to Catherine; phone conference with Courtney E. Milbank regarding revision | 0.60<br>790.00/hr | 474.00 |

True the Vote, Inc.                                                                          Page 9

|              |     |                                                                                                                                                           | Hrs/Rate         | Amount |
|--------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 9/18/2017    | CEM | Two follow up e-mails to Catherine, and email from Catherine regarding 22 documents to discuss                                                            | 0.30<br>340.00/hr | 102.00 |
|              | CEM | E-mail exchange with Catherine regarding 22 documents and questions for the IRS                                                                           | 0.20<br>340.00/hr | 68.00  |
| 9/19/2017    | CEM | Update letter to donors, IM with Corrine L. Youngs regarding suggestions to wording, incorporate edits from Corrine L. Youngs, send to James Bopp, Jr. for feedback | 2.20<br>340.00/hr | 748.00 |
|              | CEM | Conference with Catherine regarding documents to review and questions on status                                                                           | 0.20<br>340.00/hr | 68.00  |
|              | CLY | Review paragraphs and make edits to letter; review letter to donors                                                                                       | 0.60<br>340.00/hr | 204.00 |
| 9/21/2017    | CEM | Phone conference with James Bopp, Jr. regarding interrogatory answers and email to opposing counsel                                                       | 0.20<br>340.00/hr | 68.00  |
|              | CEM | Draft email to opposing counsel regarding production of documents and querying methods, email exchange with James Bopp, Jr. regarding the same            | 0.50<br>340.00/hr | 170.00 |
|              | CEM | Send email to opposing counsel                                                                                                                            | 0.10<br>340.00/hr | 34.00  |
|              | CEM | Send email to Carly regarding update on discovery and hearing                                                                                             | 0.20<br>340.00/hr | 68.00  |
|              | CEM | Begin reviewing interrogatories and produced documents from opposing counsel                                                                              | 1.00<br>340.00/hr | 340.00 |
|              | JB  | Review IRS discovery responses; phone conference with Courtney E. Milbank                                                                                 | 0.90<br>790.00/hr | 711.00 |

True the Vote, Inc.  Page 10

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/21/2017 | JB | Phone conference with Catherine & Brock regarding IRS discovery and PILF subpoena | 0.80 790.00/hr | 632.00 |
| | JB | Review draft email to IRS; approve | 0.30 790.00/hr | 237.00 |
| 9/22/2017 | JPG | E-mail with James Bopp, Jr. regarding needs for fee petition; research rates, review billing files; emails with Brock Akers and James Bopp, Jr. regarding same | 0.80 500.00/hr | 400.00 |
| 9/25/2017 | JPG | E-mail regarding need for affidavit | 0.10 500.00/hr | NO CHARGE |
| | JPG | Various e-mails with Brock Akers, James Bopp, Jr. regarding information needed from previous law firms for eventual fee petition | 0.40 500.00/hr | 200.00 |
| 9/26/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding True the Vote donor letter; send updated donor letter to James Bopp, Jr. | 0.30 340.00/hr | 102.00 |
| | JPG | E-mails to, from, Brock Aker; find and provide into on rates; check documents sent for usability in fee petition | 0.80 500.00/hr | 400.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding letter to Catherine | 0.20 790.00/hr | 158.00 |
| | JB | E-mail exchange regarding fee petition request | 0.40 790.00/hr | 316.00 |
| 9/27/2017 | CEM | E-mail from James Bopp, Jr. with approval of donor letter | 0.10 340.00/hr | 34.00 |
| | CEM | Finalize donor letter, save to Word and PDF, and send to Catherine | 0.50 340.00/hr | 170.00 |

True the Vote, Inc. Page 11

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/2017 | JB | Review client letter, approve | 0.30 790.00/hr | 237.00 |
| 9/28/2017 | CEM | E-mail from Catherine regarding IRS documents and strategy | 0.10 340.00/hr | 34.00 |
| | CEM | E-mail from Catherine with update to letter, update letter and send back | 0.20 340.00/hr | 68.00 |
| | JB | Review email from Jeffrey P. Gallant and Brock regarding PILF billing | 0.40 790.00/hr | 316.00 |
| 9/29/2017 | CEM | Follow-up email to opposing counsel regarding update on discovery | 0.30 340.00/hr | 102.00 |
| | CEM | Follow-up email to Carly regarding update on Linchpins discovery | 0.20 340.00/hr | 68.00 |
| | CEM | E-mail exchange with Carly regarding update on Linchpins discovery | 0.20 340.00/hr | 68.00 |
| | JB | Review email with Linchpin attorney and DOJ | 0.40 790.00/hr | 316.00 |

| | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | 46.90 | $23,387.00 |
| **Previous balance** | | $144,469.41 |
| **Balance due** | | $167,856.41 |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Corrine L. Youngs | 0.80 | 340.00 | $272.00 |
| Courtney E. Milbank | 28.10 | 340.00 | $9,554.00 |
| Jeffrey P. Gallant | 2.00 | 500.00 | $1,000.00 |
| Jeffrey P. Gallant | 0.10 | 0.00 | $0.00 |
| James Bopp, Jr. | 15.90 | 790.00 | $12,561.00 |