# Exhibit 70
# TTV IRS Invoice 2017-1122

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

Indianapolis Office:

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434  Facsimile 812/235-3685
www.bopplaw.com

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

---

INVOICE
November 22, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
        Obtained by James Bopp, Jr.

**Professional Services**

|          |     |                                                                    | Hrs/Rate            | Amount |
|----------|-----|--------------------------------------------------------------------|---------------------|--------|
| 10/2/2017 | JPG | E-mail from, to,Brock                                              | 0.30<br>500.00/hr   | 150.00 |
|          | CEM | E-mails from Catherine regarding PILF, email to James Bopp, Jr. regarding the same | 0.30<br>340.00/hr   | 102.00 |
|          | CEM | Continue working on discovery                                      | 2.00<br>340.00/hr   | 680.00 |
| 10/3/2017 | CEM | E-mail from Laura regarding discovery questions and answers       | 0.40<br>340.00/hr   | 136.00 |

True the Vote, Inc.                                                          Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2017 | CEM | E-mails from Catherine and Brock regarding PILF | 0.30 340.00/hr | 102.00 |
| | CEM | Continue working on discovery | 0.90 340.00/hr | 306.00 |
| 10/4/2017 | CEM | Conference with James Bopp, Jr. regarding case status and needs | 0.10 340.00/hr | 34.00 |
| | JB | Review Courtney E. Milbank email; review client email; conference with Courtney E. Milbank regarding case status and needs | 0.50 790.00/hr | 395.00 |
| | CEM | E-mail to Catherine and Gregg regarding answers to search questions | 0.20 340.00/hr | 68.00 |
| | CEM | E-mail to opposing counsel regarding extend discovery deadline and status conference | 0.30 340.00/hr | 102.00 |
| | CEM | Save interrogatory responses and documents from third request for production to public and email Catherine regarding the same | 0.20 340.00/hr | 68.00 |
| 10/5/2017 | JPG | E-mails with Brock, Catherine, James Bopp, Jr. regarding PILF et al preparing declarations, etc.; email to Noel Johnson, follow up with James Bopp, Jr. | 0.70 500.00/hr | 350.00 |
| | CEM | Continue working on discovery | 3.00 340.00/hr | 1,020.00 |
| | CEM | E-mail from Catherine regarding answers to search questions, next steps, and checking on status of PILF | 0.10 340.00/hr | 34.00 |
| | CEM | E-mail from Jim to Catherine regarding update on status of case and what is needed from Brock and PILF | 0.10 340.00/hr | NO CHARGE |

True the Vote, Inc.

Page  3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2017 | CEM | E-mail to opposing counsel regarding them needing to seek extension | 0.10 340.00/hr | 34.00 |
| | JB | E-mail exchange regarding PILF | 0.40 790.00/hr | 316.00 |
| 10/6/2017 | CEM | E-mail from James Bopp, Jr. and Catherine regarding IRS audit report, review report | 0.40 340.00/hr | 136.00 |
| | CEM | E-mail exchange with opposing counsel regarding them seeking an extension for discovery and continuing the status conference | 0.30 340.00/hr | 102.00 |
| | CEM | Continue working on discovery | 3.00 340.00/hr | 1,020.00 |
| | JB | Review e-mail exchange regarding IRS seeking discovery extension; email to Courtney E. Milbank regarding IRS audit report | 0.50 790.00/hr | 395.00 |
| 10/9/2017 | JPG | E-mail from James Bopp, Jr. regarding progress | 0.10 500.00/hr | NO CHARGE |
| | CEM | E-mail exchange with James Bopp, Jr. regarding True the Vote completion of discovery for request 1, research whether discovery has been completed for said request, draft email to opposing counsel regarding the same, send to James Bopp, Jr. for feedback, send email to opposing counsel | 0.90 340.00/hr | 306.00 |
| | CEM | E-mail exchange with James Bopp, Jr.and Catherine regarding status and needed items, schedule conference call | 0.30 340.00/hr | 102.00 |
| | CEM | Set up conference call | 0.20 340.00/hr | NO CHARGE |

True the Vote, Inc.

