# Exhibit 71
# TTV IRS Invoice 2017-1221

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
December 21, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2017 | CEM | Transfer documents from IRS to USB and FedEx to Catherine | 0.60<br>340.00/hr | NO CHARGE |
|  | CEM | Multiple e-mails with Catherine regarding FedEx of documents from IRS | 0.30<br>340.00/hr | NO CHARGE |
|  | CEM | Review email exchange between James Bopp, Jr. and Catherine regarding proposed consent decree | 0.20<br>340.00/hr | 68.00 |

True the Vote, Inc.                                                                                                    Page 2

|            |     |                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 11/1/2017  | JB  | Conference with Courtney E. Milbank regarding documents from IRS, motion to compel, and proposed consent decree | 0.20<br>790.00/hr | 158.00 |
|            | CEM | Conference with James Bopp, Jr. regarding documents from IRS, motion to compel, and proposed consent decree  | 0.20<br>340.00/hr | 68.00  |
|            | JB  | E-mail exchange with Catherine regarding proposed court decree                                               | 0.40<br>790.00/hr | 316.00 |
| 11/6/2017  | JB  | Phone conference with Catherine regarding DOJ phone conference                                               | 0.40<br>790.00/hr | 316.00 |
|            | JB  | Research other settlements; phone conference with DOJ; phone conference with Catherine regarding phone conference | 0.80<br>790.00/hr | 632.00 |
|            | JB  | Phone conference with DOJ attorney regarding settlement; phone conference with Catherine                     | 0.50<br>790.00/hr | 395.00 |
| 11/7/2017  | CEM | Review settlement offer, review settlement in Linchpins and stay in NorCal                                   | 1.00<br>340.00/hr | 340.00 |
| 11/8/2017  | CEM | Conference with James Bopp, Jr. regarding settlement offer and government response to interrogatory number 5 | 0.10<br>340.00/hr | 34.00  |
|            | JB  | Conference with Courtney E. Milbank regarding settlement offer and government response to interrogatory number 5 | 0.10<br>790.00/hr | 79.00  |
|            | CEM | Continue working on discovery                                                                                | 2.00<br>340.00/hr | 680.00 |
| 11/9/2017  | CEM | E-mail exchange with Catherine regarding IRS document                                                        | 0.20<br>340.00/hr | 68.00  |

True the Vote, Inc.                                                                                                       Page 3

|            |     |                                                                                                                   | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 11/9/2017  | CEM | Go through discovery documents                                                                                    | 2.00<br>340.00/hr | 680.00   |
|            | JB  | Review email from Catherine; phone conference with Catherine; review IRS document; review email from Catherine    | 0.90<br>790.00/hr | 711.00   |
| 11/10/2017 | CEM | Two phone conferences with Catherine regarding documents from IRS                                                 | 0.40<br>340.00/hr | 136.00   |
|            | CEM | Continue going through discovery documents                                                                        | 1.00<br>340.00/hr | 340.00   |
| 11/13/2017 | CEM | Continue going through discovery documents                                                                        | 1.00<br>340.00/hr | 340.00   |
| 11/14/2017 | CEM | Phone conference with James Bopp, Jr. regarding what the IRS has done to cure the issues                          | 0.10<br>340.00/hr | 34.00    |
|            | CEM | Continue going through discovery documents                                                                        | 4.60<br>340.00/hr | 1,564.00 |
|            | CEM | E-mail exchange with James Bopp, Jr. regarding update on document review for court's interrogatory number 5       | 0.20<br>340.00/hr | 68.00    |
|            | JB  | Review IRS document, email exchange with Catherine; phone conference with Catherine regarding settlement          | 0.70<br>790.00/hr | 553.00   |
|            | JB  | Phone conference with Courtney E. Milbank regarding what the IRS has done to cure the issues                      | 0.10<br>790.00/hr | 79.00    |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding update on document review for court's interrogatory number 5   | 0.20<br>790.00/hr | 158.00   |

True the Vote, Inc.                                                                                           Page 4

|            |     |                                                                                                      | Hrs/Rate         | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------|------------------|------------|
| 11/15/2017 | CEM | Work on discovery                                                                                    | 2.00 340.00/hr   | 680.00     |
|            | CEM | Conference with James Bopp, Jr. regarding viewpoint in interrogatories or discovery                  | 0.20 340.00/hr   | 68.00      |
|            | JB  | Conference with Courtney E. Milbank regarding viewpoint in interrogatories or discovery              | 0.20 790.00/hr   | 158.00     |
|            | JB  | Review email from Catherine regarding settlement; respond                                            | 0.40 790.00/hr   | 316.00     |
|            | JB  | Review email from Catherine regarding settlement; phone conference with Catherine                    | 0.40 790.00/hr   | 316.00     |
|            | JB  | Phone conference with DOJ attorney regarding settlement                                              | 0.30 790.00/hr   | 237.00     |
| 11/16/2017 | CEM | Review emails from James Bopp, Jr. and Catherine regarding update on settlement                      | 0.20 340.00/hr   | 68.00      |
|            | CEM | E-mails to James Bopp, Jr. regarding settlement                                                      | 0.10 340.00/hr   | 34.00      |
| 11/28/2017 | CEM | E-mail from Debbie regarding phone call from DOJ                                                     | 0.10 340.00/hr   | NO CHARGE  |
|            | CEM | Phone conference with Travis Greaves from DOJ                                                        | 0.10 340.00/hr   | 34.00      |
|            | CEM | E-mail exchange with James Bopp, Jr. regarding phone call from DOJ and update on settlement          | 0.20 340.00/hr   | 68.00      |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding phone call from DOJ and update on settlement      | 0.20 790.00/hr   | 158.00     |

True the Vote, Inc.                            Page 5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2017 | CEM | E-mail to James Bopp, Jr. regarding settlement | 0.10<br>340.00/hr | 34.00 |
|  | JB | Review Courtney E. Milbank email; review Catherine email regarding attorney fees, respond | 0.40<br>790.00/hr | 316.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| **For professional services rendered** | **23.10** | **$10,304.00** |
| **Additional charges:** | | |
| 11/1/2017 Cost advanced for FedEx to deliver documents to Catherine Englebrecht, 1309 Track Road E, Cat Spring, TX 78933 | | 22.35 |
| **Total costs** | | **$22.35** |
| **Total amount of this bill** | | **$10,326.35** |
| **Previous balance** | | **$183,633.41** |
| 12/15/2017 Payment - thank you--Wire Transfer--Dated 12/15/17 | | ($10,000.00) |
| **Total payments and adjustments** | | **($10,000.00)** |
| **Balance due** | | **$183,959.76** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 15.90 | 340.00 | $5,406.00 |
| Courtney E. Milbank | 1.00 | 0.00 | $0.00 |
| James Bopp, Jr. | 6.20 | 790.00 | $4,898.00 |