# Exhibit 72
# TTV IRS Invoice 2018-0119

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
January 19, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
   Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2017 | JB | Phone conference with DOJ Attorney regarding Hearing | 0.30<br>790.00/hr | 237.00 |
| 12/11/2017 | JB | Review email and agreement with PILF; review invoice | 0.90<br>790.00/hr | 711.00 |
| 12/12/2017 | JB | Review draft agreement with PILF; phone conference with Brock, sign and send | 0.40<br>790.00/hr | 316.00 |

True the Vote, Inc.  Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2017 | CEM | E-mail from opposing counsel regarding stay deadlines motion, review motion, email to James Bopp, Jr. regarding the same | 0.30 340.00/hr | 102.00 |
| 12/14/2017 | CEM | CM/ECF Joint Motion to Stay Deadlines | 0.10 340.00/hr | 34.00 |
| | JPG | Review agreement on fees | 0.20 500.00/hr | 100.00 |
| 12/15/2017 | CEM | CM/ECF order on motion to stay | 0.10 340.00/hr | 34.00 |
| | JPG | Phone conference with James Bopp, Jr. regarding needs for fee negotiation | 0.40 500.00/hr | 200.00 |
| | JB | Phone conference with Jeffrey P. Gallant regarding needs for fee negotiation | 0.40 790.00/hr | 316.00 |
| | JB | E-mail Catherine, Brock regarding billing invoices | 0.30 790.00/hr | 237.00 |
| 12/18/2017 | JPG | E-mails from James Bopp, Jr., to Catherine Engelbrecht, Brock Akers, regarding billing records; download and save files | 0.80 500.00/hr | 400.00 |
| 12/19/2017 | CEM | E-mails from Jeffrey P. Gallant, James Bopp, Jr., and Brock regarding fees and send DC Circuit opinion to Jeffrey P. Gallant | 0.30 340.00/hr | 102.00 |
| | JPG | E-mails from Brock and Catherine; download dropbox file, check for Eastman invoice, respond to Brock and to Catherine; emails with Brock regarding hourly rates, etc. | 0.80 500.00/hr | 400.00 |
| | JPG | E-mails from Brock Akers; research statute for recovery of attorney's fees, various emails with Melena Siebert regarding applicable statute | 2.30 500.00/hr | 1,151.25 |

True the Vote, Inc.                                                                                 Page 3

|            |     |                                                                                                           | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/19/2017 | MS  | Research on Attorney Fee issue for TTV litigation                                                         | 1.30 300.00/hr  | 390.00 |
|            | MS  | Research on Attorney Fee issue for TTV                                                                    | 1.40 300.00/hr  | 420.00 |
|            | MS  | E-mails to Jeffrey P. Gallant regarding Attorney Fee issue                                                | 0.30 300.00/hr  | 90.00  |
| 12/20/2017 | JPG | E-mails with Melena Siebert, review *Cobell*; various conferences with Melena Siebert regarding EAJA vs. IRC fee provisions | 1.10 500.00/hr  | 550.00 |
|            | JPG | E-mails with Cleta Mitchell regarding attorney's years of experience; research Claremont for John Eastman's years of experience | 0.60 500.00/hr  | 300.00 |
|            | MS  | TTV research on attorney fees                                                                             | 0.30 300.00/hr  | 90.00  |
|            | MS  | TTV research on attorney fees                                                                             | 0.20 300.00/hr  | 60.00  |
|            | MS  | TTV research on attorney fees, various conferences with Jeffrey P. Gallant regarding the same             | 0.60 300.00/hr  | 180.00 |
|            | MS  | E-mails to Jeffrey P. Gallant regarding TTV research on attorney fees                                     | 0.20 300.00/hr  | 60.00  |
|            | JB  | Phone conference with DOJ attorney regarding settlement                                                   | 0.50 790.00/hr  | 395.00 |
|            | JB  | Phone conference with Catherine regarding settlement                                                      | 0.50 790.00/hr  | 395.00 |
|            | JB  | Phone conference with Jeffrey P. Gallant regarding attorney fees calculation                              | 0.30 790.00/hr  | 237.00 |

True the Vote, Inc.                                                                                       Page 4

