# Exhibit 74
# TTV IRS Invoice 2018-0328

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
March 28, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2018 | JPG | Review background materials on Foley for declaration | 2.50 500.00/hr | NO CHARGE |
|  | CEM | Research local rules on applications for fees; email to Melena Siebert regarding the same; review emails from Melena Siebert regarding status updates | 0.40 340.00/hr | 136.00 |
|  | MS | Edit/Review sections written for attorney's fee memo; additional writing on "bad faith" section | 2.80 300.00/hr | 840.00 |

True the Vote, Inc.                                                                                                    Page  2

|            |      |                                                                                                                                                                                            | Hrs/Rate           | Amount     |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 2/1/2018   | MS   | Edit/Review sections written for attorney's fee memo; additional writing on "bad faith" section                                                                                            | 3.80<br>300.00/hr  | 1,140.00   |
| 2/2/2018   | JB   | Review draft memo for attorney fees                                                                                                                                                        | 0.70<br>790.00/hr  | 553.00     |
|            | JPG  | Phone conference with Melena Siebert regarding plan for memo & declarations; possible research needs; follow up emails                                                                     | 0.90<br>500.00/hr  | 450.00     |
|            | JPG  | Review memo and comment                                                                                                                                                                    | 0.40<br>500.00/hr  | 200.00     |
|            | JPG  | Work on declarations--background for Foley & Lardner                                                                                                                                       | 2.40<br>500.00/hr  | NO CHARGE  |
|            | JPG  | Find, review briefing for adjustment for limited success                                                                                                                                   | 1.40<br>500.00/hr  | 700.00     |
|            | CEM  | E-mail from Melena Siebert regarding TTV petition                                                                                                                                          | 0.10<br>340.00/hr  | 34.00      |
|            | MS   | Memo for attorney's fees; LSI Laffey Rate, Edits                                                                                                                                          | 1.50<br>300.00/hr  | 450.00     |
|            | MS   | Phone conference with Jeffrey P. Gallant regarding TTV separation of billing issues, reduction for unsuccessful claims, strategy on declarations, and billing adjustments, phone conference with James Bopp, Jr. regarding same | 0.90<br>300.00/hr  | 270.00     |
|            | MS   | Edit memo, complete "bad faith" and "substantial justification" sections                                                                                                                   | 3.50<br>300.00/hr  | 1,050.00   |
| 2/5/2018   | JB   | phone conference with Melena Siebert regarding revision in Motion for Attorney's Fees                                                                                                      | 0.40<br>790.00/hr  | 316.00     |
|            | JPG  | Phone conference with Melena Siebert regarding billing statements                                                                                                                         | 0.30<br>500.00/hr  | 150.00     |

True the Vote, Inc.                                                                                      Page  3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2018 | JPG | Work on declarations | 1.10 500.00/hr | 550.00 |
|  | JPG | Background research for declarations | 2.00 500.00/hr | NO CHARGE |
|  | MS | Review Z Street case and Court of Appeals decision for additions to memo for attorney's fees | 1.50 300.00/hr | 450.00 |
|  | MS | Phone conference with James Bopp, Jr. regarding review and edits on memo for attorney's fees | 0.30 300.00/hr | 90.00 |
|  | JB | Phone conference with Melena Siebert regarding review and edits on memo for attorney's fees | 0.30 790.00/hr | 237.00 |
|  | MS | Review Bivens issue for billing adjustment based on substantially similar underlaying/facts/unsuccessful claim approach | 1.00 300.00/hr | 300.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding billing statements | 0.30 300.00/hr | 90.00 |
| 2/6/2018 | JPG | Phone conference with Melena Siebert regarding support for Laffey LSI hourly rates, adjusting billing statements for limited success, etc. | 0.60 500.00/hr | 300.00 |
|  | JPG | Work on declaration & draft letter to prior firms | 2.20 500.00/hr | 1,100.00 |
|  | MS | Phone conference with James Bopp, Jr. regarding strategy for approaching billing adjustments in TTV for unsuccessful claims | 0.10 300.00/hr | 30.00 |

