# Exhibit 75
# TTV IRS Invoice 2018-0502

INVOICE
May 2, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
  Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2018 | JPG | Download opposition to motion for attorney's fees; briefly review, calendar reply | 0.50<br>500.00/hr | 250.00 |
|  | JB | Review DOJ Response to Motion for attorney's fees; email Catherine | 1.10<br>790.00/hr | 869.00 |
| 3/7/2018 | MS | Conference with Jeffrey P. Gallant regarding reply to opposition to motion for attorney's fees; discussed prevailing party status, judicial imprimatur with consent decree, adjustment of | 1.00<br>300.00/hr | 300.00 |

True the Vote, Inc.                                                                                              Page  2

|            |     |                                                                                                                                                                                                    | Hrs/Rate          | Amount      |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
|            |     | billing for fundraising/press, and substantial justification arguments in underlying actions                                                                                                        |                   |             |
| 3/7/2018   | MS  | Read IRS opposition to Plaintiff's application and motion for attorney's fees; review referenced case law, focusing on prevailing party arguments                                                   | 1.00<br>300.00/hr | 300.00      |
|            | MS  | Conference with James Bopp, Jr. and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same     | 0.10<br>300.00/hr | 30.00       |
|            | JB  | Conference with Melena Siebert and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same     | 0.10<br>790.00/hr | 79.00       |
|            | MS  | E-mail opposing counsel regarding extension for reply to opposition to request for attorney's fees; draft motion regarding same                                                                      | 0.50<br>300.00/hr | 150.00      |
|            | MS  | Outline of reply to opposition to motion for attorney's fees; focus on prevailing party arguments: case law showing consent decrees have prospective force and judicial imprimatur of consent decrees | 2.00<br>300.00/hr | 600.00      |
|            | MS  | Discuss outline with Jeffrey P. Gallant                                                                                                                                                             | 0.50<br>300.00/hr | 150.00      |
|            | JPG | Conference with Melena Siebert, James Bopp, Jr. regarding reply, motion to extend                                                                                                                   | 0.10<br>500.00/hr | 50.00       |
|            | JPG | E-mails between James Bopp, Jr., client Catherine Engelbrecht, Brock Akers                                                                                                                          | 0.20<br>500.00/hr | NO CHARGE   |
|            | JPG | E-mails regarding press release regarding DOJ position in Opposition                                                                                                                                | 0.20<br>500.00/hr | NO CHARGE   |

True the Vote, Inc.                                                                                                    Page   3

|            |     |                                                                                                                              | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 3/7/2018   | JPG | Conference with Melena Siebert regarding arguments supporting prevailing party status, legal relief                           | 1.00 500.00/hr    | 500.00    |
|            | JB  | E-mail exchange with Catherine and Brock                                                                                     | 0.40 790.00/hr    | 316.00    |
|            | JPG | Discuss outline with Melena Siebert                                                                                          | 0.50 500.00/hr    | 250.00    |
| 3/8/2018   | JPG | E-mail from DOJ, emails with Melena Siebert regarding motion for extension                                                   | 0.50 500.00/hr    | 250.00    |
|            | JPG | Draft proposed order for motion to extend                                                                                    | 0.50 500.00/hr    | 250.00    |
|            | JPG | E-mails, phone conference regarding need to amend motion to extend time; work on amended motion to extend                    | 0.80 500.00/hr    | 400.00    |
|            | JPG | Review transcript of 4/16/18 hearing, annotate, email with Melena Siebert regarding same                                     | 1.70 500.00/hr    | 850.00    |
|            | JPG | Phone conference with Melena Siebert regarding evidence regarding change in legal relationship                                | 0.40 500.00/hr    | 200.00    |
|            | MS  | Work on press release for True the Vote; phone conference with Jeffrey P. Gallant regarding same                             | 1.40 300.00/hr    | NO CHARGE |
|            | MS  | Work on motion for extension for reply                                                                                       | 0.30 300.00/hr    | 90.00     |
|            | MS  | Phone conference with James Bopp, Jr., Catherine Engelbrecht, and Brock Akers regarding reply strategy for TTV's response to DOJ opposition for attorney's fees | 0.70 300.00/hr    | 210.00    |

