# Exhibit 76
# TTV IRS Invoice 2018-0522

INVOICE
May 22, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
       Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/3/2018 | MS | TTV Reply Brief: Consent order section--judicial imprimatur and prospective effect with training changes sections | 6.00<br>300.00/hr | 1,800.00 |
| 4/4/2018 | MS | Reply Memo: Substantial justification section | 1.80<br>300.00/hr | 540.00 |
|  | MS | Conference with James Bopp, Jr. regarding Reply Brief--overall strategy, comments on reframing argument to focus on goal of | 0.40<br>300.00/hr | 120.00 |

True the Vote, Inc.                                                                                                     Page   2

|            |     |                                                                                                                                  | Hrs/Rate        | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
|            |     | litigation and how consent order achieved that goal                                                                              |                 |          |
| 4/4/2018   | MS  | Reply Memo: Substantial justification section                                                                                    | 2.30 300.00/hr  | 690.00   |
|            | MS  | Conference with Jeffrey P. Gallant regarding substantial justification and evaluation of underlying conduct standard             | 0.50 300.00/hr  | 150.00   |
|            | JPG | Conference with Melena Siebert regarding analysis of justification of government conduct vs. government position in litigation   | 0.50 500.00/hr  | 250.00   |
|            | JB  | Review draft Reply for Motion for Attorney Fees; conference with Melena Siebert regarding Reply                                  | 1.60 790.00/hr  | 1,264.00 |
| 4/5/2018   | MS  | Reply: Substantial Justification Section                                                                                         | 6.00 300.00/hr  | 1,800.00 |
|            | JB  | Email exchange with Melena Siebert regarding Reply                                                                               | 0.40 790.00/hr  | 316.00   |
|            | MS  | E-mail with James Bopp, Jr. regarding Reply                                                                                      | 0.40 300.00/hr  | 120.00   |
| 4/6/2018   | MS  | Reply Brief: Substantial Justification Section--underlying action                                                                | 1.20 300.00/hr  | 360.00   |
|            | MS  | Reply Brief: Substantial Justification Section--litigation actions                                                               | 1.30 300.00/hr  | 390.00   |
|            | MS  | Reply Brief: Substantial Justification Section--litigation actions; phone conference with James Bopp, Jr. regarding revisions    | 2.20 300.00/hr  | 660.00   |
|            | MS  | Reply Brief: Special Circumstances Section                                                                                       | 1.40 300.00/hr  | 420.00   |

True the Vote, Inc.                                                                                           Page   3

|           |    |                                                                                                   | Hrs/Rate         | Amount   |
|-----------|----|---------------------------------------------------------------------------------------------------|------------------|----------|
| 4/6/2018  | MS | Reply Brief: Excessive Fees Section                                                               | 0.70 300.00/hr   | 210.00   |
|           | JB | Review draft Reply; phone conference with Melena Siebert regarding revision                       | 1.30 790.00/hr   | 1,027.00 |
| 4/7/2018  | MS | Draft Reply to opposition for fees                                                                | 3.00 300.00/hr   | 900.00   |
|           | MS | Phone conference with James Bopp, Jr. regarding draft of reply edits                               | 0.40 300.00/hr   | 120.00   |
|           | JB | Review draft of Reply; revise reply; phone conference with Melena Siebert regarding revision      | 1.10 790.00/hr   | 869.00   |
| 4/8/2018  | MS | Draft Reply to opposition for fees                                                                | 6.30 300.00/hr   | 1,890.00 |
| 4/9/2018  | MS | Draft Reply to opposition for fees                                                                | 8.50 300.00/hr   | 2,550.00 |
|           | MS | Phone conference with James Bopp, Jr. (4x) regarding edits of reply                               | 0.30 300.00/hr   | 90.00    |
|           | JB | Review draft of Reply; revise reply; change                                                       | 0.80 790.00/hr   | 632.00   |
|           | JB | Review and revise draft of Reply; phone conference (4x) with Melena Siebert regarding revision    | 2.20 790.00/hr   | 1,738.00 |
| 4/10/2018 | MS | Draft Reply to opposition for fees                                                                | 7.80 300.00/hr   | 2,340.00 |
|           | MS | Phone conference with James Bopp, Jr. regarding edits of reply; email exchange regarding the same | 0.20 300.00/hr   | 60.00    |

