# Exhibit 77
# TTV IRS Invoice 2018-0621

INVOICE
June 21, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 5/14/2018 JB | Email exchange regarding Norcal claim | 0.20<br>790.00/hr | 158.00 |

| | **Hrs** | **Amount** |
|---|---|---|
| **For professional services rendered** | 0.20 | $158.00 |
| **Previous balance** | | $347,530.15 |
| **Balance due** | | $347,688.15 |

True the Vote, Inc.             Page 2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| James Bopp, Jr. | 0.20 | 790.00 | $158.00 |