# Exhibit 78
# TTV IRS Invoice 2018-0920

INVOICE
September 20, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2018 | JB | Email exchange with Melena Siebert; review order in NorCAL case | 0.50<br>790.00/hr | 395.00 |

| | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | 0.50 | $395.00 |
| **Previous balance** | | $347,688.15 |
| **Balance due** | | $348,083.15 |

True the Vote, Inc. Page 2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.50 | 790.00 | $395.00 |