# Exhibit 81
# TTV IRS Invoice 2019-0501

INVOICE
May 1, 2019

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
　　　　Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2019 | JB | Revise letter to Catherine; email letter to Catherine | 0.90<br>790.00/hr | 711.00 |

| | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | 0.90 | $711.00 |
| **Previous balance** | | $353,151.15 |
| **Balance due** | | $353,862.15 |

True the Vote, Inc. Page 2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.90 | 790.00 | $711.00 |