JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
February 6, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Representation in legal dispute with donor, Eshelman v. TTV

**Professional Services**

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 1/3/2023 | JB | Phone conference with Ari regarding settlement offer | 0.50<br>850.00/hr | 425.00 |
|  | JB | E-mail regarding settlement conference | 0.20<br>850.00/hr | 170.00 |
| 1/4/2023 | JB | E-mail exchange with Brock regarding settlement conference | 0.30<br>850.00/hr | 255.00 |
| 1/5/2023 | MS | Settlement conference with local counsel | 0.60<br>322.00/hr | 193.20 |

True the Vote, Inc.          Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2023 | JB | Phone conference with Brock regarding settlement offer | 0.60<br>850.00/hr | 510.00 |
| 1/9/2023 | JB | Review email from Ari; forward to Melena Siebert | 0.30<br>850.00/hr | 255.00 |
| 1/10/2023 | JB | E-mail exchange with Melena Siebert regarding Ari email | 0.30<br>850.00/hr | 255.00 |
| | MS | E-mail exchange with James Bopp, Jr. regarding settlement offer exchange | 0.30<br>322.00/hr | 96.60 |
| 1/18/2023 | JB | E-mail exchange with Brock regarding settlement offer | 0.30<br>850.00/hr | 255.00 |
| 1/19/2023 | MS | Phone conference with local counsel regarding procedural posture for plea to the JX after court of appeals mandate issued | 0.20<br>322.00/hr | 64.40 |
| 1/24/2023 | JB | E-mail Ari regarding settlement offer | 0.40<br>850.00/hr | 340.00 |

**For professional services rendered**      4.00      **$2,819.20**

**Balance due**      **$2,819.20**

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 2.90 | 850.00 | $2,465.00 |
| Melena Siebert | 1.10 | 322.00 | $354.20 |