JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
March 17, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Representation in legal dispute with donor, Eshelman v. TTV

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2023 | JB | E-mail exchange with Ari | 0.20<br>850.00/hr | 170.00 |
| 2/6/2023 | JB | Phone conference with Ari regarding settlement | 0.40<br>850.00/hr | 340.00 |
|  |  | **For professional services rendered** | 0.60 | **$510.00** |
|  |  | **Previous balance** |  | **$2,819.20** |

True the Vote, Inc. Page 2

**Amount**

**Balance due** $3,329.20

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.60 | 850.00 | $510.00 |