JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
April 19, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To: Representation of BLF, Eshelman v. TTV

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/2023 | MS | Draft Am plea to the JX, Bopp Declaration | 1.10<br>322.00/hr | 354.20 |
| 3/21/2023 | MS | Phone conference with Jeffrey P. Gallant regarding Am Plea to the JX | 0.30<br>322.00/hr | 96.60 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding Am Plea to the JX | 0.50<br>322.00/hr | 161.00 |
|  | JB | Review Amended Plea and Bopp Affidavit; phone conference with Melena Siebert regarding revision | 1.20<br>850.00/hr | 1,020.00 |

True the Vote, Inc.  Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/21/2023 | MS | Draft Am Plea to the JX, send James Bopp, Jr. and Jeffrey P. Gallant for review | 1.40 322.00/hr | 450.80 |
|  | JPG | Phone conference with Melena Siebert regarding Am Plea to the JX | 0.50 540.00/hr | 270.00 |
|  | JPG | Review and edit amended plea to jurisdiction; review and edit James Bopp, Jr. Declaration in Support of amended plea to jurisdiction | 0.80 540.00/hr | 432.00 |
| 3/22/2023 | JB | Review revised Amended Plea and Bopp Affidavit; phone conference and email with Melena Siebert | 0.80 850.00/hr | 680.00 |
|  | JPG | Review draft of amended plea to jurisdiction, phone conference with Melena Siebert | 0.30 540.00/hr | 162.00 |
|  | MS | Edit amended plea to the JX, Bopp Declaration, email to James Bopp, Jr.; phone conference with Jeffrey P. Gallant regarding the same | 1.30 322.00/hr | 418.60 |
|  | MS | Phone conference with James Bopp, Jr. regarding Amended Plea to the JX | 0.10 322.00/hr | 32.20 |

**For professional services rendered**  8.30  $4,077.40
**Additional charges:**

|  |  | Qty/Price |  |
|---|---|---|---|
| 3/21/2023 | Cost advanced for WestLaw computer assisted legal research--research conversion claims | 5 $3.00 | 15.00 |
| 3/22/2023 | Cost advanced for WestLaw computer assisted legal research--research conversion claims | 5 $3.00 | 15.00 |
|  | Cost advanced for WestLaw computer assisted legal research--research conversion claims | 5 $3.00 | 15.00 |

True the Vote, Inc. Page 3

|  | Amount |
|---|---:|
| **Total costs** | $45.00 |
| **Total amount of this bill** | $4,122.40 |
| **Previous balance** | $3,329.20 |
| **Balance due** | $7,451.60 |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| James Bopp, Jr. | 2.00 | 850.00 | $1,700.00 |
| Jeffrey P. Gallant | 1.60 | 540.00 | $864.00 |
| Melena Siebert | 4.70 | 322.00 | $1,513.40 |