JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
### ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

INVOICE
May 10, 2023

True the Vote, Inc.
PO Box 3109 #19128
Houston, TX 77253-3109
Attn: Catherine Engelbrecht--President

In Reference To:Representation of BLF, Eshelman v. TTV

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2023 | JB | E-mail exchange with Melena Siebert regarding hearing | 0.30<br>850.00/hr | 255.00 |
|  | MS | E-mail exchange with James Bopp, Jr. regarding hearing | 0.30<br>322.00/hr | 96.60 |
| 4/20/2023 | MS | E-mail exchange with local counsel regarding filing motion to set hearing by submission | 0.30<br>322.00/hr | 96.60 |
|  | JB | E-mail exchange regarding hearing | 0.30<br>850.00/hr | 255.00 |

True the Vote, Inc.            Page 2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2023 | JB | Phone conference with Ron regarding settlement; email settlement offer | 0.60<br>850.00/hr | 510.00 |
| 5/2/2023 | JB | Review Ron email accenting settlement offer; phone conference with Melena Siebert regarding settlement | 0.30<br>850.00/hr | 255.00 |
|  | MS | Draft settlement agreement, send to James Bopp, Jr. for review | 0.60<br>322.00/hr | 193.20 |
|  | JB | Revise settlement agreement and return to Melena Siebert | 0.40<br>850.00/hr | 340.00 |
| 5/3/2023 | MS | Edit settlement agreement, send to opposing counsel for review | 0.20<br>322.00/hr | 64.40 |
|  | JB | Review draft settlement agreement; return to Melena Siebert | 0.40<br>850.00/hr | 340.00 |
|  | JB | Review email exchange regarding settlement with opposing counsel | 0.40<br>850.00/hr | 340.00 |
| 5/5/2023 | JB | Review proposed changes in settlement agreement by opposing counsel; revise settlement agreement | 0.40<br>850.00/hr | 340.00 |
| 5/8/2023 | JB | Review email from Ron agreeing to settlement agrement; phone conference with Melena Siebert regarding settlement agreement approved; review email from Melena Siebert to Ron | 0.40<br>850.00/hr | 340.00 |
|  | MS | Review Ron email; phone conference with James Bopp, Jr.; email Ron with final settlement agreement | 0.40<br>322.00/hr | 128.80 |
|  | JB | E-mail Jeffrey P. Gallant and Katie Flanagan regarding settlement and payment | 0.20<br>850.00/hr | 170.00 |
|  | JPG | E-mail from James Bopp, Jr. regarding settlement and payment | 0.20<br>540.00/hr | 108.00 |

True the Vote, Inc.  Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2023 | JB | E-mail exchange with Ron regarding signing agreement; email Jeffrey P. Gallant regarding settlement payment | 0.40 850.00/hr | 340.00 |
|  | JPG | E-mails regarding settlement and settlement payment | 0.20 540.00/hr | 108.00 |
| 5/10/2023 | JB | E-mail exchange with Jeffrey P. Gallant and Katie Flanagan regarding payment; email Ron regarding payment made | 0.30 850.00/hr | 255.00 |
|  | JB | Revise Pre-Bill; phone conference with Melena Siebert regarding Pre-Bill | 0.30 850.00/hr | 255.00 |
|  | MS | Phone conference with James Bopp, Jr. regarding Pre-Bill; revise Pre-Bill | 0.20 322.00/hr | 64.40 |

**For professional services rendered**    7.10    **$4,855.00**
**Previous balance**    **$7,451.60**

**Balance due**    **$12,306.60**

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 4.70 | 850.00 | $3,995.00 |
| Jeffrey P. Gallant | 0.40 | 540.00 | $216.00 |
| Melena Siebert | 2.00 | 322.00 | $644.00 |