| | |
|---|---|
| Subject: | **TTV.Donor Demand for Payment** |
| Date: | 5/10/2023 3:19:30 PM US Eastern Standard Time |
| From: | jboppjr@aol.com |
| To: | bca@akersfirm.com, mwynne@gcfirm.com |
| Cc: | msiebert@bopplaw.com |

Please be advised that the claims against The Bopp Law Firm PC in the case of *Eshelman v. True the Vote* have been settled.

Pursuant to TTV's Agreement for Payment of Legal Services, The Bopp Law Firm, PC demands payment of $12,306.60 to reimburse the BLF for legal expenses incurred in defending itself in this litigation. See attached invoice.

In addition, pursuant to TTV's Agreement to Indemnify, The Bopp Law Firm, PC demands payment of $75,000 to reimburse the BLF for the damages the BLF paid Eshelman to settle the claims against it in this matter.

Please make full payment by COB on Friday, May 19th or TTV will be considered in default of these agreements.

**James Bopp, Jr.**
Attorney
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (812) 243-0825 | jboppjr@aol.com

Sent from AOL Desktop