## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.*<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Counter Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC**, and Indiana professional corporation,<br><br>*Counter Defendant.* | **Civil Case No. 2:23-cv-120-JRS-MG** |

## Exhibit Index for Amended Complaint (ECF No. 19)

BLF Entity Details..................................................................................................Ex. 1

TTV Business Entity Record TX SOS...................................................................Ex. 2

Fair Fight Agreement..............................................................................................Ex. 3

Cooper Agreement..................................................................................................Ex. 4

Davis Agreement....................................................................................................Ex. 5

Engelbrecht Agreement..........................................................................................Ex. 6

Johnson Agreement................................................................................................Ex. 7

Somerville Agreement............................................................................................Ex. 8

**Exhibit List to Amended Complaint (ECF No. 19) Cont'd**

Williams Agreement ................................................................................................................... Ex. 9

TTV Arizona Authorization ...................................................................................................... Ex. 10

TTV Harris County Agreement ............................................................................................... Ex. 11

TTV Harris County Authorization ........................................................................................... Ex. 12

TTV NM Agreement ................................................................................................................ Ex. 13

Nevada State Case Agreement ............................................................................................... Ex. 14

NV State Case Email ............................................................................................................... Ex. 15

Nevada Federal Case Agreement ........................................................................................... Ex. 16

TTV August Audit Request ..................................................................................................... Ex. 17

TTV November Audit Request ............................................................................................... Ex. 18

TTV VA Intervention Agreement ........................................................................................... Ex. 19

TTV FEC Complaint Agreement ............................................................................................. Ex. 20

TTV FEC Complaint Engelbrecht Des of Counsel Bopp ......................................................... Ex. 21

TTV FEC Complaint Engelbrecht Des of Counsel Milbank .................................................... Ex. 22

TTV FEC Complaint TTV Des of Counsel Bopp ..................................................................... Ex. 23

TTV FEC Complaint TTV Des of Counsel Milbank ................................................................ Ex. 24

TTV VA Federal Agreement .................................................................................................... Ex. 25

TTV IRS Agreement ................................................................................................................ Ex. 26

TTV Demand Agreement ........................................................................................................ Ex. 27

TTV Donor 3d Party Payor Agreement .................................................................................. Ex. 28

Indemnification Agreement .................................................................................................... Ex. 29

TTV Donor Demand Agreement Termination ....................................................................... Ex. 30

**Exhibit List to Amended Complaint (ECF No. 19) Cont'd**

Fair Fight Case Invoice 2023-0206 ................................................................................ Ex. 31

Fair Fight Case Invoice 2023-0227 ................................................................................ Ex. 32

TTV Arizona Invoice 2022-0928 ................................................................................... Ex. 33

Validate GA Invoice 2021-1129 ..................................................................................... Ex. 34

Validate GA Invoice 2022-0107 ..................................................................................... Ex. 35

Validate GA Invoice 2022-0705 ..................................................................................... Ex. 36

Validate GA Invoice 2022-0729 ..................................................................................... Ex. 37

TTV Harris County Invoice 2020-0929 ......................................................................... Ex. 38

TTV IV3 Invoice 2022-0825 .......................................................................................... Ex. 39

TTV IV3 Invoice 2022-0928 .......................................................................................... Ex. 40

TTV Lawfare Research Invoice 2022-0928 ................................................................... Ex. 41

TTV NC Amicus Invoice 2020-1208 ............................................................................. Ex. 42

TTV NM Litigation Invoice 2020-0404 ........................................................................ Ex. 43

TTV NM Litigation Invoice 2020-0617 ........................................................................ Ex. 44

TTV NV State Litigation Invoice 2020-0623 ................................................................ Ex. 45

TTV NV State Litigation Invoice 2020-0710 ................................................................ Ex. 46

TTV NV Federal Litigation Invoice 2020-0611 0617 ...................................................Ex. 47

TTV NV Federal Litigation Invoice 2020-0710 ............................................................Ex. 48

TTV NV Federal Litigation Invoice 2020-0728 ............................................................Ex. 49

