UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| v. | ) ) Case No.  2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) ) |
| Defendant/Counter Claimant. | ) |

### MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE

Plaintiff/Counter Defendant, The Bopp Law Firm, PC, pursuant to Local Rule 16-3 moves the Court to continue the Initial Pre-Trial Conference (IPTC) set in this cause and in support thereof shows the court the following:

1. On May 16, 2023, this Court set a telephonic IPTC before Magistrate Judge Mario Garcia for July 3, 2023, at 1:30. [Doc 14]

2. On May 25, 2023, the undersigned new and additional counsel was retained to gain an understanding of all pending claims in this cause and appear on behalf of the Counter-Defendant. [Doc 17]

3. The Counterclaim presents allegations that will be subject to scrutiny via motion practice that could impact the scope of the issues in this cause.

4. On June 2, 2023, Plaintiff filed a Verified Amended Compliant adding additional claims against the Defendant. [Doc 19]

5. The Defendant's answer to that Amended Complaint is not currently due until June 16, 2023, which date is subject to extension.

6. The response to the Counterclaim is due July 3, 2023.

7. These additional pleadings will impact the parties preparation of an appropriate CMP for submission to the Court by June 26 and their discussion of "other matters" as anticipated by the Court at the IPTC. [Doc 14]

8. The undersigned has discussed this request for continuance with the Plaintiff/Counter Defendant and it concurs in the request.

9. The undersigned has discussed this request with counsel for the Defendant/Counter Plaintiff and they concur in this request agreeing an additional 60 days would provide more clarity on the issues to assist in the IPTC.

10. This request is made for purposes of judicial efficiency and economy and not for purposes of delay.

WHEREFORE, Plaintiff/Counter Defendant, The Bopp Law Firm, PC, respectfully moves the Court to continue the IPTC to be reset at the convenience of the Court and for all other just and proper relief in the premises.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP


By:   *s/ Michael E. Brown*
Michael E. Brown, ID No. 2914-49
*Attorney for Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation*
mbrown@k-glaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2023, a copy of the foregoing was served on the following via the courts electronic filing system and/or First Class Mail:

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

James Bopp, Jr.
Melena S. Siebert
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
jboppjr@aol.com
msiebert@bopplaw.com
*Counsel for Plaintiff, The Bopp Law Firm, PC*

                                *s/ Michael E. Brown*
                                Michael E. Brown

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com

230386\62970178-1