UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) | |
| Defendant/Counter Claimant. | ) | |

**ORDER GRANTING MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE**

This matter is before the Court on the Plaintiff/Counter Defendant, The Bopp Law Firm, PC's Motion to Continue Initial Pre-Trial Conference. The Court, finding good cause, GRANTS the motion.

The Court hereby vacates the current setting for the telephonic Initial Pre-Trial Conference and resets it for _____, _____ at _____ a.m./p.m. EST.

SO ORDERED.

DATED: _____

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
Generated by the Court's ECF system.