UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| v. | ) ) ) |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) ) |
| Defendant/Counter Claimant. | ) |

Case No. 2:23-cv-00120-JRS-MG

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE

This matter is before the Court on the Plaintiff/Counter Defendant, The Bopp Law Firm, PC's Motion to Continue Initial Pre-Trial Conference. The Court, GRANTS IN PART AND DENIES IN PART, the motion.

The Court hereby vacates the current setting for the telephonic Initial Pre-Trial Conference on July 3, 2023 at p.m. (Est) and resets to **August 11, 2023 at 2:30 p.m. (Est)**. No fewer than seven (7) days before the Initial Pre-Trial Conference, counsel must file a Proposed Case Management Plan.

SO ORDERED.

Date: 6/14/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record
via email Generated by the Court's ECF system.

1