UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| The Bopp Law Firm, PC, an Indiana professional corporation,<br><br>    Plaintiff,<br><br>v.<br><br>True the Vote, Inc., a Texas Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Cause No. 2:23-cv-120<br>)<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE***

 Pursuant to S. D. Ind. Local Rule 83-6(a), **Cameron Powell** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **True the Vote, Inc.** in the above-styled cause only. In support of this motion, the undersigned states:

 1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **United States District Court for the District of Texas, 2/22/2023; Fifth Circuit Court of Appeals, 11/10/2022; State Bar of Colorado, 10/15/1992; State Bar of DC, 7/10/1998 – among others.**

 2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

 3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

 4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 30, 2023                              Respectfully submitted,

                                                   /s/ *Cameron Powell*
                                                  Cameron Powell
                                                  909 Fannin Street, Suite 3800
                                                  Houston, TX 77010
                                                  (832) 390-2644
                                                  cpowell@gwafirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| The Bopp Law Firm, PC, an Indiana professional corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>True the Vote, Inc., a Texas Corporation,  )<br>)<br>Defendant.  ) | Cause No. 2:23-cv-120 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Cameron Powell**, counsel for **True the Vote, Inc.**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Cameron Powell**
**Gregor Wynne Arney, PLLC**
**909 Fannin Street, Suite 3800**
**Houston, TX 77010**
**(832) 390-2644**
**cpowell@gwafirm.com**

Distribution list:

To all registered counsel by CM/ECF