UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | )<br>)<br>) |
| Plaintiff/Counter Defendant, | )<br>) |
| v. | )  Case No. 2:23-cv-00120-JRS-MG<br>) |
| TRUE THE VOTE, INC., a Texas Corporation, | )<br>)<br>) |
| Defendant/Counter Claimant. | ) |

**COUNTER DEFENDANT'S MOTION TO DISMISS**

Counter Defendant, The Bopp Law Firm, PC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves the Court to dismiss Defendant/Counter Claimant's Counterclaim [Doc 13] as moot on the grounds it fails to state a claim for which relief may be granted because it has been superseded by the Verified Amended Complaint [Doc 19] to which no answer, and thus no Counterclaim, has been filed or, even if not superseded, because Counts I, III and IV fail to comply with Rule 9(b).

WHEREFORE, Counter Defendant, The Bopp Law Firm, PC, prays the Court dismiss the Counterclaim as moot or in the alternative dismiss Counts I, III and IV as insufficient to plead the theories of liability stated therein.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:  *s/ Michael E. Brown*
Michael E. Brown, ID No. 2914-49
*Attorney for Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation*
mbrown@k-glaw.com

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on <u>June 30, 2023</u>, a copy of the foregoing was served on the following via the courts electronic filing system and/or First Class Mail:

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

James Bopp, Jr.
Melena S. Siebert
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
jboppjr@aol.com
msiebert@bopplaw.com
*Counsel for Plaintiff, The Bopp Law Firm, PC*

            *s/ Michael E. Brown*
            Michael E. Brown

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com

230386\63010541-1