UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | |
| v. | ) ) | Case No.  2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) ) | |
| Defendant/Counter Claimant. | ) | |

## ORDER ON COUNTER DEFENDANT'S MOTION TO DISMISS

This matter comes before the Court on Counter Defendant, The Bopp Law Firm, PC, Motion to Dismiss Defendant/Counter Claimant's Counterclaim [Doc 13] as moot on the grounds it fails to state a claim for which relief may be granted because it has been superseded by the Verified Amended Complaint [Doc 19] and the Court, being duly advised, hereby GRANTS the motion.

Dated the _____ day of _____, 2023.

_____
Judge, United States District Court

Distribution to all counsel

1