UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.* | **Civil Case No. 2:23-cv-120-JRS-MG** |
| **True the Vote, Inc.**, a Texas Corporation,<br><br>*Counter Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC**, and Indiana professional corporation,<br><br>*Counter Defendant.* | |

**APPLICATION FOR ENTRY OF DEFAULT BY CLERK**

Plaintiff The Bopp Law Firm, PC requests that the clerk of court enter default against True the Vote, Inc. pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the declaration submitted herewith.

| | |
|---|---|
| Date: June 30, 2023 | Respectfully submitted,<br><br>/s/ James Bopp, Jr.<br>James Bopp, Jr. IN No. 2838-84<br>jboppjr@aol.com<br>*Lead Counsel for Plaintiff*<br>Melena S. Siebert IN No. 35061-15<br>msiebert@bopplaw.com<br>*Counsel for Plaintiff*<br>THE BOPP LAW FIRM, PC<br>The National Building<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>(812) 232-2434 - Telephone<br>(812) 235-3685 - Facsimile |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2023, a copy of the Application for Entry of Default, together with the attachments thereto, was served on the following via the courts electronic filing system:

Cameron Powell
Gregor Wynne Arnery
301 Massachusetts Ave NW
Ste 1203
Washington, DC 20001
503-502-5030
cpowell@gwafirm.com

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

James Bopp, Jr
Melena S. Siebert
THE BOPP LAW FIRM, P.C.
The National Building
1 South Sixth Street
Terre Haute, IN 47807
jboppjr@aol.com
msiebert@bopplaw.com

Michael E. Brown
Kightlinger & Gray, LLP
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com

 

s/James Bopp, Jr.
James Bopp, Jr.
THE BOPP LAW FIRM, P.C.
The National Building
1 South Sixth Street
Terre Haute, IN 47807
jboppjr@aol.com