UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.* | |
| **True the Vote, Inc.**, a Texas Corporation,<br><br>*Counter Claimant*,<br><br>v.<br><br>**The Bopp Law Firm, PC**, and Indiana professional corporation,<br><br>*Counter Defendant.* | **Civil Case No. 2:23-cv-120-JRS-MG** |

**Declaration in Support of Application for Entry of Default**

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the owner of and an attorney for Plaintiff The Bopp Law Firm, P.C. in the above-entitled action, and I am familiar with the file, records, and pleading in this matter.

2. The original complaint was filed on March 16, 2023. ECF No. 1.

3. Defendant True the Vote, Inc. waived summons of the Complaint on March 23, 2023, which waiver is recorded on docket sheet on March 27, 2023, ECF No. 10.

4. Defendant True the Vote, Inc. filed an answer, with counterclaims, on May 15, 2023. ECF No. 13.

5. Plaintiff The Bopp Law Firm, PC, filed an Amended Complaint on June 2, 2023, ECF No. 19; Defendant was served of same via notice of electronic filing generated by the ECF system, Local Rule 5-4(c)(5).

6. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's answer to the Amended Complaint was due on June 16, 2023.

7. Defendant has failed to plead or otherwise defend within the time allowed and therefore is now in default.

8. Plaintiff requests that the clerk of court enter default against Defendant pursuant to Federal Rule of Civil Procedure 55(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 30, 2023

*James Bopp Jr.*
Attorney for Plaintiff
THE BOPP LAW FIRM, P.C.
The National Building
1 S. Sixth Street
Terre Haute, IN 47807
(812) 232-2434
jboppjr@aol.com