UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant.* | **Civil Case No. 2:23-cv-120-JRS-MG** |
| **True the Vote, Inc.**, a Texas Corporation,<br><br>*Counter Claimant*,<br><br>v.<br><br>**The Bopp Law Firm, PC**, and Indiana professional corporation,<br><br>*Counter Defendant.* | |

**[Proposed] Entry of Default**

Plaintiff The Bopp Law Firm, P.C. requests that the clerk of court enter default against Defendant True the Vote Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appears from the record that Defendant has failed to plead, or otherwise defend Plaintiff's Amended Complaint, and the default of Defendant is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2023.

_____
Clerk of Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.