UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| The Bopp Law Firm, PC, an Indiana professional corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 2:23-cv-120-JRS-MG |
| True the Vote, Inc., a Texas Corporation, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Cameron Powell**, counsel for **True the Vote, Inc.**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Cameron Powell**
**Gregor Wynne Arney, PLLC**
**909 Fannin Street, Suite 3800**
**Houston, TX 77010**
**(832) 390-2644**
**cpowell@gwafirm.com**

Date: 7/6/2023

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF