UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC,** an Indiana Professional Corporation<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Defendant.*<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Counter-Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC,** an Indiana Professional Corporation,<br><br>*Counter-Defendant.* | **Civil Case No. 2:23-cv-120** |

**PROPOSED ORDER**

Having considered Plaintiff and Counter-Defendant's Motion for Entry of Default Judgment (Dkt. 26), Plaintiff and Counter-Defendant's Motion to Dismiss (Dkt. 24), Defendant and Counter-Plaintiff's unified Response (Dkt.   ), and Defendant and Counter-Plaintiff's Motion for Leave to Amend (Dkt.    ), this Court hereby rules as follows:

1. Plaintiff and Counter Defendant's Motion for Entry of Default Judgment is **DENIED**.

2. Plaintiff and Counter-Defendant's Motion to Dismiss is **DENIED**.

3. Defendant and Counter-Plaintiff's Motion for Leave to Amend is **GRANTED**.

**SO ORDERED this** _____ **day of** _____**, 2023.**

_____
James R. Sweeney II
United States District Judge