UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC,** an Indiana Professional Corporation<br><br>*Plaintiff,*<br><br>   *v.*<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Defendant.*<br>_____<br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Counter-Claimant,*<br><br>   *v.*<br><br>**The Bopp Law Firm, PC,** an Indiana Professional Corporation,<br><br>*Counter-Defendant.* | **Civil Case No. 2:23-cv-120** |

**PROPOSED ORDER ON TRUE THE VOTE'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM IN THE INTERESTS OF JUSTICE**

The Court has considered True the Vote's Motion for Leave to Amend Answer and Counterclaim, and hereby orders that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2023.


_____
James R. Sweeny II
United States District Judge