UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**The Bopp Law Firm, PC**, an Indiana professional corporation

       *Plaintiff*,

v.

**True the Vote, Inc.**, a Texas Corporation,

       *Defendant.*

**Civil Case No. 2:23-cv-120-JRS-MG**

**True the Vote, Inc.**, a Texas Corporation,

       *Counter Claimant,*

v.

**The Bopp Law Firm, PC**, and Indiana professional corporation,

       *Counter Defendant.*

**Motion for Extension of Time to File Plaintiff's Replies in Support of Plaintiff's Motion to Dismiss for Failure to State a Claim and Motion for Entry of Default, and Response in Opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim**

Pursuant to Local Rule 7-1(c)(4), Plaintiff/Counter Defendant The Bopp

1

Law Firm, PC respectfully requests an extension until August 4, 2023, to file its Replies in Support of Plaintiff's Motion to Dismiss for Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26) (collectively, "**Replies**"). In addition, BLF respectfully requests an extension until August 4, 2023, to file its response in opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30) ("**Response**"). In support of this Motion, BLF states the following:

1. Ms. Melena Siebert is BLF's attorney with principal briefing responsibilities for the Reply in Support of its Application for Entry of Default and for the response in opposition to Plaintiff's Motion for Leave to Amend Answer and Counterclaim. Ms. Siebert has had two deadlines for briefing in other cases within the past week. *Rokita v. Tully*, Case No. 23A-PL-00705, Ind. Ct. Of App.; and *Kay v. The Irish Rover, Inc.*, Case No. 71D04-2305-CT-000264, Sup. Ct., St. Joseph County, Ind.

2. Mr. James Bopp, Jr. serves on the Uniform Law Commission. He will be traveling to the ULC's annual meeting and largely unavailable from July 19 - July 26, 2023.

3. BLF's Replies are currently due on July 21, 2023. BLF's Response is due on July 28, 2023.

4.      Despite due diligence, the competing briefing deadlines and travel schedules will prevent BLF's attorneys from having the adequate time to file the Replies and Response by their current due dates.

**WHEREFORE**, for good cause shown, BLF's Motion for Extension is granted. BLF's Replies in Support of Plaintiff's Motion to Dismiss for Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26) will be due on or before August 4, 2023. In addition, BLF's response in opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30)will be due on or before August 4, 2023.

<table>
<tr><td>Date: July 18, 2023</td><td>Respectfully submitted,<br>/s/ James Bopp, Jr.<br>James Bopp, Jr. IN No. 2838-84<br>jboppjr@aol.com<br>*Lead Counsel for Plaintiff*<br>Melena S. Siebert IN No. 35061-15<br>msiebert@bopplaw.com<br>*Counsel for Plaintiff*<br>THE BOPP LAW FIRM, PC<br>The National Building<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>(812) 232-2434 - Telephone<br>(812) 235-3685 - Facsimile<br><br>/s/ Michael E. Brown<br>Michael E. Brown, IN No. 2914-49<br>mbrown@k-glaw.com<br>*Attorney for Counter-Defendant*<br>Kightlinger & Gray, LLP<br>One Indiana Square, Ste. 300<br>211 North Pennsylvania St.<br>Indianapolis, IN 46204<br>(317) 638-4521 - Telephone</td></tr>
</table>