UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**The Bopp Law Firm, PC**, an Indiana
professional corporation

                        *Plaintiff*,

v.

**True the Vote, Inc.**, a Texas Corporation,

                        *Defendant.*

**Civil Case No. 2:23-cv-120-JRS-MG**

**True the Vote, Inc.**, a Texas Corporation,

                        *Counter Claimant,*

v.

**The Bopp Law Firm, PC**, and Indiana
professional corporation,

                        *Counter Defendant.*

**Order Granting Motion for Extension of Time**

This matter is before the Court on the Plaintiff/Counter Defendant, The Bopp Law Firm,

PC's Motion for Extensionto file its Replies in Support of Plaintiff's Motion to Dismiss for

Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26), as

1

well as its response in opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30)will be due on or before August 4, 2023. The Court, finding good cause, GRANTS the motion.

The Court hereby orders. BLF's Replies in Support of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26) will be due on or before August 4, 2023. In addition, BLF's response in opposition to Plaintiff's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30)will be due on or before August 4, 2023.

SO ORDERED.

Dated: _____          _____
                                   Mario Garcia
                                   United States Magistrate Judge
                                   Southern District of Indian

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.