UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**The Bopp Law Firm, PC**, an Indiana professional corporation

      *Plaintiff*,

v.

**True the Vote, Inc.**, a Texas Corporation,

      *Defendant.*

**Civil Case No. 2:23-cv-120-JRS-MG**

**True the Vote, Inc.**, a Texas Corporation,

      *Counter Claimant,*

v.

**The Bopp Law Firm, PC**, and Indiana professional corporation,

      *Counter Defendant.*

**Order Granting Motion for Extension of Time**

This matter is before the Court on the Plaintiff/Counter Defendant, The Bopp Law Firm, PC's Motion for Extension to file its Replies in Support of Plaintiff's Motion to Dismiss for Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26), as

1

well as its response in opposition to Defendant's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30) will be due on or before August 4, 2023. The Court, finding good cause, GRANTS the motion.

The Court hereby orders. BLF's Replies in Support of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 24) and its Application for Entry of Default (ECF No. 26) will be due on or before **August 4, 2023**. In addition, BLF's response in opposition to Plaintiff's Motion for Leave to Amend Answer and Counterclaim (ECF No. 30) will be due on or before **August 4, 2023**.

SO ORDERED.

Date: 7/20/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.