UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
INDIANA TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC,** an Indiana Professional Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Defendant.*<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Counter-Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC,** an Indiana Professional Corporation,<br><br>*Counter-Defendant.* | **Civil Case No. 2:23-cv-120 JRS-MG** |

**ORDER**

The Court, having considered Plaintiff and Counter-Claimant, True the Vote, Inc.'s Motion for Leave to File a Sur-Reply Opposing Plaintiff and Counter-Defendant, The Bopp Law Firm, P.C.'s Application for Entry of Default by the Clerk, and any opposition thereto, finds the Motion is well-taken, and is hereby **GRANTED**.

**SIGNED** this _____ day of _____, 2023.

_____
**JUDGE PRESIDING**