UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
INDIANA TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC,** an Indiana Professional Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Defendant.*<br><br>**True the Vote, Inc.,** a Texas Corporation,<br><br>*Counter-Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC,** an Indiana Professional Corporation,<br><br>*Counter-Defendant.* | **Civil Case No. 2:23-cv-120 JRS-MG** |

### NOTICE OF DEFENDANT'S INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant and Counter-Plaintiff True the Vote, Inc. hereby files this notice to certify to the court that they served their Rule 26(a)(1) Initial Disclosures on counsel of record.

DATED and FILED on August 11, 2023.

Respectfully submitted,

By: /s/ *Michael J. Wynne**
Michael J. Wynne
TX Bar No. 00785289
mwynne@gwafirm.com
Cameron Powell*
D.C. Bar No. 459020
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe St., Ste. 700
Houston, TX 77027
Telephone: 281-450-7403
Facsimile: 832-390-2655

By: /s/ *John J. Morse*
John J. Morse
Attorney No. 16146-49
morse@morsebickel.com
MORSE & BICKEL, P.C.
1411 Roosevelt Ave., Ste. 102
Indianapolis, IN 46201
Telephone: 317-686-1540
Facsimile: 317-630-2790

**COUNSEL FOR TRUE THE VOTE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record via the court's ECF system on August 11, 2023.

By: /s/ *Michael J. Wynne**
Michael J. Wynne
*Admitted Pro Hac Vice*
COUNSEL FOR TRUE THE VOTE, INC.