UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **The Bopp Law Firm, PC**, an Indiana professional corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc.**, a Texas Corporation,<br><br>*Defendant* | |
| **True the Vote, Inc.**, a Texas Corporation,<br>*Counter Claimant,*<br><br>v.<br><br>**The Bopp Law Firm, PC**, an Indiana professional corporation,<br>*Counter Defendant.* | Civil Case No.   2:23-cv-120-JRS-MG |

# Plaintiff and Counter-Defendant The Bopp Law Firm PC's Initial Disclosures

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff THE BOPP LAW FIRM, PC ("**BLF**"), by and through counsel, makes the following initial disclosures:

**Pl.'s Initial Disclosures**               1

**Name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Plaintiff BLF, THE BOPP LAW FIRM, PC, 1 South Sixth Street, Terre Haute, IN 47807, 812-232-2434. The following BLF attorneys have knowledge of related to BLF's claims and defenses: James Bopp, Jr., Jeffrey P. Gallant, Melena S. Siebert, and former BLF attorney, Courtney E. Milbank. These attorneys have knowledge of the legal work BLF performed for TTV; the invoicing practices of BLF; communications between BLF and TTV related to BLF's representation of TTV or TTV's status as a third party payor; and payments received and outstanding balances in TTV's account.

2. Karl Gallant, 9506 Gauge Dr., Fairfax Station, VA 22039, (703) 919-6928. Mr. Karl Gallant has information relevant to claims and defenses related to litigation after the 2020 General Election.

3. William Bock, III, Kroger, Gardis & Regas, LLP, 111 Monument Cir., Ste 900, Indianapolis, IN 46204, (317) 777-7412. Mr. Bock has information relevant to claims and defenses related to litigation after the 2020 General Election.

4. Dr. Stephen Voss, Associate Professor, University of Kentucky, 1639 Patterson Office

Pl.'s Initial Disclosures                2

Tower, Lexington, KY 40506-0027, (859) 257-4313. Dr. Voss has information relevant to claims and defenses related to litigation after the 2020 General Election.

5. Catherine Engelbrecht, individually and as Executive Director of True the Vote, Inc., (last known address) 13909 Track Rd., Cat Spring, TX 78933, 832-444-7701.

6. Gregg Phillips, individually and as principal of OpSec Group LLC, (last known address) 1752 Coates Pass, Birmingham, AL 35242, 512-241-9789.

7. Eve F. Todd, CPA, Cox and Associates CPAs LLC, 21960 State Hwy 242, New Caney, TX 77357, (281) 399-8153. Ms. Todd has information relevant to claims and defenses related to the TTV Audit matters detailed in the Amended Complaint.

8. Cynthia Cox, CPA, Cox and Associates CPAs LLC, 21960 State Hwy 242, New Caney, TX 77357, (281) 399-8153. Ms. Cox has information relevant to claims and defenses related to the TTV Audit matters detailed in the Amended Complaint.

9. Calley Fletcher, CPA, Still Burton LLP, 13465 Midway Rd., Ste 475, Farmers Branch, TX 75244, (469) 518-0527. Ms. Fletcher has information relevant to claims and defenses related to the TTV Audit matters detailed in the Amended Complaint.

10. Kate Hultin, Armanino LLP, 2700 Camino Ramon, Ste. 350, San Ramon, CA, (925) 498-1946. Ms. Hultin has information relevant to claims and defenses related to the TTV Audit matters detailed in the Amended Complaint.

11. Katy Brown, Armanino LLP, 2700 Camino Ramon, Ste. 350, San Ramon, CA, (925) 790-2699. Ms Brown has information relevant to claims and defenses related to the TTV Audit matters detailed in the Amended Complaint.

12. Jean Bellow, jhbbkng@gmail.com.

13. Any individual identified by any other party to this action.

14. Any individual deposed in this case.

15. Any individual identified by Defendant in its initial disclosures.

16. Any individual identified in any document produced through discovery.

17. Any individual needed for authentication, impeachment, or rebuttal.

**The following documents, electronically stored information, and tangible things in Plaintiff's possession, custody, or control that may used to support its claims and/or defenses to the counterclaims:**

1. All Agreements and communications related to these Agreements referenced and attached as exhibits to Plaintiff's Verified Amended Complaint. ECF Nos. 19-3 - 19-30.

2. All BLF Invoices referenced and attached as exhibits to Plaintiff's Verified Amended Complaint. ECF Nos. 19-31 - 19-90.

