UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00120-JRS-MG |
| | ) |
| TRUE THE VOTE, INC. a Texas Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| TRUE THE VOTE, INC. a Texas Corporation, | ) |
| | ) |
| Counter Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| TRUE THE VOTE, INC. a Texas Corporation, THE BOPP LAW FIRM, PC an Indiana Professional Corporation, | ) |
| | ) |
| Counter Defendants. | ) |

Order Striking Discovery Filings

According to Local Rule 26-2, "(d)iscovery materials (whether discovery requests, responses, or deposition transcripts) may not be filed with the court except in the following circumstances . . . ." Therefore, the court directs the Clerk to STRIKE Plaintiff and Counter-Defendant The Bopp Law Firm PC's Initial Disclosures (Dkt. 40), filed August 11, 2023.

So ORDERED.

Date: 8/14/2023

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record