UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC. a Texas Corporation, | ) |
| Defendant. | ) |
| TRUE THE VOTE, INC. a Texas Corporation, | ) |
| Counter Claimant, | ) |
| v. | ) |
| TRUE THE VOTE, INC. a Texas Corporation, THE BOPP LAW FIRM, PC an Indiana Professional Corporation, | ) |
| Counter Defendants. | ) |

**MINUTE ENTRY FOR AUGUST 11, 2023**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference. The Court will approve the Case Management Plan, by separate order, as submitted.

This matter is scheduled for a telephonic status conference on **Monday, November 27, 2023 at 9:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/31/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

To ECF Counsel of Record