UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| v. | ) ) Case No. 2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) ) |
| Defendant/Counter Claimant. | ) |

## ANSWER TO COUNTERCLAIM

Plaintiff/Counter Defendant, The Bopp Law Firm, PC, ("BLF") for its answer to the counterclaim of Defendant/Counter Claimant, True The Vote, Inc., ("TTV") [Doc 45], alleges and says:

1. That TTV's assertions in rhetorical paragraphs 460 and 461 make no allegations against BLF and thus require no answer but, to the extent they are interpreted otherwise, they are hereby denied as is the allegation BLF caused any harm to TTV.

2. That TTV's assertions in rhetorical paragraph 462 makes no allegation against BLF and thus requires no answer but to the extent it is interpreted otherwise it is hereby denied as is the allegation BLF was unqualified or lacked intent to provide competent legal services.

3. BLF denies the allegations in rhetorical paragraph 463.

4. BLF admits it provided legal services to TTV between 2017 and 2023 but otherwise denies the allegations in rhetorical paragraph 464.

5. BLF admits it was retained as counsel for TTV in a lawsuit against the Internal Revenue Service but it otherwise denies the allegations in rhetorical paragraph 465.

6. During a period after the 2020 election, BLF admits it represented itself as general counsel for TTV with the consent and approval of TTV but it otherwise denies all allegations in rhetorical paragraph 466.

7. BLF admits it was retained to represent TTV in those matters set out in the Amended Complaint but otherwise denies the allegations in rhetorical paragraph 467.

8. BLF admits it received advance payments of $1.1 million between November of 2020 and January of 2021 which were held in trust for services rendered but it otherwise denies all allegations in rhetorical paragraph 468.

9. BLF admits it filed lawsuits in 4 states at the request of TTV seeking specific relief which lawsuits were ultimately dismissed, without a refund of attorney's fees, as agreed between BLF and TTV but BLF otherwise denies all allegations in rhetorical paragraph 469.

10. BLF denies all allegations in rhetorical paragraphs 470 and 471.

11. BLF admits it was aware of the source of funds for TTV but it otherwise denies the allegations in rhetorical paragraph 472.

12. BLF denies all allegations in rhetorical paragraphs 473, 474 and 475.

13. BLF admits it submitted the referenced invoice, as is normal practice, for the costs it incurred in responding to an client's auditor's letter but it otherwise denies all allegations in rhetorical paragraph 476.

14. BLF admits it performed services with regard to Validate GA and billed the specified amount but otherwise denies the allegations in rhetorical paragraph 477.

15. BLF admits it is owed $505,003.38 for its services related to the referenced lawsuit but otherwise denies all allegations in rhetorical paragraph 478.

16. BLF admits that it prepared and filed, with the consent and approval of TTV, the referenced amicus brief in a matter, for which certiorari was ultimately denied, and invoiced TTV the

referenced amount for those services but it otherwise denies the allegations in rhetorical paragraph 479.

17. BLF denies all allegations in rhetorical paragraphs 480 and 481.

18. BLF admits Eschelman sued TTV and BLF and that the allegations raised in that lawsuit speak for themselves but BLF otherwise denies all allegations in rhetorical paragraph 482.

## COUNT I

19. BLF denies all allegations in rhetorical paragraph 483.

## COUNT II

20. BLF denies all allegations in rhetorical paragraph 484.

## COUNT III

21. BLF denies all allegations in rhetorical paragraph 485.

## ADDITIONAL DEFENSES

Plaintiff/Counter Defendant, BLF for its additional defenses to the TTV Counterclaim against BLF [Doc 45], alleges and says:

1. All legal services BLF performed for TTV were completed with the full consent and knowledge of TTV which is therefore estopped to deny or has otherwise waived any complaint it may have as to the sufficiency of those services.

2. BLF rightly relied on representations of TTV as to evidence it could provide to support the legal arguments and positions advanced by BLF on TTV's behalf although it came to learn not all of such evidence could in fact be provided by TTV.

3. BLF sent regular invoices for its services and received no timely objection to any of the specified services, which bars TTV from now objecting thereto.

4. BLF successfully advanced TTV's legal rights in multiple lawsuits.

5. TTV's prayer for attorney's fees and claim for punitive damages fail to state causes of action for which relief may be granted.

WHEREFORE, Plaintiff/Counter Defendant, The Bopp Law Firm, PC, prays True The Vote, Inc. take nothing by way of its counterclaim herein, that it recover its costs and attorney's fees for defending TTV's the counterclaim which seeks to avoid TTV's obligation to pay BLF's invoices, and for all other just and proper relief in the premises.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:   *s/ Michael E. Brown*
Michael E. Brown, ID No. 2914-49
*Attorney for Counter Defendant, The Bopp Law Firm, PC, an Indiana Professional Corporation*
mbrown@k-glaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2023, a copy of the foregoing was served on the following via the courts electronic filing system and/or First Class Mail:

Michael J. Wynne
Gregor Wynne Arney, PLLC
909 Fannin, Ste. 3800
Houston, TX 77010
mwynne@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

James Bopp, Jr.
Melena S. Siebert
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
jboppjr@aol.com
msiebert@bopplaw.com
*Counsel for Plaintiff, The Bopp Law Firm, PC*

4

John J. Morse
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

                                      *s/ Michael E. Brown*
                                      Michael E. Brown

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbrown@k-glaw.com