UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| THE BOPP LAW FIRM, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00120-JRS-MG |
| | ) | |
| TRUE THE VOTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Bench Trial before Judge James R. Sweeney II on **July 7, 2025 at 9:00 a.m. (ET)** in Room 131 of the U.S. Courthouse, 921 Ohio Street, Terre Haute, Indiana.

A Final Pretrial Conference is also set for **June 18, 2025 at 9:00 a.m. (ET)** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 9/27/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Bopp, Jr.
The Bopp Law Firm
jboppjr@aol.com

Michael E. Brown
KIGHTLINGER & GRAY, LLP (Indianapolis)
mbrown@k-glaw.com

John Joseph Morse
Morse & Bickel, P.C.
morse@morsebickel.com

Cameron Powell
Gregor Wynne Arnery
cpowell@gwafirm.com

Melena Sue Siebert
THE BOPP LAW FIRM, PC
msiebert@bopplaw.com

Michael John Wynne
Gregor Wynne Arney PLLC
mwynne@gwafirm.com