UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| THE BOPP LAW FIRM, PC, an Indiana Professional Corporation, | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | |
| v. | ) ) | Case No.  2:23-cv-00120-JRS-MG |
| TRUE THE VOTE, INC., a Texas Corporation, | ) ) ) | |
| Defendant/Counter Claimant. | ) ) | |

**STIPULATION OF DISMISSAL**

Come now the Plaintiff/Counter Defendant, The Bopp Law Firm, PC, by counsel, and

Defendant/Counter Claimant, True the Vote, Inc., by counsel, and hereby stipulate that the above-

entitled cause of action be dismissed, with prejudice, costs paid.


*s/ Stacy W. Beasley*
Michael J. Wynne TX No. 00785289
Stacy W. Beasley TX No. 00783618
Gregor Wynne Arney, PLLC
4265 San Felipe Street, Ste 700
Houston, TX 77027
mwynne@gwafirm.com
sbeasley@gwafirm.com
*Pro Hac Vice Counsel for Defendant/Counter Claimant True the Vote, Inc.*

*s/ James Bopp, Jr.*
James Bopp, Jr. IN No. 2838-84
Taylor Shetina IN No. 37887-45
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
jboppjr@aol.com
tshetina@bopplaw.com
*Counsel for Plaintiff, The Bopp Law Firm, PC*


*s/ John J. Morse*
John J. Morse IN No. 16146-49
Morse & Bickel, PC
1411 Roosevelt Ave., Suite 102
Indianapolis, IN 46201
morse@morsebickel.com
*Counsel for Defendant/Counter Claimant True the Vote, Inc.*

*s/ Michael E. Brown*
Michael E. Brown IN No. 2914-49
Kightlinger & Gray, LLP
225 S. East Street, Suite 220
Indianapolis, IN 46202
mbrown@k-glaw.com
*Counsel for Counter-Defendant, The Bopp Law Firm, PC*