Page   4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2017 | CEM | Review article from James Bopp, Jr. on TIGTA report | 0.30<br>340.00/hr | 102.00 |
| | CEM | Send out call in information for conference call | 0.10<br>340.00/hr | NO CHARGE |
| | JB | Review Jeffrey P. Gallant e-mail regarding PILF; forward to Catherine | 0.20<br>790.00/hr | 158.00 |
| | JB | E-mail to Jeffrey P. Gallant regarding progress | 0.10<br>790.00/hr | NO CHARGE |
| | JB | E-mail to Courtney E. Milbank regarding True the Vote completion of request 1; review email from Courtney E. Milbank regarding same | 0.20<br>790.00/hr | 158.00 |
| | JB | E-mail exchange with Courtney E. Milbank and Catherine regarding status and needed items, schedule conference call | 0.30<br>790.00/hr | 237.00 |
| 10/10/2017 | CEM | E-mail exchange with James Bopp, Jr. and Catherine regarding conference call | 0.20<br>340.00/hr | NO CHARGE |
| | CEM | Conference call with James Bopp, Jr. , Catherine, and Brock | 0.50<br>340.00/hr | 170.00 |
| | CEM | Draft email to opposing counsel regarding items requested by COB Friday, October 13th; send to James Bopp, Jr. for feedback | 0.40<br>340.00/hr | 136.00 |
| | CEM | Conference call with James Bopp, Jr. regarding email to opposing counsel | 0.10<br>340.00/hr | 34.00 |
| | CEM | Make corrections to email to opposing counsel; send to James Bopp, Jr. for approval | 0.40<br>340.00/hr | 136.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding motion to extend filed by opposing counsel and approval of draft email | 0.30<br>340.00/hr | 102.00 |

True the Vote, Inc.                                                                                          Page  5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2017 | CEM | Send email regarding Production Request no. 1 and Interrogatory Request no. 5 to opposing counsel | 0.10 340.00/hr | 34.00 |
|  | CEM | CM/ECF Motion for Extension of Time and save to public | 0.20 340.00/hr | 68.00 |
|  | CEM | Continue working through discovery | 2.00 340.00/hr | 680.00 |
|  | JB | Phone conference with Catherine and Brock, Courtney E. Milbank | 0.50 790.00/hr | 395.00 |
|  | JB | Review draft email to IRS; phone conference with Courtney E. Milbank regarding revision | 0.30 790.00/hr | 237.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding motion to extend filed by opposing counsel and approval of draft email | 0.30 790.00/hr | 237.00 |
|  | JB | E-mail exchange with Courtney E. Milbank and Catherine regarding conference call | 0.20 790.00/hr | NO CHARGE |
| 10/11/2017 | CEM | Review CM/ECF Minute Order regarding granting of motion to extend | 0.10 340.00/hr | 34.00 |
|  | CEM | Continue working through discovery | 2.00 340.00/hr | 680.00 |
|  | JB | E-mail exchange with DOJ regarding settlement | 0.30 790.00/hr | 237.00 |
| 10/12/2017 | CEM | Follow-up with James Bopp, Jr. regarding press release for case | 0.20 340.00/hr | 68.00 |
|  | CEM | Continue working on discovery | 2.00 340.00/hr | 680.00 |

True the Vote, Inc.                                                    Page  6

|            |     |                                                                                                                    | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|----------|--------|
| 10/13/2017 | CEM | E-mail to James Bopp, Jr. regarding update on press release for case                                               | 0.10 340.00/hr | 34.00 |
|            | CEM | Continue working through discovery                                                                                  | 2.00 340.00/hr | 680.00 |
|            | CEM | E-mail from Catherine regarding updating date on letter to donors                                                   | 0.10 340.00/hr | 34.00 |
| 10/16/2017 | CEM | E-mail exchange with Catherine regarding updates on letter                                                          | 0.20 340.00/hr | 68.00 |
|            | CEM | E-mail exchange with James Bopp, Jr. regarding response from IRS, email to opposing counsel regarding production and meet and confer | 0.30 340.00/hr | 102.00 |
|            | CEM | Draft e-mail to opposing counsel regarding request no. 1 of Plaintiff's First Request and no. 5 of Plaintiff's Interrogatories, send to opposing counsel | 0.50 340.00/hr | 170.00 |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding response from IRS                                                | 0.10 340.00/hr | 34.00 |
| 10/17/2017 | CEM | Review emails from Laura and James Bopp, Jr. regarding IRS production                                               | 0.30 340.00/hr | 102.00 |
|            | CEM | Phone conference with James Bopp, Jr. regarding IRS production                                                      | 0.10 340.00/hr | 34.00 |
|            | JB  | Phone conference with Courtney E. Milbank regarding IRS production                                                  | 0.10 340.00/hr | 34.00 |
|            | JB  | E-mail exchange with opposing counsel regarding IRS production                                                      | 0.30 790.00/hr | 237.00 |
| 10/18/2017 | JPG | Conference with Courtney E. Milbank regarding status of negotiation with PILF                                       | 0.10 500.00/hr | NO CHARGE |