|            |     |                                                                                                                    | Hrs/Rate           | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
| 12/20/2017 | JPG | Phone conference with James Bopp, Jr. regarding attorney fees calculation                                          | 0.30<br>500.00/hr  | 150.00    |
| 12/21/2017 | JPG | Various conferences with Melena Siebert regarding needs for Jan. 03; review caselaw on EAJA fees; work on transferring billing statements to Excel | 1.20<br>500.00/hr  | 600.00    |
|            | JPG | Help DW convert timeslips to PDF                                                                                   | 0.20<br>500.00/hr  | NO CHARGE |
|            | JPG | E-mails regarding personnel at Foley                                                                               | 0.10<br>500.00/hr  | 50.00     |
|            | JPG | Check on net worth of TTV at inception of suit; difference between 2412 (b) and 2412 (d)                           | 0.80<br>500.00/hr  | 400.00    |
|            | MS  | Conference with Jeffrey P. Gallant regarding TTV billing spreadsheet issues                                        | 0.40<br>300.00/hr  | 120.00    |
|            | MS  | Conference regarding TTV billing project with Jeffrey P. Gallant                                                   | 0.50<br>300.00/hr  | 150.00    |
| 12/22/2017 | MS  | Review Excel options for TTV billing                                                                               | 1.00<br>300.00/hr  | 300.00    |
| 12/26/2017 | JPG | E-mails, phone conference with Melena Siebert regarding billing statement/spreadsheet                              | 0.20<br>500.00/hr  | 100.00    |
|            | JPG | Research support for using prevailing market rates, check on experience levels of PILF attorneys                   | 1.90<br>500.00/hr  | 950.00    |
|            | MS  | TV Billing Spreadsheets                                                                                            | 0.40<br>300.00/hr  | 120.00    |
|            | MS  | TV Billing Spreadsheets, emails and phone conference with Jeffrey P. Gallant regarding the same                    | 0.80<br>300.00/hr  | 240.00    |

True the Vote, Inc.                                                                                         Page 5

|             |     |                                                                                                                          | Hrs/Rate        | Amount   |
|-------------|-----|--------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 12/26/2017  | MS  | TV Billing Spreadsheets                                                                                                  | 0.50 300.00/hr  | 150.00   |
| 12/27/2017  | JPG | Work on establishing hourly rates--check on F & L experience, confirm with Cathy Kidwell at F & L                        | 1.30 500.00/hr  | 650.00   |
|             | JPG | Research special factors for hourly rates above statutory, whether current rates are used or historical rates, etc.      | 1.50 500.00/hr  | 750.00   |
|             | JPG | Research treatment of hourly rates under EAJA, outline for calculating estimate for settlement negotiations              | 1.20 500.00/hr  | 600.00   |
| 12/28/2017  | JPG | Chart all attorneys', clerks', paralegals' rates for spreadsheets, email, phone conference with Melena Siebert regarding progress | 2.10 500.00/hr  | 1,050.00 |
|             | MS  | TV Billing Spreadsheets, email with Jeffrey P. Gallant regarding the same                                                | 1.30 300.00/hr  | 390.00   |
|             | MS  | TV Billing Spreadsheets                                                                                                  | 1.80 300.00/hr  | 540.00   |
|             | MS  | Phone call with Jeffrey P. Gallant regarding TTV Billing                                                                 | 0.10 300.00/hr  | 30.00    |
|             | MS  | TTV Billing Spreadsheets                                                                                                 | 1.30 300.00/hr  | 390.00   |
| 12/29/2017  | MS  | TTV Billing Spreadsheets                                                                                                 | 0.50 300.00/hr  | 150.00   |
|             | MS  | TTV Billing Spreadsheets                                                                                                 | 1.20 300.00/hr  | 360.00   |
|             | MS  | TTV Billing Spreadsheets                                                                                                 | 1.30 300.00/hr  | 390.00   |

True the Vote, Inc. Page 6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2017 | MS | TTV Billing Spreadsheets | 0.30<br>300.00/hr | 90.00 |
| | MS | TTV Billing Spreadsheets | 0.30<br>300.00/hr | 90.00 |
| | MS | TTV Billing Spreadsheets | 0.40<br>300.00/hr | 120.00 |
| | MS | TTV Billing Spreadsheets | 0.70<br>300.00/hr | 210.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding TTV attorney rates | 0.20<br>300.00/hr | 60.00 |
| | MS | TTV Spreadsheets | 0.30<br>300.00/hr | 90.00 |
| | MS | TTV Spreadsheets | 0.50<br>300.00/hr | 150.00 |
| | JPG | Phone conference with Melena Siebert regarding TTV attorney rates | 0.20<br>500.00/hr | 100.00 |
| 12/31/2017 | MS | Various times--TTV Spreadsheets | 5.00<br>300.00/hr | 1,500.00 |

| | | |
|---|---|---|
| **For professional services rendered**<br>**Additional charges:** | 44.70 | $18,547.25 |
| 12/19/2017 Cost advanced for LexisNexis computer assisted legal research--Attorney Fee Research | | 87.00 |
| 12/20/2017 Cost advanced for LexisNexis computer assisted legal research--Attorney Fee Research | | 6.00 |
| 12/28/2017 Cost advanced for LexisNexis computer assisted legal research--research special factors for higher hourly rates, related rules | | 180.00 |

True the Vote, Inc.	Page 7

|  | Amount |
|---|---|
| **Total costs** | $273.00 |
| **Total amount of this bill** | $18,820.25 |
| **Previous balance** | $183,959.76 |
| **Balance due** | $202,780.01 |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Courtney E. Milbank | 0.80 | 340.00 | $272.00 |
| Jeffrey P. Gallant | 17.00 | 500.00 | $8,501.25 |
| Jeffrey P. Gallant | 0.20 | 0.00 | $0.00 |
| Melena Siebert | 23.10 | 300.00 | $6,930.00 |
| James Bopp, Jr. | 3.60 | 790.00 | $2,844.00 |