True the Vote, Inc.                                                                                                   Page  4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2018 | JB | Phone conference with Melena Siebert regarding strategy for approaching billing adjustments in TTV for unsuccessful claims | 0.10 790.00/hr | 79.00 |
|  | MS | Edit TTV memo; substantial justification and bad faith sections | 1.50 300.00/hr | 450.00 |
|  | MS | Review docket at district court and appellate levels for percentage of documents devoted to unsuccessful claims | 1.00 300.00/hr | 300.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding support for Laffey LSI hourly rates, adjusting billing statements for limited success, etc. | 0.60 300.00/hr | 180.00 |
| 2/7/2018 | JPG | Work on letter to Foley, PILF, and CCJ regarding hours/expenses | 1.80 500.00/hr | 900.00 |
|  | JPG | IMs with Melena Siebert regarding notifying prior firms, declarations | 0.30 500.00/hr | 150.00 |
|  | JPG | E-mails to/from Melena Siebert regarding adjustments for partial success | 0.40 500.00/hr | 200.00 |
|  | JPG | IMs with Melena Siebert regarding accounting for work on *Bivens* claim, tax law claim | 0.50 500.00/hr | 250.00 |
|  | MS | Review 2 Street, NorCal, and TTV Court of Appeals decisions for edits on Substantial Justification and Bad Faith sections of memo for attorney's fees | 1.50 300.00/hr | 450.00 |
|  | MS | Review docket in district court and court of appeals for TTV; analyze percentage of relevant documents devoted to unsuccessful claims--for billing adjustment in attorney's fee | 2.00 300.00/hr | 600.00 |

True the Vote, Inc.                                                                                          Page  5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2018 | JPG | Finish letters to Foley, PILF, and CCJ | 2.20<br>500.00/hr | 1,100.00 |
|  | JPG | E-mails, phone conference with Melena Siebert regarding adjustments, documents | 1.30<br>500.00/hr | 650.00 |
|  | JPG | E-mail from John Eastman | 0.10<br>500.00/hr | 50.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding billing adjustments and declarations for TTV attorney's fees request | 0.20<br>300.00/hr | 60.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding division of billing adjustment work for attorney's fee request | 0.90<br>300.00/hr | 270.00 |
|  | MS | Analysis of percentage of work that was spent on unsuccessful claims in True the Vote v. IRS | 0.80<br>300.00/hr | 240.00 |
|  | MS | Division and organization of billing computer files for TTV fees | 0.80<br>300.00/hr | 240.00 |
|  | MS | Research and notes on memo for attorney's fees--reviewing court of appeals decision in TTV, Z Street decision, and NorCal decision | 0.80<br>300.00/hr | 240.00 |
| 2/9/2018 | MS | Review of PILF Billing for reduction in unsuccessful claim hours | 0.30<br>300.00/hr | 90.00 |
|  | MS | PILF Billing adjustments | 0.30<br>300.00/hr | 90.00 |
|  | MS | Phone conference with Jeffrey P. Gallant to discuss billing adjustments | 0.10<br>300.00/hr | 30.00 |
|  | MS | PILF billing adjustments; reductions for Bivens claims, and 6103 (improper inspection) claims, and APA claims; general work on complaints, motions, etc. that would be done regardless of | 2.50<br>300.00/hr | 750.00 |

True the Vote, Inc.                                                                                        Page  6

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
|  |  | success (filing, statement of facts, etc.) kept at 100% of recorded time |  |  |
| 2/9/2018 | MS | PILF billing adjustments; reductions for Bivens claims, and 6103 (improper inspection) claims, and APA claims; general work on complaints, motions, etc. that would be done regardless of success (filing, statement of facts, etc.) kept at 100% of recorded time | 1.00 300.00/hr | 300.00 |
|  | MS | File organization for billing adjustments | 0.10 300.00/hr | 30.00 |
|  | MS | IMs with Jeffrey P. Gallant regarding billing adjustments division of work, timeline | 0.10 300.00/hr | 30.00 |
|  | MS | E-mail to Jeffrey P. Gallant , James Bopp, Jr., and Courtney E. Milbank regarding update on timeline for motion for attorney's fees | 0.20 300.00/hr | 60.00 |
|  | JPG | E-mails, phone conference with Melena Siebert regarding adjustment for Count 1, other adjustments for lack of success | 0.80 500.00/hr | 400.00 |
|  | JPG | E-mail with Attorney Cleta Mitchell regarding letter and billing statement | 0.10 500.00/hr | NO CHARGE |
|  | JPG | E-mail with Kaylan Phillips regarding declarations | 0.10 500.00/hr | 50.00 |
|  | JPG | Research on rates for paralegals and support staff | 2.10 500.00/hr | 1,050.00 |
|  | JPG | IM, phone conference with Melena Siebert regarding adjustments | 0.40 500.00/hr | 200.00 |
|  | JB | Review email from Melena Siebert regarding attorney fee petition; respond | 0.30 790.00/hr | 237.00 |