True the Vote, Inc.                                                                               Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2018 | MS | Work on motion for extension for reply | 0.20<br>300.00/hr | 60.00 |
| | MS | Phone conference with James Bopp, Jr. regarding press release for TTV | 0.20<br>300.00/hr | NO CHARGE |
| | MS | Work on motion for extension for reply | 0.20<br>300.00/hr | 60.00 |
| | MS | Review and revise motion and proposed order for extension | 0.80<br>300.00/hr | 240.00 |
| | MS | Edit press release | 0.50<br>300.00/hr | NO CHARGE |
| | MS | Phone call with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, additional discovery available for reply | 0.50<br>300.00/hr | 150.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding amending motion for extension | 0.30<br>300.00/hr | 90.00 |
| | MS | Phone conference with James Bopp, Jr. regarding amending motion for extension | 0.10<br>300.00/hr | 30.00 |
| | MS | Amend motion for extension; submit same | 0.30<br>300.00/hr | 90.00 |
| | MS | Review transcript of 04/06/2017 hearing | 1.00<br>300.00/hr | 300.00 |
| | MS | Phone conference with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, discovery sent to use in reply | 0.50<br>300.00/hr | 150.00 |
| | JB | E-mail exchange regarding reply regarding motion for attorney fees; phone conference with Catherine and Melena Siebert and Brock | 0.90<br>790.00/hr | 711.00 |

True the Vote, Inc.  Page 5

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2018 | JB | Review bullet points for reply | 0.60 790.00/hr | 474.00 |
| | JB | E-mail exchange regarding extension of time | 0.30 790.00/hr | 237.00 |
| | JB | Review draft motion for extension of time | 0.30 790.00/hr | 237.00 |
| | JB | Review filed motion; phone conference with Melena Siebert regarding additional information; review revised motion | 0.40 790.00/hr | 316.00 |
| | JB | E-mail exchange regarding information for reply | 0.30 790.00/hr | 237.00 |
| | JB | Review court order | 0.20 790.00/hr | 158.00 |
| | JB | Phone conference with Catherine, Brock and Melena Siebert regarding IRS response to attorney fee petition | 0.70 790.00/hr | 553.00 |
| 3/9/2018 | JPG | E-mail regarding documents showing IRS position on legal ramifications of treatment of TTV | 0.10 500.00/hr | 50.00 |
| 3/18/2018 | JB | E-mail exchange with Catherine regarding our response to DOJ response | 0.30 790.00/hr | 237.00 |
| 3/22/2018 | JPG | E-mails with Melena Siebert regarding case on judicial imprimature, legal impetus of a consent decree--consult Black's | 0.50 500.00/hr | 250.00 |
| | MS | Case research on issue of consent order having prospective effect on legal relationship between TTV and IRS; emails with Jeffrey P. Gallant regarding case on judicial imprimatur | 4.00 300.00/hr | 1,200.00 |

True the Vote, Inc.                                                                                             Page   6

|            |     |                                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 3/22/2018  | JB  | Review email from Melena Siebert regarding case regarding Reply                                                          | 0.60 790.00/hr    | 474.00  |
| 3/24/2018  | MS  | Case research on consent order/judicial imprimatur under Buckhannon                                                      | 2.00 300.00/hr    | 600.00  |
|            | JB  | E-mail exchange with Catherine regarding DOJ Response                                                                    | 0.30 790.00/hr    | 237.00  |
| 3/25/2018  | MS  | Case research on consent order/judicial imprimatur under Buckhannon                                                      | 1.50 300.00/hr    | 450.00  |
|            | JPG | Review script                                                                                                            | 0.10 500.00/hr    | 50.00   |
| 3/26/2018  | MS  | Review opposition to motion for attorney's fees; outline reply                                                           | 1.50 300.00/hr    | 450.00  |
|            | MS  | Draft Reply to opposition to motion for attorney's fees; emails with Jeffrey P. Gallant regarding theory of prevailing party | 2.50 300.00/hr | 750.00  |
|            | JPG | E-mails with Melena Siebert regarding theory of prevailing party                                                         | 0.50 500.00/hr    | 250.00  |
|            | JPG | Review and edit supplement to Petition emails with Melena Siebert regarding same                                         | 0.60 500.00/hr    | 300.00  |
|            | JB  | E-mail exchange with Catherine regarding DOJ points in attorney fee                                                      | 0.50 790.00/hr    | 395.00  |
|            | JB  | Review video regarding consent order; approve                                                                            | 0.40 790.00/hr    | 316.00  |
| 3/27/2018  | MS  | Review other firm reply to opposition memos                                                                              | 0.20 300.00/hr    | 60.00   |