True the Vote, Inc.                                                                              Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2018 | JB | Review and revise draft Reply; email exchange with Melena Siebert; phone conference with Melena Siebert | 2.10<br>790.00/hr | 1,659.00 |
| 4/11/2018 | MS | Draft Reply to opposition for fees; final proof of reply, submit reply | 7.00<br>300.00/hr | 2,100.00 |
|  | MS | Phone conference with Catherine Englebrecht regarding filing of reply | 0.10<br>300.00/hr | 30.00 |
|  | AN | Proof reply for attorney fees for Melena Siebert | 0.80<br>330.00/hr | 264.00 |
| 4/12/2018 | MS | Press release regarding filing of reply | 2.80<br>300.00/hr | NO CHARGE |
|  | MS | Final edits of press release; email (2x) to Catherine Engelbrecht and James Bopp, Jr.; email to Adam Wolf for posting on Bopplaw.com (2x) | 0.80<br>300.00/hr | NO CHARGE |
|  | JB | E-mail exchange with Melena Siebert regarding review of final edits of press releases | 0.10<br>790.00/hr | NO CHARGE |
| 4/13/2018 | MS | Edit, submit amended reply to correct for amount requested in one section; email amended reply to Catherine Engelbrecht | 0.80<br>300.00/hr | 240.00 |
|  | AN | Phone conference with Melena Siebert regarding press release; add hyperlink to press release and send to Debbie | 0.50<br>330.00/hr | NO CHARGE |
|  | MS | Phone conference with Amanda L. Narog regarding press release | 0.20<br>300.00/hr | NO CHARGE |
| 4/16/2018 | MS | Work on article for Daily Caller | 2.50<br>300.00/hr | NO CHARGE |

True the Vote, Inc.                                                                                     Page   5

|            |     |                                                                                                                                                    | Hrs/Rate        | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 4/16/2018  | MS  | Work on letter to Attorney General Sessions                                                                                                        | 3.00<br>300.00/hr  | NO CHARGE |
|            | MS  | Phone conference with James Bopp, Jr. (2x) regarding Daily Caller article and letter to Attorney General Sessions                                  | 0.10<br>300.00/hr  | NO CHARGE |
|            | JB  | Phone conference with Melena Siebert (2x) regarding Daily Caller article and letter to Attorney General Sessions                                   | 0.10<br>790.00/hr  | NO CHARGE |
|            | JPG | E-mail with Melena Siebert regarding supplemental fee request                                                                                      | 0.10<br>500.00/hr  | NO CHARGE |
|            | MS  | E-mail with Jeffrey P. Gallant regarding supplemental fee request                                                                                  | 0.10<br>300.00/hr  | NO CHARGE |
| 4/17/2018  | MS  | Daily Caller article revision to focus on Sessions quote and contrary approach taken by DOJ attorneys                                              | 1.50<br>300.00/hr  | NO CHARGE |
|            | MS  | Edit letter to Attorney General Sessions                                                                                                           | 1.00<br>300.00/hr  | NO CHARGE |
|            | MS  | Conversion of Feb, March, April bills for supplemental fee request                                                                                 | 3.80<br>300.00/hr  | 1,140.00  |
| 4/18/2018  | MS  | Draft Supplemental fee request; draft supplemental declaration; finalize and edit BLF supplemental billing records; file same; conference with Jeffrey P. Gallant regarding the same | 5.50<br>300.00/hr  | 1,650.00  |
|            | JPG | Conference with Melena Siebert regarding supplemental declaration; review and edit supplemental declaration, motion, billing statement             | 1.10<br>500.00/hr  | 550.00    |

True the Vote, Inc.                                                                                    Page   6

|            |    |                                                                                                 | Hrs/Rate            | Amount       |
|------------|----|-------------------------------------------------------------------------------------------------|---------------------|--------------|
| 4/18/2018  | JB | Review draft notice for Supplemental attorney fees; approve                                     | 0.40<br>790.00/hr   | 316.00       |
| 4/26/2018  | JB | Review email regarding Norcal settlement; phone conference with Melena Siebert regarding filing claim | 0.40<br>790.00/hr   | 316.00       |
|            | MS | Phone conference with Jeffrey P. Gallant regarding filing claim                                 | 0.20<br>300.00/hr   | 60.00        |

**For professional services rendered**                                                 93.60          $29,631.00
**Additional charges:**

| 4/4/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur/substantial justification | 18.00 |
| 4/5/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification | 6.00 |
| 4/6/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on policies, procedures | 3.00 |

**Total costs**                                                                                                    $27.00

**Total amount of this bill**                                                                                 $29,658.00

**Previous balance**                                                                                          $317,872.15

**Balance due**                                                                                               $347,530.15

### Attorney Summary

| Name              | Hrs/Rate | Rate   | Amount   |
|-------------------|----------|--------|----------|
| Amanda L. Narog   | 0.80     | 330.00 | $264.00  |
| Amanda L. Narog   | 0.50     | 0.00   | $0.00    |
| Jeffrey P. Gallant| 1.60     | 500.00 | $800.00  |

True the Vote, Inc. Page 7

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 0.10 | 0.00 | $0.00 |
| Melena Siebert | 68.10 | 300.00 | $20,430.00 |
| Melena Siebert | 12.00 | 0.00 | $0.00 |
| James Bopp, Jr. | 10.30 | 790.00 | $8,137.00 |
| James Bopp, Jr. | 0.20 | 0.00 | $0.00 |