TTV NV Federal Litigation Invoice 2020-0831 ............................................................Ex. 50

TTV NV Federal Litigation Invoice 2020-0908 ............................................................Ex. 51

TTV NV Federal Litigation Invoice 2020-1103 ............................................................Ex. 52

**Exhibit List to Amended Complaint (ECF No. 19) Cont'd**

TTV Audits Invoice 2022-0107 .................................................................................Ex. 53

TTV Audits Invoice 2022-0208 .................................................................................Ex. 54

TTV Ranked Choice Voting Invoice 2022-1123 .......................................................Ex. 55

TTV TX Litigation Invoice 2020-1210 ......................................................................Ex. 56

TTV VA Intervention Invoice 2020-0623 .................................................................Ex. 57

TTV VA Intervention Invoice 2020-0710 .................................................................Ex. 58

TTV VA Intervention Invoice 2020-1103 .................................................................Ex. 59

TTV FEC Complaint Invoice 2022-0527 ..................................................................Ex. 60

TTV FEC Complaint Invoice 2022-0928 ..................................................................Ex. 61

TTV FEC Complaint Invoice 2022-1020 ..................................................................Ex. 62

TTV FEC Complaint Invoice 2022-1123 ..................................................................Ex. 63

TTV VA Federal Case Invoice 2020-0710 ................................................................Ex. 64

TTV VA Federal Case Invoice 2020-0728 ................................................................Ex. 65

TTV IRS Invoice 2017-0316 .....................................................................................Ex. 66

TTV IRS Invoice 2017-0418 .....................................................................................Ex. 67

TTV IRS Invoice 2017-0518 .....................................................................................Ex. 68

TTV IRS Invoice 2017-0623 .....................................................................................Ex. 69

TTV IRS Invoice 2017-0721 .....................................................................................Ex. 70

TTV IRS Invoice 2017-0821 .....................................................................................Ex. 71

TTV IRS Invoice 2017-0925 .....................................................................................Ex. 72

TTV IRS Invoice 2017-1026 .....................................................................................Ex. 73

TTV IRS Invoice 2017-1122 .....................................................................................Ex. 74

**Exhibit List to Amended Complaint (ECF No. 19) Cont'd**

TTV IRS Invoice 2017-1221 ..................................................................................................Ex. 75

TTV IRS Invoice 2018-0119 ..................................................................................................Ex. 76

TTV IRS Invoice 2018-0222 ..................................................................................................Ex. 77

TTV IRS Invoice 2018-0328 ..................................................................................................Ex. 78

TTV IRS Invoice 2018-0502 ..................................................................................................Ex. 79

TTV IRS Invoice 2018-0522 ..................................................................................................Ex. 80

TTV IRS Invoice 2018-0621 ..................................................................................................Ex. 81

TTV IRS Invoice 2018-0920 ..................................................................................................Ex. 82

TTV IRS Invoice 2019-0227 ..................................................................................................Ex. 83

TTV IRS Invoice 2019-0322 ..................................................................................................Ex. 84

TTV IRS Invoice 2019-0501 ..................................................................................................Ex. 85

TTV IRS Invoice 2023-0208 ..................................................................................................Ex. 86

TTV Donor Invoice 2023-0206 .............................................................................................Ex. 87

TTV Donor Invoice 2023-0317 .............................................................................................Ex. 88

TTV Donor Invoice 2023-0419 .............................................................................................Ex. 89

TTV Donor Invoice 2023-0510 .............................................................................................Ex. 90

TTV Donor Demand for Payment Email..............................................................................Ex. 91

Claim Total Summary ...........................................................................................................Ex. 92

**Exhibit List to Amended Complaint (ECF No. 19) Cont'd**

Date: June 5, 2023

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. IN No. 2838-84
jboppjr@aol.com
*Lead Counsel for Plaintiff and Counter-Defendant*
Melena S. Siebert IN No. 35061-15
msiebert@bopplaw.com
*Counsel for Plaintiff and Counter-Defendant*
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, IN 47807-3510
(812) 232-2434 - Telephone
(812) 235-3685 - Facsimile