3. Any documents, electronically stored information (including, but not limited to, emails), and tangible things regarding BLF's representation of TTV or itself in any of the legal matters

referenced in Plaintiff's Verified Amended Complaint. TTV has most of this information in its possession already. Beyond the agreements and documentation already provided as exhibits to the Verified Amended Complaint and what TTV has in its possession, BLF is reviewing its ESI and its hard copy files at its office, located in Terre Haute, Indiana, for any other relevant information and will supplement as contemplated under these disclosures.

4. Any documents, electronically stored information, and tangible things related to TTV's Agreements to act as a third party payor in any of the legal matters referenced in Plaintiff's Verified Amended Complaint. TTV has most of this information in its possession already. Beyond the agreements and documentation already provided as exhibits to the Verified Amended Complaint, BLF is reviewing its ESI and its hard copy files at its office, located in Terre Haute, Indiana, for any other relevant information and will supplement as contemplated under these disclosures.

5. Any documents, electronically stored information, and tangible things related to TTV's Agreement to pay for BLF's representation of itself in relation to the TTV Donor matter detailed in the Plaintiff's Verified Amended Complaint. TTV has most of this information in its possession already. Beyond the agreements and documentation already provided as exhibits to the Verified Amended Complaint, BLF is reviewing its ESI and its hard copy files at its office, located in Terre Haute, Indiana, for any other relevant information and will supplement as

contemplated under these disclosures.

6.  Any documents, electronically stored information, and tangible things related to TTV's Agreement to pay for and damages BLF incurred in relation to the TTV Donor matter detailed in the Plaintiff's Verified Amended Complaint. TTV has most of this information in its possession already. Beyond the agreements and documentation already provided as exhibits to the Verified Amended Complaint, BLF is reviewing its ESI and its hard copy files at its office, located in Terre Haute, Indiana, for any other relevant information and will supplement as contemplated under these disclosures.

7.  Any documents, electronically stored information, and tangible things related to TTV's ability to complete its promised data analysis relevant to the post-2020 General Election litigation. BLF believes that TTV has in its possession most of the documentation relevant to this information. However, BLF is reviewing its ESI and its hard copy files at its office, located in Terre Haute, Indiana, for any other relevant information and will supplement as contemplated under these disclosures.

**(iii) A computation of each category of damages incurred in this action claimed by Plaintiff:**

The details of the computation of damages BLF has incurred in this action are contained in the Verified Amended Complaint and in the relevant unpaid invoices attached to the same, which are summarized as followed:

| Matter | Amt. Due |
|---|---|
| Fair Fight Case | $ 41,359.39 |
| TTV Arizona | $ 1,793.20 |
| Validate GA | $ 9,044.01 |
| TTV Harris County | $ 10,894.00 |
| TTV IV3 | $ 869.40 |
| TTV Lawfare Research | $ 3,964.20 |
| TTV NC Amicus | $ 19,847.00 |
| TTV NM Litigation | $ 23,403.00 |
| TTV NV State Litigation | $ 39,916.68 |
| TTV NV Federal Litigation | $ 139,466.50 |
| TTV Audits | $ 10,393.00 |
| TTV Ranked Choice Voting | $ 9,237.50 |
| TTV TX Litigation | $ 2,634.00 |
| TTV VA Intervention | $ 65,370.00 |
| TTV FEC Complaint | $ 826.50 |
| TTV VA Federal Case | $ 87,555.50 |
| TTV IRS Case | $ 505,003.38 |
| TTV Donor | $ 87,306.60 |
| **Total** | **$ 1,058,883.86** |

In addition, BLF has claims for interest accrued on unpaid amounts owed, attorneys' fees,

costs, and expenses, and pre-judgment interest incurred in this action. These amounts will be calculated in the event a final judgment is issued in BLF's favor.

**(iii) Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

A copy of BLF's Lawyers Professional Liability Policy Declaration is attached separately to these disclosures. BLF has redacted its policy number and premium amounts as that information is irrelevant to its coverage or is considered personally identifying information generally protected from disclosure.

## Certificate of Service

I hereby certify that on August 11, 2023, a true and exact copy of the foregoing and all attachments thereto were served on the following by email:

                              Respectfully submitted,

                                  /s/ James Bopp, Jr.
                                  James Bopp, Jr. IN # 2838-84
                                  jboppjr@aol.com
                                  *Lead Counsel for Plaintiff*
                                  Melena S. Siebert IN # 35061-15
                                  msiebert@bopplaw.com
                                  *Counsel for Plaintiff*
                                  THE BOPP LAW FIRM, PC
                                  1 South Sixth Street
                                  Terre Haute, IN 47807-3510
                                  (812) 232-2434 - Telephone
                                  (812) 235-3685 - Facsimile