True the Vote, Inc.                                                                                          Page  7

|            |      |                                                                                                                                                                                                                    | Hrs/Rate | Amount |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 10/18/2017 | CEM  | Review emails between opposing counsel and James Bopp, Jr. regarding IRS production and that remaining documents for request no. 1 of Plaintiff's Request for Production and no. 5 of Plaintiff's interrogatories will be produced by Friday | 0.30 340.00/hr | 102.00 |
|            | CEM  | Brief conference with James Bopp, Jr. regarding case status and needs                                                                                                                                                   | 0.10 340.00/hr | 34.00 |
|            | JB   | Brief conference with Courtney E. Milbank regarding case status and needs                                                                                                                                               | 0.10 790.00/hr | 79.00 |
|            | CEM  | Conference with Jeffrey P. Gallant regarding status of negotiation with PILF                                                                                                                                            | 0.10 500.00/hr | NO CHARGE |
|            | JB   | E-mail exchange with opposing counsel regarding IRS production by Friday                                                                                                                                                 | 0.30 790.00/hr | NO CHARGE |
| 10/20/2017 | CEM  | E-mail from opposing counsel regarding additional production of documents                                                                                                                                               | 0.20 340.00/hr | 68.00 |
|            | CEM  | Review e-mail from James Bopp, Jr. to Catherine regarding additional production of documents from IRS                                                                                                                   | 0.10 340.00/hr | 34.00 |
|            | JB   | Review IRS Production; email Catherine                                                                                                                                                                                   | 0.40 790.00/hr | 316.00 |
| 10/23/2017 | CEM  | CM/ECF notice of withdraw of appearance--Egan                                                                                                                                                                           | 0.10 340.00/hr | 34.00 |
| 10/24/2017 | CEM  | IM to Jeffrey P. Gallant regarding saving IRS production documents to public                                                                                                                                            | 0.10 340.00/hr | NO CHARGE |
|            | CEM  | E-mail to Catherine regarding letter updates                                                                                                                                                                            | 0.10 340.00/hr | 34.00 |

True the Vote, Inc.                                                                   Page  8

|            |     |                                                                                 | Hrs/Rate          | Amount     |
|------------|-----|---------------------------------------------------------------------------------|-------------------|------------|
| 10/24/2017 | CEM | Update donor letter and send to Catherine; email to Catherine regarding produced documents from IRS | 0.30 340.00/hr | 102.00 |
|            | JPG | IM from Courtney E. Milbank regarding saving IRS production documents to public | 0.10 500.00/hr | NO CHARGE |
| 10/26/2017 | CEM | Multiple e-mails with James Bopp, Jr. and Catherine regarding IRS settlement | 0.30 340.00/hr | 102.00 |
|            | CEM | Find and pull settlement documents from NorCal and Linchpins, send to James Bopp, Jr. and Catherine | 0.50 340.00/hr | 170.00 |
|            | CEM | Phone conference with James Bopp, Jr. and Catherine regarding Linchpins settlement | 0.40 340.00/hr | 136.00 |
|            | CEM | Brief phone conference with James Bopp, Jr. regarding press release | 0.10 340.00/hr | 34.00 |
|            | CEM | Draft press release and send to Catherine | 0.40 340.00/hr | 136.00 |
|            | CEM | Multiple e-mails with James Bopp, Jr. and Catherine regarding press release | 0.20 340.00/hr | 68.00 |
|            | CEM | Phone conference with Catherine regarding Linchpins settlement | 0.10 340.00/hr | 34.00 |
|            | JB  | Review newspaper article regarding settlement; phone conference with DOJ attorney; review Linchpin Settlement; email exchange with Catherine and Courtney E. Milbank; phone conference with Catherine and Courtney E. Milbank; review draft press release and email exchange | 2.30 790.00/hr | 1,817.00 |
| 10/27/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding use of 6th Circuit case in briefing | 0.20 340.00/hr | 68.00 |

True the Vote, Inc.                                                                          Page  9

|            |     |                                                                          | Hrs/Rate        | Amount       |
|------------|-----|--------------------------------------------------------------------------|-----------------|--------------|
| 10/27/2017 | CEM | Brief phone conference with James Bopp, Jr. regarding use of 6th Circuit case from NorCal in briefing | 0.10 340.00/hr  | 34.00        |
|            | JB  | Brief phone conference with Courtney E. Milbank regarding use of 6th Circuit case from NorCal in briefing | 0.10 790.00/hr  | 79.00        |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding use of 6th Circuit case in briefing | 0.20 790.00/hr  | 158.00       |
| 10/31/2017 | CEM | E-mail exchange with Catherine regarding documents from the IRS           | 0.20 340.00/hr  | 68.00        |

|                                    | Hrs/Rate | Amount        |
|------------------------------------|----------|---------------|
| **For professional services rendered** | **38.50** | **$15,777.00** |
| **Previous balance**               |          | **$167,856.41** |
| **Balance due**                    |          | **$183,633.41** |

### Attorney Summary

| Name              | Hrs/Rate | Rate   | Amount     |
|-------------------|----------|--------|------------|
| Courtney E. Milbank | 28.70    | 340.00 | $9,758.00  |
| Courtney E. Milbank | 0.80     | 0.00   | $0.00      |
| Jeffrey P. Gallant | 1.00     | 500.00 | $500.00    |
| Jeffrey P. Gallant | 0.30     | 0.00   | $0.00      |
| James Bopp, Jr.   | 6.90     | 790.00 | $5,451.00  |
| James Bopp, Jr.   | 0.20     | 340.00 | $68.00     |
| James Bopp, Jr.   | 0.60     | 0.00   | $0.00      |