True the Vote, Inc.                                                                      Page 7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2018 | JPG | Research enhanced rates under EAJA | 1.60<br>500.00/hr | 800.00 |
| 2/12/2018 | JPG | E-mail to, from Melena Siebert regarding *Pollinator* case (enhanced hourly rates for specialized skill) | 0.40<br>500.00/hr | 200.00 |
|  | JPG | Review files for support for "complex federal litigation" | 0.70<br>500.00/hr | 350.00 |
|  | JPG | Phone conference with Melena Siebert regarding declaration, memo | 0.30<br>500.00/hr | 150.00 |
|  | JPG | Work on declaration | 1.60<br>500.00/hr | 800.00 |
|  | JPG | Review memo, check local rules | 0.60<br>500.00/hr | 300.00 |
|  | JPG | Background research on Foley for declaration | 0.80<br>500.00/hr | NO CHARGE |
|  | CEM | E-mails from James Bopp, Jr. and Melena Siebert regarding petition | 0.20<br>340.00/hr | 68.00 |
|  | JB | Review draft attorney fee petition; respond with revisions | 0.90<br>790.00/hr | 711.00 |
|  | MS | Edit and revise memo in support of motion for attorney's fees: overall corrections, edit 501(c)(3) net worth section | 0.80<br>300.00/hr | 240.00 |
|  | MS | Edit and revise memo in support of motion for attorney's fees: substantial justification for actions underlying litigation section | 1.00<br>300.00/hr | 300.00 |
|  | MS | Edit and revise memo in support of motion for attorney's fees: substantial justification for actions during litigations section | 1.10<br>300.00/hr | 330.00 |

True the Vote, Inc.                                                                                      Page  8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2018 | MS | Phone conference with Jeffrey P. Gallant regarding declarations to other firms | 0.30 300.00/hr | 90.00 |
|  | MS | Edit and revise memo in support of motion for attorneys fees: LSI Laffey Matrix | 1.00 300.00/hr | 300.00 |
|  | MS | Edit and revise memo in support of motion for attorneys fees: LSI Laffey Matrix | 1.20 300.00/hr | 360.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding complex litigation and LSI Laffey rates | 0.40 300.00/hr | 120.00 |
|  | MS | Final edits on memo in support of motion for attorney's fees: Conclusion | 0.60 300.00/hr | 180.00 |
| 2/13/2018 | JPG | Review/edit memo introduction and section on prevailing party | 1.10 500.00/hr | 550.00 |
|  | JPG | E-mails with Melena Siebert regarding declarations, question regarding hours on oral argument | 0.30 500.00/hr | 150.00 |
|  | JPG | Work on Courtney E. Milbank declaration, emails with Melena Siebert regarding proposed order, expense records, deductions for partial success | 1.20 500.00/hr | 600.00 |
|  | JPG | Conference with Melena Siebert regarding deductions for expenses, prevailing party argument | 0.40 500.00/hr | 200.00 |
|  | JPG | Check cases on expenses, rules on compensation for support staff | 0.70 500.00/hr | 350.00 |
|  | CEM | E-mails regarding TTV petition draft | 0.30 340.00/hr | 102.00 |

True the Vote, Inc.                                                                       Page   9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2018 CEM | | Begin reviewing TTV petition | 0.70<br>340.00/hr | 238.00 |
| | MS | Edit memo for attorney's fees: background section citations, revise prevailing party section | 0.90<br>300.00/hr | 270.00 |
| | MS | Edit memo for attorney's fees: revise prevailing party section, add footnote on Pollinator case, and email revision to James Bopp, Jr., Courtney E. Milbank and Jeffrey P. Gallant | 1.00<br>300.00/hr | 300.00 |
| | MS | PILF Billing Judgments: CCJ Billing Judgements | 0.60<br>300.00/hr | 180.00 |
| | MS | Foley Billing Judgments | 1.00<br>300.00/hr | 300.00 |
| | MS | Foley Billing Judgments | 0.50<br>300.00/hr | 150.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding expense adjustments and memo edits | 0.50<br>300.00/hr | 150.00 |
| | MS | PILF/Foley Expense Adjustments | 1.00<br>300.00/hr | 300.00 |
| | CEM | Edit petition and send feedback to Melena Siebert | 3.00<br>340.00/hr | 1,020.00 |
| 2/14/2018 JB | | Review draft motion for attorney fees; email Melena Siebert and Jeffrey P. Gallant regarding revisions | 0.80<br>790.00/hr | 632.00 |
| | JPG | E-mails, phone conferences with Melena Siebert regarding memo and declarations | 1.30<br>500.00/hr | 650.00 |
| | JPG | Review adjustments | 0.60<br>500.00/hr | 300.00 |