True the Vote, Inc.                                                                                              Page   7

|            |     |                                                                                                                                  | Hrs/Rate         | Amount      |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 3/27/2018  | MS  | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties    | 0.70 300.00/hr   | 210.00      |
|            | MS  | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties    | 3.70 300.00/hr   | 1,110.00    |
|            | MS  | Review of Reply to Quash Service for style, format, etc.                                                                         | 0.50 300.00/hr   | 150.00      |
| 3/28/2018  | JPG | Conference with Melena Siebert regarding changes in IRS manual                                                                   | 0.30 500.00/hr   | 150.00      |
|            | MS  | Reply to opposition: Consent Order section; argument regarding continuing risk of discriminatory actions                         | 2.50 300.00/hr   | 750.00      |
|            | MS  | Phone conference with Catherine Engelbrecht to discuss timing on press release, inclusion of transcripts, etc.                   | 0.20 300.00/hr   | NO CHARGE   |
|            | MS  | Research produced discovery for evidence that policy specifying targeting is not allowed                                         | 2.50 300.00/hr   | 750.00      |
|            | JB  | Review draft press release                                                                                                       | 0.30 790.00/hr   | NO CHARGE   |
|            | JB  | Review email from Melena Siebert regarding IRS manual; phone conference with Melena Siebert regarding manual                     | 0.40 790.00/hr   | 316.00      |
|            | JB  | Review TIGTA finding email from Melena Siebert; phone conference with Melena Siebert                                             | 0.70 790.00/hr   | 553.00      |
| 3/29/2018  | MS  | Phone conference with James Bopp, Jr. regarding TIGTA 2015 report and IRS claims of permanent discontinuation of discriminatory policies (2x) | 0.50 300.00/hr   | 150.00      |

True the Vote, Inc. Page 8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2018 | MS | Read through TIGTA 2015 report for evidence of permanent policy changes | 1.00<br>300.00/hr | 300.00 |
| | MS | Research produced discovery by IRS for evidence of permanent policy changes | 1.50<br>300.00/hr | 450.00 |
| | MS | Continue drafting reply: consent order offers judicial imprimatur because of prospective effect | 3.00<br>300.00/hr | 900.00 |
| | JB | Phone conference with Melena Siebert regarding TIGTA Report | 0.50<br>790.00/hr | 395.00 |

| | | | | |
|---|---|---|---|---|
| | | **For professional services rendered** | 57.70 | $22,440.00 |
| | | **Additional charges:** | | |
| 3/7/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research into case law for reply to opposition | | 66.00 |
| 3/15/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur/consent order | | 15.00 |
| 3/20/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur | | 18.00 |
| 3/22/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification | | 54.00 |
| 3/25/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur | | 9.00 |
| 3/26/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification | | 27.00 |
| 3/27/2018 | | Cost advanced for LexisNexis computer assisted legal research--Research on policies, procedures | | 18.00 |

True the Vote, Inc.                                                                                            Page  9

|            |                                                                                                    | **Amount** |
|------------|----------------------------------------------------------------------------------------------------|-----------:|
| 3/28/2018  | Cost advanced for LexisNexis computer assisted legal research--Research on consent order/legal relationship | 12.00 |

|                            |              |
|----------------------------|-------------:|
| **Total costs**            | **$219.00**  |
| **Total amount of this bill** | **$22,659.00** |
| **Previous balance**       | **$295,213.15** |
| **Balance due**            | **$317,872.15** |

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 8.10 | 500.00 | $4,050.00 |
| Jeffrey P. Gallant | 0.40 | 0.00 | $0.00 |
| Melena Siebert | 37.60 | 300.00 | $11,280.00 |
| Melena Siebert | 2.30 | 0.00 | $0.00 |
| James Bopp, Jr. | 9.00 | 790.00 | $7,110.00 |
| James Bopp, Jr. | 0.30 | 0.00 | $0.00 |