True the Vote, Inc.                                                                                    Page 10

|            |     |                                                                                          | Hrs/Rate           | Amount     |
|------------|-----|------------------------------------------------------------------------------------------|--------------------|------------|
| 2/14/2018  | JPG | E-mail from James Bopp, Jr. regarding charts in memo                                      | 0.20<br>500.00/hr  | NO CHARGE  |
|            | JPG | Finalize draft declaration and send to Attorney Cleta Mitchell                           | 0.90<br>500.00/hr  | 450.00     |
|            | JPG | E-mail from, to attorney Cleta Mitchell regarding declaration, motion                    | 0.80<br>500.00/hr  | 400.00     |
|            | JPG | Work on PILF declaration                                                                  | 0.80<br>500.00/hr  | 400.00     |
|            | JPG | Research background information on PILF--associated attorney                              | 1.30<br>500.00/hr  | NO CHARGE  |
|            | MS  | Edit memo for motion for attorney's fees                                                  | 0.50<br>300.00/hr  | 150.00     |
|            | MS  | Billing adjustments for BLF expenses/travel time                                         | 0.50<br>300.00/hr  | 150.00     |
|            | MS  | Phone conference with Jeffrey P. Gallant regarding division of work for billing adjustments | 0.20<br>300.00/hr  | 60.00      |
|            | MS  | Phone conference with Courtney E. Milbank to discuss edits                               | 0.20<br>300.00/hr  | 60.00      |
|            | MS  | Billing adjustments for BLF expenses/travel time                                         | 3.00<br>300.00/hr  | 900.00     |
|            | MS  | IM message exchanges with Courtney E. Milbank regarding edits                            | 0.10<br>300.00/hr  | 30.00      |
|            | MS  | Consolidated Billing adjustments and reports                                             | 4.00<br>300.00/hr  | 1,200.00   |
|            | JB  | Review email exchange regarding declaration of other law firms                           | 0.30<br>790.00/hr  | 237.00     |

True the Vote, Inc.                                                                                       Page 11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2018 | JPG | Finish PILF declaration, amend Foley declaration and send | 1.80 500.00/hr | 900.00 |
|  | JPG | E-mails, phone conference with attorney Noel Johnson regarding declaration, PILF and Foley billing statements | 0.70 500.00/hr | 350.00 |
|  | JPG | Draft email, send current-status billing statements to Foley, PILF, and CCJ | 0.90 500.00/hr | 450.00 |
|  | JPG | Various conferences with Melena Siebert regarding adjustments, reviewing statements | 1.60 500.00/hr | 800.00 |
|  | JPG | E-mails with John Eastman regarding billing statement, bio | 0.30 500.00/hr | 150.00 |
|  | JPG | Review rules for calculating due date | 0.30 500.00/hr | 150.00 |
|  | MS | TTV spreadsheets, conference with Jeffrey P. Gallant regarding declarations, edit to memo | 5.50 300.00/hr | 1,650.00 |
|  | CEM | Phone conference with Melena Siebert regarding TTV petition edits | 0.20 340.00/hr | 68.00 |
|  | JB | Review draft chart regarding attorney fees; conference with Melena Siebert regarding revision; review redraft of chart; email Melena Siebert | 0.50 790.00/hr | 395.00 |
| 2/16/2018 | MS | Corrections to PILF and CCJ billing adjustments | 1.30 300.00/hr | 390.00 |
|  | MS | Compile list of formatting to-dos regarding billing adjustment submissions; email to Jeffrey P. Gallant regarding same | 0.60 300.00/hr | 180.00 |
|  | MS | BLF Billing Statements from 11/30/17--02/13/18 | 3.30 300.00/hr | 990.00 |

True the Vote, Inc.                                                                               Page 12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2018 MS | Phone conference with Jeffrey P. Gallant regarding billing statements, declarations | | 0.50 300.00/hr | 150.00 |
| MS | PILF reconciliation of billing statements, adjustments to CCJ and BLF statements | | 4.00 300.00/hr | 1,200.00 |
| JPG | E-mail, phone conference with attorney Kaylan Phillips regarding PILF billing statement | | 0.30 500.00/hr | 150.00 |
| JPG | Various phone conferences with Melena Siebert regarding billing statement adjustments, follow-ups email to Melena Siebert specifying changes to Foley, corrections to PILF billing statement | | 1.00 500.00/hr | 500.00 |
| JPG | Background information for Eastman declaration | | 0.80 500.00/hr | NO CHARGE |
| JPG | E-mail and phone conference with Melena Siebert regarding adjustments to CCJ spreadsheet | | 0.40 500.00/hr | 200.00 |
| JPG | Various e-mails/phone conferences with Melena Siebert regarding questions on memo | | 0.70 500.00/hr | 350.00 |
| JPG | Check rules on format for documents to be filed | | 0.40 500.00/hr | 200.00 |
| JPG | Work on Eastman declaration | | 1.30 500.00/hr | 650.00 |
| JPG | E-mail to attorney John Eastman regarding adjustments to billing statement | | 0.30 500.00/hr | 150.00 |
| JB | E-mail exchange with Catherine regarding next steps | | 0.30 790.00/hr | 237.00 |

True the Vote, Inc.                                                              Page 13

|            |     |                                                                                                                              | Hrs/Rate          | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 2/17/2018  | JPG | E-mail from Kaylan Phillips regarding adjustments; work on Bopp Declaration (review travel of case)                           | 1.10 500.00/hr    | 550.00   |
| 2/18/2018  | MS  | Compilation and formatting of billing sheet attachments                                                                      | 3.00 300.00/hr    | 900.00   |
|            | JPG | Phone conference with attorney Kaylan Phillips regarding Foley and PILF billing statements                                    | 0.40 500.00/hr    | 200.00   |
|            | JPG | Work on declaration supporting BLF time, changes to billing statement                                                        | 1.40 500.00/hr    | 700.00   |
| 2/19/2018  | CEM | Review and edit TTV petition, review emails from James Bopp, Jr. and Melena Siebert regarding the same; send edits to Melena Siebert, proof a final time | 2.50 340.00/hr    | 850.00   |
|            | CEM | Phone conference with Melena Siebert regarding citing to Z Street Consent Order                                               | 0.10 340.00/hr    | 34.00    |
|            | MS  | Multiple phone conferences with Jeffrey P. Gallant to discuss declarations, exhibits, and edits to memo in support of motion for attorney's fees | 0.70 300.00/hr    | 210.00   |
|            | MS  | Multiple phone conferences with James Bopp, Jr. to discuss edits to memo in support of motion for attorney's fees             | 0.80 300.00/hr    | 240.00   |
|            | JB  | Multiple phone conferences with Melena Siebert to discuss edits to memo in support of motion for attorney's fees             | 0.80 790.00/hr    | 632.00   |
|            | MS  | Edits to memo in support of motion for attorney's fees                                                                       | 7.50 300.00/hr    | 2,250.00 |
|            | JPG | E-mails regarding memo                                                                                                       | 0.30 500.00/hr    | 150.00   |

True the Vote, Inc.                                                                              Page 14

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 2/19/2018 | JPG | Phone conference with Melena Siebert regarding changes, schedule | 0.30 500.00/hr | 150.00 |
|  | JPG | E-mail to, from attorney Kaylan Phillips regarding changes to PILF and Foley billing statements | 0.30 500.00/hr | 150.00 |
|  | JPG | E-mail to attorney Cleta Mitchell regarding declaration supporting Foley billing statement | 0.10 500.00/hr | 50.00 |
|  | JPG | Check local rules, Federal Rules of Civil Procedure to double-check calculation of due date | 0.50 500.00/hr | 250.00 |
|  | JPG | Locate, save and print docket sheet for reference in Bopp Declaration | 0.30 500.00/hr | NO CHARGE |
|  | JPG | Drafting declaration in support of Application | 1.40 500.00/hr | 700.00 |
|  | JPG | Various phone conferences with Melena Siebert regarding memo edits, changes to billing statements | 0.90 500.00/hr | 450.00 |
|  | JPG | E-mails with James Bopp, Jr. regarding edits to memo | 0.20 500.00/hr | 100.00 |
|  | JPG | Review memo | 0.50 500.00/hr | 250.00 |
|  | JPG | Various e-mails with attorneys Kaylan Phillips, Noel Johnson regarding changes to Foley billing statement | 0.30 500.00/hr | 150.00 |
|  | JPG | Research and confirm edits to BLF billing statement | 0.80 500.00/hr | 400.00 |

True the Vote, Inc.                                                                                    Page 15

|            |     |                                                                                                                                                           | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 2/19/2018  | JPG | Briefly review final Foley edits to billing statement, conference with Melena Siebert regarding incorporating                                              | 0.30 500.00/hr    | 150.00   |
|            | JB  | Review draft of attorney fee petition; email change                                                                                                       | 1.00 790.00/hr    | 790.00   |
|            | JB  | Review draft of attorney fee petition; phone conference with Melena Siebert regarding revision; phone conference with Jeffrey P. Gallant                   | 0.90 790.00/hr    | 711.00   |
|            | JB  | Review draft of attorney fee petition; phone conference with Melena Siebert regarding revision                                                             | 0.70 790.00/hr    | 553.00   |
|            | JB  | Review draft of attorney fee petition; phone conference with Jeffrey P. Gallant                                                                            | 0.80 790.00/hr    | 632.00   |
|            | JB  | Update Resume' for attorney fee petition                                                                                                                   | 2.50 790.00/hr    | 1,975.00 |
| 2/20/2018  | MS  | Multiple phone conferences with Jeffrey P. Gallant to discuss declarations, exhibits, and edits to memo in support of motion for attorney's fees           | 0.90 300.00/hr    | 270.00   |
|            | MS  | Edits to memo in support of motion for attorney's fees, compile exhibits, finalize attachments                                                             | 7.00 300.00/hr    | 2,100.00 |
|            | MS  | File memo and supporting documents in motion for attorney's fees                                                                                           | 0.50 300.00/hr    | 150.00   |
|            | JPG | E-mails from James Bopp, Jr. regarding edits, phone conference with Melena Siebert regarding same                                                          | 0.50 500.00/hr    | 250.00   |

True the Vote, Inc.                                                                                    Page 16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2018 | JPG | Review and edit memo (2x) | 1.10 500.00/hr | 550.00 |
|  | JPG | Review and edit motion | 0.30 500.00/hr | 150.00 |
|  | JPG | Review and edit proposed order | 0.30 500.00/hr | 150.00 |
|  | JPG | Finalize Declaration in support of application | 1.40 500.00/hr | 700.00 |
|  | JPG | Prepare final exhibits | 0.80 500.00/hr | 400.00 |
|  | JPG | E-mail copies of file-stamped memo to James Bopp, Jr. and to Catherine E. | 0.30 500.00/hr | NO CHARGE |
|  | JPG | Various phone conferences with Melena Siebert regarding memo, motion, proposed order, exhibits | 0.90 500.00/hr | 450.00 |
|  | CEM | Find TTV Determination Letter for petition | 0.20 340.00/hr | 68.00 |
|  | CEM | CM/ECF Petition for Attorney's Fees | 0.10 340.00/hr | 34.00 |
| 2/21/2018 | JPG | Finalize and send email to Catherine regarding two rates in Application | 0.70 500.00/hr | NO CHARGE |

| | | **For professional services rendered** | **171.20** | **$64,649.00** |
| | | **Additional charges:** | | |

| 2/6/2018 | Cost advanced for LexisNexis computer assisted legal research--check on Foley lawyer, download opinions | | | 45.00 |

True the Vote, Inc.                                                                                    Page 17

|  |  | Amount |
|---|---|---:|
| 2/9/2018 | Cost advanced for LexisNexis computer assisted legal research--research compensation for legal support staff | 36.00 |
| 2/10/2018 | Cost advanced for LexisNexis computer assisted legal research--research cases regarding where "prevailing market" rates are used in EAJA cases as "enhanced" hourly rates | 150.00 |
| 2/20/2018 | Cost advanced for LexisNexis computer assisted legal research--Research for memo for attorney's fees--abrogation of public trust | 27.00 |
| 2/28/2018 | Cost advanced for FedEx to deliver documents from Cleta Mitchell, Foley & Lardner, LLP, 3000 K St., NW 6th Floor, Washington, DC 20007 to The Bopp Law Firm, One South Sixth St., Terre Haute, IN 47807 | 28.14 |

| | |
|---|---:|
| **Total costs** | **$286.14** |
| **Total amount of this bill** | **$64,935.14** |
| **Previous balance** | **$230,278.01** |
| **Balance due** | **$295,213.15** |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Courtney E. Milbank | 7.80 | 340.00 | $2,652.00 |
| Jeffrey P. Gallant | 54.30 | 500.00 | $27,150.00 |
| Jeffrey P. Gallant | 11.40 | 0.00 | $0.00 |
| Melena Siebert | 86.40 | 300.00 | $25,920.00 |
| James Bopp, Jr. | 11.30 | 790.00 | $8,927.00 |